
509407

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Plaintiff**
NEW WALLINGTON HOME, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY, ET AL

vs

**Defendant**
BOROUGH OF WALLINGTON, ET AL

DOCKET NO.  2:20-CV-08178-CCC

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Person to be served:  BOROUGH OF WALLINGTON

Cost of Service pursuant to R4:4-30

$ _____

Address:
24 UNION BOULEVARD
WALLINGTON NJ 07057

Attorney:
  NAGEL RICE
  103 EISENHOWER PARKWAY 1ST FLOOR
  ROSELAND NJ 07068

Papers Served:
SUMMONS & COMPLAINT CIVIL COVER SHEET

Service Data:

Served Successfully  ✓    Not Served ____   Date: 8/19/2020   Time: 10:31 AM   Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

Agnieszke Brynczke

Deputy Borough Clerk

Description of Person Accepting Service:
Age: 46   Height: 5'10   Weight: 175 lbs   Hair: Blonde   Sex: Female   Race: Caucasian

Non-Served:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____  Date _____ Time _____
                                 Date _____ Time _____
                                 Date _____ Time _____

( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
21st day of Aug 2020

*Patricia Knapp*
Notary Signature

I, JOEL SANCHEZ, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server       Date: 8/21/2020

PATRICIA KNAPP
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 6/25/2024

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  509407

File No.  2:20-CV-08178-CCC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NEW WALLINGTON HOMES, LLC, ET AL.,
*Plaintiff*

V.                     **SUMMONS IN A CIVIL CASE**

**BOROUGH OF WALLINGTON, ET AL.,**
*Defendant*

CASE NUMBER: **2:20−CV−08178−CCC−ESK**

TO: *(Name and address of Defendant):*

> Borough of Wallington
> 24 Union Avenue
> Wallington, NJ  07057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bruce H. Nagel, Esq.
> Nagel Rice, LLP
> 103 Eisenhower Parkway, Suite 103
> Roseland, NJ 07068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



**ISSUED ON 2020−07−06 09:18:17**, Clerk
USDC NJD