Richard Malagiere (RM-3991)
Leonard E. Seaman (LES-4799)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Borough of Wallington

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORN1NGSIDE at WALLINGTON, LLC, a New Jersey limited liability company,**<br><br>          Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD,**<br>          Defendants. | NOTICE OF MOTION<br><br>Civil Action No.: 2:20-cv-08178 |

To:   **ROBERT H. SOLOMON, ESQ.**
      **BRUCE H. NAGEL, ESQ.**
      Nagel Rice, LLP
      103 Eisenhower Parkway
      Suite 201
      Roseland, New Jersey 07068

COUNSELLOR(S):

PLEASE TAKE NOTICE THAT that the undersigned attorneys for Defendant, Borough of Wallington, will move this Court before the Honorable Claire C. Cecchi, U.S.D.J. at the United States District Courthouse for the District of New Jersey, M.L. King Jr. Federal Bldg. & US Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order dismissing Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim

upon which relief may be granted and for such other and further relief as the Court may deem proper in the circumstances.

PLEASE TAKE FURTHER NOTICE THAT the return date is calculated to be: October 19, 2020, at 10:00 a.m. or any date thereafter as set by the Court; the date for Opposition, if any, is calculated to be: on or before October 5, 2020; the Date for Reply, if any, is calculated to be: on or before October 13, 2020 and one courtesy copy of motion papers, as required in the Court's Policy and Procedures and marked "Courtesy Copy," shall be mailed to Chambers.as required pursuant to the Judicial Preferences of the Honorable Madeline Cox A Claire C. Cecchirleo, U.S.D.J. (https://www.njd.uscourts.gov/content/claire-c-cecchi)

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the brief, Certification of Counsel, and Certificate of Service attached hereto in support of said application. A proposed form of Order is annexed hereto. Oral argument is requested if the Court deems it appropriate.

                THE LAW OFFICES OF RICHARD MALAGIERE, PC

                By:  s/ Leonard E. Seaman
                Richard Malagiere
                Leonard E. Seaman
                250 Moonachie Road, Suite 102
                Moonachie, New Jersey 07074
                (201) 440-0675
                rm@malagierelaw.com
                les@malagierelaw.com
                Attorneys for Defendant, Borough of Wallington
                Dated: September 23, 2020