Richard Malagiere (RM-3991)
Leonard E. Seaman (LES-4799)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Borough of Wallington

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORN1NGSIDE at WALLINGTON, LLC, a New Jersey limited liability company,**<br>Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD,**<br>Defendants. | **CERTIFICATION OF LEONARD E. SEAMAN**<br><br>Civil Action No.: 2:20-cv-08178 |

I, Leonard E. Seaman, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey. I am Of Counsel with the Law Offices of Richard Malagiere, P.C., attorneys for Defendant, Borough of Wallington in this matter. I am one of the attorneys responsible for the handling of this matter and am fully familiar with the facts set forth herein.

2. I make this Certification in support of the motion to dismiss Plaintiffs' Complaint for failure to state a claim for which relief may be granted.

3. Annexed hereto as Exhibit A is true and accurate copy of the Complaint filed by Plaintiffs in this matter.

2

I hereby certify that the statements herein are true. I am aware that if any of the statements herein are willfully false, I am subject to punishment.

s/ Leonard E. Seaman
Richard Malagiere
Leonard E. Seaman
THE LAW OFFICES OF RICHARD MALAGIERE, PC
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
(201) 440-0675
rm@malagierelaw.com
les@malagierelaw.com
Attorneys for Defendant, Borough of Wallington
Dated: September 23, 2020
