Richard Malagiere (RM-3991)
Leonard E. Seaman (LES-4799)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Borough of Wallington

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORN1NGSIDE at WALLINGTON, LLC, a New Jersey limited liability company,**<br>Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD,**<br>Defendants. | **ORDER**<br><br>Civil Action No.: 2:20-cv-08178 |

THIS MATTER having been opened to the Court on motion by The Law Offices of Richard Malagiere, PC (Richard Malagiere, Esq. and Leonard E. Seaman, Esq., appearing), Attorneys for Defendant, Borough of Wallington, for an Order dismissing Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted, and the Court having considered the moving papers, opposition, arguments of counsel and good cause having been shown;

IT IS this ____ day of _____, 2020;

ORDERED that the First and Second Counts of the Complaint in this matter are hereby dismissed pursuant to Fed. R. Civ. P. 12(b)(6) due to failure to state a claim upon which relief may be granted; and,

IT IS FURTER ORDERED that the Third Count of the Complaint, alleging unjust enrichment, is hereby dismissed as this Court declines to exercise supplemental jurisdiction over same; and,

IT IS FURTHER ORDER that counsel for movant shall serve a copy of this Order on all parties not served with a copy hereof electronically.

_____

Honorable Claire C. Cecchi, U.S.D.J.
