Richard Malagiere (RM-3991)
Leonard E. Seaman (LES-4799)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
Tel: (201) 440-0675
Attorneys for Defendant, Borough of Wallington

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORN1NGSIDE at WALLINGTON, LLC, a New Jersey limited liability company,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**THE BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD,**<br>　　　　　　　　Defendants. | **CERTIFICATION OF SERICE**<br><br>Civil Action No.: 2:20-cv-08178 |

　　　　The undersigned hereby certifies that on this date the enclosed Notice of Motion, Brief, Certification of Counsel, and Proposed Form of Order were filed and served electronically via CM/ECF on all parties herein

　　　　　　　　　　　　　　　　　 s/ Leonard E. Seaman
　　　　　　　　　　　　　　　　　Richard Malagiere
　　　　　　　　　　　　　　　　　Leonard E. Seaman
　　　　　　　　　　　　　　　　　THE LAW OFFICES OF RICHARD MALAGIERE, PC
　　　　　　　　　　　　　　　　　250 Moonachie Road, Suite 102
　　　　　　　　　　　　　　　　　Moonachie, New Jersey 07074
　　　　　　　　　　　　　　　　　(201) 440-0675
　　　　　　　　　　　　　　　　　rm@malagierelaw.com
　　　　　　　　　　　　　　　　　les@malagierelaw.com
　　　　　　　　　　　　　　　　　Attorneys for Defendant, Borough of Wallington
　　　　　　　　　　　　　　　　　Dated: September 23, 2020