NAGEL RICE, LLP
Bruce H. Nagel, Esq.
Robert H. Solomon, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
973-618-0400
bnagel@nagelrice.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORNINGSIDE at WALLINGTON, LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD,<br><br>Defendants. | Civil Action No.2:20-cv-08178<br><br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT** |

WHEREAS, the Court entered a Stipulation and Order providing that Plaintiffs shall file their amended complaint no later than November 23, 2020 (ECF Doc. #18);

WHEREAS, the Court entered a separate Order providing that Plaintiffs shall file their amended complaint no later than November 23, 2020 (ECF Doc. #19, Para.2);

WHEREAS, Plaintiffs recently retained the law firm O'Toole Scrivo, LLC, to serve as their co-counsel;

WHEREAS, Plaintiffs have requested additional time to file the amended complaint until December 7, 2020 and Defendants have consented;

WHEREAS, after the amended complaint is filed, all counsel will meet and confer regarding a briefing schedule for any motion(s) to dismiss the amended complaint;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the plaintiffs and defendants, by and through their respective undersigned counsel, that:

1. Plaintiffs shall file their amended complaint by December 7, 2020;

2. After the amended complaint is filed, counsel shall meet and confer on a briefing schedule for motions to dismiss the amended complaint and submit a proposed briefing schedule for the Court's approval.

ACCEPTED AND AGREED:

Dated: November 18, 2020

| | |
|---|---|
| Bruce H. Nagel<br>Robert H. Solomon<br>NAGEL RICE, LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>*Attorneys for Plaintiffs*<br><br>By: */s/ Robert H. Solomon* | Leonard E. Seaman<br>THE LAW OFFICES OF RICHARD MALAGIERE, P.C.<br>250 Moonachie Road, Suite 102<br>Moonachie, NJ 07074<br>*Attorneys for Defendant,*<br>*Borough of Wallington*<br><br>By: */s/ Leonard E. Seaman* |
| Thomas P. Scrivo<br>James DiGiulio<br>O'TOOLE SCRIVO, LLC<br>14 Village Park Road<br>Cedar Grove, NJ 07009<br>*Attorneys for Plaintiffs*<br><br>By: */s/ James DiGiulio* | Mary McDonnell<br>PFUND MCDONNELL, P.C.<br>139 Prospect Street, 2cd Floor<br>Ridgewood, NJ 07450<br>*Attorneys for Defendant,*<br>*Borough of Wallington Planning Board*<br><br>By: */s/ Mary McDonnell* |

The above Stipulation is SO ORDERED THIS **19th** day of November, 2020

_____
HONORABLE EDWARD S. KIEL
United States Magistrate Judge