**CLERK**
**UNITED STATES DISTRICT COURT**
**NEWARK, NEW JERSEY 07101-0419**

OFFICIAL BUSINESS

DV DANIELS NJ 070 neopost
26 OCT 2023 PM 6 L
10/26/2023
US POSTAGE  $00.63⁰

FIRST-CLASS MAIL



ZIP 07102
041L11246772

IA  Suite #?

NIXIE    07E   CE 1         7211/04/23
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 07101          *1530-01165-26-38

IA

07652-999955

er Orders/Judgments

-cv-08178-EP-ESK NEW
LINGTON HOMES, LLC et al v.
ROUGH OF WALLINGTON et al
E CLOSED on 09/20/2023

CLOSED,CLOSED,MEDIATION-
VATE,SCHEDO

## U.S. District Court

## District of New Jersey [LIVE]

ce of Electronic Filing

ollowing transaction was entered on 10/19/2023 at 4:38 PM EDT and filed on 10/19/2023

**Name:** NEW WALLINGTON HOMES, LLC et al v. BOROUGH OF WALLINGTON et al
**Number:** 2:20-cv-08178-EP-ESK

NING: CASE CLOSED on 09/20/2023

ment Number: 71(No document attached)

et Text:
T ORDER : The telephone conference set for October 20, 2023 is adjourned to November
23 at 9:45 a.m. The dial in number is 973-437-5535 and the phone conference ID is 575 064
. So Ordered by Magistrate Judge Edward S. Kiel on 10/19/2023. (sms)

-cv-08178-EP-ESK Notice has been electronically mailed to:

CE HELLER NAGEL    bnagel@nagelrice.com, lsantulli@nagelrice.com

ID T. PFUND    dpfund@pfundmcdonnell.com, chealion@pfundmcdonnell.com,
er@pfundmcdonnell.com, mmcdonnell@pfundmcdonnell.com

ES J. DIGIULIO    jdigiulio@oslaw.com, mchina@oslaw.com

NARD E. SEAMAN , III    les@malagierelaw.com, leonardseaman@recap.email, rm@malagierelaw.com

Y C. MCDONNELL    mmcdonnell@pfundmcdonnell.com, bbernier@pfundmcdonnell.com,
er@pfundmcdonnell.com, yrogers@pfundmcdonnell.com

ERT H. SOLOMON    rsolomon@nagelrice.com, jbliss@nagelrice.com

MAS P. SCRIVO    tscrivo@oslaw.com, mmeola@oslaw.com

-cv-08178-EP-ESK Notice has been sent by regular U.S. Mail:

ERT P. CONTILLO
FOREST AVENUE
AMUS, NJ 07652