**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NEW WALLINGTON HOMES, LLC, et al., | : : : | **Civil Action No. 20-08178-EP-AME** |
| Plaintiffs, | : : | **ORDER** |
| v. | : : | |
| BOROUGH OF WALLINGTON, et al., | : : | |
| Defendants. | : | |

The Court having held a telephonic conference on May 10, 2024, to address the status of this matter, including settlement discussions; and for the reasons discussed during the May 10 conference and other good cause shown,

**IT IS** on this 10th day of May, 2024,

**ORDERED** that the Court will continue the administrative termination of this matter until the next telephonic status conference scheduled for **June 12, 2024, at 10:30 a.m.**, to be joined by dialing 973-437-5535, access code 379 832 625#; and it is further

**ORDERED** that by **June 10, 2024**, the parties shall file a joint letter setting forth the status of settlement discussions and, if necessary, proposing a schedule for the completion of all remaining discovery, which will be conducted on an expedited basis considering the age of the action.

　　　　　　　　　　　　　　　 /s/ *André M. Espinosa*
　　　　　　　　　　　　　　　ANDRÉ M. ESPINOSA
　　　　　　　　　　　　　　　United States Magistrate Judge