## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOMES, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOROUGH OF WALLINGTON, et al., <br><br> Defendants. | Civil Action No. 20-8178-EP-AME <br><br> **ORDER** |

The Court having held a status conference in this matter on September 20, 2024;

**IT IS** on this 20th day of September 2024,

**ORDERED** that, for the reasons asserted by the Plaintiffs in the parties' joint status letter [D.E. 89], the Plaintiffs' request to compel Defendant Borough of Wallington Planning Board to respond to interrogatories by September 27, 2024, is **GRANTED**; and it is further

**ORDERED** that the Plaintiffs' request to compel Defendants to provide witness availability for deposition dates in October and November by September 27, 2024, is **GRANTED**; and it is further

**ORDERED** that, on the parties' joint proposal, the Court finds good cause to extend the current fact discovery deadline of October 4, 2024, to December 5, 2024; and it is further

**ORDERED** that the Court will hold a telephonic status conference on January 13, 2025, at 2:30 p.m., to be joined by dialing 973-437-5535, access code 149 818 199#. Three business days prior to the conference, the parties shall file a joint status letter, not to exceed three pages.

                /s/ *André M. Espinosa*
                ANDRÉ M. ESPINOSA, U.S.M.J.