# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| DAVID T. PFUND # | 139 PROSPECT STREET<br>SECOND FLOOR<br>RIDGEWOOD, NEW JERSEY<br>07450 | MORRIS COUNTY OFFICE<br>2001 US Hwy 46<br>Suite 104<br>Parsippany, NJ 07054 |
| MARY C. MCDONNELL # | | |
| GERALD A. SHEPARD | | |
| _____ | | NEW YORK OFFICE |
| ROBERT PRINGLE | Tel: (201)857-5040<br>Fax: (201) 857-5041<br>www.pfundmcdonnell.com | 170 Old Country Road<br>Suite 608<br>Mineola, NY 11501 |
| DAVID GUZIK | | |
| # ALSO MEMBER OF NEW YORK BAR | | |

January 10, 2025

**Via CM/ECF**
Hon. Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 2D
Newark, New Jersey 07101

   **Re:** *New Wallington Home, LLC, et al. v. Borough of Wallington, et al.*
      **Civil Case No.: 20-08178 (CCC) (AME)**

Dear Judge Espinosa:

  This firm represents the Defendants in the above-referenced matter. Kindly accept the following joint submission on behalf of Plaintiffs and Defendants. As discussed with Your Honor during our telephone conference, the parties wish to proceed with a settlement conference with Your Honor on January 30, 2025. As per Your Honor's request our clients will be present at the time of the conference.

  Thank you for Your Honor's attention to this matter.

              Respectfully submitted,

              *[signature]*

              **GERALD A. SHEPARD**

GS
cc: James DiGiulio, Esq.