# EXHIBIT "A"

**O'TOOLE SCRIVO, LLC**
James DiGiulio
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700
*Attorneys for Plaintiffs, New Wallington*
*Home, LLC and Morningside at Wallington, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; and MORNINGSIDE AT WALLINGTON, LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BOROUGH OF WALLINGTON; BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO, in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington,<br><br>Defendants. | Civil Action No. 2:20-cv-08178<br><br>**SUBPOENA AD TESTIFICANDUM** |

**TO**:  Witold "Vic" Baginski
        73 Roehrs Drive
        Wallington, NJ 07057-1328

**SIR:**

      **YOU ARE HEREBY COMMANDED** to attend and give testimony before an officer duly authorized to administer oaths of the State of New Jersey on **September 26, 2024**, **at 12:00 p.m.**, at the offices of O'Toole Scrivo, LLC, 14 Village Park Road, Cedar Grove, New Jersey

07009, at which time and place you will give testimony with respect to any and all relevant knowledge regarding the subject matter involved in this action.

**PLEASE TAKE FURTHER NOTICE** that the foregoing deposition will be conducted before a notary public or other duly authorized officer and will be recorded stenographically and/or by videotape in accordance with Rule 30(b)(3) of the Federal Rules of Civil Procedure.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so. Failure to appear according to the command of this Subpoena will subject you to a penalty, damages in a civil suit and punishment for contempt of Court.

By: */s/ James DiGiulio*
James DiGiulio
O'TOOLE SCRIVO, LLC
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700
*Attorneys for Plaintiffs*

Dated: September 10, 2024