# EXHIBIT "B"

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   **20240910135344**   Has Been
**SUCCESSFULLY SERVED!**

| | |
|---|---|
| Served Upon: | **WITOLD "VIC" BAGINSKI** |
| Served Date/Time: | **9/16/2024 7:04:31 PM** |
| Service Type: | **PERSONALLY DELIVERING A COPY** |
| Accepted By: | **WITOLD "VIC" BAGINSKI** |
| Relationship/Title: | **SELF** |
| Description: | Sex: **M** Age: **65+** Height: **OVER 6'** Weight: **OVER 200 LBS.** |
| | Skin: **WHITE** Hair: **SALTPEP** Other: **GLASSES** |
| Location: | |
| At Same Address: | **73 ROEHRS DRIVE** |
| | **WALLINGTON  NJ  07057** |
| In the Case/Docket: | **2 20 CV 08178**   Claim: **1615-1** |
| Plaintiff: | **NEW WALLINGTON HOME, LLC, A NJ LIMITED LIABILITY COMPANY, ET AL** |
| Defendant: | **BOROUGH OF WALLINGTON, ET AL** |
| Attorney: | **JAMES DIGIULO, ESQ.** |
| Phone/Fax/Email: | **9732395700  9732393400** |
| Firm: | **O'TOOLE SCRIVO, LLC** |
| | **14 VILLAGE PARK ROAD** |
| | **CEDAR GROVE  NJ  07009** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving by first class mail in the next few days.

**www.SERVED.com**

Visit us on the web to get the latest status of your process, request services, make a payment and more!
Your firm ID is: **F4F138ED**

# ARE WE FILING THIS AFFIDAVIT?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE