# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, et al., | Civil Action No. 20-08178-EP-AME |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| BOROUGH OF WALLINGTON, et al., | |
| Defendants. | |

The Court having held a settlement conference in this matter on January 30, 2025; therefore,

**IT IS** on this 5th day of February 2025,

**ORDERED** that the Court will hold an in-person settlement conference on **Thursday, March 6, 2025, at 9:45 a.m.** in Courtroom 2D of the Martin Luther King Federal Courthouse, 50 Walnut Street, Newark, New Jersey. Representatives from all parties, including those identified during the January 30 settlement conference, must attend. At least ten days before the settlement conference, the parties shall meet and confer to exchange a settlement demand and response; and it is further

**ORDERED** that no later than February 28, 2025, each party may choose to submit a supplement to their previous *ex parte* confidential settlement position letter by email, to AME_orders@njd.uscourts.gov. Any such supplement shall not exceed five pages at 1.5 line spacing.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge