# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; and MORNINGSIDE AT WALLINGTON, LLC, a New Jersey limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BOROUGH OF WALLINGTON; BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO, in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington,<br><br>Defendants. | Civil Action No. 2:20-cv-08178<br><br>Hon. Evelyn Padin, U.S.D.J.<br>Hon. Andre M. Espinosa, U.S.M.J.<br><br>**NOTICE OF MOTION TO ENFORCE COMPLIANCE WITH SUBPOENA DUCES TECUM**<br><br>**Motion Date: March 17, 2025** |

**PLEASE TAKE NOTICE,** that on March 17, 2024, at 9 o'clock a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiffs, New Wallington Home, LLC and Morningside at Wallington, LLC, shall move pursuant to Federal Rule of Civil Procedure Rule 45, and shall apply to the United States District Court, District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street. Room 2D, Newark, NJ 07101, for an Order to enforce a subpoena duces tecum to nonparty Witold Baginski.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion the Plaintiffs shall rely upon the attached certification of counsel and exhibits appended thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with the Motion.

Dated:  February 14, 2025					Respectfully submitted,

*/s/ James DiGiulio*
James DiGiulio

**O'TOOLE SCRIVO, LLC**
James DiGiulio
14 Village Park Road
Cedar Grove, New Jersey 07009
jdigiulio@oslaw.com

*Attorneys for Plaintiffs,*
*New Wallington Home, LLC*
*And Morningside at Wallington, LLC*