# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

_____

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD

_____

ROBERT PRINGLE

DAVID GUZIK

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD,  NEW JERSEY
07450
_____

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE

2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE

170 Old Country Road
Suite 608
Mineola, NY 11501

March 3, 2025

**Via CM/ECF**
Hon. Andre Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom PO 08
Newark, New Jersey 07101

> **Re:    New Wallington Home, LLC v. Borough of Wallington,** *et al*
> **Civil Case No. : 20-08178 (CCC) (AME)**

Dear Judge Espinosa:

This office represents Defendant Borough of Wallington, *et al*. (hereinafter "Defendants") in connection with the above referenced matter, which is scheduled for a settlement conference on March 6, 2025.  On Friday, February 28, 2025, Plaintiff served Defendants with a preliminary damages report and settlement proposal.  In light of the substantial nature of Plaintiff's damages, Defendants respectfully request that the settlement conference be postponed.  As Your Honor is aware, Defendant is a public entity and Mayor and council will need time to discuss Plaintiff's new proposal and damages report.  Plaintiff's counsel has consented to an adjournment of the settlement conference.

Kindly advise if the Court will grant this adjournment request and the parties can submit proposed dates for the settlement conference.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

**GERALD A. SHEPARD**

GS

cc:      James DiGiulio, Esq.  – *Via CM/ECF*