# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD

_____

ROBERT PRINGLE

DAVID GUZIK

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

March 18, 2025

**Via CM/ECF**
Hon. Andre Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom PO 08
Newark, New Jersey 07101

      Re:    New Wallington Home, LLC v. Borough of Wallington, *et al*
              Civil Case No. : 20-08178 (CCC) (AME)

Dear Judge Espinosa:

      This office represents Defendant Borough of Wallington, *et al*. (hereinafter "Defendants") in connection with the above referenced matter. On Monday, March 10, 2025, Your Honor conducted a status conference to discuss new dates for a settlement conference. The parties have discussed potential dates submitted by Your Honor and request the settlement conference take place on April 17, 2025.

      Kindly advise if the Court is still available for the settlement conference on April 17, 2025.

      Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Gerald A. Shepard*

**GERALD A. SHEPARD**

GS

cc:    James DiGiulio, Esq. – *Via CM/ECF*