# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, et al., | Civil Action No. 20-08178-EP-AME |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| BOROUGH OF WALLINGTON, et al., | |
| Defendants. | |

The Court having held a status conference in this matter on March 10, 2025, and having thereafter received confirmation from all parties of a mutually agreeable date for a settlement conference [D.E. 116]; and for good cause shown,

**IT IS** on this 19th day of March 2025,

**ORDERED** that the Court will hold an in-person settlement conference on **Thursday, April 17, 2025, at 9:45 a.m.** in Courtroom 2D of the Martin Luther King Federal Courthouse, 50 Walnut Street, Newark, New Jersey. Representatives from all parties, including those identified during the January 30 settlement conference, must attend. At least ten days before the settlement conference, the parties shall meet and confer to exchange a settlement demand and response; and it is further

**ORDERED** that no later than April 11, 2025, each party shall email to the Court an *ex parte* confidential settlement position letter, not to exceed five pages at 1.5 line spacing. Submit the letter to AME_orders@njd.uscourts.gov.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge