

# O'TOOLE SCRIVO
### A LIMITED LIABILITY COMPANY

**JAMES DiGIULIO**
jdigiulio@oslaw.com

August 22, 2025

<u>**Via CM/ECF**</u>
Hon. Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 2D
Newark, New Jersey 07101

   **Re:** **New Wallington Home, LLC, et al. v. Borough of Wallington, et al.**
      **Civil Case No.: 20-08178 (CCC) (AME)**

Dear Judge Espinosa:

   This firm represents Plaintiffs in this matter. The Plaintiffs have had the opportunity to review additional discovery and have determined that obtaining the subpoenaed testimony of Witold Baginski is no longer necessary. Accordingly, Plaintiffs hereby withdraw their pending Motion to Compel (ECF No. 111).

   Thank you for your attention to this matter.

        Respectfully submitted,

        */s/ James DiGiulio*
        James DiGiulio

cc: All Counsel of Record (via ECF)