# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD

_____

ROBERT PRINGLE

DAVID GUZIK

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

August 27, 2025

**Via CM/ECF**
Hon. Andre Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom PO 08
Newark, New Jersey 07101

      **Re:** **New Wallington Home, LLC v. Borough of Wallington,** *et al*
        **Civil Case No. : 20-08178 (CCC)(ESK)**

Dear Judge Espinosa:

  This office represents Defendants Borough of Wallington, Borough of Wallington Planning Board, Mayor Mark Tomko, Dorothy Siek and Christopher Assenheimer ("Defendants") in connection with the above referenced matter. Defendants respectfully request a 14-day extension of time to serve their expert report. Presently, Defendants' expert report is due August 29, 2025. However, Defendants' expert requires additional time to complete her report. Accordingly, Defendants request that the time by which Defendants must serve their expert report be extended to September 12, 2025. Plaintiff's counsel has consented to this

request. Defendants do not seek an extension of the time by which to complete expert depositions, October 13, 2025.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

**GERALD A. SHEPARD**

GS

cc: All Counsel of Record (via ECF)