

**JAMES DIGIULIO**
jdigiulio@oslaw.com

October 21, 2025

**Via CM/ECF**
Hon. Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 2D
Newark, New Jersey 07101

   Re: New Wallington Home, LLC, et al. v. Borough of Wallington, et al.
      Civil Case No.: 20-08178 (EP) (AME)

Dear Judge Espinosa:

  This firm represents Plaintiffs in this matter. We write to provide a joint status update in advance of the telephonic status conference scheduled for October 24, 2025, at 10:30 a.m. before Your Honor.

  In accordance with the May 5, 2025, Consent Order and August 28, 2025, Letter Order all parties have served their respective expert reports. The deposition of Defendants' expert, Jessica Caldwell, is currently scheduled for October 30, 2025. There are no additional expert depositions noticed, therefore, upon completion of Ms. Caldwell's deposition, discovery will be completed.

  Plaintiffs are prepared to move forward with a motion for summary judgment at the conclusion of discovery in accordance with the Federal Rules of Civil Procedure, the Local Civil Rules and Judge Padin's Judicial Preferences.

                Respectfully submitted,

                */s/ James DiGiulio*
                James DiGiulio

cc: All Counsel of Record (via ECF)