# O'TOOLE SCRIVO

### A LIMITED LIABILITY COMPANY

**JAMES DIGIULIO**
jdigiulio@oslaw.com

November 14, 2025

**Via CM/ECF**
Hon. Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 2D
Newark, New Jersey 07101

        Re:    New Wallington Home, LLC, et al. v. Borough of Wallington, et al.
                 Civil Case No.: 20-08178 (EP) (AME)

Dear Judge Espinosa:

      This firm represents Plaintiffs in this matter. We write jointly in response to Your Honor's October 24, 2025, Order. Expert discovery is now complete and as Plaintiffs previously mentioned in its October 21 status letter, they are prepared to proceed with the filing of a motion for summary judgment. As a result, Plaintiffs intend to seek leave to file a motion for summary judgment pursuant to Judge Padin's preferences.

      While that process moves forward, and hopefully briefing commences, Plaintiffs are amenable to meeting with Defendants for a fourth mediation session. However, in Plaintiffs' view, conducting mediation in tandem with briefing best balances efficiency and the possibility of resolution. The filing of the summary-judgment motion will clearly frame the issues, and, given that prior mediation efforts have not resulted in a resolution, proceeding on this parallel track will help avoid further delay or wasted effort should a fourth mediation attempt prove unsuccessful.

      Defendants are amenable to meeting with Plaintiffs for further alternative dispute resolution. Additionally, Defendants also intend to seek leave to file their own motion for summary judgment pursuant to Judge Padin's preferences. However, Defendants submit that in light of the significant time and expense to prepare the dispositive motions, the parties may benefit from proceeding with mediation prior to the briefing schedule.

      We appreciate the Court's attention and stand ready to proceed in whichever manner the Court deems most appropriate.

                                                        Respectfully submitted,

                                                         */s/ James DiGiulio*
                                                         James DiGiulio

cc: All Counsel of Record (via ECF)