# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; and MORNINGSIDE AT WALLINGTON, LLC, a New Jersey limited liability company,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>BOROUGH OF WALLINGTON; BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO, in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington,<br><br>　　　　　Defendants. | Civil Action No. 20-cv-08178<br><br>Hon. Evelyn Padin, U.S.D.J.<br>Hon. Andre M. Espinosa, U.S.M.J.<br><br>**NOTICE OF MOTION**<br>**FOR SUMMARY JUDGMENT**<br><br>**Motion Date: April 6, 2026** |

TO:　　　Pfund McDonnell, P.C.
　　　　　Mary C. McDonnell, Esq.
　　　　　Gerald Shepard, Esq.
　　　　　139 Prospect Street, 2nd Floor
　　　　　Ridgewood, New Jersey 07450
　　　　　mmcdonnell@pfundmcdonell.com
　　　　　gshepard@pfundmcdonnell.com

COUNSEL:

　　**PLEASE TAKE NOTICE** that, on April 6, 2026, at 9:00AM, or as soon thereafter as counsel may be heard, plaintiffs New Wallington Home, LLC and

Morningside at Wallington, LLC (together, "Plaintiffs"), through their counsel O'Toole Scrivo, LLC shall move, pursuant to Federal Rule of Civil Procedure 56, before the Honorable Evelyn Padin, U.S.D.J., at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut St., Newark, New Jersey, for an Order granting summary judgment in favor of Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely on the attached Brief in Support, Statement of Undisputed Material Facts, and the Certification of Counsel with Exhibits.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs submitted a proposed form of Order and that oral argument is requested.

By:  */s/ James J. DiGiulio*
JAMES J. DIGIULIO, ESQ.
**O'TOOLE SCRIVO LLC**
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700
*Attorneys for Plaintiffs*

Dated: February 26, 2026