## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; and MORNINGSIDE AT WALLINGTON, LLC, a New Jersey limited liability company,<br><br>        Plaintiffs,<br>vs.<br><br>BOROUGH OF WALLINGTON; BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO, in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington,<br><br>        Defendants. | Civil Action No. 2:20-cv-08178<br><br>Hon. Evelyn Padin, U.S.D.J.<br>Hon. Andre M. Espinosa, U.S.M.J.<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, James DiGiulio, Esq., of full age hereby certify as follows:

    1.    I am a licensed attorney in the State of New Jersey and Partner with the law firm of O'Toole Scrivo, LLC, counsel for Plaintiffs, New Wallington Home, LLC and Morningside at Wallington, LLC, in the above captioned matter; as such, I make this certification on personal knowledge.

1

2. I submit this Certification in support of Plaintiffs' motion for summary judgment.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Deposition Transcript of Jame Nuckel, principal of Plaintiffs, dated January 27, 2025.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the Order for Final Judgment entered by the Honorable Christine A. Farrington, J.S.C. dated January 17, 2019.

5. Attached hereto as **Exhibit C** is a true and accurate copy of Resolution No. 2019-167 adopted by the Borough of Wallington approving the enclosed September 10, 2029 letter agreement with Fair Share Housing.

6. Attached hereto as **Exhibit D** is a true and accurate copy of Plaintiffs' Amended Complaint filed December 7, 2020.

7. Attached hereto as **Exhibit E** is a true and accurate copy of the Order entered by the Honorable William C. Meehan, J.S.C. dated April 22, 2015.

8. Attached hereto as **Exhibit F** is a true and accurate copy of the Expert Report prepared by Justin Steil, Ph.D. dated June 30, 2025.

9. Attached hereto as **Exhibit G** is a true and accurate copy of the Order for Partial Summary Judgment entered by the Honorable Jonathan N. Harris, J.S.C. dated February 5, 2007.

10. Attached hereto as **Exhibit H** is a true and accurate copy of the Builders Remedy Order and Opinion entered by the Honorable Jonathan N. Harris, J.S.C. dated March 18, 2008.

11. Attached hereto as **Exhibit I** is a true and accurate copy of the Order entered by the Honorable William C. Meehan, J.S.C. dated March 2, 2016.

12. Attached hereto as **Exhibit J** is a true and accurate copy of the transcript of the Wallington Planning Board Meeting dated May 16, 2017.

13. Attached hereto as **Exhibit K** is a true and accurate copy of the transcript of the Wallington Planning Board Meeting dated July 18, 2018.

14. Attached hereto as **Exhibit L** is a true and accurate copy of the transcript of the Wallington Planning Board Meeting dated September 19, 2017.

15. Attached hereto as **Exhibit M** is a true and accurate copy of the transcript of the Wallington Planning Board Meeting dated December 19, 2017.

16. Attached hereto as **Exhibit N** is a true and accurate copy of the Planning Board Resolution #18-236 dated January 16, 2018.

17. Attached hereto as **Exhibit O** is a true and accurate copy of the Expert Report of Arthur Linfante, III, MAI, CRE, of Integra Realty Resources dated June 25, 2025.

18. Attached hereto as **Exhibit P** is a true and accurate copy of the Deposition Transcript of Jennifer Appice, Borough of Wallington Corporate Designee, dated December 3, 2025.

19. Attached hereto as **Exhibit Q** is a true and accurate copy of the Deposition Transcript of Jessica Caldwell, P.P. dated October 30, 2025.

20. Attached hereto as **Exhibit R** is a true and accurate copy of the Expert Report of Matthew J. Seckler, PE dated June 24, 2025.

21. Attached hereto as **Exhibit S** is a true and accurate copy Order entered by the Honorable James J. DeLuca, J.S.C. granting summary judgment to Plaintiffs dated March 18, 2016.

By: */s/ James J. DiGiulio*
JAMES J. DIGIULIO, ESQ.
**O'TOOLE SCRIVO LLC**
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700
*Attorneys for Plaintiffs*

Dated: February 26, 2026