# EXHIBIT A

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
2
       - - - - - - - - - - - - - - - -x
3    NEW WALLINGTON HOME, LLC, a New
     Jersey limited liability company;
4    MORNINGSIDE at WALLINGTON, LLC,
     a New Jersey limited liability
5    company,
6                         Plaintiffs,
7              -vs-
8    BOROUGH OF WALLINGTON, and BOROUGH
     OF WALLINGTON PLANNING BOARD,
9
                        Defendants.
10     - - - - - - - - - - - - - - - -x
11
12
13                        - - -
                     DEPOSITION OF
14
                     JAMES NUCKEL
15
                APPEARING REMOTELY FROM
16
                CEDAR GROVE, NEW JERSEY
17                        - - -
18
19
     Monday, January 27, 2025
20   Commencing at 10:00 a.m.
21
22   REPORTED BY:
23
24   GAIL R. BRENNAN, CSR NO. XIO1776
25   APPEARING REMOTELY FROM MONROE TOWNSHIP, NEW JERSEY

Page 2

1          T R A N S C R I P T of the stenographic notes

2    of the remote proceeding in the above-entitled matter

3    as taken by and before GAIL R. BRENNAN, a Certified

4    Court Reporter, License No. XIO1776, in and for the

5    State of New Jersey, held on Monday, January 27, 2025,

6    commencing at 10:00 a.m.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                              Page 3
 1   R E M O T E   A P P E A R A N C E S:
 2          O'TOOLE SCRIVO, LLC
            BY:  JAMES DiGIULIO, ESQ.
 3          14 Village Park Road
            Cedar Grove, New Jersey  07009
 4          jdigiulio@oslaw.com
            Attorneys for the Plaintiff
 5
            PFUND McDONNELL, P.C.
 6          BY:  GERALD A. SHEPARD, ESQ.
            139 Prospect Street, 2nd Floor
 7          Ridgewood, New Jersey  07450
            gshepard@pfundmcdonnell.com
 8          Attorneys for the Defendant
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                                                              Page 4

1                             - - -
                    INDEX OF EXAMINATION
2                             - - -
3   WITNESS:  JAMES NUCKEL
4   EXAMINATION                                    PAGE
5     By Mr. Shepard                                 7
6
7                             - - -
                     INDEX OF EXHIBITS
8                             - - -
9   NUMBER          DESCRIPTION
10  JN-1            Final judgment and decision from
                    Judge Christine Farrington dated
11                  January 17, 2019 consisting of
                    13 pages
12
    JN-2            Amended Complaint and Jury Demand
13
    JN-3            New Wallington Home, LLC's Answers
14                  to Interrogatories
15  JN-4            Morningside at Wallington's Answers
                    to Interrogatories
16
17  JN-5            Delinquency notices
18  JN-6            Collection of documents regarding the
                    tax sale of the property
19
    JN-7            Copy of TD Bank check
20
    JN-8            Correspondence from VAP International
21                  dated July 19, 2018
22  JN-9            Documents bates stamped P-305 through
                    P-429
23
    **Exhibits retained
24
25

Page 5

1                               - - -
                        DEPOSITION SUPPORT INDEX
2                               - - -
3
4

    Request for Production of Documents/Information
5
    Page    Line         Page    Line         Page    Line
6
7
8

    Direction to Witness Not to Answer
9
    Page    Line         Page    Line         Page    Line
10
11
12

    Stipulations
13
    Page    Line         Page    Line         Page    Line
14
15
16

    Question Marked
17
    Page    Line         Page    Line         Page    Line
18
19
20
21
22
23
24
25

```
                                                    Page 6
 1      REPORTED REMOTELY FROM MONROE TOWNSHIP, NEW JERSEY
 2              MONDAY, JANUARY 27, 2025, 10:00 A.M.
 3
 4                  THE REPORTER:  The attorneys
 5          participating in this deposition acknowledge
 6          that I am not physically present in the
 7          deposition room and that I will be reporting
 8          this deposition remotely.
 9                  They further acknowledge that, in
10          lieu of an oath administered in person, the
11          witness will verbally declare his/her
12          testimony in this matter is under penalty of
13          perjury.
14                  The parties and their counsel consent
15          to this arrangement and waive any objections
16          to this manner of reporting.
17                  Please indicate your agreement by
18          stating your name and your agreement on the
19          record.
20                  MR. SHEPARD:  Good morning, Gerald
21          Shepard from Pfund McDonnell on behalf of the
22          defendants; I agree.
23                  MR. DiGIULIO:  James DiGiulio on
24          behalf of the plaintiffs and the party being
25          deposed; I agree.
```

Page 7

1  J A M E S   N U C K E L, business address being c/o

2  1 Stevens Road, Suite 1, Wallington, New Jersey,

3  07057, is duly sworn and testified under oath as

4  follows:

5

6  EXAMINATION BY MR. SHEPARD:

7       Q      Good morning, Mr. Nuckel.  My name is

8  Gerald Shepard.  I'm an attorney at the law firm of

9  Pfund McDonnell.  How are you doing today?

10 A      Very good, sir.  Good morning.

11      Q      Thank you for appearing here today

12 for your deposition.  Have you ever been involved

13 in a deposition before?

14 A      I have.

15      Q      Okay.  How many times?

16 A      A lot.

17      Q      A lot?  Okay.  So, when was the last

18 time you were deposed?

19 A      Oh, I think it was in '23.

20      Q      Okay.  I'm sure not much has changed

21 in terms of ground rules for depositions in that

22 time but I'll just go over some ground rules for my

23 own benefit.

24      This is a question-and-answer session

25 between you and I.  Although we're in this informal

Page 8

1   proceeding in your attorney's office your testimony

2   today has the same force and effect as if we were

3   in court before a judge and jury.  Do you

4   understand that?

5   A       I do.

6           Q       And do you understand the oath to

7   tell the truth you just took that's the same oath

8   you would take in court before a judge and jury?

9   A       I do.

10          Q       Okay.

11          We have a court reporter with us who's

12  appearing by Zoom.  She's taking down the questions

13  that I ask and the answers that you give, really

14  everything that's said in the room during the

15  course of the proceeding, so it's important that

16  you verbalize all your responses to my questions,

17  you can't nod your head, shrug your shoulders, say

18  uh-huh or uh-uh, things that you would do in

19  every-day conversation.  Okay?

20  A       Okay.

21          Q       Please wait until I finish asking the

22  question before you answer.  I know you might

23  anticipate the question I'm going to ask you and in

24  every-day conversation it's kind of okay if we cut

25  each other off and answer before the question's

Page 9

1    fully asked, however for the purpose of this

2    proceeding I might ask something completely

3    different than what you're anticipating, and more

4    importantly if you and I are speaking at the same

5    time, it makes the court reporter's job a lot more

6    difficult to get down an accurate transcript.

7    Okay?

8    A      Okay.

9         Q      I'm going to ask you some general

10   background questions and obviously questions about

11   the lawsuit that we're here for today.  I don't

12   want you to guess at anything.  If you don't know

13   an answer to a question or can't remember it's

14   perfectly fine to say I don't know or I don't

15   remember, just don't guess.  Okay?

16   A      Yes.

17        Q      With that being said if you can give

18   us an estimate or an approximation, feel free to do

19   so, just let us know that you're estimating or

20   approximating.  Okay?

21   A      Okay.

22        Q      If at any time you don't understand a

23   question that I ask, please let me know, say I

24   didn't hear that question or I didn't understand

25   that question, and I'll gladly rephrase it or

Page 10

1    clarify it for you so that you can answer it.
2    Okay?
3    A      Okay.
4          Q      This proceeding is being typed up and
5    put into a booklet called a deposition transcript,
6    so it's important that you understand my question
7    before you answer, because that transcript can be
8    used against you in a later proceeding if this case
9    goes to arbitration or trial or some other
10   proceeding.  Okay?
11   A      Okay.
12         Q      Okay.
13         Do you understand all the instructions I
14   gave you?
15   A      There was a lot there but I think -- I think
16   I'll be okay with them.
17         Q      I think so too.
18         Are you taking any medication today that
19   would affect your ability to testify truthfully or
20   to remember anything?
21   A      No.
22         Q      Okay.  Excellent.
23   A      Although I am getting old and not as -- not
24   as clear as I used to be.
25         Q      Well, you fooled me.

```
                                              Page 11

 1          You said you were deposed back in 2023.

 2   What was that in relationship with?

 3   A     That was in a trial with an architect in

 4   Florida, which was a jury trial.

 5          Q     Were you a party to that lawsuit?

 6   A     I was.

 7          Q     Have you ever given a deposition in

 8   New Jersey?

 9   A     Yes.

10          Q     When was --

11   A     When you say given a deposition --

12          Q     When was the last time you were

13   deposed?

14   A     In New Jersey?

15          Q     Yes.

16   A     So the question is when was the last time I

17   was deposed in New Jersey?

18          Q     Correct.

19   A     Probably in '22 I think, I don't remember

20   exactly, that's off the top of my head.

21          Q     That's fair.  And what was that in

22   relationship with?

23   A     It was a situation with a contractor.

24          Q     Okay.  Anything to do with New

25   Wallington Home or Morningside at Wallington?
```

Page 12

1    A       No.

2            Q       Did that case go to trial?

3    A       It did not, no.

4            Q       And do you live in Wallington?

5    A       I lived in Wallington back sometime ago, and

6    my office is -- or some of our offices are in

7    Wallington, but I now live in Florida.

8            Q       Okay.  How long have you lived in

9    Florida?

10   A       Since 2010.

11           Q       Okay.  And when did you live in

12   Wallington?

13   A       I lived in Wallington back, at least

14   20 years ago.

15           Q       What is your highest level of

16   education?

17   A       I have a bachelor of science degree in

18   finance, and I have a certificate in construction

19   technology, and a certificate in investment

20   banking, all from New York University.

21           Q       When did you get your degree in

22   finance?

23   A       That was back in 1986.

24           Q       Any further education after that?

25   A       Those certificates which were courses of

Page 13

1    study in those subjects.

2            Q      Okay.  And I'm sorry, it was a

3    certificate in construction --

4    A       Technology.

5            Q       -- technology and the one --

6    A       And project management, and a certificate in

7    investment banking.

8            Q       Investment banking.

9            Are you presently employed?

10   A       I am.

11           Q       What is your employment?

12   A       I am the president if you will, not really

13   titled I guess but the president of JN Management,

14   VAP International, is what we trade as.

15           Q       Where is JN Management located?

16   A       We have an office at 1 Stevens Road in

17   Wallington, and we also operate out of Fairfield.

18           Q       And what is JN Management?

19   A       We are property managers, JN Management is

20   kind of entity that pays the employees, but we

21   don't trade as JN Management in the open market if

22   you will.

23           Q       Okay.

24   A       We trade as VAP, and we've actually

25   rebranded to Frontline.

Page 14

1          Q       Okay.

2    A       Frontline Management Services.

3          Q       When did you do that rebranding?

4    A       We're working on that now.

5          Q       Okay.  Nothing's finalized yet

6    though.

7    A       No -- well, yeah, people are grabbing and

8    making business cards and things like that.

9          Q       And what are your duties and

10   responsibilities as the president of JN Management?

11   A       I oversee the property management operation

12   of our company, and the construction, and, just our

13   real estate operations.

14         Q       Are you involved in the trading at

15   all, on the trading side?

16   A       I'm not sure what you mean.

17         Q       Well, you said trading as and I got

18   the impression that maybe with VAP International

19   there was some type of investment banking or

20   investment arm to JN Management.

21   A       Oh, I suppose that is a -- maybe a fair

22   interpretation, I don't know, but no, no, we're not

23   trading --

24         Q       Okay.

25   A       -- on Wall Street or anything like that.

Page 15

```
 1        Q       Okay.  I just didn't know if it was
 2   some type of private equity.  I apologize for the
 3   confusion, I thought you were maybe referring to
 4   some type of private equity firm, but we've cleared
 5   that up and it is not.
 6   A       Yeah, I was clarifying that trading just
 7   meant we trade as, as far as, you know, we hold
 8   ourself out as, in business.
 9        Q       Okay.  Does JN Management own any
10   property in Wallington?
11   A       JN Management does not own any property.
12        Q       Where does JN Management own
13   property?
14   A       JN Management does not own property.
15        Q       Okay.  It just manages property.
16   A       Yes.
17        Q       Okay.
18   A       It does have leases.
19        Q       Okay.  Does it manage property in
20   Wallington?
21   A       It does.
22        Q       Okay.  What properties does it manage
23   in Wallington?
24   A       It manages the Jasontown Apartment Complex,
25   it manages Morningside, it manages New Wallington
```

Page 16

1   Home, and it manages the Wallington Square Shopping

2   Center.

3       Q      1 Stevens Road in Wallington, is that

4   located at Jasontown?

5   A      It is.

6       Q      Okay.  And that Suite 1, is that an

7   apartment or is that an office there?

8   A      That's an apartment which we converted.

9       Q      Okay.  Are there employees working

10  there?

11  A      There are.

12      Q      How many employees?

13  A      We have four in that office.

14      Q      What is your relationship with New

15  Wallington Home?

16  A      I am the owner of that LLC.

17      Q      Are you the sole owner?

18  A      Yes.

19      Q      Okay.  Are there any officers or

20  other members of that LLC?

21  A      There are not.

22      Q      Are there any employees for New

23  Wallington Home?

24  A      Not at present, no.

25      Q      When was the last time New Wallington

Page 17

1    Home had employees?

2    A      It has not had employees.

3            Q      Okay.

4            How long has New Wallington Home, LLC been

5    in existence?

6    A      Since I think 2014.  That's a guess off the

7    top of my head.

8            Q      A guess or an estimate?

9    A      I don't know the difference.  Can you tell

10   me the difference?

11           Q      Well, I think an estimate would be a

12   reasonable assumption of a certain date or time,

13   based on knowledge you may have, a guess would be

14   you have no idea and you're just guessing.

15   A      Oh.  Well then it's an estimate it's 2014.

16           Q      Okay.

17   A      Yes.  That's going to be difficult to

18   remember through the deposition.

19           Q      Well, like I said if you ever need me

20   to remind you of something or if you have a

21   question just let me know.

22   A      I'm going to have to adjust my usual

23   discussion to take guessing out of everything and

24   turn it into estimating.

25           Q      All right.

Page 18

1          What is New Wallington Home, what do they

2     do?

3     A     New Wallington Home owns the property at 521

4     Main Avenue in Wallington, it's lot 35.2, I

5     estimate.

6          Q     Okay.  Well, that's what I have in my

7     notes, lot 35.02, block 71?

8     A     Well I would say that was a good guess but I

9     can't say that.  That was a good estimate.

10         Q     Okay.  And how long has New

11    Wallington Home owned the property located at 521

12    Main Avenue?

13    A     It has owned that property since I think --

14    excuse me -- I estimate it was 2015.

15         Q     Okay.  Who did New Wallington Home

16    buy this from?

17    A     The Wallington Group.

18         Q     Did you own The Wallington Group?

19    A     I owned it 50 percent with my brother.

20         Q     Okay.  Donald?

21    A     Yes.

22         Q     Does New Wallington Home, does that

23    generate any income?

24    A     Not at present.

25         Q     Okay.  And have you been the sole

Page 19

```
 1    owner and the president since its inception since,

 2    what you estimate is 2014?

 3    A      Yes.

 4           Q      And you were the sole owner at the

 5    time you purchased it?

 6    A      I think the -- yes.

 7           Q      Okay.

 8           Does New Wallington Home own any other real

 9    property?

10    A      It does not.

11           Q      Is New Wallington Home, LLC currently

12    involved in any other litigation, other than the

13    lawsuit that we're here for today, and any pending

14    tax appeals, other than that?

15    A      No.

16           Q      Have you ever given a deposition in

17    your capacity as the president or sole owner of New

18    Wallington Home, LLC?

19    A      I don't recall, I don't think -- I -- I

20    don't think so.

21           Q      Okay.

22    A      I was going to say I don't estimate.

23           Q      Okay.

24           Has New Wallington Home, LLC ever filed for

25    bankruptcy?
```

```
                                              Page 20
 1   A      It has not.

 2          Q      Is there road access?

 3   A      There is.  New Wallington Home has an

 4   easement long-standing over the property that's in

 5   front of it out to Main Avenue.

 6          Q      And has that easement been developed

 7   into a road?

 8   A      Recently there have been improvements on the

 9   property that is in front to help create access to

10   New Wallington Home, and there's been some road

11   creation on New Wallington Home.

12          Q      Okay.  When did you start the road

13   creation on New Wallington Home?

14   A      In the end of '22/beginning of '23.

15          Q      And did you have to get any permits

16   to begin that construction on the road?

17   A      From what I understand the approval by the

18   court is the permit for -- as it stands with

19   respect to site improvements.

20          Q      Okay.  So did you go to the Town at

21   Wallington at all and say I'm going to build the

22   road now?

23   A      There -- what I recollect there was --

24   because we were not building the collective entire

25   development that was approved by the court at that
```

Page 21

1   time, there was phasing and we were building what

2   the engineer conceived as the first phase, and

3   there had to be some discussion with the Town with

4   respect to that because the whole development was

5   not being created.

6          Q        Okay.  And when was that?

7   A        That was roughly I believe in '22 or '23.

8          Q        Okay.  Is phase 1 of that project

9   completed?

10  A        It's completed, although there have to be

11  some signoffs from the DEP from what I remember.

12         Q        Okay.  And where are you with getting

13  the signoffs from the DEP to move forward with the

14  project?

15  A        We are in the process.

16         Q        Okay.  When did you begin that

17  process with the DEP?

18  A        Oh, that's hard to say because the DEP has

19  been involved in that property for a long time, so

20  I'm not sure exactly how to answer that.

21         Q        Okay.  What is the nature of the

22  signoff that you need from the DEP?

23  A        The DEP at present the way I understand it

24  has oversight of the site work on the site, and

25  this site work is in some ways touching on New

Page 22

1   Wallington Home, and New Wallington Home has a

2   different, say history with the DEP than say the

3   property in front of it, and therefore required

4   some oversight by the DEP, and we are processing

5   through that, but certainly the DEP has known about

6   this work that we're doing since at least '22.

7        Q      Okay.  And you say -- you testified

8   that New Wallington Home, LLC has a different

9   history with the DEP than the property in front of

10  it, is that accurate?

11  A      Yes.

12       Q      Okay.  And the property in front of

13  it, that is now the Devli property, D-E-V-L-I?

14  A      No.

15       Q      So it's not the Devli property?

16  A      It is not.

17       Q      What is the property in front of it?

18  A      It is Morningside.

19       Q      And when you said that there was --

20  earlier when you were testifying that there was an

21  easement for the property in front of New

22  Wallington were you also talking about Morningside

23  at that time?

24  A      I was talking about Morningside.

25  Morningside, there was an easement that benefited

Page 23

1    what was the New Wallington Home property or what

2    was previously other property, across the

3    Morningside property that had been long-standing

4    easements there that were in place.  Those were

5    formalized in a different way during the term of

6    our applications in the Town of Wallington.

7         Q     Okay.  What was -- well let me just

8    ask you this, what is your relationship with

9    Morningside at Wallington, LLC?

10   A     I am the owner.

11        Q     Okay.  Are you still the owner?

12   A     I am.

13        Q     And when did Morningside at

14   Wallington, LLC come into existence?

15   A     I'm going to estimate, but it's a good

16   estimation, 2005.

17        Q     Okay.  Do you have any members,

18   partners, officers in that LLC?

19   A     No.

20        Q     Have you ever had any members,

21   partners, officers in that LLC?

22   A     No.

23        Q     Has Morningside at Wallington ever

24   had any employees?

25   A     No.

Page 24

1          Q       And do Morningside at Wallington,

2    does that generate any income?

3    A       It did, it does not right now.

4          Q       Okay.  When did it generate income?

5    A       It generated income from a warehouse

6    building that existed when I purchased the

7    property, and a facility that was a recreation

8    facility that had a roller -- in-line roller hockey

9    operation in it --

10         Q       Okay.  It was --

11   A       -- when we bought it.

12         Q       It was a closed-in rink?

13   A       Yes, it was, but it did not start as a rink.

14         Q       Okay.  What did it start as?

15   A       I think it was originally built as a tennis

16   facility.

17         Q       Okay.  And did you transform it into

18   a rink or did someone --

19   A       No, it had been transformed into a rink long

20   before we had bought the property.

21         Q       Is the rink still standing?

22   A       I'm not sure what you mean.

23         Q       Is the physical structure still

24   there?

25   A       The building, yes.

Page 25

1          Q      All right.  Can people still play

2     in-line hockey there?

3     A      You could.  And there was a family

4     recreation facility there that had some

5     roller-skating as part of their program.

6          Q      Okay.

7     A      It wasn't in-line hockey though.

8          Q      Okay.  Is the recreational aspect, is

9     it still open, do people still go there and skate?

10    A      Not at present.

11         Q      Okay.  When was the last time it was

12    open for people to go and skate?

13    A      In 2016.

14         Q      Why did it close?

15    A      Because the lease was at an end, we had some

16    difficulty getting the tenant out but we were

17    thinking we were going forward towards development

18    of the Morningside property.

19         Q      Okay.  So someone was leasing the

20    rink from Morningside at Wallington and operating a

21    rink there.

22    A      Operating a family entertainment business.

23         Q      Okay.  How else had Morningside at

24    Wallington generated income other than the rink?

25    A      There were tenants in the warehouse for some

Page 26

1   time.

2          Q      Is the warehouse still standing?

3   A      The warehouse is not.

4          Q      Okay.  When was that torn down?

5   A      That was taken down I think in the beginning

6   of '23, end of '22.

7          Q      When did you stop having tenants

8   there?

9   A      Well, the last user of that building was the

10  rink -- excuse me, the family entertainment

11  business which was storing a good amount of stuff

12  in the warehouse.

13         Q      Okay.

14  A      But the last other warehouse tenant was out

15  in 2015.  From what I remember, that's an estimate

16  but --

17         Q      Sure.

18         Has there been any development on the

19  Morningside at Wallington property?

20  A      There has.

21         Q      Okay.  And what has taken place?

22  A      Just the site work that we spoke about that

23  was phase I.

24         Q      And what is Morningside at

25  Wallington's history the DEP?

Page 27

1   A      Morningside did not have an environmental

2   history, I'm not sure how exactly to refer to it,

3   but it was not a site of concern let's say to the

4   DEP as I understand it, and perhaps, to make a long

5   story short, it just was not a -- I'll just sum it

6   up to say it was not a site of concern to the DEP

7   and was not a -- a site that had any history that

8   the DEP was concerned about.

9        Q      What about at New Wallington Home,

10  does the DEP have any concerns about that site?

11  A      Well, that -- let me say this, and this will

12  take some time to answer that.

13       Q      Okay.  That's fine.

14  A      As I understand it, the DEP was in a long

15  dispute with the Curtis Wright entity or

16  corporation, which owned the Curtis Wright site in

17  Wood Ridge, and that site is higher in elevation

18  and adjacent to our site, the New Wallington Home

19  site, in Wallington, and other sites, in Garfield,

20  and that has, how would I say, ground flow through

21  Wallington, and into other parts of southern

22  Bergen.  That dispute with the DEP as I understand

23  it arose from the fact that Curtis Wright had been

24  manufacturing airplane engines and other equipment

25  in the 1940s.

Page 28

1          Q       Okay.

2    A       And the -- as part of the operations of the

3    Curtis Wright site, they were using solids to clean

4    their airplane engines and things like that, and

5    they were dumping what turns out to be probably

6    millions of gallons of solvents into the ground,

7    and as far as I understand, those solvents go

8    quickly down through the ground and the dirt, but

9    they ride on top of the groundwater, and they

10   spread on top of the groundwater and they'll go for

11   many miles if not hundreds of miles, but in any

12   event, as part of the DEP's dispute with Curtis

13   Wright, DEP wanted Curtis Wright to clean up the

14   entire region and, as I understand it, Curtis

15   Wright came back and said, at some point after a

16   very long protracted dispute with Curtis Wright,

17   came back and said -- Curtis Wright came back and

18   said, hey, you haven't investigated other sites

19   around this area that could have contributed to the

20   contamination in the groundwater throughout the

21   region, you have to do that, and the DEP from what

22   I understand ended up having to do those

23   investigations, and in that process they

24   investigated a lot of properties around the area,

25   and they came in and grid-boarded and tested a lot

Page 29

```
 1    of the properties and -- how would I say -- did a
 2    full examination of all of these properties,
 3    extensive, and one of the properties that the DEP
 4    needed to go and investigate was the New Walling --
 5    what is now the New Wallington Home property,
 6    because it had had a sand pit on it that the DEP
 7    did not have information on as to how it was filled
 8    up through the 40s or the 50s, and it turned out
 9    from what I recall, that New Wallington -- or
10    excuse -- yeah, the property that was New
11    Wallington and is now New Wallington Home was
12    filled in the 50s, and was owned by a construction
13    company, and what the DEP found was they went in
14    and they grid-boarded the entire property, and they
15    found that the property had been -- the sand pit
16    that was there, had been filled with construction
17    debris, it had a lot of the fill, it had a lot
18    of -- some concrete, some macadam, some wood, and
19    some coal cinders and things like that, but the DEP
20    determined that site that is now the New Wallington
21    Home site, was not a contributor at all to any of
22    the region's groundwater problems or anything like
23    that, and they classified it as historic fill,
24    historic fill being a classification that the DEP
25    uses for sites all over New Jersey, that have been
```

Page 30

 1    either leveled or filled for construction, because,

 2    as I understand it the DEP's definition of what is

 3    contaminated includes a piece of concrete, a piece

 4    of macadam, a petal of macadam, some, say dust from

 5    a cigarette, anything, that is what they -- under

 6    the original rules of DEP, it is considered

 7    contaminated, but they realized that they had to

 8    create this different class of property and

 9    different class of contamination, which is called

10    historic fill apparently, and that is treated in,

11    from what I understand in DEP operations in a

12    totally different way, because it's not really a

13    complex situation at all, it's completely innocuous

14    in a lot of ways, and still though, they have to go

15    through their process.

16          Q      Right.

17    A      And New Wallington Home was that type of

18    site, and still for instance needs a cap, and as I

19    understand DEP has to go through its process with

20    respect to any work that goes on on that site, and

21    as we were speaking about earlier, the site that is

22    Morningside was not subject to that kind of

23    history, or that kind of process by the DEP or

24    oversight.

25          Q      Okay.  So New Wallington Home had a

```
                                              Page 31

 1   little more investigation by the DEP than

 2   Morningside, right?

 3   A      Yes.

 4        Q      Okay.  And that's just because of the

 5   historic nature of the property from going back to

 6   the 40s or 50s.

 7   A      Yes.

 8        Q      Okay.

 9        Was there any finding by the DEP that the

10   contaminants from the Curtis Wright site had

11   leached into the property at New Wallington Home?

12   A      Well, that is a -- how could I say this --

13   that depends on your definition of leach.  They

14   found that the contamination from the Curtis Wright

15   site had spread through the entire region on the

16   groundwater, so the groundwater level at New

17   Wallington Home for instance is 60 feet down into

18   the ground, start down there, that's where the

19   contaminants are riding apparently through the

20   entire region at that level, but as far as leaching

21   goes no there's no -- from what I understand no

22   contaminants that would just soak through the

23   ground --

24        Q      Okay.

25   A      -- coming from Curtis Wright.
```

Page 32

```
 1          Q       Did the DEP require any type of
 2    cleanup of the New Wallington Home site?
 3    A       No, they just require a cap.
 4          Q       A cap?
 5    A       Yeah.
 6          Q       And has the cap been put in?
 7    A       The cap has not been put in, we're not
 8    developing really most of New Wallington Home yet.
 9          Q       Okay.  And what type of development
10    is contemplated for New Wallington Home?
11    A       A residential apartment complex.
12          Q       How many units?
13    A       Sorry, I didn't hear that.
14          Q       How many units?
15    A       It is 134 units.
16          Q       And are any of those designated as
17    affordable housing units?
18    A       Yes.
19          Q       How many?
20    A       I believe it's 20, it might be 21.
21          Q       And what about Morningside at
22    Wallington, what type of development is
23    contemplated there?
24    A       A residential apartment complex.
25          Q       How many units are contemplated
```

Page 33

1    there?

2    A       73 I think it is.

3           Q        And how many are affordable housing

4    units?

5    A       From what I recall 15.

6           Q        Does either New Wallington Home or

7    Morningside at Wallington, do they have any

8    investors involved in the development?

9    A       Can you ask me that question again?

10          Q        Sure.  Does either New Wallington

11   Home or Morningside at Wallington have any

12   investors to help finance the project?

13   A       If there was any investment, any other

14   entity that has given money to those entities it

15   would be an entity controlled by me.

16          Q        Right.  Okay.

17          Have you tried to sell New Wallington Home

18   in the past five years?

19   A       No.

20          Q        Have you tried to sell Morningside at

21   Wallington at all in the past five years?

22   A       No.

23          Q        Do you have any idea how long the

24   project would take to build the apartments at New

25   Wallington Home?

Page 34

1    A       At New Wallington Home?

2            Q       Yeah.

3    A       Probably about a year.

4            Q       What about at Morningside at

5    Wallington?

6    A       Probably about a year.

7            Q       Have you --

8    A       That's construction.

9            Q       Sure.  Sure.  Have you retained any

10   builders or architects for this project?

11   A       We've interviewed builders in the past,

12   we've interviewed architects and worked with

13   architects in the past as far as making some of the

14   parts of the exhibits for applications in front of

15   the Town of Wallington.

16           Q       Okay.

17   A       Yeah, and we've used architects to do

18   construction drawings on Morningside.

19           Q       Okay.  And have you retained them or

20   were they just -- outside of -- or, strike that.

21           Since you have the approvals, I think when

22   the court said you had the approvals back in 20 --

23   A       19.

24           Q       -- 19, have you retained any

25   architects or builders?

Page 35

1    A      We did retain Minno Wasko Architects,

2    M-I-N-N-O   W-A-S-K-O.

3           Q      When did you retain them?

4    A      I think it was in 2019.

5           Q      Are there --

6    A      That's for that work.

7           Q      For New Wallington Home or --

8    A      Morningside.

9           Q      Morningside.  What about for New

10   Wallington Home?

11   A      We have not engaged them on New Wallington

12   Home yet for construction drawings.

13          Q      Have you engaged any architect on New

14   Wallington Home for construction drawings since

15   you've had the approval from 2019?

16   A      No.

17          Q      Any reason why not?

18   A      Because of the delays through time caused by

19   Wallington, because of the fact that the job is

20   kind of stalled because of previous delays because

21   of COVID, and, that's what I'm thinking off the top

22   of my head.

23          Q      Okay.

24   A      I could supplement for you perhaps later.

25          Q      Okay.  Have you retained any builders

Page 36

1    for the Morningside at Wallington property?

2    A       Well, we retained a general contractor for

3    the site work at Morningside, which did affect some

4    part of New Wallington Home.

5           Q       And who was that general contractor?

6    A       That was March Construction.

7           Q       And did March Construction also do

8    the site work at New Wallington Home?

9    A       Well, they did some site work that did touch

10   on New Wallington Home, yes.

11          Q       Okay.  Did anyone else do the site

12   work at New Wallington Home?

13   A       I'm not sure I understand the question.

14          Q       Okay.  Well I believe earlier, I

15   thought you indicated that there was some site work

16   that had been done at New Wallington Home, is that

17   correct?

18   A       Yes.

19          Q       Okay.

20   A       And that was part of this phase I.

21          Q       Okay.

22   A       There was -- part of phase I touched some on

23   New Wallington Home.

24          Q       Okay.  Did any other contractors do

25   any work at New Wallington Home?

Page 37

1    A      Well, we have done some of the site work

2    through our company.

3           Q      All right.

4    A      Yeah.

5           Q      New Wallington Home, or --

6    A      I apologize, we're really JN Management.

7           Q      Okay.  JN Management, okay.  Did JN

8    Management do the work itself or did they hire

9    someone to do the work?

10   A      No, we -- we did it ourselves.

11          Q      Okay.

12   A      We do a lot of construction on other sites

13   and we do a lot of other types of construction, all

14   the time.

15          Q      Did -- going back to Morningside at

16   Wallington, did Minno Wasko Architects, did they

17   complete their drawings?

18   A      They have not -- it's not exactly

19   100 percent complete but they're, for the most part

20   yes, as I recall complete.  I would have to go back

21   and check, but my recollection is they're complete,

22   there may be some things to supplement.

23          Q      I'm going to show you what I guess

24   we'll mark as JN-1.

25          Okay.  Mr. Nuckel, I'm showing you what has

Page 38

1    been marked as JN-1.  You can just take a brief

2    look at it, and then I'm going to ask you some

3    questions on it.

4    A      I can read the document?

5           Q      Sure.  Absolutely.  Take your time.

6                  (Witness reviews document.)

7    A      All right, I've perused the document.  I

8    can't -- I'm certainly not going to sit here and

9    read the whole thing.

10          Q      Yeah, I'm not going to test you on

11   it, I just have some questions on it, and I'll

12   certainly allow you to refer to it with any

13   question I do ask.

14          Are you familiar with this document?

15   A      I am.

16          Q      Have you seen it before?

17   A      I have.

18          Q      When was the first time you saw it?

19   A      I believe back in 2019.

20          Q      Okay.  And McCarter & English, that

21   was your attorney that handled this lawsuit?

22   A      Yes.

23          Q      Okay.  Do you remember what the

24   causes of action were for that lawsuit?

25   A      I'm not sure I understand the question.

Page 39

1          Q      Okay.  Do you know what -- the

2    reasons why that lawsuit was filed?

3    A      Yes.

4          Q      What were the reasons why that

5    lawsuit was filed?

6    A      Because Morningside and New Wallington Home

7    brought an application for site plan approval, and

8    the board went through a process of review that was

9    problematic and ultimately denied those

10   applications, and we felt that the board's reasons

11   for denial and what they were doing was wrong, and

12   we brought a complaint to the court regarding our

13   positions, and the judge found that in fact that

14   Wallington was acting in an arbitrary and

15   capricious manner and had unreasonably delayed and

16   denied the application and should have approved it.

17         Q      Okay.  And this order that you have

18   in front of you which we've marked as JN-1, this is

19   an order by the court giving you the approvals,

20   correct?  If you -- actually if you go to the

21   second page this is what I'm referring to.  Okay?

22   If you look at paragraphs 1 through 5.

23   A      Yes, it says that the Borough shall issue

24   all necessary permits and approvals within 15 days

25   of this order.  As I recall, the Town appealed this

```
                                              Page 40
 1   decision.

 2           Q       Okay.

 3   A       Which put it in limbo right away.

 4           Q       And what happened with that appeal?

 5   A       That appeal was not withdrawn by the Town

 6   until I think late November of 2019.

 7           Q       But if you look at paragraph 2 it

 8   says New Wallington Home --

 9   A       I'm sorry, paragraph 2 where?

10           Q       The page right in front of you.

11   A       So the second page of the final judgment.

12           Q       Yes.

13   A       All right.

14           Q       It says, New Wallington Home's

15   application for amended site plan approval is

16   hereby approved in its entirety.

17   A       Approved in its entirety, yes, I see that.

18           Q       So that's a court ruling that the

19   site plan is approved, correct?

20   A       Well, it says that, but as I understand it,

21   the circumstances of a ruling by the court can be

22   subject to question by another side, and in fact

23   Wallington appealed this decision, which puts you

24   from what I understand in limbo until that appeal

25   is -- I don't know what the words are -- processed,
```

Page 41

1   or maybe it's adjudicated.

2        Q     And it's your understanding that the

3   appeal was withdrawn, correct?

4   A      Eventually at the end of 2019 it was

5   withdrawn by the Town, and the Town went through a

6   process at the end of 2019 to withdraw the appeal,

7   after the -- I want to say proceedings with us.

8        Q     Okay.  So the appeal was withdrawn,

9   correct?

10  A      In the end of 2019, the very end of 2019.

11       Q     Okay.  All right.  End of 2019 the

12  appeal was withdrawn, so you still have the

13  approvals, correct?

14            MR. DiGIULIO:  Objection to --

15  A      When you say still have the approvals, I'm

16  not sure.  You don't really, as I understand it,

17  have the approvals until that appeal goes away.

18       Q     Well they withdrew that appeal,

19  correct?

20  A      They withdrew it, as I was explaining, in

21  the end of 2019, in the very end of 2019, in

22  November.

23       Q     Okay.  Is there still an appeal

24  pending?

25  A      Not to my knowledge, no.

Page 42

1        Q       Has anyone reinstated that appeal?

2    A       Not to my knowledge, no.

3        Q       Okay.  You believe that you do not

4    have the approvals to proceed with the site plan

5    application -- with the site plan?

6    A       Well, we do not have all building permits of

7    course, we submitted building permits with the

8    construction drawings that I was speaking about on

9    Morningside, but the Town has not acted on those

10   building permits, not processed them, they're not

11   processed through.

12       Q       Okay.  When were they submitted to

13   Wallington?

14   A       I believe it was '22 or '23.

15       Q       Why didn't you submit them in 2019

16   after the appeal was withdrawn?

17   A       Well, you're talking -- as I described, the

18   Town doesn't go through the -- how would I say --

19   go through the required processes to actually

20   withdraw the appeal and formalize it until November

21   of 2019, and then it takes time after you get your

22   site plan approval to do construction drawings and

23   do all kinds of things to get ready for

24   construction, but, you know, what happened in the

25   beginning of 2020, I think the entire world knows

Page 43

1    that COVID hit and caused all kinds of problems in

2    business everywhere and in society, and the -- how

3    would I say -- construction costs have gone up

4    since that time, but there was a lot of difficulty

5    with respect to development after COVID, but we

6    started to go forward with trying to develop --

7    getting ready to develop the site, in context with

8    other things.

9           Q      But COVID was the contributor to the

10   delay in the development of the project?

11   A      I wouldn't say that it --

12              MR. DiGIULIO:  Object to form.  Go

13         ahead.

14   A      I wouldn't say that it was -- I think it was

15   just a condition that happened to cause problems

16   for the construction, but certainly the Town had

17   delayed us for so long and for so many years, the

18   Town really put us into that unfortunate time of

19   COVID, we could have -- if the Town had processed

20   the -- if the Town had processed the application,

21   which really should have been dealt with we think

22   administratively very quickly, we think we would

23   have been developing earlier than that.

24         Q      When do you think you would have been

25   developing?

Page 44

1   A      Okay, so we submitted plans for approval in

2   the end I believe of -- or maybe it was the fall --

3   it was the fall I think of 2016, and we -- if -- it

4   is my view or our view, that if the Town had

5   expeditiously considered those plans and -- yeah, I

6   should say -- I'll stick with expeditiously

7   considered those plans and processed them, we

8   should have been approved by the beginning of 2017

9   and we would have been developing probably at the

10  end of 2017 or beginning -- the very beginning of

11  2018.

12          Q      You indicated that building permits

13  were requested for Morningside, and I think you

14  said you estimate around '22 or '23 you made that

15  request, who did you make that request with at the

16  Borough, do you remember?

17  A      I'm not sure I understand the question.

18  With?

19          Q      Yeah, did you --

20  A      With my firm, asked or --

21          Q      Who did you ask at the Borough?

22  A      Well you had to go to the building inspector

23  and that would be Nick Malfi.

24          Q      Okay.  Did you go to Nick Malfi or

25  did someone else?

Page 45

```
 1   A       No, it was a representative.

 2           Q       A representative from JN --

 3   A       Somebody from our firm.

 4           Q       JN Management --

 5   A       Yes.

 6           Q       -- or New Wallington --

 7   A       JN Management.

 8           Q       Do you recall who that was?

 9   A       I believe it was Jim Cornwell -- I

10   apologize, it may have been -- it may have -- it

11   definitely would have been on the oversight of

12   Monica Puerta.

13           Q       P-U-E-R-T-A?

14   A       P-U-E-R-T-A.  But it may have been -- I

15   apologize, I forget, we had a construction manager

16   at the time and I can't remember her last name off

17   the top of my head, first name was Kim.

18           Q       Okay.  And was there a written

19   application you had to fill out or how did -- how

20   do you go about requesting the building permits

21   from Mr. Malfi?

22   A       I did not go and have the formal interaction

23   with Mr. Malfi.

24           Q       Okay.

25   A       But there may have been some applications
```

Page 46

 1   that had to be filled out.

 2         Q     Okay.  And did you get a copy of

 3   those applications?

 4   A     We may have them around.

 5         Q     But there were no building

 6   applications for New Wallington, correct?

 7   A     There was no permit requested for New

 8   Wallington Home -- for the buildings that would be

 9   on New Wallington Home.

10         Q     Okay.  And is that because you're

11   still dealing with the DEP?

12   A     No.

13         Q     Okay.

14   A     It's because we are, at the time, probably

15   getting ready to file, and we are now in a process

16   where -- or shall I say at that time, we were in a

17   process where we've got issues with this suit that

18   we're talking about, or that we're in that you're

19   deposing me on today, and there were issues that

20   needed to be from what I recall considered and

21   worked out, as we went through that process of

22   making those -- filing any -- or going through any

23   work to create plans for that development.

24         Q     Okay.  What issues?

25   A     Well, we are in a complaint, as I think I

Page 47

```
 1   may have described -- actually I didn't -- but
 2   we're in a complaint right now, complaining that
 3   the Town of Wallington delayed us for many years,
 4   which cost us economic damage, economic harm, and
 5   it's part of the complaint that relates to save New
 6   Wallington Home, and has hurt the financial -- that
 7   has hurt New Wallington Home financially, and
 8   Morningside.
 9            Q      In the complaint that was filed and
10   ultimately ruled on by Judge Farrington, JN-1, were
11   there any allegations of --
12   A       When you say JN-1 what do you mean?
13            Q      The exhibit you have in front of you
14   right now.
15   A       Oh.
16            Q      We marked it as Exhibit JN-1.
17   A       I apologize.
18            Q      That's okay.  In that lawsuit were
19   there any allegations of delay by the Borough of
20   Wallington in approving the site plan application?
21   A       From what I recall we did complain about
22   years of delay in that -- in that motion, and from
23   what I remember -- I think I even saw it here --
24   the judge acknowledged that there was significant
25   delay, and made that observation, caused by
```

Page 48

1   Wallington.

2        Q      I'm going to show you now what we'll

3   mark as JN-2.

4               (Witness reviews document.)

5        Q      You don't have to read the whole

6   thing, if you want to, let me know, and you could

7   take --

8   A      I'd like to peruse it if I could.

9        Q      Yeah.  Absolutely.  Go for it.

10              (Witness continues to review

11       document.)

12  A      Well, I'm perusing this and I think -- in

13  the interest of time, I think I would ask you if I

14  could just refer back to the document when you're

15  asking me questions about it?

16       Q      Of course.  And just going forward if

17  I show you any other documents and I'm going to ask

18  you questions about them, certainly you can refer

19  to the document.  Okay?

20  A      Okay.

21       Q      Just so we're clear, I don't want you

22  to feel like I'm, you know, quizzing you or, you

23  know, putting you on the spot.  Certainly you can

24  refer to the document.  That's why I'm showing it

25  to you.  Okay?

Page 49

1    A       Okay.

2            Q       Do you recognize that document that

3    we've marked as JN-2 and that's in front of you?

4    A       Yes, I do.

5            Q       Have you ever seen it before?

6    A       I -- yes, I have.

7            Q       When was the last time you saw it?

8    A       I think I did take a look at this, back

9    about a week ago or so.

10           Q       Okay.  And this is your complaint in

11   federal court against the Borough of Wallington and

12   other borough entities, correct?

13   A       I think it is, yes.

14           Q       Okay.  And why are you suing the

15   Borough?

16   A       Well, because Wallington, over more than a

17   decade, has tried to frustrate and harass this

18   application for housing on New Wallington Home and

19   Morningside, through various different actions that

20   the Town has taken, and that has caused Morningside

21   and New Wallington Home to be fiscally damaged, and

22   they have cost us return on development, a

23   development that could be there, construction costs

24   have gone up a lot during their delays, we've had

25   to engage attorneys to protest their unreasonable

Page 50

 1   denials of our applications, and there are other

 2   things that are going on in the town, there is a

 3   new train station that is developed on the very

 4   border of Wallington on a train line that runs into

 5   Hoboken, and that is just a -- from what I

 6   understand, just a wonderful benefit as seen by

 7   most municipalities, and the town, by miracle,

 8   happens to have an easement that leads right to

 9   where this train station goes to, and this train

10   station -- well, that easement that I said goes

11   directly to where this train station is has existed

12   for many many decades, and I know it to be the

13   Town's policy that they don't want this access to

14   be created, and that is just, I believe and I think

15   others believe, crazy, and the consequence is that

16   this new train station, one of the first train

17   stations in a very long time as I understand it,

18   that has been developed in New Jersey, is well

19   developed on the Wood Ridge side of the train

20   station, and has a parking lot, and has access, and

21   has nice improvements for the residents in Wood

22   Ridge and elsewhere in that side of the region of

23   the train station, it gives them nice access to the

24   trains that run right into Hoboken and therefore

25   right into New York, and if you stand on that

Page 51

1    platform and look at the Wallington side it's just

2    a field of weeds, and Wallington has the ability to

3    create access to that station, but -- and that

4    station's been I think there almost now, almost

5    20 years, and Wallington's done nothing to develop

6    and make use of that easement, and from what I

7    understand does not want to.

8            Q       What makes you -- what makes you say

9    they don't want to?

10   A       Because of comments that I've heard from the

11   ex-mayor, because of things that I've heard from my

12   brother, who was in negotiations with the Town and

13   processes with the Town in getting an approval on

14   an apartment complex that he has that is -- or

15   had -- that is contiguous to the train station, and

16   just in general, the Town's behavior with respect

17   to this access over 20 years just -- just looking

18   back without even hearing anything, you would

19   expect that a town, especially with an easement

20   directly to this station, would want to in some way

21   immediately effectuate that access.  And I also

22   say -- or come to that conclusion because of my

23   experience with the Town since I brought this

24   complaint, the Town has done really nothing much to

25   create that access and has delayed this court case

Page 52

```
 1   for a long time now, and I'm not aware of any
 2   energetic effort on the Town's part to see to it
 3   that that access is created.
 4        Q      Does the Town have a legal obligation
 5   to develop that easement to create a roadway to
 6   that train station?
 7              MR. DiGIULIO:  Object to the form.
 8        Go ahead.
 9   A      Yeah, and I'm not an attorney, but I believe
10   that the Town does have federal and probably
11   state -- I'm going to say obligations, to create
12   access to public transportation for its residents
13   and for residents in the region, and the Town, by
14   its behavior, has shown it doesn't want to create
15   that access.
16        Q      Is there any other means of public
17   transportation in Wallington?
18   A      I'm not sure what you're -- I don't
19   understand the question.
20        Q      Well, are there -- are there busses
21   in Wallington?
22   A      I do know that there are bus lines that go
23   along Main Avenue.
24        Q      And the -- where this easement is
25   located what is the terrain like?
```

Page 53

1   A       The easement is over flat ground almost all

2   the way to the area of the train station, there is

3   one spot where the easement runs into a steep slope

4   area, for about 150 feet or so from what I

5   remember, that would require some additional

6   construction, if you were going to go according to

7   the exact layout of the easement you would have to

8   do some work on that steep slope and create a wall

9   from what I remember.  However, I was in a meeting

10  with the Town and the owner of the property that

11  the easement crosses, and as I remember the owner

12  of the -- the now owner of the property had shared

13  at that time in that meeting that they'd be happy

14  to move the easement over so that it would not

15  create a hardship on anybody trying to use the

16  easement.  And the easement from what I recall it

17  needed to be moved over say 30 feet or something

18  for a short run, but the rest of that easement runs

19  over flat ground.

20          Q       Okay.

21  A       From what I remember.

22          Q       And you were talking about, in that

23  meeting with the property owner where the easement

24  runs through that was -- is that the Devli property

25  or your brother's property?

Page 54

1    A       That is the Devli property.

2            Q       Okay.  And when was that meeting?

3    A       I think it was two years ago or so from what

4    I remember.

5            Q       So it was after this complaint was

6    filed.

7    A       No.  Oh, I'm sorry, it was.  Yes, it was.

8            Q       Okay.

9    A       I'm sorry, yes.

10           Q       Do you know if the prior owner of the

11   Devli property was aware of the easement?

12   A       Definitely, yes.

13           Q       Okay.  And did they have any

14   discussions with the Town about the development of

15   that easement to create road access to the train

16   station?

17   A       As far as I know, yes.

18           Q       Okay.  And that was the Umdash

19   Property?

20   A       Well I know it -- I think Umdash is one of

21   their entities but I know it as DOKA, D-O-K-A, all

22   capitals.

23           Q       Okay.  And when did DOKA discuss any

24   development of the easement for road access to the

25   train station, that you're aware?

Page 55

```
1    A       Well, I attended a meeting, a planning board
2    meeting, that DOKA was having with Wallington, I
3    think it was in 2019, and I -- when I attended that
4    meeting, I at a break introduced myself to the
5    representatives of DOKA, and I think they thought I
6    might be there to object to their application so
7    they initially weren't happy when I introduced
8    myself from what I remember, but told them
9    immediately that I was in full support of their
10   application but I wanted to make sure there was
11   access to the train station, and they told me --
12   they were immediately at ease, and they told me
13   that they were -- had proposed to the Town that
14   they'd create an expanded access to the train
15   station, that was part of what they wanted to do,
16   and assured me that they would work on that, and
17   that's what I remember happened at that meeting.
18           Q       Okay.  And you said that was
19   approximately 2019?
20   A       I think it was 2019.
21           Q       Okay.  Do you know of any other --
22   A       That's an estimate.
23           Q       A good estimate.
24   A       Yes.
25           Q       And do you know of -- are you aware
```

Page 56

1    of any other discussions about developing that

2    easement or access to the train station before

3    2019?

4    A       Yes.

5            Q       When?

6    A       I remember that there was -- my brother got

7    involved -- the context of this is my brother got

8    involved with the property that is contiguous to

9    the train station back in -- a couple of years ago,

10   I -- I don't know exactly when it was, but I know

11   that he was involved in an application to the court

12   to -- how would I say -- have the court acknowledge

13   and rule that the easement that the Town had for

14   many many years was still good, and still existed,

15   and I think my brother was having some disputes

16   with the then owners of what we usually call in

17   town the Farmland Dairy property, it wasn't owned

18   by Farmland anymore, but it was a group that had

19   taken over the Farmland property that my brother

20   was having disputes with, in any event, I talked

21   with my brother briefly about that back then, and,

22   I think that that was eventually ruled on by the

23   court, and I -- it's my estimate that it was 2016

24   that the court found that that easement was -- did

25   in fact exist, it was totally usable, so to speak,

Page 57

1    and I don't know all the legal nomenclature to

2    describe it but, it was a good easement and could

3    be used.

4           Q       Okay.  But was there a discussion or

5    any type of ruling about the development of a road

6    or access to the train station?

7    A       I'm not sure I understand the question.

8           Q       All right.  Well, when your brother

9    got involved in 2016 and he applied to the court to

10   have a ruling that the easement was valid and

11   enforceable, was there any request or any

12   application to have that easement developed into

13   road access to the train station?

14   A       I don't know the proceedings in the court.

15          Q       Okay.

16   A       I don't know what happened exactly, but I --

17   as I understand it, the easement was found to be

18   valid and could be used.

19          Q       Okay.  Has there been any development

20   on the easement to date?

21   A       Well, there's significant -- from my

22   recollection and I've been on the site, there's a

23   significant amount or there was a significant

24   amount of paving on that property in the area of

25   almost the total easement.

Page 58

```
 1         Q       When was that done?
 2   A     Oh, that was done many years ago.
 3         Q       Including that steep slope spot?
 4   A     No.
 5         Q       Okay.
 6   A     No, but a good amount of the flat area of
 7   what again we call in town the Farmland site, it
 8   was paved in that area.
 9         Q       Do you know who paved it?
10   A     It was Farmland.
11         Q       Okay.  Do you know why they paved it?
12   A     They were using it from what I remember, and
13   even seeing, for truck parking, and things like
14   that.
15         Q       All right.
16         Getting back to JN-2, the complaint, and I
17   had asked you why you were suing the Borough, there
18   are some allegations in the complaint about the
19   Fair Housing Act, do you know what the Fair Housing
20   Act is?
21   A      It is a federal -- a federal act, that deals
22   with issues of housing and the administration of
23   housing in the United States.  There is also, I
24   think a New Jersey Fair Housing Act, and there is
25   the Mount Laurel law as well.
```

Page 59

1    Q    Do you believe the Borough of

2    Wallington has discriminated against certain

3    individuals or people?

4    A    Oh yes.

5    Q    You believe they are intentionally

6    discriminating against certain individuals or

7    people?

8    A    Oh yes.

9    Q    Okay.  What individuals or people do

10   you believe they're discriminating against?

11   A    What I would understand to be racial

12   minorities, Latin and Hispanic people and Black

13   people, and generally anyone, specifically comments

14   that I've heard is more about, those people in

15   Passaic, as -- I should put in that in quotes,

16   those are not my words, but those are the words

17   that I've heard, and I understand Passaic and some

18   surrounding communities to have Latin and Hispanic

19   populations, and Black populations, and also other

20   minorities.

21   Q    Okay.  When have you heard that

22   comment, those people?

23   A    That was a -- more of a summation of some

24   things that I've heard from the former mayor, from

25   a former police chief back a while ago, and those

Page 60

1    are -- also I've seen or heard some things in this

2    application even that would seem to go along with

3    that mindset or that attitude on the part of people

4    at the Town, even people that were on the planning

5    board.

6           Q      Okay.  Do you know what the racial

7    makeup of Wallington is?

8    A      Well, as part of this preparation for this

9    complaint and part of the -- well, part of the

10   preparation of this complaint, and I just saw it in

11   the complaint, it identified a percentage of the

12   amount of White people who identify just as White,

13   in Wallington as, I think it was something close to

14   70-some -- 75 percent or something like that.

15          Q      Okay.  I'm looking at page 9, is

16   that -- you want to turn to page 9, maybe that's

17   where --

18   A      Yeah, I wasn't looking at the document just

19   now.

20          Q      Okay.

21   A      You want me to go to --

22          Q      Sure.  Yeah.

23   A      Okay.

24                 (Witness reviews requested portion of

25          document.)

Page 61

1        Q      If you're talking about it I just

2    want to make sure that that's what you're referring

3    to, or --

4    A      That's what I think I saw.

5        Q      Okay.

6        It says in paragraph 32, according to the

7    U.S. Census Bureau the population of the Borough in

8    2010 was 11,335?

9    A      I see that.

10       Q      Okay.  Do you know if the population

11   has changed in the past 15 years?

12   A      I am not completely sure, although from what

13   I remember I think I saw something that the

14   population has gone up in Wallington.

15       Q      Okay.  Did you review the Census

16   Bureau from 2010 or would someone else do that?

17   A      I have looked at some documents that have

18   been circulated, but I don't want to get into

19   things between my attorneys.

20       Q      Sure.  And I don't want you to.  But

21   I'm just asking if you had looked at the 2010

22   Census Bureau.

23   A      I think I saw some information with regard

24   to that.

25       Q      Okay.  Do you know if any later data

Page 62

1    from the U.S. Census Bureau was used, either from

2    2020 --

3    A      I -- I am not sure of all the methods that

4    experts and our attorneys have looked at.

5            Q      Okay.

6    A      So -- and I don't want to get into

7    discussions with my attorneys.

8            Q      Okay.

9            In paragraph 35 on page 10, it says, The

10   Borough has a disproportionate number of White

11   residents as compared to its neighbors.  What

12   neighbors is that referring to?

13   A      Here in this document it's referring to

14   Garfield, which is adjacent to Wallington, it's

15   referring to East Rutherford, which is adjacent to

16   Wallington, Lodi, and Passaic, yeah, I agree those

17   all are adjacent to Wallington.

18           Q      Okay.

19   A      But there are other -- and I think it even

20   says here -- there are other towns in the general

21   area around all those towns that have a much

22   different demographic makeup.

23           Q      All right.

24           Where it says in paragraph 35, The Borough

25   has a disproportionate number of White residents,

Page 63

1    what would be the appropriate proportion of White

2    residents?

3                    MR. DiGIULIO:  Objection to form.  Go

4         ahead.

5    A        Yeah, I'm not an attorney, and I'm not an

6    expert, but I do see even in these numbers a

7    significant contrast between the different

8    minorities and White people that are in these other

9    towns, than Wallington, Wallington does stand out

10   as very, very -- very, very homogenous White

11   population, and a high percentage thereof.

12            Q      And paragraph 36, states, That alone

13   is sufficient to support plaintiff's claims,

14   however, this did not occur by accident but was

15   part of a series of knowing decisions by the

16   Borough.  What decisions is that referring to?

17   A        Certainly these -- for instance, these

18   proceedings are complaining about the Town delaying

19   and frustrating the creation of affordable housing

20   in the developments that are on Morningside and New

21   Wallington Home, judges have so found that the Town

22   has unreasonably delayed those applications a few

23   times, and just -- hold on, let me just read it

24   again.

25                    (Witness reviews portion of

Page 64

1          document.)

2    A       Oh, yes, and I do know that the Town sees

3    access to that train station as partly creating

4    more density, and the access of adjacent towns that

5    would use it, and the Town sees it as bringing in

6    other minorities into the town, and for that reason

7    we are still dealing with a train station that a

8    town has an easement to that has not been developed

9    or even been considered for development, and has

10   literally kind of been worked against for a very

11   long time and certainly through this case.

12   Q       Do you believe that the development

13   of the New Wallington Home site and Morningside

14   site would affect the racial makeup of Wallington?

15   A       Well, as I understand it, Mount Laurel was

16   originally the -- the original Mount Laurel case --

17   and again I'm not an attorney, but I've had to look

18   at these things over time because I'm dealing with

19   affordable housing applications in other towns, and

20   as I understand it in 1975 when the original Mount

21   Laurel case was brought it was brought partly by

22   the NAACP, and Mount Laurel has a lot of -- how

23   would I say -- considerations, or, considerations

24   for diversity, sort of built into its DNA, and it

25   is a requirement from what I understand in the

Page 65

1    assessment of properties for being candidates for

2    affordable housing, that judges look and consider

3    these things, and as a matter of fact, one of the

4    issues as well is access to -- how could I say --

5    access for families with children to have

6    opportunities to access affordable housing, and

7    long story short that's tied in by the way, to the

8    nomenclature as I understand it, fiscal concerns,

9    the towns can't deny applications or can't look to

10   fiscal concerns in judging applications, and fiscal

11   concerns is -- under Mount Laurel is directly

12   related to children, and to try to answer your

13   question, those -- the ability as I understand it,

14   or the creation of affordable housing, is seen to

15   increase diversity in towns, it's meant to increase

16   diversity in towns, that is one of the main intents

17   of Mount Laurel.  And so in that way, to answer

18   your question, the creation of housing and

19   affordable housing on Morningside and New

20   Wallington Home does affect diversity in the town,

21   and is seen to positively -- I want to say --

22   create diversity, greater diversity in the

23   population.

24        Q      So you believe that developing New

25   Wallington Home and Morningside, it will help

Page 66

1   create more diversity in Wallington.

2   A       I think that is the definite intent of the

3   law, is to create diversity, and I have seen that

4   it -- I believe it does help diversity.

5           Q       Okay.  And do you know what

6   percentage -- I know you gave me a number earlier

7   before but do you know what percentage of those

8   units would be affordable housing units?

9   A       Can you -- can you ask me that question

10  again?  I'm not sure I understood it.

11          Q       Sure.  So, for New Wallington Home

12  you said you had, I don't know how many units, and

13  then you said a certain number were for affordable

14  housing, and I was just asking if you knew what

15  percentage of the units were for affordable

16  housing.

17  A       By the court's order it's 20 percent.

18          Q       Okay.

19  A       But certainly the creation of apartments

20  would also help access to housing, even beyond the

21  affordable units, for families with children, I

22  would think, to some extent, and certainly access

23  to housing for minorities.

24          Q       In paragraph 37 on page 10, it refers

25  to the --

Page 67

1    A      I'm sorry, we're on what page, 37?

2           Q      We're on page 10, paragraph 37.

3    A      Oh, I'm sorry.

4           Q      You're right there.  No, you're okay.

5    It refers to the Borough's policy of allowing

6    racial animus to influence its official housing

7    decisions leading to a discriminatory affect on the

8    Borough.

9    A      Can I just read this?

10          Q      Yeah.  Of course.

11                 (Witness reviews portion of

12          document.)

13   A      Okay, I've read it.

14          Q      What policy are you referring to?

15   A      Well, certainly one that stands out is the

16   Town's behavior through this entire process of

17   trying to get New Wallington Home and Morningside

18   approved, and all of the delay tactics they've

19   used, and even things they've even stated, and

20   things I've heard, so, I think that's what that

21   refers to.

22          Q      Okay.

23   A      And also just in general the fact that the

24   Town has also, through not allowing access to the

25   train station, and perhaps other things, has

Page 68

1    resulted in the town having an amazingly

2    disproportionate White population compared to any

3    of the towns in the surrounding region.

4         I have to take a bathroom break.

5         Q    Oh, of course.  Yes.  Absolutely.

6              MR. SHEPARD:  Let's all take a break,

7         five minutes.

8              (A short recess is taken.)

9    BY MR. SHEPARD:

10        Q    So, you were talking before we took a

11   short break about -- I asked you about the policy,

12   the Borough's policies of allowing racial animus to

13   influence its decision and you said there's long

14   delay tactics, not allowing train access --

15   A    Could you -- I'm sorry, we were looking at a

16   page that you were directing me to, could we go

17   back to that?

18        Q    Yeah, page 10, paragraph 37.

19              (Witness reviews portion of

20         document.)

21   A    Okay.  And I'm sorry, what was the question

22   again?

23        Q    So, before the break, you were

24   talking about the delay tactics and the not

25   allowing access to the train station, and a

Page 69

1    disproportionate number of White people I guess

2    living in Wallington supports your belief that the

3    Borough has a policy of allowing racial animus to

4    influence its decision.

5    A       Those are amongst the examples, yes.

6            Q       Okay, amongst the examples.  So, what

7    I want to know is are you aware of any written

8    policies?

9    A       Well I suppose there would be in writing,

10   not necessarily exactly stating that this is our

11   town policy, but certainly some of the things that

12   the Town does are official documents that do kind

13   of, in ways kind of promote that condition of that

14   disparity in race, or lack of disparity in race

15   maybe, that are kind of documents, or decisions or

16   things like that.

17           Q       All right.  What documents,

18   decisions, reports, are you referring to?

19   A       I'm sorry, I can't think of anything off the

20   top of my head but I certainly could supplement

21   that for you.

22           Q       Okay.  All right, that's fair.  Any

23   correspondences with anyone at the Borough that

24   would support that?

25   A       Again, I would have to supplement that for

Page 70

1    you because that is -- requires a little bit of

2    thinking and a little bit of investigation.

3    There's -- that's a good question -- that's

4    certainly something that should be investigated,

5    yeah.  There may very well though be things that

6    I've come across in the past that would be

7    candidates that would help me answer your --

8    paperwork that is -- would be candidates for

9    helping me answer that question, but I can't think

10   of anything off the top of my head right here at

11   this moment, I could supplement it for you though.

12          Q       Sure.

13          Before the filing of this complaint did you

14   do any investigation as to whether there were any

15   written policies with the Borough or have you had

16   any communications with anyone that would show this

17   racial animus?

18   A       Well, there was preparation for this case,

19   this case was brought originally in 2020, and I

20   have looked at things like -- briefly like we were

21   speaking about before, the documents showing the

22   different racial makeup of the town, but that's not

23   necessarily something produced by the Town, I

24   understand.  Again I'd have to go back and I'll

25   have to supplement for you.

Page 71

1          Q       All right.

2     A      I'm sure there were things -- definitely

3     things that we would look at that we could say oh,

4     yeah, this incident had occurred.

5          Q       Okay.

6          So any -- aside from anything that was any

7     written documents, you were also talking about the

8     delay tactics and the not allowing the road as

9     support for showing some racial animus.  Where did

10    that delay and when did that not allowing access to

11    the road, when did that all start?

12    A      That's -- that's -- I think I'm going to

13    need you to break that question down.

14         Q       Okay.

15         So the delay tactics, when did they begin?

16    A      Okay, well the delay tactics, if you're

17    speaking about the application of New Wallington

18    Home, that started right away in the end of 2013.

19         Q       Okay.

20    A      And you could probably say even before that

21    because the Town was fighting against the Mount

22    Laurel application itself, well before that.

23         Q       And what about the not allowing

24    access to the train station?

25    A      The not allowing access to the train station

Page 72

1    started when the train station was being conceived

2    to be built, and from what I know representatives

3    from Somerset Development had proposed to the mayor

4    of Wallington to create access to the train station

5    and the mayor rejected any idea of access to the

6    train station.

7        Q     Were these allegations --

8    A     When you say these allegations, which

9    allegations are you referring to?

10       Q     Well let me finish my question.

11   A     Okay.  Sorry.  I apologize.

12       Q     It's all right.  We're going good

13   here.

14       With respect to the allegations regarding

15   the Fair Housing Act of discrimination and racial

16   discrimination, were those allegations brought up

17   in the prior lawsuit that I referred you to

18   earlier, where you received the final judgment that

19   setting forth the approvals were good?

20   A     Was that it?  Was that the question?

21       Q     Yeah.

22   A     Okay.  That was a little bit still, for me,

23   a little bit hazy --

24       Q     Okay.

25   A     -- as far as trying to figure that one out.

Page 73

1    Are you asking -- you know what, I don't know what

2    you were asking.

3            Q     Okay.  That's all right.

4            In the complaint that we're here for today,

5    you allege violations of the Fair Housing Act and

6    racial discrimination and disparate impact based on

7    race, were those allegations brought in the

8    complaint that was filed in 2018?

9    A     Oh.  In part yes.

10           Q     Was there any ruling on any

11   allegations or alleged violations of the Fair

12   Housing Act in the prior lawsuit?

13   A     To my knowledge, and I'm not an attorney,

14   but yes.

15           Q     Did you -- in that prior lawsuit did

16   you receive any monetary damages?

17   A     I -- I'm not sure, I'm not an attorney, but

18   I'm not sure, I don't know what we were asking for.

19           Q     Okay.

20   A     We were asking for our -- we were

21   complaining about our denial, or the denial of our

22   application.  But I think we may have reserved our

23   rights on questions like that.

24           Q     On questions like what?

25   A     Like the one you just asked.

Page 74

1          Q       About monetary damages or --

2    A       Yeah, monetary damages.

3          Q       Okay.

4          All right, if you could turn to page 15.

5    And I'll direct your attention to paragraph 71.

6    A       Okay.

7          Q       Where it says, The planning board's

8    initial hearing held on May 16, 2017 revealed their

9    discriminatory animus towards families with

10   children.

11   A       I see that.

12         Q       Okay.  So in 2017 you believed that

13   the Town had a discriminatory animus towards

14   families with children?

15              MR. DiGIULIO:  Object to the form.

16         Go ahead.

17   A       Yes.

18         Q       And how did the planning board reveal

19   its discriminatory animus in May of 2017?

20   A       From my recollection there were certain

21   comments made by board members complaining about

22   children coming into town, and I think -- at that

23   meeting I think it was even the mayor who stated

24   that that is their main concern and problem with

25   our application, that it's going to bring more

Page 75

1    children into the town.

2         Q        Okay.  Was it a concern of bringing

3    more children in town or the impact it may have --

4    bringing more children into town may have on the

5    school?

6    A        Well, as I understand it under Mount Laurel

7    and under Fair Housing, you can't use those

8    concerns and the impact in schools or on schools,

9    as anything you would consider, in zoning decisions

10   or application decisions, that's part of what Mount

11   Laurel deals with, and therefore what was -- what

12   was driving them, and really underlying other

13   things with respect to them not wanting families

14   with children in town, which seemed to have --

15   create a greater diversity in the population, the

16   Town was pushing against this and they were making

17   comments about not wanting that -- families with

18   children in the town, they didn't want kids in the

19   schools.

20        Q        Whether or not you're allowed to use

21   the impact of children in schools as a reason --

22   let me rephrase that.

23        You were referencing earlier the Mount

24   Laurel decision and how the Mount Laurel decision

25   you can't use the impact children may have on the

Page 76

1    schools as a reason to deny any site plan

2    application.  Whether or not that that's true, if

3    the Town is concerned about the impact children may

4    have on schools does that necessarily mean it's

5    discriminatory?

6    A        It's discriminatory, as I understand it,

7    again I'm not an attorney but, it is discriminatory

8    under the laws of the State and the United States,

9    and certainly I think those underlying motivations

10   that the Town -- that the board members have and

11   previous board members and mayors have had, has led

12   to and definitely had an effect on, for instance,

13   that -- that disparity and diversity numbers, those

14   percentages we were looking at earlier, and -- I

15   don't know if I've completely answered the

16   question.

17           Q        Okay.

18   A        Can you repeat it?

19           Q        All right.  I think my question was

20   just as complicated as your answer.  What I was

21   getting at was, regardless of whether or not Mount

22   Laurel allows you to use the impact children may

23   have as a reason to deny an application or a site

24   plan application, do you believe that the Borough,

25   their concern about the impact of the schools with

Page 77

1    more children coming in, is that discriminatory?

2    A      It's discriminatory against families with

3    children but I believe that the Town also had -- I

4    know that the Town also has an intent and has

5    actually succeeded in maintaining a majority White

6    population in the town, through its decision and

7    through its motivations.

8          Q      Which decisions?

9    A      Decisions denying our application, decisions

10   denying access to the train station, just with

11   respect to other things in town, the past mayor

12   fought against allowing a traffic light at the

13   access to Wallington on the Eighth Street Bridge,

14   which would create orderly flow between Passaic

15   into Wallington, and he fought against having that,

16   I want to say traffic organizing -- how would I

17   say -- device, or whatever, installed for a long

18   time, he -- or shall I say the Town has -- and I'm

19   not an expert on its activities in other

20   developments exactly but I do know that there's a

21   lot of things in Wallington that have led to this

22   high percentage of White-only residents as compared

23   to all of the surrounding towns around it.

24         Q      Okay.

25         Are you aware of any decisions with respect

Page 78

```
 1  to any other properties, other than New Wallington
 2  Home, Morningside, that suggest discriminatory --
 3  A      Yes.
 4         Q      What other properties?
 5  A      There's an apartment complex that was
 6  approved on -- over by Paterson Avenue, from what I
 7  know was forced to be only one-bedrooms, and the
 8  Town saw that, from what I understand as a way
 9  of -- having only one-bedrooms, as a way of
10  limiting the amount of children, and therefore
11  really minorities, into the town.
12         Q      What apartment complex was that?
13  A      I don't know the name, off the top of my
14  head.  I did but I can't remember it right now.
15         Q      When was that decision made?
16  A      That decision was made back -- I think it
17  was in -- it was -- I think it was in 2009, 2010,
18  I'm guessing.
19         Q      Okay.  Is that a property that JN
20  Management manages?
21  A      No.
22         Q      Is that a property you own?
23  A      No.
24         Q      All right.  Is it owned by your
25  brother?
```

Page 79

```
1   A       No.

2           Q       Is it owned by your sister Jill?

3   A       No.

4           Q       Is it owned by any family?

5   A       Is it owned by any family -- in my family?

6           Q       In your family.

7   A       In my family?

8           Q       Yeah.

9   A       No.

10          Q       Other than that decision about the

11  apartment complex are you aware of any other

12  decisions by the Town for any other properties that

13  show discriminatory animus?

14  A       Discriminatory animus towards, what group,

15  or what issue?

16          Q       Families, racial animus?

17  A       Yes.

18          Q       Okay.  What other decisions are you

19  familiar with?

20  A       There is a development that my brother

21  brought -- application that my brother brought for

22  approval of multi-family units on that site we were

23  speaking before that is contiguous to the train

24  station.

25          Q       Has that been developed?
```

Page 80

```
 1   A       No, it has not.
 2           Q       Is it being developed now?
 3   A       I don't know.
 4           Q       Okay.  Any other instances regarding
 5   any other properties that you believe show some
 6   type of racial animus or discriminatory --
 7   discrimination towards families or children?
 8   A       Can you ask me that question again?
 9           Q       Sure.  Any other instances of
10   decisions by the Borough that show discriminatory
11   animus towards families, or children, or racial
12   animus?
13   A       In the context of approval of apartment
14   complexes or -- I'm not sure what your question is.
15           Q       Anything.  Anything.  Any decision by
16   the Town, that you're aware of.
17   A       Okay.  I'm not privy to all of the decisions
18   that the Town makes.
19           Q       Certainly.  I just want to know, you
20   know, what you know or --
21   A       We've gone over a couple here.
22           Q       Right.  And I was just asking --
23   A       Yeah.
24           Q       -- if there were any others that --
25   you know, so you don't -- you know, later on you
```

Page 81

1   don't --

2   A       I suppose if I was an attorney investigating

3   Wallington and asking for, I guess discovery and

4   investigating everything going on I'm sure I'd find

5   a lot more that would answer your question.

6           Q       Certainly.  But I'm just asking what

7   you know.  So if there's anything else as we sit

8   here today that you can think of or know of --

9   A       I probably know some other things, I -- off

10  the top of my head right now --

11          Q       That's fine.

12  A       -- I can't think of anything right off the

13  top of my head, but I know I've rattled off a

14  couple of issues that I can definitely point to.

15          Q       Okay.  All right.  Fair enough.

16  A       I'll be happy to supplement though.

17          Q       In the planning board application

18  around the time of 2017, Morningside and New

19  Wallington, they had a planning expert testify, is

20  that correct?

21  A       Yes.

22          Q       And do you recall who that was?

23  A       I think it was Bridget Bogart.

24          Q       And did she offer any testimony on

25  the impact or the number of families and/or

Page 82

```
 1   children that this site plan would bring?
 2   A      She did speak about that from what I recall,
 3   yes.
 4          Q      Okay.  And do you recall what she
 5   said?
 6   A      Not -- not exactly, I would have to go back
 7   and look at the transcript I guess, what is it
 8   specifically that you were driving at again?
 9          Q      I was just asking what you knew of
10   her testimony, so, I wasn't driving at anything in
11   particular --
12   A      Well she said a lot.
13          Q      Okay.
14   A      She said a lot about a lot of things.
15          Q      All right.  That's fine.
16   A      She spoke a lot about the -- the good sense
17   of maintaining a recreation facility for residents,
18   she spoke about how -- what I remember, the
19   proximity of a train station could be a great thing
20   for development and that development in this area
21   was a good thing, she spoke about, as you I think
22   were starting to ask me, she did speak about the
23   expected amount of children that would take up
24   residence in a development like this, she had done
25   some studies from what I remember on those type of
```

Page 83

```
 1    issues, she spoke about open space, she spoke about
 2    recreation, she spoke about the fact that she
 3    actually had -- I think she had actually lived in
 4    Wallington for a while.
 5            Q      Okay.  Do you recall her saying --
 6    A       And other things she spoke about.
 7            Q       Yeah.  Sure.
 8    A       I mean, you know, those are the things off
 9    the top of my head.
10            Q      Do you recall her saying at any point
11    that she would submit OPRA requests to nearby
12    municipalities to compile data regarding the
13    existing multi-family developments throughout
14    Northern Bergen County?
15    A       I remember that she had spoken about the
16    fact that, I think she had done OPRA requests and
17    gotten information on certain towns, and I think
18    there was some discussion on the board's part about
19    perhaps getting more investigation into some other
20    towns' circumstances that she might look into, and,
21    I know that OPRA, Open Public Records Act, issues
22    were being discussed at the board, in those
23    meetings.
24            Q      What OPRA issues were being
25    discussed?
```

Page 84

1   A       With regard to children --

2   whatchamacallit -- with regard to children existing

3   in multi-family developments, with regard to other

4   things, I think also with respect to open space,

5   and things like that.

6           Q       Okay.

7   A       There were probably some other things too.

8           Q       Do you know if she actually did the

9   OPRA requests?

10  A       I think she had done some which had led to

11  some of her testimony, and I think that she had

12  been discussing possibly doing more, and I think

13  that she had actually issued requests from what I

14  remember, but I don't think that the board turned

15  their back to those things, I don't remember

16  exactly, I'd have to look through the transcripts.

17          Q       Do you recall any issue between the

18  board -- or the board having with respect to Ms.

19  Bogart about her not doing the OPRA requests as she

20  had testified?

21  A       I don't remember that, I remember something

22  about the board accepting Ms. Bogart's

23  representations, and -- at the end I don't remember

24  that there was much controversy against Ms. Bogart.

25          Q       All right.

Page 85

1          I'm going to --

2     A     I would have to read at some point --

3          Q       Of course.

4          I'm going to draw your attention to page 17

5     on JN-2 that's in front of you.

6     A     Of course.

7          Q     I'm going to draw your attention to

8     paragraph 83.  Before I do that I'm just going to

9     ask you some questions about Mayor Tomko,

10    T-O-M-K-O.

11    A     Okay.

12         Q       How long was Mayor Tomko the mayor

13    there?

14    A     From what I remember not that long.

15         Q       Okay.  Like one term, four years

16    or --

17    A     I think it was one term.

18         Q       Okay.  And do you recall when that

19    was?

20    A     I'm sorry, I don't remember exactly, it

21    would have been 2016, it could have been earlier, I

22    don't remember, I'd have to check.

23         Q       Was he the mayor at the time of this

24    site plan application in 2017?

25    A     I believe he was, yes.

Page 86

1        Q       Okay.  Did you know him?

2    A       I didn't know him that well, I certainly

3    knew Walter Wargacki, W-A-R-G-A-C-K-I, that is an

4    approximation, but I think there's an S in there.

5        Q       Did you have any discussions with

6    Mayor Tomko outside of the planning board meetings

7    regarding your site plan application?

8    A       We did have a discussion with Mayor Tomko to

9    my recollection, and I'd have to think about it,

10   but we certainly had a settlement discussion with

11   him at some point, which I suppose I shouldn't be

12   getting into, but I think there was a discussion

13   with him before these meetings, I'd have to check.

14       Q       Before what meetings?

15   A       These applications.

16       Q       The application meetings, okay.  And

17   do you recall the nature of those meetings or what

18   was discussed?

19   A       I don't remember, I'd have to go back

20   through records.

21       Q       Okay.  Was it something that was

22   recorded?

23   A       I don't recall that.

24       Q       Okay.  Were you with counsel, do you

25   have a --

Page 87

1  A      I don't recall that, no.

2         Q      Okay.  Was it before this lawsuit was

3  filed?

4  A      Yes, it was.

5         Q      All right.

6         I'm going to draw your attention to

7  paragraph 83, and it refers to a quote by -- or

8  it's quoted to Mayor Tomko, saying, Mayor Tomko

9  responded using a phrase that is commonly seen as

10 racially charged, what town -- quote, what towns in

11 this South Bergen area have you OPRA'd because, you

12 know, historically Route 4 is the Mason-Dixon line

13 and you cannot compare Wallington with Upper Bergen

14 County, things are different.

15        Do you believe that that statement if

16 accurate is racially charged?

17 A      Oh yeah.

18        Q      Yeah?  What race is he referring to

19 in there?

20 A      Well, I -- I recognize the Mason-Dixon line

21 as the dividing line so to speak between the

22 northern states and the southern states in the

23 Civil War, and those southern states of course

24 famously, having a policy of slavery and those were

25 issues that were fought out in the Civil War, and

Page 88

1    certainly we can go through a whole history, an

2    examination of history with regard to that, but

3    that is usually, from what I understand,

4    Mason-Dixon is a Civil War, kind of -- how would I

5    say -- reference to that line, between the northern

6    and southern states, and of course, you know, we

7    know what Civil War was fought about.

8         Q    Sure.  And -- and do you think that

9    that's what he meant?

10   A    Well, I think that the context of what he

11   was talking about, and what was being talked about,

12   and I do remember reading this in the transcript at

13   one time a long time ago, they were talking about

14   the fact that -- they were talking about families

15   with children, and a lot of things had been said

16   about Wallington being in a different, environment

17   so to speak, than Northern Bergen County, and

18   the -- how could I say this -- if you see and look

19   at on its face the percentage, for instance, of

20   White people in Wallington, and then look at the

21   rest of the towns around Wallington, and what is

22   going on there, when he says things are different

23   down here in Southern Bergen, he's talking about

24   that, he's talking about greater diversity, and

25   different problems as they see it, that are created

Page 89

1   by that and by the housing and kids that are coming

2   in.  So, he's definitely referring to that in

3   different ways, definitely.

4           Q       Did you ever talk to him about that

5   comment?

6   A       After that?

7           Q       Yes.

8   A       No.

9           Q       Okay.  Do you know if --

10  A       I wasn't there.

11          Q       Okay, you weren't even there for

12  that?

13  A       Yeah.

14          Q       Okay.  Do you know if someone spoke

15  to him about that comment?

16  A       I don't know.

17          Q       Okay.

18  A       Oh, we -- no, I actually remember reading on

19  the transcripts -- again this was a while ago --

20  but I think our attorney at one point in a later

21  hearing said what you guys have been talking about

22  is not right, is not -- is not -- I don't remember

23  his exact words.

24          Q       Okay.

25  A       It's -- it's not proper.

```
                                          Page 90

 1          Q       Who was that attorney?

 2     A      That's Victor Herlinsky, H-E-R-L-I-N-K-S-Y I

 3     believe.

 4          Q       Okay.  Do you believe he could have

 5     been re -- when he said we cannot compare

 6     Wallington with Upper Bergen County do you think he

 7     could have been referring to population density,

 8     available Green Space, as opposed to racial

 9     diversity?

10                  MR. DiGIULIO:  Objection to form.  Go

11          ahead.

12     A      I -- from what I remember of the context of

13     the conversation, what I remember looking at in

14     transcripts, that he wasn't talking about open

15     space or anything like that.

16          Q       But you weren't at the --

17     A      He was talking about the demographics of

18     South Bergen being different than the demographics

19     of Northern Bergen County.

20          Q       Did he make any other comments that

21     you believe were racially charged?

22     A      Well, I think that as we've been discussing

23     here, he -- well, as we've been discussing here,

24     the underpinnings of Mount Laurel are to create

25     opportunities for affordable housing and for
```

Page 91

1    families with children as part of that, and that is

2    seen in part in Mount Laurel as creating greater

3    diversity, and I think, for instance when you asked

4    me did Mayor Tomko make other statements with

5    regard to that -- those issues, he certainly laid

6    out at one point -- and I think this was at the

7    application that I was at -- where he said that

8    this is the main concern of the people on the town,

9    this density and the children that are brought in

10   by this development and the issues that that

11   creates for the town is their main concern.

12        Q      All right.  Did he explicitly say

13   race or refer to racial diversity or anything like

14   that?

15   A      In my experience people who do think like

16   that don't necessarily say those things right out.

17        Q      Sure, but my question was did he say

18   it right out.

19   A      He certainly said a lot of things that

20   definitely you can see is what they were thinking.

21        Q      Okay.  Okay, but did he expressly say

22   anything that was racially charged other than what

23   you just talked about?

24   A      I would have to look at the transcripts and

25   give you more insight on that, I know there were

Page 92

1    more things.

2          Q      More comments?

3    A      Yeah.

4          Q      Okay.  All right.  Did anyone else

5    from the Town make any racially-charged comments at

6    any of those hearings?

7    A      From my recollection there were statements

8    made about not wanting to look like certain towns,

9    and that is -- I think certainly has a reference in

10   it to, those towns, and their demographics are

11   different.

12         Q      Okay.  And who was that?

13   A      I remember there was a -- what I remember

14   from a while ago I read the transcripts, there were

15   off the top of my head -- oh God, what's the guy's

16   name -- Rachelski.

17         Q      Jean Rachelski?

18   A      Yes.

19         Q      Okay.  R-A-C-H-E-L-S-K-I.  What did

20   Mr. Rachelski say?

21   A      He was comparing and saying that Wallington

22   doesn't want to be like West New York, I think

23   there was some comments about that, I think there

24   was some comments, not necessarily by Rachelski,

25   about the density and the look of other towns, and

Page 93

 1   that Wallington didn't want to look like that,

 2   again I'd have to look through the transcripts.

 3   Are you speaking only about the environment of the

 4   hearings or other things?

 5        Q    Well, if you have other examples,

 6   certainly if there's anything outside of the

 7   hearings that you're aware of, please, let me know.

 8   A    Well, I did say earlier that I've heard the

 9   mayor make comments -- the ex-mayor, the former

10   mayor made comments, about not wanting to let

11   certain people into the town, and things like that.

12        Q    Okay.

13   A    The former police chief, back a while ago,

14   used to make comments like that.

15        Q    Okay.  And any specific instances you

16   recall?

17   A    Well, I think it was around -- I'm not sure

18   exactly when, I think it was around -- around -- I

19   remember becoming aware that my brother was

20   fighting out the issue with access to the train

21   station with the former owners of the Farmland

22   property, and I know that the Town got involved in

23   that, or was somehow related to it, but I also do

24   work with the former mayor's company, they're an

25   alarm company, and we use their alarm company in a

Page 94

```
 1   lot of other properties that we manage, and I would
 2   occasionally talk to Walter and I asked him
 3   about -- at one point I remember asking about
 4   what's going on with this train station access, and
 5   he made -- at some point the conversation got to
 6   the point that, you know, we're never allowing that
 7   access to that train station, that's crazy, we're
 8   not doing this, that is consistent with some things
 9   I've heard from other people, including -- how
10   would I say it -- about what happened in a meeting
11   with Somerset Development and the mayor of
12   Wallington when they were originally proposing
13   access to the train station to the mayor.
14           Q       What's Somerset Development?
15   A       They're the ones that own and built the -- I
16   don't know what it's called, the Westmont property
17   I guess it's called, they have different
18   developments that are doing different things in
19   that land, but it's like 150 acres on the other
20   side of the train station.
21           Q       Have you had any written
22   communications with Jean Rachelski?
23   A       Other than the applications and things like
24   that, no, there's no personal correspondence
25   between Rachelski and I.
```

Page 95

```
 1          Q       Were these instances that you've just
 2    gone through, were they brought up in the prior
 3    complaint?
 4    A       Which particular instances, and what prior
 5    complaint, what do you mean?
 6          Q       Well, we talked about it earlier,
 7    your prior complaint where you retained McCarter &
 8    English to file the complaint?
 9    A       Okay, so the land use applications
10    complaint.
11          Q       Yes.  Were any of these instances of
12    what you call discrimination, either comments by
13    Rachelski or comments by Tomko, were they brought
14    up in that complaint?
15    A       They were referenced in that complaint from
16    what I remember.  I don't remember exactly all of
17    the scientific detail of it.
18          Q       Do you recall any --
19    A       And when I say they were referenced I
20    mean -- how could I say this -- from my
21    recollection, it was complained that the board was
22    bringing improper concerns into its judgment of the
23    planning board application and its eventual denial.
24          Q       Okay.
25    A       And it was referencing those kind of things.
```

Page 96

1   That was the intent, from what I recall.

2          Q     Okay.  Any other planning board

3   member or member of the mayor and council who made

4   any racially-charged comments, either at that

5   planning board application hearings or any other

6   time?

7   A      Well, there was a lot of statements by other

8   members of the board and by members of the public

9   about not wanting kids and families in the town.

10         Q     Okay.

11  A      And the de facto -- how would I say --

12  behind the curtains kind of concerns which are

13  related to those are about diversity and bringing,

14  you know, families into the town.

15         Q     Okay.

16  A      As I understand.

17         Q     I'm going to direct your attention to

18  page 22 of this document, and I'm going to refer

19  you to paragraph 110.  It says, For instance, the

20  Borough determined that the inclusionary

21  development would result in an influx of non-White

22  residents and that these new residents would rely

23  on public transportation more than the current

24  residents of the Borough.  Thus hindrance of access

25  to public transportation could invert the influx of

Page 97

```
 1    the demographics the defendants did not desire

 2    reside in their borders.

 3            When -- specifically with respect to this

 4    paragraph, when did the Borough make this

 5    determination that the inclusionary development

 6    would result in an influx of White residents (sic)?

 7    A       Can I read the paragraph?  I know you just

 8    read it but I want to read it.

 9            Q       Sure.  Absolutely.

10                    (Witness reviews portion of

11            document.)

12    A       This is in regard to -- this whole section

13    is in regard to Westmont train station and denying

14    access to the public transportation, so let me --

15    let me just think about your question in that

16    context.

17            Q       Mm-hmm.

18    A       Okay, so your question is therefore -- I'm

19    sorry, I lost the question.

20            Q       It was when did the Borough make this

21    determination that the inclusionary development

22    would result in an influx of non-White residents?

23    A       Okay.  So when --

24            Q       Yes.

25    A       -- did they make that conclusion?
```

Page 98

```
 1         Q       Yes.
 2    A       Oh.  As I was just speaking about I heard
 3    comments from the former mayor, I heard that the
 4    former mayor had made those same representations
 5    when the access to the train station was offered to
 6    them by -- or to the mayor and to the Town of
 7    Wallington by Somerset Development, I don't know if
 8    that's exactly what you're driving at in your
 9    question --
10         Q       No, I was just asking when, like
11    did --
12    A       Oh, when were those comments?
13         Q       No, when was was the determination
14    that the inclusionary development would result in
15    an influx of White residents (sic)?
16    A       Oh, I think the mayor has -- the former
17    mayor had concluded that, that's why he would say
18    those things back then, and that attitude has
19    probably been shared by other people in the town
20    because, that train station was developed, and to
21    this day, the Town has not really done anything to
22    try to facilitate the access to that train station,
23    it's pretty easy, it's right there.
24         Q       Okay.
25    A       And there's paved -- as we were speaking
```

Page 99

1   about earlier, there's paved ground leading to it,

2   for the most part it's flat ground, the now

3   property owner has offered to move the easement a

4   little bit to accommodate some access to the train

5   station, and there -- I'm not aware of any effort

6   on the part of the Town to seriously take advantage

7   of any of that or to promote access to that train

8   station, which is just crazy, in the context of

9   what I understand and the context of modern

10  planning, and good planning, and good operations of

11  any public body, everyone should have access to

12  public transportation.  And here you've got this

13  amazing asset in a train station right there that's

14  been developed on the town's border, and it has

15  access to it, it has an easement to it, and the

16  Town's done nothing about that, for many years.

17  Hasn't done anything about it in the context of

18  this complaint.

19          Q       Okay.  All right.

20          So, just in the context -- I want to go back

21  to this paragraph 110, and again I'm going to ask

22  you, when was this determination made?  Was it

23  when -- during the site plan application, or was it

24  before that?

25  A       Oh, I'm not sure exactly what was going on

Page 100

1    in the attorney's mind when this was

2    conceptualized, I don't know exactly what's going

3    on in the attorney's mind.

4           Q      Okay.

5    A      But I -- to answer your question from

6    before, I told you that the mayor had made comments

7    back years before, it certainly was his

8    determination, back then, but, you know, the fact

9    that the easement existed for decades and nobody

10   did anything about it is more evidence I would

11   think.

12          Q      Now, since your prior lawsuit --

13   A      Which lawsuit?

14          Q      Sure.  The one we were just talking

15   about before with Judge Farrington's decision.

16   A      Okay.

17          Q      All right?  Since that lawsuit, are

18   there any instances of comments, racially-charged

19   comments or decisions by the Town?

20   A      Well -- I have to think about it, hold on --

21   so I know that the Town continues to frustrate the

22   development on New Wallington, and Morningside.  In

23   addition I know that the Town, now, engaged in some

24   activity to try to limit the amount of children,

25   and therefore families that would reside in the

Page 101

1    development that Donald is -- or Donald was,

2    Donald's passed, that's why I say Donald.

3         Q      I'm sorry to hear that.

4    A      That Donald was attempting to build that is

5    contiguous to the train station.

6         Q      And when were any decisions with

7    respect to Donald's property, when were they made?

8    A      I believe -- I'm not sure what you mean by

9    decisions but -- in that context, but certain

10   things were worked out with the Town as I

11   understand it, and ended up becoming as part of a

12   settlement with fair share housing that the units

13   that would be affordable in that development could

14   be addressed and could have people other than

15   families with children in them.

16        Q      Okay.  Other than that are you aware

17   of any decisions by the Town since your prior

18   lawsuit that we were just referencing that were

19   either racially charged or discriminatory?

20   A      I would point to the continued delay of

21   addressing and seriously administrating an

22   opportunity for people to access the train station

23   in Wallington, despite the fact that the Town once

24   again as I've mentioned, has an easement to that

25   train station, across the -- directly to it from

Page 102

1    Main Avenue, and in the past, from what I know,

2    that was seen as a -- by the former mayor as

3    something that would attract people from Passaic

4    and other towns into Wallington, and they didn't

5    want to create a -- and the Town seems to be

6    continuing that understanding and that lack of

7    desire or to -- shall we say it another way, a

8    desire not to facilitate that access, that is one

9    way you can look at it, I can think of some others

10   if --

11        Q      Sure.   The easement, it extends to

12   the train station, correct?

13   A       Yes.

14        Q      Does that run through Donald's

15   property?

16   A       The easement ends at -- there's a small

17   sliver of Donald's property that is -- how would I

18   say -- about 20 feet, where the easement ends and

19   the railroad tracks starts, it might be a little

20   further, but once again with regard to that,

21   Donald's representative was at that meeting that we

22   were speaking about earlier, and Donald's

23   representative stated with the Town mayor that

24   they'd be happy to allow access across that land,

25   and also -- let's see -- Donald himself has often

Page 103

1   spoken about wanting that easement to be

2   effectuated and was eager to see it created, or a

3   road created.

4          Q     Do you know if Donald's estate has

5   had any ongoing conversations with the Town about

6   either development of his property or the

7   development of that easement?

8   A      I know that they are -- the kids, my niece

9   and my nephews -- I know that they are in favor of

10  doing something there.

11         Q     Okay.

12  A      There are some internal issues as you might

13  imagine in any estate that are slowing things down,

14  on that end.

15         Q     Okay.

16  A      I don't know what the ultimate outcome was.

17         Q     Okay.

18         I'm going to show you what we will mark as

19  JN-3.  If you'd like to peruse, please peruse.

20             (Witness reviews document.)

21  A      Do you want me to read this whole thing

22  or --

23         Q     Well, if you wanted to peruse it, I

24  mean certainly, I mean --

25  A      No, you could --

Page 104

1      Q      I'll ask you questions if you want me

2  to, I'll just go start asking questions now

3  and then you can --

4  A      And then let me review it?

5      Q      Yeah.

6  A      Okay, let's do that.

7      Q      Okay.  So let's do that and move

8  things along a little bit here.

9  A      Yeah, it looks like I -- it looks like I can

10  read through this thing for an hour and a half.

11      Q      Yeah.  So first I'll just ask you to

12  go to the last page, page 16.

13  A      Yes.

14      Q      And is that your signature there?

15  A      That is.

16      Q      And do you recall signing this

17  document?

18  A      I apologize, not exactly, but that's

19  certainly my signature.

20      Q      Okay.  Excellent, all right.  Do you

21  recall responding to written questions called

22  Interrogatories?

23  A      I recall speaking to my attorneys.

24      Q      Okay.  I don't want to know anything,

25  you know, you spoke with your attorney about, do

Page 105

1   you recall generally these Interrogatories?

2   A       Not very well.

3           Q       Okay.  All right.  Well they have a

4   lot of general objections, but let's go to number 1

5   here, page 5.  Okay?  It says James Nuckel, 27

6   Horse Neck Road, Suite 3001, Fairfield, New Jersey.

7   What address is that?

8   A       By the way I don't know why it says Suite

9   3001, it should be Suite 1.

10          Q       Okay.  Earlier you gave the address

11  of Stevens Road.

12  A       Oh.  Yes.

13          Q       So I'm just asking, you know, why you

14  have 27 Horse Neck Road.

15  A       Because this is our other office.

16          Q       All right.  Is that for JN

17  Management?

18  A       I'm sorry, yeah, that is for another office

19  of JN Management, yes, we have people there in

20  Fairfield as well.

21          Q       Does New Wallington Home have an

22  office at 27 Horse Neck Road?

23  A       Some of its business is administered there,

24  yes.

25          Q       But it's primarily an office for JN

Page 106

1    Management?

2    A       You mean at Fairfield?

3            Q       Yes.

4    A       No, it's an office for a lot of different

5    properties in a sense that there's, for instance

6    there's accounting there, things like that.  Over

7    in Wallington there's still property managers,

8    there's people that would, for instance oversee

9    Morningside and things like that that are at

10   Wallington at 1 Stevens Road.

11           Q       Okay.  But is the 27 Horse Neck Road,

12   Suite 1 address, is that primarily for JN

13   Management?

14   A       And other entities we operate.

15           Q       All right.

16           Going to question number 3, this is a

17   question that asks about loss of income, profit or

18   earnings, and there's a general objection, if you

19   go maybe two-thirds of the way down, it says,

20   Notwithstanding the foregoing, NWH is seeking

21   monetary damages for the loss of income and

22   additional costs and expenses including attorneys

23   fees incurred in all prior proceedings caused by

24   the plaintiff's delays in bad-faith actions, which

25   will be provided in more detail as discovery

Page 107

1    progresses including through expert reports.  NWH

2    reserves the right to supplement this response.  Do

3    you see that?

4    A       I see that.

5           Q       Okay.  Do you need to read it on your

6    own or --

7    A       I'll accept your reading of it, on this one

8    I've been reading along --

9           Q       All right.

10   A       -- as you were reading it so I'm more

11   familiar with it.

12          Q       Okay.  So it says, New Wallington is

13   seeking monetary damages for the loss of income.

14   Do you know how much they're seeking?

15   A       Again I will defer to, what it even says

16   here, that this will be supplemented by expert

17   reports, with that said, I'm not sure how I should

18   answer this question, why don't you maybe further

19   define.

20          Q       Well, do you have a certain amount

21   that you're seeking at this time?

22   A       Okay, I know that we incurred hundreds of

23   thousands of dollars in legal fees, fighting these

24   arbitrary and capricious denials of our

25   applications.

Page 108

1          Q      Okay.

2     A      I know that the Town tripled the taxes on

3     the property back in 2008 after Judge Harris ruled

4     that the property was -- should be zoned as

5     multi-family, and I do know that we've -- I know

6     that the cost of construction has gone up by

7     millions and millions of dollars, and even looking

8     at it in another way, the net of income that would

9     have come from this property was more than a

10    million dollars a year.

11         Q      Okay.

12    A      So, in a way, or in a lot of ways, the Town

13    has frustrated the achievement of all of that, so,

14    again I'm going to defer to an expert report --

15         Q      That's fine.

16    A      -- but I gave you some considerations to

17    think about.

18         Q      No, that's fair.  Thank you.  Do you

19    know how much it would have cost to go through with

20    the development of New Wallington Home?

21    A      It depends on how you build it but in total

22    New Wallington Home is roughly 160,000 feet in

23    total, and I think -- it's -- it's more familiar to

24    me to just think of the whole development, but I

25    could do the -- kind of try to do the math in my

Page 109

1    head for you, but it depends on the time you're

2    asking what the cost would be --

3             Q       All right.

4    A       -- because this thing has been delayed for

5    so long.

6             Q       Well let me ask you this, because I

7    don't want you to guess.  Okay?

8    A       Go ahead.

9             Q       Have you gotten an estimate from

10   anyone?

11   A       We made estimates back in time, as you might

12   imagine.

13            Q       Okay.

14   A       And through time we've analyzed those

15   things, I don't have those -- any spreadsheet that

16   we would have done or anything available, and I

17   would have to supplement, but -- and again we have

18   an expert that's going to issue a report as I

19   understand it, but, the cost of creating, let's

20   say -- let's say it's 160,000 feet, back in -- and

21   by the way, at what time are you asking?

22            Q       Okay.  That's good.  Let's -- let's

23   do in 2018.

24   A       Okay, 2018.  Let's see.  Can I use my phone,

25   just to do a calculation for you?

Page 110

1          Q       Oh for a -- yeah, for a calculation,

2     as long as you're not phoning a friend or

3     something.

4     A       No, I'm not phoning a friend.

5          Q       Yeah.

6     A       Okay.

7               (Witness uses phone calculator.)

8     A       Okay, so what I'm going to do is -- this is

9     an estimate -- you're asking me about New

10    Wallington Home.

11         Q       Correct.

12    A       I'm figuring it's 160,000 feet total, with

13    134 apartments, I'm going to average about 1,000

14    square feet, I may be wrong with that average, then

15    you've got creation of the parking structure

16    underneath, and you have some extra considerations,

17    that might bring it up to say 160,000 feet.  That

18    is complete, just, you know, thumb-in-the-air guess

19    at this point, I could have sounded much more

20    scientific for you if I was just looking at the

21    plans --

22         Q       Sure.

23    A       -- working it out, but, so I'm going to

24    figure it at that.

25         Q       Okay.

Page 111

1              (Witness uses phone calculator.)

2    A     Okay, I figure -- and this is another

3    recollection of my knowledge of the state of the

4    construction industry in 2018, but I'm figuring

5    total hard costs, about 160 bucks a foot, for the

6    type of building we would be building.  I may be

7    off on that, but off the top of my head right now

8    that's what I'm thinking.

9         Q     Okay.

10   A     So that is about 25 million bucks.

11        Q     Okay.  Is that now or in 2018?

12   A     2018.

13        Q     Okay.  And did anyone ever give you

14   an estimate for that, or -- not -- not just for the

15   $25 million, I'm saying like an estimate for

16   building?

17   A     We had some estimates from construction

18   companies, I think on the development of the

19   buildings on Morningside, and that is more recent

20   than 2018.

21        Q     Okay.  Did you have any construction

22   estimates for New Wallington Home?

23   A     I think we may have.

24        Q     Okay.

25   A     I would have to go back and check my

Page 112

1    records.

2         Q      If you could turn to page 8.

3    A      Of JN-3?

4         Q      JN-3, correct.  This again goes back

5    to your damages.  I understand you want to defer to

6    an expert --

7    A      I'm sorry, where are we on page --

8         Q      I'm sorry, number 12, the last

9    question there, let me just go to the last --

10   second-to-last sentence where it starts, Further?

11   A      I'm on page 8, and you said number 12,

12   there's only one sentence -- question, Set forth

13   the amount of damages --

14        Q      I was looking at the response.

15   A      Okay.  So you want me to go to the next

16   page?

17        Q      No, no, no, page 8, it starts

18   Further --

19   A      Oh, okay.  I apologize.

20               (Witness reviews requested portion.)

21   A      Well it's referring to such damages in the

22   question and I -- I'm having -- it's so difficult

23   to backtrack through what particular thing --

24        Q      Well I just have a question about --

25   A      Because this seems to be talking about

Page 113

1    rights related to a right-of-way.

2         Q     Right, and that's what I wanted to

3    ask you about, you know, how does that -- it says,

4    Further NWH will seek the appointment of a third

5    party to ensure compliance.  My first question is

6    has New Wallington Homes appointed a third party to

7    ensure compliance?

8    A     I'm not -- I -- I would have to read a lot

9    of this document to get the context of what that

10   might be referring to.

11        Q     Okay.

12   A     And I'm happy to do that, for some time, go

13   through a couple of pages of the document and build

14   up --

15        Q     Well, you know, they really don't --

16   the questions don't necessarily build on each

17   other, so, certainly if you want to read the full

18   response, you know, it if makes any more sense for

19   you.

20             (Witness reviews portion of

21        document.)

22   A     Okay, so you're asking about that particular

23   sentence.

24        Q     Correct.

25   A     And I don't know what's in the attorney's

Page 114

1    mind with respect to how that relates to losses.

2         Q       Okay.

3    A        It may very well be very clear when

4    explained to me again.

5         Q       Okay.

6            If want to turn to the next page, number 14.

7    And we talked about this earlier, but the question

8    asks, Set forth with detail and specificity any and

9    all facts that support plaintiff's allegation that

10   the Borough of Wallington planning board had

11   discriminatory animus towards family and children,

12   as alleged in paragraph 71 of plaintiff's Amended

13   Complaint.

14           We talked about this earlier in your

15   deposition, there are, it looks like form

16   objections here, and then it says, Subject to and

17   without waiving its objections, NWH refers to all

18   statements referenced in its first Amended

19   Complaint but not limited to all statements made by

20   Mayor Tomko and other planning board members, all

21   other employees, agents, representatives of

22   defendants at the planning board hearings held on

23   May 16th, July 18th, September 19th and

24   December 19, 2017.  And then it says, NWH reserves

25   the right to supplement this response.

Page 115

1    So my question is, since you signed these

2    Interrogatories on September 3, 2024 are you aware

3    of any other facts --

4    A    September 3, 2024.

5    Q    Yeah.  Well that's when you signed

6    these.

7    A    Oh.  Okay.

8    Q    So, I'm just asking, are you aware of

9    any other facts that would support the allegation

10   that the planning board had discriminatory animus

11   towards people in Passaic --

12          MR. DiGIULIO:  Beyond what was

13          already testified to.

14          MR. SHEPARD:  Yeah, beyond what was

15          already --

16   A    Yeah, I was just going to say we've talked

17   about a lot.  I'll just say that we've talked about

18   a lot, that in my eyes kind of supplement this

19   answer here today, but I can also tell you that I'd

20   be happy to go back and think more about some other

21   issues for you and look at some other documents and

22   maybe I could supplement more, but those are my

23   thoughts with respect to that.

24   Q    Okay.

25          Let me show you what we're going to mark as

Page 116

1    JN-4.  If you want to flip to the last page, and
2    again I'll confirm, is that your signature there on
3    the last page of JN-4?
4    A      Yes.
5           Q      If you go to page 5?
6    A      Okay.
7           Q      And again, going to that question
8    number 3, I think these are similar questions as to
9    the ones for New Wallington Home, but question 3
10   again asks about loss of income, profit, earnings,
11   my question is, are the monetary damages different,
12   or equal to or less than, those for New Wallington
13   Home?
14   A      Well, you were asking me before about my
15   estimate of losses on New Wallington Home
16   specifically, solely.
17          Q      Correct.
18   A      And so to answer a question saying -- or
19   asking, were Morningside's losses different, I
20   would say yes, it's a different entity, different
21   kind of situation.
22          Q      Okay.
23          In the instances of discrimination that we
24   talked about --
25   A      Did you say in the instances?

Page 117

1          Q       In the instances of discrimination

2     that we've been talking about, those would apply

3     for Morningside as they do to New Wallington Home.

4     A       That's a good question.  I would think yes,

5     but I think I actually have to think about that,

6     there may have been contexts in Morningside that --

7     where more things were said and certain things, at

8     certain times.

9                    MR. SHEPARD:  I'm about to pivot on

10              topics, so I don't know if you want to break

11              now, before we start unpacking the tax

12              issues.

13                    MR. DiGIULIO:  Okay.

14                    (A short recess is taken.)

15                    MR. SHEPARD:  We're back on the

16              record for Mr. Nuckel's deposition.

17     BY MR. SHEPARD:

18          Q       Mr. Nuckel, I want to bring you back

19     to document JN-2, which is the complaint.

20     A       Which complaint?

21          Q       The Amended Complaint.

22     A       Okay.

23          Q       You got it?

24     A       I do.

25          Q       Okay.  And this portion of the

Page 118

1    deposition we'll be talking about tax-related

2    claims that were brought under the Amended

3    Complaint.

4          With respect to these -- the tax-related

5    complaints are they only for New Wallington Home,

6    LLC or are they -- or is it for Morningside as

7    well?

8    A       In some instances as I recall they are for

9    New Wallington Home, but overall, some of our

10   complaints about taxes relate to Morningside as

11   well.

12         Q       How do they relate to Morningside?

13   A       As -- let me say that, as I understand it,

14   there are certain issues that we complained about

15   that the Town did with respect to New Wallington

16   Home in their tax activities, however, in general,

17   the Town tripled the taxes, starting in around

18   2008, and that as I see is also -- it may not be

19   exactly triple on Morningside but they've taxed

20   Morningside at a higher rate as well, and I would

21   bring those concerns, and say that, those concepts

22   are what we're complaining about here in this

23   complaint.

24         Q       Okay.  And they're relevant to

25   Morningside as well.

Page 119

1    A       In some ways.

2            Q       In some ways, okay.

3            For New Wallington Home are there any

4    pending property tax appeals?

5    A       Yes.

6            Q       How many?

7    A       I'm not sure what you mean.

8            Q       Well how many -- is there more than

9    one --

10   A       There's multiple years.

11           Q       Yes, that's -- that is what I mean.

12   A       Okay.

13           Q       What years did the property tax

14   appeals cover for New Wallington Home?

15   A       I think they go back to -- oh God, back --

16   they go back quite a long way, I think at least

17   2014, probably before.

18           Q       And is there an attorney handling

19   that for New Wallington Home?

20   A       Well, when you say handling that what do you

21   mean?

22           Q       Did they file the appeal and --

23   A       Well there's an attorney that filed tax

24   appeals, yes, but there are other issues that we're

25   complaining about with taxes that maybe a tax

Page 120

1    appeal attorney doesn't necessarily handle.  This

2    is all legal interpretation that, in some ways I'd

3    defer to an attorney.

4            Q       Okay.  That's fair.  But with respect

5    to the filing of the property tax appeals that are

6    currently pending there is an attorney representing

7    New Wallington Home.

8    A       There is.

9            Q       Who is that?

10   A       Bruce Stavitsky, S-T-A-V-I-T-S-K-Y.

11           Q       And what about for Morningside, are

12   there any pending property tax appeals?

13   A       I -- off the top of my head I don't recall.

14           Q       Okay.

15           Are there any trial dates for the property

16   tax appeals?

17   A       I think those trial dates have been, in the

18   past delayed, I don't remember all the legalese of

19   it.

20           Q       Okay.

21   A       You have to go to the attorneys.

22           Q       All right.

23   A       Yeah.

24           Q       But as you sit here today you're not

25   aware of any trial date for those property tax

Page 121

1   appeals.

2   A      I -- I'm not an expert on the legalese with

3   respect to in the court and how --

4          Q       Yeah.

5   A      -- tax appeals necessarily are adjudicated

6   in the court.

7          Q       I'm not -- I'm not trying to make it

8   complicated though, I'm just asking if you knew of

9   a date for the trial for those appeals, and if you

10  say no, there's no date there's no date, if you're

11  not aware of it that's fine.

12  A      Well, I -- I defer to my attorneys.

13         Q       All right.

14         So, if you turn to page 27 of JN-2, which is

15  the Amended Complaint, and if you go to paragraph

16  136, and if you read that there, if you want me to

17  read it or you want to read it, any way that's

18  fine.

19                 (Witness reviews requested portion.)

20  A      Okay.

21         Q       All right.  So, in there it says, New

22  Wallington Home was actively involved with

23  litigation with defendants.  What litigation is

24  that referring to?

25  A      Actions to try to establish affordable

```
                                             Page 122
 1   housing in -- on the site, in Wallington.
 2          Q      Was it litigation regarding the site
 3   plan applications that were denied?
 4   A      Well, no, not only that, this also says and
 5   for other reasons.  There was prior litigation in
 6   2008, where we were seeking for these properties to
 7   be -- how would I say -- zoned --
 8          Q      Okay.
 9   A      -- for multi-family housing.  I don't know
10   all the things that the attorney's necessarily
11   referring to here but, in any event, those are the
12   things that come to mind.
13          Q      Okay.  All right.  And it says here,
14   New Wallington Home withheld property tax payments
15   that were assessed against the New Wallington Home
16   property by the Borough in 2016 through 2018.
17   A      I see that.
18          Q      Okay.  Did you withhold payment of
19   property taxes in the earlier litigation, like in
20   2008?
21   A      I do know that some payments weren't made on
22   taxes, but at that time my brother was in control
23   of the -- how would I say -- the checkbook on that
24   property in certain respects --
25          Q      Okay.
```

Page 123

1    A       -- and I don't know all of his reasons for

2    the actions or inactions that he took.

3            Q       So in that time period --

4    A       In which time period, I'm sorry?

5            Q       2016 through 2018 --

6    A       Okay.

7            Q       -- in paragraph 136 there, New

8    Wallington Home knew it was withholding taxes.

9    They were withholding them on purpose.

10   A       Well, I remember the context of what was

11   going on there somewhat, not completely off the top

12   of my head, but I do know that we were concerned

13   that the Town was taxing at a higher rate and that

14   they weren't allowing us to develop the property

15   because they were denying us all the time yet they

16   were taxing us as if we could develop it, and I

17   remember there being questions as to, what's the

18   proper venue for a complaint like that, and I

19   remember there being some conjecture but that it's

20   not exactly tax court -- not traditional tax court,

21   because at -- and I don't remember this completely,

22   but I remember that one of the issues or concerns

23   was that -- and I may be talking about --

24            MR. DiGIULIO:   Gerry, I'm just going

25        to say, it sounds like we're veering into

Page 124

1          attorney/client communications, I don't think

2          that was the intention of the question so --

3                MR. SHEPARD:  No.

4                MR. DiGIULIO:  -- I'd ask the witness

5          not to go into that topic, and maybe Mr.

6          Shepard can ask that question again so we can

7          focus on --

8                MR. SHEPARD:  Yeah.

9     BY MR. SHEPARD:

10          Q     I was just talking about that time

11     period in between 2016 and 2018, property taxes

12     were withheld by New Wallington Home, is it fair to

13     say that they withheld those property taxes

14     intentionally?

15     A     As I recall there were questions as to how

16     these concerns should be adjudicated, and how they

17     should be worked out.

18          Q     Okay.  But you didn't pay taxes.  New

19     Wallington Home did not pay taxes in that time --

20     A     New Wallington Home it appears did not pay

21     taxes.

22          Q     Okay.  Before that time period 2016

23     through 2018 was New Wallington Home paying taxes

24     on that property?

25     A     There were times where taxes were paid, and

Page 125

1   there were times when -- a significant amount of

2   time when it was controlled by my brother when

3   taxes were not paid.

4          Q      Okay.  And you're unsure of the

5   reasoning or rationale why he may or may not have

6   paid the taxes.

7   A      I'm unsure.

8          Q      Okay.

9          In the next paragraph, 137, it says, The

10  Borough however changed its taxing behavior in

11  response to New Wallington Home's actions against

12  unfair taxes.

13  A      This is 137?

14         Q      This is 137, yes, the next paragraph.

15                (Witness reviews requested portion.)

16  A      Okay.  Yes.

17         Q      During that period of time when New

18  Wallington Home was not paying taxes, was there

19  anything sent to the Town saying --

20  A      Anything sent to the Town?

21         Q      Either correspondence, or some kind

22  of document or report or request, to the Borough,

23  disputing the taxes that were assessed against

24  them?

25  A      I don't recall.  I'd have to go back and

Page 126

1    check the records.

2            Q      Okay.

3    A      That's a -- I don't recall, I'd have to go

4    back and check the records.

5            Q      Okay.

6            How did the Borough's taxing behavior

7    change?

8    A      I can answer that off the top of my head

9    with respect to one idea I have with respect to

10   that, is, as I shared earlier even after my brother

11   had not paid taxes for a significant amount of

12   time, and the Town made no action, there would be

13   occasionally times, my recollection, when we would

14   be late on taxes, when I was controlling the

15   property, and from what I remember, the Town would

16   get in touch with our accounting department and

17   say, hey, what's going on, you're delinquent, and

18   also send notices, and, we would immediately

19   process the taxes with regard to whatever was not

20   paid, there was times when -- back then there would

21   be hiccups in the accounting department with

22   respect to certain things, but the usual demeanor

23   of the Town from my recollection was they were

24   often in contact with the accounting department,

25   they know each other, and that would be cleared

Page 127

```
 1    up --
 2          Q      Okay.
 3    A     -- quickly.
 4          Q      Who was with the accounting
 5    department?
 6    A      Beth Arici, A-R-I-C-I.
 7          Q      And is she, or was she with New
 8    Wallington Home or JN Management?
 9    A      She's with JN Management.
10          Q      Is she still there?
11    A      She is.
12          Q      Do you know who Beth Arici would
13    speak with at the Borough or receive communications
14    from at the Borough regarding any delinquent taxes?
15    A      From what I remember, it was Ms. Siek,
16    S-I-E-K, and other people -- I think she
17    communicated with someone else, if it comes to me
18    I'll let you know.
19          Q      Okay.  Did you ever communicate with
20    Ms. Siek?
21    A      No.
22          Q      Do you know what time period Ms. Siek
23    worked at the Borough?
24    A      I think she had been working there for quite
25    some time, during the -- certainly as I remember
```

Page 128

1    during the time that we owned this property, I

2    think she quit in 2019.

3            Q       Do you know what her position was?

4    A        I think she was the clerk.

5            Q       The Borough clerk, or --

6    A        I -- I just remember seeing it somewhere, I

7    don't know if it's necessarily the Borough clerk,

8    but yeah, I think it's Borough clerk.

9            Q       Well she's a named defendant in this

10   lawsuit.  Okay?  What did she do --

11   A        She --

12           Q       -- or did not do?

13   A        Again, she changed her behavior, that I was

14   just describing, with respect to these particular

15   tax-related administrative procedures, and she was

16   I guess part of a situation where tax -- the

17   property was put to tax sale, as I understand it,

18   and we were not noticed, and then the Town redeemed

19   that tax certificate, and from what I understand

20   didn't pay any money for it or anything like that,

21   I don't know everything about all what's required

22   with respect to tax procedures, however -- and I

23   don't want to get into discussions with the

24   attorneys that I've had, but, some of this is laid

25   out in the complaint, and -- but again I don't want

Page 129

1    to get into all of the discussions with attorneys.

2         Q       Okay.  No, that -- that's good.  What

3    do you feel like she should have done?

4    A       Well, from my part, I do know that she

5    changed her behavior, with respect to this, and,

6    there's seemingly no reason for that other than

7    some of the other things that were going on in the

8    Town, where I ask the question, why would you

9    usually call somebody up that you usually talk to

10   and get taxes paid and then suddenly you don't do

11   it anymore and you're doing things seemingly in

12   secret, and -- again though I don't want to get

13   into too much discussion that I had with attorneys.

14        Q       Do you know if Beth Arici had any

15   conversations or communications with Dorothy Siek

16   about not paying taxes, withholding taxes because

17   of some of the issues -- because they were in

18   active litigation with the Borough?

19   A       Can you ask me that again?

20        Q       Sure.  Do you know if Beth Arici ever

21   discussed, communicated or corresponded with

22   Dorothy Siek indicating that New Wallington Home

23   was withholding tax payments because of ongoing

24   litigation with the Borough?

25   A       I don't know all the conversations that Beth

Page 130

1    had with Dorothy Siek, but I do know they would

2    talk often.

3          Q     Okay.  Did you speak with Beth Arici

4    before this deposition?

5    A     I speak to Beth Arici all the time.

6          Q     Okay.  Did you ever discuss Dorothy

7    Siek with her?

8    A     From my recollection yes.

9          Q     When was the last time you spoke with

10   Beth about Dorothy Siek?

11   A     Some time ago, I don't know exactly when.

12         Q     Okay.  What was the nature of that

13   conversation?

14   A     Relative to the issues of Dorothy not

15   sending notice as she usually did, not speaking to

16   Beth about some of these procedures that

17   suddenly -- or activities that suddenly the Town

18   engaged in with respect to the taxes, and, I don't

19   remember all the details of that conversation but I

20   certainly understood from Beth that a lot of things

21   changed and a lot of things weren't done how they

22   usually were done, with regard to that.

23         Q     Do you know if Ms. Siek was doing

24   anything illegal?

25               MR. DiGIULIO:  Object to form.  Go

Page 131

```
 1        ahead.
 2   A       I'm sorry, could you ask me that question
 3   again?
 4        Q        Sure.   Well do you know if Dorothy
 5   Siek was doing anything illegal or if she wasn't
 6   following procedure or protocol?
 7   A       I do --
 8                 MR. DiGIULIO:   Same objection.   Go
 9        ahead.
10   A       Okay.   Well, I do know that -- you know
11   what, I believe Ms. Siek ended up being under
12   investigation with Victor Beginsky with regard to
13   tax -- things they were doing with taxes in the
14   Town of Wallington.
15        Q        And do you know what happened with
16   that investigation?
17   A       I don't know everything that happened with
18   that investigation, no.
19        Q        Okay.
20   A       However I do know that there were supposedly
21   some similar situations to this, and in some ways
22   perhaps related to this, but I have not spoken with
23   the prosecutor's office.
24        Q        Do you believe that the Borough
25   intentionally withheld tax delinquency notices to
```

Page 132

1    New Wallington Home?

2    A       I believe they did, yes.

3           Q       Why?

4    A       Are you asking me why I think that or why I

5    think that the board did that -- or the Town did

6    that I should say?

7           Q       Why do you think the Town did that?

8    A       Because they wanted to in some way harass

9    the property and perhaps -- well, you know what, I

10   don't want to get into conversations with my

11   attorneys because, I think someone who knows the

12   ins and outs of tax law would be better at

13   explaining all the nuances of the ramifications of

14   that behavior --

15          Q       Okay.

16   A       -- and then how it relates to some of the

17   other things that the Town was engaged in.

18          Q       Did anyone tell you that the Borough

19   was intentionally withholding tax notices to New

20   Wallington Home?

21   A       I don't want to get into conversations with

22   my attorney.

23          Q       Sure.  Okay.

24          Do you have any documents or records that

25   you believe confirm that the Borough was

Page 133

1    intentionally withholding tax notices to New

2    Wallington Home?

3    A      I don't want to get into conversations with

4    my attorney.

5          Q      I'm not talking about conversations,

6    I'm talking about documents or records.

7    A      I mean I have to kind of -- well, so then

8    ask the question again please.

9          Q      Okay.  Aside from any documents or

10   communications with your attorney, do you have any

11   documents or records confirming that the Borough

12   intentionally withheld tax notices to New

13   Wallington Home?

14   A      And that would require in my eyes some

15   knowledge of tax law because some things that have

16   been produced in this proceeding may very well

17   be -- be candidates for being evidence for what you

18   just asked about, and that would also, I think

19   require me to know a little bit about taxes and how

20   they relate to this particular situation, to answer

21   that completely.

22         Q      Do you know who Chris Assenheimer is,

23   A-S-S-E-N-H-E-I-M-E-R?

24   A      Do I know who he is?

25         Q      Yes.

Page 134

1    A      I think he was the tax officer of Wallington

2    at the time that this complaint was brought.

3            Q      At the time that this complaint was

4    brought in 2020 or at the time that New Wallington

5    Home was withholding taxes?

6    A      It might very well have been that, I -- I'd

7    have to defer to my attorneys once again.

8            Q      But as -- you in your own personal

9    knowledge, you're not a hundred percent sure of

10   when he was -- or when he worked for the Borough of

11   Wallington.

12   A      I'm not exactly sure but again, that is an

13   issue that the attorneys would have investigated.

14           Q      Did you ever discuss Chris

15   Assenheimer with Beth Arici?

16   A      I don't recall, I recall more Dorothy Siek.

17           Q      Okay.  Did Beth ever mention to you

18   Christopher Assenheimer?

19   A      I don't remember.  May have, yes.

20           Q      Did you ever speak with Chris

21   Assenheimer?

22   A      No.

23           Q      Did you ever meet him?

24   A      Not that I recall.

25           Q      Do you know if he's still with the

Page 135

1    Borough of Wallington?

2    A      I don't believe he is.

3           Q      Did you ever communicate with Mr.

4    Assenheimer, either email, letters,

5    correspondences, anything like that?

6    A      I'd have to check.

7           Q      Okay.  Do you know if anyone from New

8    Wallington Home or Morningside or JN Management had

9    any written communications with Mr. Assenheimer?

10   A      I would have to check.

11          Q      What do you believe that Chris

12   Assenheimer did wrong or didn't do?

13   A      My understanding, and again, I'm not a tax

14   lawyer, is that Mr. Assenheimer was the tax officer

15   of the Town and is in that way related to these tax

16   issues.

17          Q      Do you know if he was responsible for

18   sending any delinquency notices?

19   A      I don't know.

20          Q      Mr. Nuckel, I'm going to show you

21   what we've marked as JN-5, and I'll just represent

22   to you these are delinquent notices that we

23   received in discovery from your attorney.

24                 (Witness reviews documents.)

25   A      Any particular one you would like me to look

Page 136

1    at?

2         Q      No particular one, I just have some

3    general questions about them.

4         First, are you familiar with these

5    documents?

6    A      I am not.

7         Q      Okay.  Do you know if you've ever

8    seen them before?

9    A      I don't recall.

10        Q      Okay.  And it looks like these are --

11   A      I don't think I did.

12        Q      Okay.  And it looks like these are

13   tax delinquent notices that were issued to New

14   Wallington Group, LLC, correct?

15   A      They are, yes.

16        Q      Okay.  But the property, if we look

17   on the tax delinquent notices on the right

18   underneath the date there's block 71, lot 35.02.

19   A      Okay, I see that.

20        Q      Okay.

21   A      By the way, The Wallington Group address was

22   not 1 Stevens Road, The Wallington Group address,

23   business address, was on Liberty Street in Little

24   Ferry, New Jersey, my brother's office.

25        Q      Okay.  So Mr. Nuckel, you would agree

Page 137

1  though that it says block 71, lot 35.02, that is

2  the property -- that is the New Wallington Home

3  property, correct?

4  A      I'm not going to say that it is but it

5  appears to be.

6          Q      Okay.  And The Wallington Group, you

7  said it owns the property, correct?

8  A      That is correct.

9          Q      And New Wallington Home purchased it

10  from The Wallington Group, or acquired it?

11  A      It purchased it from The Wallington Group.

12          Q      Okay.  And you don't recall ever

13  seeing these tax delinquent notices.

14  A      I do not.

15          Q      Okay.  And do you know who they would

16  have gone to?

17  A      They would have gone to my -- as far as I

18  understood, the business office for The Wallington

19  Group was my brother's office in Little Ferry, and

20  they would have -- I don't know if the Town was

21  just sending a copy to The Wallington Group at 1

22  Stevens Road, I don't know, I don't know what -- it

23  was -- it may very well be the idea of sending a

24  copy, but, again, my observation is the business

25  office for The Wallington Group was in Little

Page 138

1    Ferry.

2           Q       Okay.   And in the complaint where it

3    said they've changed their practices, are you

4    saying that they used to send out these tax

5    delinquent notices and then you stopped getting

6    them?

7    A       No, no, I spoke before about the fact that

8    the Town had -- or my brother had not paid the

9    taxes for some time, and I wasn't aware of his

10   reasons for not paying the taxes, he and I were in

11   a dispute, by the way, with regard to the property,

12   and, in any case, it's after this time, I think the

13   last one here is 2011 -- no, it's 2012 -- yeah, it

14   was after that time that, from my recollection, the

15   Town and Mrs. Siek would send notices to New

16   Wallington Home at this address, but also speak to

17   Beth often, if there was ever a -- whenever taxes

18   were late, if they were late.

19          Q       All right.

20   A       But in a lot of cases they were -- pretty

21   much the taxes were kept up with.

22          Q       Okay.

23          Prior to 2016 were there ever any tax liens

24   on the property?

25   A       Not that I recall, no.

Page 139

```
 1        Q       Were there any tax sales on the
 2   property, prior to 2016?
 3   A       Well, from then to the beginning of time or
 4   during the time that either The Wallington Group or
 5   New Wallington Home moved in?
 6        Q       From the time that Wallington Group
 7   or New Wallington Home moved in.
 8   A       Not that I'm aware of, no.
 9        Q       I'm showing you what we're marking as
10   JN-6.
11               (Witness reviews documents.)
12   A       Did you want me to look at any one of these
13   or --
14        Q       Well, so we'll -- we'll start at the
15   beginning.
16   A       Okay.
17        Q       On that first two pages there, on the
18   top it says tax settlement notice, do you see that?
19   A       I do.
20        Q       Okay.  Have you ever seen this
21   document before?
22   A       I don't recall that, no.
23        Q       Okay.  And on the second page at the
24   bottom, it says, New Wallington Home, Main Ave.,
25   rear, and it says the amount is for $217,637.74.
```

Page 140

1   A       I see that.

2           Q       Okay.  And you never saw this public

3   tax notice before?

4   A       I don't recall seeing this and it looks like

5   it purports to be December 20, 2017.

6           Q       Okay.  And that was during the time

7   that New Wallington Home was not paying their

8   taxes, correct?

9   A       You mean 2017.

10          Q       Yes.

11  A       End of 2017.  Let me think.  That may have

12  been in that time when those issues were being

13  investigated by attorneys, and things like that.

14          Q       Are you saying that there was no

15  public notice of the tax sale?

16  A       I don't know about public notice.

17          Q       Okay.

18  A       I'm -- again, I don't know all -- I'm not an

19  attorney, I don't know all tax procedure, but I do

20  know that in the past, owed taxes weren't paid,

21  the -- for instance, Dorothy Siek would get in

22  touch with Beth, and talk about it, and we'd bring

23  the taxes current, but also we'd get notices, and

24  as I've said, I don't -- as far as I understand, we

25  didn't get those notices and those communications

Page 141

1   between Dorothy and Beth stopped at some point.

2         Q      Okay.

3         Also attached with this document are some

4   tax lien redemption spreadsheets --

5   A      Well I see certificate of sale.

6         Q      Right, but in this packet of

7   documents here, there's a certificate of sale, if

8   you go after that, there's a tax lien redemption

9   spreadsheet, and then there's one from December 2,

10  2013, do you see that?

11  A      Okay, let's see --

12        Q      December 2, 2013.

13  A      Is that this one or is that this one?

14        Q      Bates number 51.

15              MR. DiGIULIO:  What's the question?

16              MR. SHEPARD:  No, I was asking him to

17        go through it, I just want to make sure

18        that --

19  A      So you want me to stick with this one,

20  because these other ones look like they might be

21  the same, I don't know.

22        Q      Yes, well, that's what I was going to

23  ask you.

24  A      They're all on the same date.

25        Q      Right.  So --

Page 142

1    A      Or appears to be.  Yeah.

2          Q      So, at the top of this document, it

3    says tax lien redemption spreadsheet, is through

4    meeting date December 2, 2013, total due to

5    lienholder was $669,714.16.  Do you remember what

6    the outcome was of that lien?

7                MR. DiGIULIO:  I just want to -- I'm

8          going to object.  I just want to make sure

9          we're clear.  The tax certificate to

10         seller -- the certificate to seller that

11         underlie these redemptions, none were signed,

12         and they're all dated the same date of 2021,

13         so I just -- I'm just a little concerned

14         we're going down a path where we're -- we're

15         going to ask questions of whether this

16         happened or not, I don't know.  So maybe just

17         check with him on that maybe --

18               MR. SHEPARD:  All right.  Well, I

19         want to ask him if there's -- you know, if

20         these are accurate, inaccurate, you know,

21         that's kind of what I wanted to ask him

22         about.

23   BY MR. SHEPARD:

24         Q      So going back to where we were on the

25   document bates stamped 51, do you recall there

Page 143

1    being a tax lien in the amount of $669,714.16?

2    A      I don't remember a tax lien being in place,

3    no.

4           Q      Okay.

5    A      But I did have to pay taxes when I was

6    taking over the property, and I did pay a

7    significant amount of taxes.  I noticed in this

8    pile of documents here that there's some Nuckel

9    Reit, R-E-I-T, which is not me, that's my brother,

10   and I don't know what he was doing.

11          Q      Okay.  So when you purchased the

12   property, New Wallington Home purchased the

13   property, they had to take on some tax liabilities?

14   A      I don't know if you'd say we had to take on

15   tax liabilities, I don't think that was part of the

16   agreement, but at some point I do remember I had to

17   pay a significant amount of taxes when I took over

18   the property.

19          Q      If you can turn to the document bates

20   stamped D-54.

21   A      Yeah, I think I have it.

22          Q      Okay.  That is the tax lien

23   redemption spreadsheet, it looks like it's dated

24   July 26, 2018.  Do you recall ever seeing this

25   document?

Page 144

1    A       No.

2            Q       And then if you go over to D-56, is

3    the certificate of sale?

4    A       Okay.

5            Q       And there you see, total amount of

6    sale, in the middle there, is $217,637.74?

7    A       Well I don't know if this is related to

8    those documents because I think these are different

9    dates so I -- it would be -- it would take some

10   time to do the cross-referencing.

11           Q       Well that's what I'm -- that's what I

12   want to do here.  Okay?

13   A       Okay.

14           Q       So in this certificate of sale, it

15   says the total amount of sale is $217,637.74.  If

16   we go back to the tax lien redemption spreadsheet,

17   okay --

18   A       Which one?

19           Q       The one you were just at, D-54.

20   Okay?  It says the date of sale, December 20, 2017,

21   do you see that where it says original certificate?

22   A       On the tax lien redemption spreadsheet?

23           Q       Yes.

24   A       Okay.  So where do you want me to look?

25           Q       Well it says total amount of sale in

Page 145

1    that first block there or the second -- in the

2    middle of the page.  Where it says original

3    certificate, 17-06, date of sale, December 20,

4    2017.

5    A      I see here where you pointed to total amount

6    of sale $217,637.74.

7           Q      Okay.  Do you recall owing that much

8    in taxes?

9    A      On 2018?

10          Q      Yes.

11   A      I don't recall that.

12          Q      Okay.  And if you go over to the next

13   block it says redemption information.  The original

14   certificate, $217,637.74 at the top there --

15   A      Where are you?

16          Q      The next block over, where it says

17   redemption information.

18   A      Okay.

19          Q      Do you know what that means,

20   redemption information?

21   A      No, I'm not a tax attorney and no, I

22   don't -- no, I don't know what redemption

23   information in this context exactly means.

24          Q      Well there are a bunch of numbers

25   there, it says original certificate, and there's a

Page 146

1   redemption penalty, there's an interest -- interest

2   on certificate, search fee, recording fee, other

3   fee, and subsequent taxes and interest on

4   subsequent taxes, below that it says total to

5   redeem, $449,659.87, and that is through July 26,

6   2018.  Do you see that?

7   A       I see some of that, yes.

8           Q       Okay.  Do you recall having to pay

9   $449,659.87?

10  A       No, I don't recall exactly, no.

11          Q       Did you pay that amount?

12  A       I know we paid some amount to pay off taxes,

13  I know -- I don't recall exactly this $449,000, no.

14          Q       I'm going to show you what we've

15  marked as JN-7.

16                  (Witness reviews document.)

17          Q       Mr. Nuckel, have you ever seen this

18  document before?

19  A       It's bringing back my memory, I think I

20  have.

21          Q       All right.  And what is this

22  document?

23  A       This seems to be a payment for taxes under

24  protest.

25          Q       Okay.  Is that your signature?

Page 147

1    A       That is not.

2            Q       Whose signature is that?

3    A       I believe that's Beth Arici.

4            Q       Were you aware that Beth was writing

5    this check?

6    A       I probably was.

7            Q       Okay.  Does this refresh your

8    recollection of this check at all?

9    A       It does and it reflexes my recollection,

10   when it says under protest I think we issued

11   letters protesting how this had come about to the

12   Town.

13           Q       How what had come about?

14   A       This amount, and this issue of paying taxes.

15           Q       And disagreeing with the amount?

16   A       I believe that we issued a letter with

17   respect to that.

18           Q       Okay.

19           Let me show you JN-8.  It's a correspondence

20   from VAP International dated July 19, 2018.

21           Mr. Nuckel, I'm showing you what we have

22   marked as JN-8, the correspondence dated July 19th

23   of 2018, and if you go to the --

24   A       Can I read it?

25           Q       Of course.

Page 148

```
 1              (Witness reviews document.)
 2    A     Okay, I perused it.
 3          Q      Perused it, okay.  Do you recognize
 4    this document?
 5    A     I recall this document.
 6          Q      Okay.  What do you recall about this
 7    document?
 8    A     I recall it being -- how would I say --
 9    drafted and eventually produced by us, as far as I
10    remember and it certainly says in this document
11    that it's sent with the tax payment.
12          Q      Did you help draft this document?
13    A     I believe I did, yes.
14          Q      Did anyone else help draft this
15    document?
16    A     Probably some advice from attorneys.
17          Q      Okay.  When you spoke earlier about
18    sending notices or sending correspondence to the
19    Town, is this what you were referring to?
20    A     I'm not sure what you're referring to.
21          Q      Well, I think when we were looking at
22    that check before, and the --
23    A     You mean the check paying the tax?
24          Q      Yes.
25    A     So what's the question?
```

Page 149

1          Q       Sure.  You had indicated that there
2   was some correspondences with the Town with respect
3   to that check.  Is this what you were referring to?
4   A       Oh, I probably was referring to this.  I
5   think there may be another one.
6          Q       Okay.  All right.  Did you ever
7   receive any type of response from Dorothy Siek?
8   A       I don't recall.
9          Q       Okay.  Was this letter also sent to
10  Chris Assenheimer?
11  A       I don't recall.
12         Q       Who hand-wrote Dorothy Siek on that?
13  A       Not us.
14         Q       Okay.  Do you know if this letter was
15  sent to anyone else at the Borough other than
16  Dorothy Siek?
17  A       I -- I don't know.
18         Q       Okay.
19  A       The attorneys were corresponding with the
20  Town as well so, something might have been sent to
21  other people.
22              MR. SHEPARD:  Could we just go off
23         the record for a second?
24              (Discussion held off the record.)
25              MR. SHEPARD:  We can go back on the

Page 150

1          record.

2     BY MR. SHEPARD:

3          Q     Mr. Nuckel, I'm going to show you

4     what we are marking as JN-9.  Okay?  I will submit

5     to you that this set of documents was submitted as

6     a supplemental discovery production and it looks

7     like it's the attorneys's fees, invoices.

8     A     Okay.

9          Q     Take a look at them, I don't think

10    you need to --

11               MR. DiGIULIO:  For the record I just

12          want to make sure, I believe it's P-305

13          through P-429.

14               (Witness reviews documents.)

15    A     Certainly you don't want me to review all

16    these documents.

17         Q     I don't.

18    A     Okay.

19         Q     I really only have a couple of

20    questions on them.

21    A     Okay.

22         Q     Those invoices and that -- the

23    spreadsheet on the top there of JN-9, those are

24    invoices for attorneys fees incurred by New

25    Wallington Home, and Morningside or --

Page 151

1   A      They would be for New Wallington Home and

2   they go up to -- so it would have been New

3   Wallington Home and Morningside.

4          Q      And Morningside, okay.

5   A      They would be for the invoices for both New

6   Wallington Home and Morningside.

7          Q      And were those -- those are attorneys

8   fees from before the start of this lawsuit,

9   correct?

10  A      That for the most part is correct, I think,

11  I don't recall.

12         Q      Okay.

13  A      I'd have to look it up.

14         Q      Did they encompass the prior lawsuit

15  that we were talking about with Judge Farrington's

16  decision?

17  A      When you say did they encompass I don't know

18  what you mean in this context.  Did some of them

19  relate to that prior one, some of them did.

20         Q      Were they for services rendered in

21  connection with that lawsuit?

22  A      Not all.

23         Q      But some of them.

24  A      Some of them are I believe, yes.

25         Q      Okay.  Was there any claim for

Page 152

1    attorneys fees in that prior lawsuit?

2    A      I don't recall.

3          Q      Okay.  Do you know if there was any

4    reimbursement of attorneys fees from that prior

5    lawsuit?

6    A      I don't recall.

7                MR. DiGIULIO:  Just note my objection

8          to the form.  Thank you.

9          Q      Okay.

10         The roller rink, you talked about it

11   earlier, in terms of the development, was that part

12   of the site plan application?

13   A      Yes.

14         Q      Okay.  And what was contemplated with

15   the roller rink with the site plan application?

16   A      That it be used as a recreation center for

17   the residents.

18         Q      Was that ever -- was the roller rink,

19   was that ever considered a reason for the denial of

20   the site plan application?

21   A      Can you ask me that question again?

22         Q      Sure.  Was the roller rink ever used

23   as a reason to deny the site plan application?

24   A      As I recall there were some comments made

25   about the roller rink giving rise -- in the

Page 153

1    application giving rise to some of the variances,

2    and I remember there being an argument with respect

3    to whether that actually was the case or not, but I

4    guess -- well, there were questions about the

5    roller rink --

6            Q       Okay.

7    A       -- in the application.

8            Q       Do you recall what the questions

9    were?

10   A       It was basically about -- see, when the

11   zoning was actually written from what I recall, I

12   vaguely recall this but the zoning required active

13   recreation space as part of any development that

14   would be proposed on the property, and active

15   recreation space was, what we looked at as

16   this roller -- well, the building was a recreation

17   center, and it was certainly something that you

18   would call active recreation.  As a matter of fact,

19   there was as -- as I remember, some conjecture that

20   when the zone was written, that it actually was

21   referring to that building requirement.

22           Q       Okay.  After the appeal was

23   withdrawn --

24   A       Are you -- what are we talking about?

25           Q       Okay.  So, we talked earlier about

Page 154

1    Judge Farrington's decision in the prior lawsuit

2    granting approvals, and then you indicated that at

3    some point the Borough had appealed that, correct?

4    A       The Borough appealed Judge Farrington's

5    decision, yes.

6          Q       And at some point that appeal was

7    withdrawn?

8    A       Yes, later on in 2019, the end of -- the

9    very end of -- well, November of 2019.

10         Q       After the appeal was withdrawn, did

11   the Borough of Wallington or the planning board

12   take any action with respect to your application,

13   either further denying it or --

14   A       Oh, the Town recently, when we were trying

15   to work out the circumstances in settlement of this

16   lawsuit the Town has dragged its feet, but also, we

17   were, in the middle of starting that phase I

18   construction, really tied to, in a sense what the

19   indications we were getting from the Town, and then

20   the Town came in and changed its directions with

21   respect to some of the things that were already in

22   the site plan and made us put in new things that

23   were very expensive, and cost us like, you know,

24   almost $300,000.

25         Q       What was that that they required you

Page 155

1   to put in?

2   A       They came in and made us put in an

3   additional water line and change the water line on

4   the site, when that was not called for in the

5   original plans that were approved.

6           Q       Why did you have to change the water

7   line?

8   A       They just -- some official from the Town

9   came in and said they wanted a different water

10  line, and size it up, and you got to put this in.

11          Q       Do you recall who that official was?

12  A       I'll get it for you.

13          Q       Okay.  Was there any documentation

14  along with that?

15  A       Yes, there was.

16          Q       Okay.  Do you have that

17  documentation?

18  A       I can get it for you.

19          Q       Okay.  That would be great.

20              MR. SHEPARD:  All right, I don't have

21          any further questions for you, Mr. Nuckel, I

22          appreciate your time.

23              (Whereupon the Reporter advises if

24          any attorney wishes to order a copy of the

25          transcript to state so on the record at this

Page 156

1          time.)

2                    MR. DiGIULIO:  I would like a copy,

3          please; James DiGiulio.

4                    (Witness excused.)

5                    (Deposition concluded at 3:30 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 157

1
2

A C K N O W L E D G E M E N T

3
4
5          I, JAMES NUCKEL, certify
6      that I have read the transcript of my
7      testimony taken under oath on January 27,
8      2025, and that the transcript is a
9      true, complete and correct record of
10     what was asked, answered and said
11     during this deposition, and that the
12     answers on the record as given by me
13     are true and correct.
14
15                    _____
16                         JAMES NUCKEL
17
18   Signed and subscribed to
19   before me, this      day
20   of              , 20 .
21   _____
22   Notary Public
23
24
25

Page 158

1              C E R T I F I C A T E

2

3        I, GAIL R. BRENNAN, a Certified Court Reporter

4   and Notary Public of the State of New Jersey, do

5   hereby certify that the foregoing is a true and

6   accurate transcript of the remote deposition of said

7   witness(es) who were first duly sworn by me, on the

8   date and place hereinbefore set forth.

9        I FURTHER CERTIFY that I am neither attorney

10  nor counsel for, nor related to or employed by, any of

11  the parties to the action in which this remote

12  deposition was taken, and further that I am not a

13  relative or employee of any attorney or counsel

14  employed in this action, nor am I financially

15  interested in this case.

16

17

18

                  GAIL R. BRENNAN, C.C.R.

19                License No. XI01776

20

21

22

23

24

25

Page 159

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: New Wallington Home, Llc v. Borough Of Wallington, Et Al
DATE OF DEPOSITION: 1/27/2025
WITNESSES' NAME: James Nuckel

PAGE   LINE (S)        CHANGE                    REASON
____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

                                    _____
                                    James Nuckel
SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.


_____          _____
(NOTARY PUBLIC)                MY COMMISSION EXPIRES:

[& - 23]                                                                    Page 1

| & | | | |
|---|---|---|---|

**&**

**&** 38:20 95:7

**0**

**07009** 3:3
**07057** 7:3
**07450** 3:7

**1**

**1** 4:10 7:2,2
13:16 16:3,6
21:8 37:24
38:1 39:18,22
47:10,12,16
105:4,9 106:10
106:12 136:22
137:21
**1,000** 110:13
**1/27/2025**
159:3
**10** 62:9 66:24
67:2 68:18
**100** 37:19
**10:00** 1:20 2:6
6:2
**11,335** 61:8
**110** 96:19
99:21
**12** 112:8,11
**13** 4:11
**134** 32:15
110:13
**136** 121:16
123:7

**137** 125:9,13,14
**139** 3:6
**14** 3:3 114:6
**15** 33:5 39:24
61:11 74:4
**150** 53:4 94:19
**16** 74:8 104:12
**160** 111:5
**160,000** 108:22
109:20 110:12
110:17
**16th** 114:23
**17** 4:11 85:4
**17-06** 145:3
**18th** 114:23
**19** 4:21 34:23
34:24 114:24
147:20
**1940s** 27:25
**1975** 64:20
**1986** 12:23
**19th** 114:23
147:22

**2**

**2** 4:12 40:7,9
48:3 49:3
58:16 85:5
117:19 121:14
141:9,12 142:4
**20** 12:14 32:20
34:22 51:5,17
66:17 102:18
140:5 144:20

145:3 157:20
159:22
**2005** 23:16
**2008** 108:3
118:18 122:6
122:20
**2009** 78:17
**2010** 12:10
61:8,16,21
78:17
**2011** 138:13
**2012** 138:13
**2013** 71:18
141:10,12
142:4
**2014** 17:6,15
19:2 119:17
**2015** 18:14
26:15
**2016** 25:13
44:3 56:23
57:9 85:21
122:16 123:5
124:11,22
138:23 139:2
**2017** 44:8,10
74:8,12,19
81:18 85:24
114:24 140:5,9
140:11 144:20
145:4
**2018** 4:21
44:11 73:8
109:23,24

111:4,11,12,20
122:16 123:5
124:11,23
143:24 145:9
146:6 147:20
147:23
**2019** 4:11 35:4
35:15 38:19
40:6 41:4,6,10
41:10,11,21,21
42:15,21 55:3
55:19,20 56:3
128:2 154:8,9
**2020** 42:25
62:2 70:19
134:4
**2021** 142:12
**2023** 11:1
**2024** 115:2,4
**2025** 1:19 2:5
6:2 157:8
**21** 32:20
**217,637.74**
144:6 145:14
**217,637.74.**
139:25 144:15
145:6
**22** 11:19 20:14
21:7 22:6 26:6
42:14 44:14
96:18
**23** 7:19 20:14
21:7 26:6
42:14 44:14

**[25 - action]**                                                     Page 2

| | | | |
|---|---|---|---|
| **25**  111:10,15 | **429**  4:22 | **73**  33:2 | 71:24,25 72:4 |
| **26**  143:24 | 150:13 | **75**  60:14 | 72:5 77:10,13 |
| 146:5 | **449,000**  146:13 | **8** | 93:20 94:4,7 |
| **27**  1:19 2:5 6:2 | **449,659.87** | **8**  4:20 112:2,11 | 94:13 96:24 |
| 105:5,14,22 | 146:5,9 | 112:17 147:19 | 97:14 98:5,22 |
| 106:11 121:14 | **5** | 147:22 | 99:4,7,11,15 |
| 157:7 | **5**  4:17 39:22 | **83**  85:8 87:7 | 101:22 102:8 |
| **2nd**  3:6 | 105:5 116:5 | **9** | 102:24 |
| **3** | 135:21 | **9**  4:22 60:15,16 | **accident**  63:14 |
| **3**  4:13 103:19 | **50**  18:19 | 150:4,23 | **accommodate** |
| 106:16 112:3,4 | **50s**  29:8,12 | **9606**  158:17 | 99:4 |
| 115:2,4 116:8 | 31:6 | **a** | **accounting** |
| 116:9 | **51**  141:14 | **a.m.**  1:20 2:6 | 106:6 126:16 |
| **30**  53:17 | 142:25 | 6:2 | 126:21,24 |
| **300,000**  154:24 | **521**  18:3,11 | **ability**  10:19 | 127:4 |
| **3001**  105:6,9 | **54**  143:20 | 51:2 65:13 | **accurate**  9:6 |
| **305**  4:22 | 144:19 | **above**  2:2 | 22:10 87:16 |
| 150:12 | **56**  144:2 | **absolutely**  38:5 | 142:20 158:6 |
| **32**  61:6 | **6** | 48:9 68:5 97:9 | **achievement** |
| **35**  62:9,24 | **6**  4:18 139:10 | **accept**  107:7 | 108:13 |
| **35.02**  18:7 | **60**  31:17 | **accepting** | **acknowledge** |
| 137:1 | **669,714.16** | 84:22 | 6:5,9 56:12 |
| **35.02.**  136:18 | 143:1 | **access**  20:2,9 | **acknowledged** |
| **35.2**  18:4 | **669,714.16.** | 50:13,20,23 | 47:24 |
| **36**  63:12 | 142:5 | 51:3,17,21,25 | **acquired** |
| **37**  66:24 67:1,2 | **7** | 52:3,12,15 | 137:10 |
| 68:18 | **7**  4:5,19 146:15 | 54:15,24 55:11 | **acres**  94:19 |
| **3:30**  156:5 | **70**  60:14 | 55:14 56:2 | **act**  58:19,20,21 |
| **4** | **71**  18:7 74:5 | 57:6,13 64:3,4 | 58:24 72:15 |
| **4**  4:15 87:12 | 114:12 136:18 | 65:4,5,6 66:20 | 73:5,12 83:21 |
| 116:1,3 | 137:1 | 66:22 67:24 | **acted**  42:9 |
| **40s**  29:8 31:6 | | 68:14,25 71:10 | **acting**  39:14 |
| | | | **action**  38:24 |
| | | | 126:12 154:12 |

**[action - answer]**                                                    Page 3

158:11,14
**actions** 49:19
106:24 121:25
123:2 125:11
**active** 129:18
153:12,14,18
**actively** 121:22
**activities** 77:19
118:16 130:17
**activity** 100:24
**actually** 13:24
39:20 42:19
47:1 77:5 83:3
83:3 84:8,13
89:18 117:5
153:3,11,20
**addition**
100:23
**additional** 53:5
106:22 155:3
**address** 7:1
105:7,10
106:12 136:21
136:22,23
138:16
**addressed**
101:14
**addressing**
101:21
**adjacent** 27:18
62:14,15,17
64:4
**adjudicated**
41:1 121:5

124:16
**adjust** 17:22
**administered**
6:10 105:23
**administrating**
101:21
**administration**
58:22
**administrative**
128:15
**administrativ...**
43:22
**advantage** 99:6
**advice** 148:16
**advises** 155:23
**affect** 10:19
36:3 64:14
65:20 67:7
**affordable**
32:17 33:3
63:19 64:19
65:2,6,14,19
66:8,13,15,21
90:25 101:13
121:25
**agents** 114:21
**ago** 12:5,14
49:9 54:3 56:9
58:2 59:25
88:13 89:19
92:14 93:13
130:11
**agree** 6:22,25
62:16 136:25

**agreement** 6:17
6:18 143:16
**ahead** 43:13
52:8 63:4
74:16 90:11
109:8 131:1,9
**air** 110:18
**airplane** 27:24
28:4
**al** 159:2
**alarm** 93:25,25
**allegation**
114:9 115:9
**allegations**
47:11,19 58:18
72:7,8,9,14,16
73:7,11
**allege** 73:5
**alleged** 73:11
114:12
**allow** 38:12
102:24
**allowed** 75:20
**allowing** 67:5
67:24 68:12,14
68:25 69:3
71:8,10,23,25
77:12 94:6
123:14
**allows** 76:22
**amazing** 99:13
**amazingly** 68:1
**amended** 4:12
40:15 114:12

114:18 117:21
118:2 121:15
**amount** 26:11
57:23,24 58:6
60:12 78:10
82:23 100:24
107:20 112:13
125:1 126:11
139:25 143:1,7
143:17 144:5
144:15,25
145:5 146:11
146:12 147:14
147:15
**analyzed**
109:14
**animus** 67:6
68:12 69:3
70:17 71:9
74:9,13,19
79:13,14,16
80:6,11,12
114:11 115:10
**answer** 5:8
7:24 8:22,25
9:13 10:1,7
21:20 27:12
65:12,17 70:7
70:9 76:20
81:5 100:5
107:18 115:19
116:18 126:8
133:20

**[answered - asking]**                                           Page 4

| | | | |
|---|---|---|---|
| **answered** | **appeals**  19:14 | **applied**  57:9 | **arbitrary**  39:14 |
| 76:15 157:10 | 119:4,14,24 | **apply**  117:2 | 107:24 |
| **answers**  4:13 | 120:5,12,16 | **appointed** | **arbitration** |
| 4:15 8:13 | 121:1,5,9 | 113:6 | 10:9 |
| 157:12 | **appearing**  1:15 | **appointment** | **architect**  11:3 |
| **anticipate**  8:23 | 1:25 7:11 8:12 | 113:4 | 35:13 |
| **anticipating** | **appears**  124:20 | **appreciate** | **architects** |
| 9:3 | 137:5 142:1 | 155:22 | 34:10,12,13,17 |
| **anybody**  53:15 | **application** | **appropriate** | 34:25 35:1 |
| **anymore**  56:18 | 39:7,16 40:15 | 63:1 | 37:16 |
| 129:11 | 42:5 43:20 | **approval**  20:17 | **area**  28:19,24 |
| **apartment** | 45:19 47:20 | 35:15 39:7 | 53:2,4 57:24 |
| 15:24 16:7,8 | 49:18 55:6,10 | 40:15 42:22 | 58:6,8 62:21 |
| 32:11,24 51:14 | 56:11 57:12 | 44:1 51:13 | 82:20 87:11 |
| 78:5,12 79:11 | 60:2 71:17,22 | 79:22 80:13 | **argument** |
| 80:13 | 73:22 74:25 | **approvals** | 153:2 |
| **apartments** | 75:10 76:2,23 | 34:21,22 39:19 | **arici**  127:6,12 |
| 33:24 66:19 | 76:24 77:9 | 39:24 41:13,15 | 129:14,20 |
| 110:13 | 79:21 81:17 | 41:17 42:4 | 130:3,5 134:15 |
| **apologize**  15:2 | 85:24 86:7,16 | 72:19 154:2 | 147:3 |
| 37:6 45:10,15 | 91:7 95:23 | **approved** | **arm**  14:20 |
| 47:17 72:11 | 96:5 99:23 | 20:25 39:16 | **arose**  27:23 |
| 104:18 112:19 | 152:12,15,20 | 40:16,17,19 | **arrangement** |
| **apparently** | 152:23 153:1,7 | 44:8 67:18 | 6:15 |
| 30:10 31:19 | 154:12 | 78:6 155:5 | **aside**  71:6 |
| **appeal**  40:4,5 | **applications** | **approving** | 133:9 |
| 40:24 41:3,6,8 | 23:6 34:14 | 47:20 | **asked**  9:1 44:20 |
| 41:12,17,18,23 | 39:10 45:25 | **approximately** | 58:17 68:11 |
| 42:1,16,20 | 46:3,6 50:1 | 55:19 | 73:25 91:3 |
| 119:22 120:1 | 63:22 64:19 | **approximating** | 94:2 133:18 |
| 153:22 154:6 | 65:9,10 86:15 | 9:20 | 157:10 |
| 154:10 | 94:23 95:9 | **approximation** | **asking**  8:21 |
| **appealed**  39:25 | 107:25 122:3 | 9:18 86:4 | 48:15 61:21 |
| 40:23 154:3,4 | | | 66:14 73:1,2 |

73:18,20 80:22
81:3,6 82:9
94:3 98:10
104:2 105:13
109:2,21 110:9
113:22 115:8
116:14,19
121:8 132:4
141:16
**asks** 106:17
114:8 116:10
**aspect** 25:8
**assenheimer**
133:22 134:15
134:18,21
135:4,9,12,14
149:10
**assessed** 122:15
125:23
**assessment**
65:1
**asset** 99:13
**assumption**
17:12
**assured** 55:16
**attached** 141:3
**attempting**
101:4
**attended** 55:1,3
**attention** 74:5
85:4,7 87:6
96:17
**attitude** 60:3
98:18

**attorney** 7:8
38:21 52:9
63:5 64:17
73:13,17 76:7
81:2 89:20
90:1 104:25
119:18,23
120:1,3,6
124:1 132:22
133:4,10
135:23 140:19
145:21 155:24
158:9,13
**attorney's** 8:1
100:1,3 113:25
122:10
**attorneys** 3:4,8
6:4 49:25
61:19 62:4,7
104:23 106:22
120:21 121:12
128:24 129:1
129:13 132:11
134:7,13
140:13 148:16
149:19 150:24
151:7 152:1,4
**attorneys's**
150:7
**attract** 102:3
**available** 90:8
109:16
**ave** 139:24

**avenue** 18:4,12
20:5 52:23
78:6 102:1
**average** 110:13
110:14
**aware** 52:1
54:11,25 55:25
69:7 77:25
79:11 80:16
93:7,19 99:5
101:16 115:2,8
120:25 121:11
138:9 139:8
147:4

**b**

**bachelor** 12:17
**back** 11:1 12:5
12:13,23 28:15
28:17,17 31:5
34:22 37:15,20
38:19 48:14
49:8 51:18
56:9,21 58:16
59:25 68:17
70:24 78:16
82:6 84:15
86:19 93:13
98:18 99:20
100:7,8 108:3
109:11,20
111:25 112:4
115:20 117:15
117:18 119:15

119:15,16
125:25 126:4
126:20 142:24
144:16 146:19
149:25
**background**
9:10
**backtrack**
112:23
**bad** 106:24
**bank** 4:19
**banking** 12:20
13:7,8 14:19
**bankruptcy**
19:25
**based** 17:13
73:6
**basically**
153:10
**bates** 4:22
141:14 142:25
143:19
**bathroom** 68:4
**becoming**
93:19 101:11
**bedrooms** 78:7
78:9
**beginning**
20:14 26:5
42:25 44:8,10
44:10 139:3,15
**beginsky**
131:12

[behalf - bucks]    Page 6

**behalf** 6:21,24
**behavior** 51:16
  52:14 67:16
  125:10 126:6
  128:13 129:5
  132:14
**belief** 69:2
**believe** 21:7
  32:20 36:14
  38:19 42:3,14
  44:2 45:9
  50:14,15 52:9
  59:1,5,10
  64:12 65:24
  66:4 76:24
  77:3 80:5
  85:25 87:15
  90:3,4,21
  101:8 131:11
  131:24 132:2
  132:25 135:2
  135:11 147:3
  147:16 148:13
  150:12 151:24
**believed** 74:12
**benefit** 7:23
  50:6
**benefited** 22:25
**bergen** 27:22
  83:14 87:11,13
  88:17,23 90:6
  90:18,19
**beth** 127:6,12
  129:14,20,25

130:3,5,10,16
130:20 134:15
134:17 138:17
140:22 141:1
147:3,4
**better** 132:12
**beyond** 66:20
  115:12,14
**bit** 70:1,2 72:22
  72:23 99:4
  104:8 133:19
**black** 59:12,19
**block** 18:7
  136:18 137:1
  145:1,13,16
**board** 1:8 39:8
  55:1 60:5
  74:18,21 76:10
  76:11 81:17
  83:22 84:14,18
  84:18,22 86:6
  95:21,23 96:2
  96:5,8 114:10
  114:20,22
  115:10 132:5
  154:11
**board's** 39:10
  74:7 83:18
**boarded** 28:25
  29:14
**body** 99:11
**bogart** 81:23
  84:19,24

**bogart's** 84:22
**booklet** 10:5
**border** 50:4
  99:14
**borders** 97:2
**borough** 1:8,8
  39:23 44:16,21
  47:19 49:11,12
  49:15 58:17
  59:1 61:7
  62:10,24 63:16
  67:8 69:3,23
  70:15 76:24
  80:10 96:20,24
  97:4,20 114:10
  122:16 125:10
  125:22 127:13
  127:14,23
  128:5,7,8
  129:18,24
  131:24 132:18
  132:25 133:11
  134:10 135:1
  149:15 154:3,4
  154:11 159:2
**borough's** 67:5
  68:12 126:6
**bottom** 139:24
**bought** 24:11
  24:20
**break** 55:4 68:4
  68:6,11,23
  71:13 117:10

**brennan** 1:24
  2:3 158:3,18
**bridge** 77:13
**bridget** 81:23
**brief** 38:1
**briefly** 56:21
  70:20
**bring** 74:25
  82:1 110:17
  117:18 118:21
  140:22
**bringing** 64:5
  75:2,4 95:22
  96:13 146:19
**brother** 18:19
  51:12 56:6,7
  56:15,19,21
  57:8 78:25
  79:20,21 93:19
  122:22 125:2
  126:10 138:8
  143:9
**brother's** 53:25
  136:24 137:19
**brought** 39:7
  39:12 51:23
  64:21,21 70:19
  72:16 73:7
  79:21,21 91:9
  95:2,13 118:2
  134:2,4
**bruce** 120:10
**bucks** 111:5,10

**[build - children]**                                    Page 7

**build**  20:21
  33:24 101:4
  108:21 113:13
  113:16
**builders**  34:10
  34:11,25 35:25
**building**  20:24
  21:1 24:6,25
  26:9 42:6,7,10
  44:12,22 45:20
  46:5 111:6,6
  111:16 153:16
  153:21
**buildings**  46:8
  111:19
**built**  24:15
  64:24 72:2
  94:15
**bunch**  145:24
**bureau**  61:7,16
  61:22 62:1
**bus**  52:22
**business**  7:1
  14:8 15:8
  25:22 26:11
  43:2 105:23
  136:23 137:18
  137:24
**busses**  52:20
**buy**  18:16

**c**

**c**  2:1 3:1 7:1,1
  86:3 92:19

  127:6 157:2
  158:1,1
**c.c.r.**  158:18
**calculation**
  109:25 110:1
**calculator**
  110:7 111:1
**call**  56:16 58:7
  95:12 129:9
  153:18
**called**  10:5 30:9
  94:16,17
  104:21 155:4
**candidates**
  65:1 70:7,8
  133:17
**cap**  30:18 32:3
  32:4,6,7
**capacity**  19:17
**capitals**  54:22
**capricious**
  39:15 107:24
**cards**  14:8
**case**  10:8 12:2
  51:25 64:11,16
  64:21 70:18,19
  138:12 153:3
  158:15 159:2
**cases**  138:20
**cause**  43:15
**caused**  35:18
  43:1 47:25
  49:20 106:23

**causes**  38:24
**cedar**  1:16 3:3
**census**  61:7,15
  61:22 62:1
**center**  16:2
  152:16 153:17
**certain**  17:12
  59:2,6 66:13
  74:20 83:17
  92:8 93:11
  101:9 107:20
  117:7,8 118:14
  122:24 126:22
**certainly**  22:5
  38:8,12 43:16
  48:18,23 63:17
  64:11 66:19,22
  67:15 69:11,20
  70:4 76:9
  80:19 81:6
  86:2,10 88:1
  91:5,19 92:9
  93:6 100:7
  103:24 104:19
  113:17 127:25
  130:20 148:10
  150:15 153:17
**certificate**
  12:18,19 13:3
  13:6 128:19
  141:5,7 142:9
  142:10 144:3
  144:14,21
  145:3,14,25

  146:2
**certificates**
  12:25
**certified**  2:3
  158:3
**certify**  157:5
  158:5,9
**change**  126:7
  155:3,6 159:5
**changed**  7:20
  61:11 125:10
  128:13 129:5
  130:21 138:3
  154:20
**charged**  87:10
  87:16 90:21
  91:22 92:5
  96:4 100:18
  101:19
**check**  4:19
  37:21 85:22
  86:13 111:25
  126:1,4 135:6
  135:10 142:17
  147:5,8 148:22
  148:23 149:3
**checkbook**
  122:23
**chief**  59:25
  93:13
**children**  65:5
  65:12 66:21
  74:10,14,22
  75:1,3,4,14,18

75:21,25 76:3
76:22 77:1,3
78:10 80:7,11
82:1,23 84:1,2
88:15 91:1,9
100:24 101:15
114:11
**chris** 133:22
134:14,20
135:11 149:10
**christine** 4:10
**christopher**
134:18
**cigarette** 30:5
**cinders** 29:19
**circulated**
61:18
**circumstances**
40:21 83:20
154:15
**civil** 87:23,25
88:4,7
**claim** 151:25
**claims** 63:13
118:2
**clarify** 10:1
**clarifying** 15:6
**class** 30:8,9
**classification**
29:24
**classified** 29:23
**clean** 28:3,13
**cleanup** 32:2

**clear** 10:24
48:21 114:3
142:9
**cleared** 15:4
126:25
**clerk** 128:4,5,7
128:8
**client** 124:1
**close** 25:14
60:13
**closed** 24:12
**coal** 29:19
**collection** 4:18
**collective** 20:24
**come** 23:14
51:22 70:6
108:9 122:12
147:11,13
**comes** 127:17
**coming** 31:25
74:22 77:1
89:1
**commencing**
1:20 2:6
**comment** 59:22
89:5,15
**comments**
51:10 59:13
74:21 75:17
90:20 92:2,5
92:23,24 93:9
93:10,14 95:12
95:13 96:4
98:3,12 100:6

100:18,19
152:24
**commission**
159:25
**commonly** 87:9
**communicate**
127:19 135:3
**communicated**
127:17 129:21
**communicati...**
70:16 94:22
124:1 127:13
129:15 133:10
135:9 140:25
**communities**
59:18
**companies**
111:18
**company** 1:3,5
14:12 29:13
37:2 93:24,25
93:25
**compare** 87:13
90:5
**compared**
62:11 68:2
77:22
**comparing**
92:21
**compile** 83:12
**complain** 47:21
**complained**
95:21 118:14

**complaining**
47:2 63:18
73:21 74:21
118:22 119:25
**complaint** 4:12
39:12 46:25
47:2,5,9 49:10
51:24 54:5
58:16,18 60:9
60:10,11 70:13
73:4,8 95:3,5,7
95:8,10,14,15
99:18 114:13
114:19 117:19
117:20,21
118:3,23
121:15 123:18
128:25 134:2,3
138:2
**complaints**
118:5,10
**complete** 37:17
37:19,20,21
110:18 157:9
**completed** 21:9
21:10
**completely** 9:2
30:13 61:12
76:15 123:11
123:21 133:21
**complex** 15:24
30:13 32:11,24
51:14 78:5,12
79:11

**complexes**
80:14
**compliance**
113:5,7
**complicated**
76:20 121:8
**conceived**  21:2
72:1
**concepts**
118:21
**conceptualized**
100:2
**concern**  27:3,6
74:24 75:2
76:25 91:8,11
**concerned**  27:8
76:3 123:12
142:13
**concerns**  27:10
65:8,10,11
75:8 95:22
96:12 118:21
123:22 124:16
**concluded**
98:17 156:5
**conclusion**
51:22 97:25
**concrete**  29:18
30:3
**condition**  43:15
69:13
**confirm**  116:2
132:25

**confirming**
133:11
**confusion**  15:3
**conjecture**
123:19 153:19
**connection**
151:21
**consent**  6:14
**consequence**
50:15
**consider**  65:2
75:9
**considerations**
64:23,23
108:16 110:16
**considered**
30:6 44:5,7
46:20 64:9
152:19
**consistent**  94:8
**consisting**  4:11
**construction**
12:18 13:3
14:12 20:16
29:12,16 30:1
34:8,18 35:12
35:14 36:6,7
37:12,13 42:8
42:22,24 43:3
43:16 45:15
49:23 53:6
108:6 111:4,17
111:21 154:18

**contact**  126:24
**contaminants**
31:10,19,22
**contaminated**
30:3,7
**contamination**
28:20 30:9
31:14
**contemplated**
32:10,23,25
152:14
**context**  43:7
56:7 80:13
88:10 90:12
97:16 99:8,9
99:17,20 101:9
113:9 123:10
145:23 151:18
**contexts**  117:6
**contiguous**
51:15 56:8
79:23 101:5
**continued**
101:20
**continues**
48:10 100:21
**continuing**
102:6
**contractor**
11:23 36:2,5
**contractors**
36:24
**contrast**  63:7

**contributed**
28:19
**contributor**
29:21 43:9
**control**  122:22
**controlled**
33:15 125:2
**controlling**
126:14
**controversy**
84:24
**conversation**
8:19,24 90:13
94:5 130:13,19
**conversations**
103:5 129:15
129:25 132:10
132:21 133:3,5
**converted**  16:8
**copy**  4:19 46:2
137:21,24
155:24 156:2
**cornwell**  45:9
**corporation**
27:16
**correct**  11:18
36:17 39:20
40:19 41:3,9
41:13,19 46:6
49:12 81:20
102:12 110:11
112:4 113:24
116:17 136:14
137:3,7,8

[correct - decision]                                             Page 10

| | | | |
|---|---|---|---|
| 140:8 151:9,10 | **courses** 12:25 | 65:14,18 66:19 | 142:4,12 |
| 154:3 157:9,13 | **court** 1:1 2:4 | 110:15 | 144:20 145:3 |
| **corresponded** | 8:3,8,11 9:5 | **cross** 144:10 | 158:8 159:3 |
| 129:21 | 20:18,25 34:22 | **crosses** 53:11 | **dated** 4:10,21 |
| **corresponden...** | 39:12,19 40:18 | **csr** 1:24 | 142:12 143:23 |
| 4:20 94:24 | 40:21 49:11 | **current** 96:23 | 147:20,22 |
| 125:21 147:19 | 51:25 56:11,12 | 140:23 | **dates** 120:15,17 |
| 147:22 148:18 | 56:23,24 57:9 | **currently** 19:11 | 144:9 |
| **corresponden...** | 57:14 121:3,6 | 120:6 | **day** 8:19,24 |
| 69:23 135:5 | 123:20,20 | **curtains** 96:12 | 98:21 157:19 |
| 149:2 | 158:3 | **curtis** 27:15,16 | 159:22 |
| **corresponding** | **court's** 66:17 | 27:23 28:3,12 | **days** 39:24 |
| 149:19 | **cover** 119:14 | 28:13,14,16,17 | **de** 96:11 |
| **cost** 47:4 49:22 | **covid** 35:21 | 31:10,14,25 | **dealing** 46:11 |
| 108:6,19 109:2 | 43:1,5,9,19 | **cut** 8:24 | 64:7,18 |
| 109:19 154:23 | **crazy** 50:15 | **d** | **deals** 58:21 |
| **costs** 43:3 | 94:7 99:8 | **d** 22:13 54:21 | 75:11 |
| 49:23 106:22 | **create** 20:9 | 143:20 144:2 | **dealt** 43:21 |
| 111:5 | 30:8 46:23 | 144:19 157:2 | **debris** 29:17 |
| **council** 96:3 | 51:3,25 52:5 | **dairy** 56:17 | **decade** 49:17 |
| **counsel** 6:14 | 52:11,14 53:8 | **damage** 47:4 | **decades** 50:12 |
| 86:24 158:10 | 53:15 54:15 | **damaged** 49:21 | 100:9 |
| 158:13 | 55:14 65:22 | **damages** 73:16 | **december** |
| **county** 83:14 | 66:1,3 72:4 | 74:1,2 106:21 | 114:24 140:5 |
| 87:14 88:17 | 75:15 77:14 | 107:13 112:5 | 141:9,12 142:4 |
| 90:6,19 | 90:24 102:5 | 112:13,21 | 144:20 145:3 |
| **couple** 56:9 | **created** 21:5 | 116:11 | **decision** 4:10 |
| 80:21 81:14 | 50:14 52:3 | **data** 61:25 | 40:1,23 68:13 |
| 113:13 150:19 | 88:25 103:2,3 | 83:12 | 69:4 75:24,24 |
| **course** 8:15 | **creates** 91:11 | **date** 17:12 | 77:6 78:15,16 |
| 42:7 48:16 | **creating** 64:3 | 57:20 120:25 | 79:10 80:15 |
| 67:10 68:5 | 91:2 109:19 | 121:9,10,10 | 100:15 151:16 |
| 85:3,6 87:23 | **creation** 20:11 | 136:18 141:24 | 154:1,5 |
| 88:6 147:25 | 20:13 63:19 | | |

**decisions** 63:15 63:16 67:7 69:15,18 75:9 75:10 77:8,9,9 77:25 79:12,18 80:10,17 100:19 101:6,9 101:17
**declare** 6:11
**defendant** 3:8 128:9
**defendants** 1:9 6:22 97:1 114:22 121:23
**defer** 107:15 108:14 112:5 120:3 121:12 134:7
**define** 107:19
**definite** 66:2
**definitely** 45:11 54:12 71:2 76:12 81:14 89:2,3 91:20
**definition** 30:2 31:13
**degree** 12:17 12:21
**delay** 43:10 47:19,22,25 67:18 68:14,24 71:8,10,15,16 101:20

**delayed** 39:15 43:17 47:3 51:25 63:22 109:4 120:18
**delaying** 63:18
**delays** 35:18,20 49:24 106:24
**delinquency** 4:17 131:25 135:18
**delinquent** 126:17 127:14 135:22 136:13 136:17 137:13 138:5
**demand** 4:12
**demeanor** 126:22
**demographic** 62:22
**demographics** 90:17,18 92:10 97:1
**denial** 39:11 73:21,21 95:23 152:19
**denials** 50:1 107:24
**denied** 39:9,16 122:3
**density** 64:4 90:7 91:9 92:25

**deny** 65:9 76:1 76:23 152:23
**denying** 77:9 77:10 97:13 123:15 154:13
**dep** 21:11,13 21:17,18,22,23 22:2,4,5,9 26:25 27:4,6,8 27:10,14,22 28:13,21 29:3 29:6,13,19,24 30:6,11,19,23 31:1,9 32:1 46:11
**dep's** 28:12 30:2
**department** 126:16,21,24 127:5
**depends** 31:13 108:21 109:1
**deposed** 6:25 7:18 11:1,13 11:17
**deposing** 46:19
**deposition** 1:13 5:1 6:5,7,8 7:12,13 10:5 11:7,11 17:18 19:16 114:15 117:16 118:1 130:4 156:5 157:11 158:6

158:12 159:3
**depositions** 7:21
**describe** 57:2
**described** 42:17 47:1
**describing** 128:14
**description** 4:9
**designated** 32:16
**desire** 97:1 102:7,8
**despite** 101:23
**detail** 95:17 106:25 114:8
**details** 130:19
**determination** 97:5,21 98:13 99:22 100:8
**determined** 29:20 96:20
**develop** 43:6,7 51:5 52:5 123:14,16
**developed** 20:6 50:3,18,19 57:12 64:8 79:25 80:2 98:20 99:14
**developing** 32:8 43:23,25 44:9 56:1 65:24

development
20:25 21:4
25:17 26:18
32:9,22 33:8
43:5,10 46:23
49:22,23 54:14
54:24 57:5,19
64:9,12 72:3
79:20 82:20,20
82:24 91:10
94:11,14 96:21
97:5,21 98:7
98:14 100:22
101:1,13 103:6
103:7 108:20
108:24 111:18
152:11 153:13
developments
63:20 77:20
83:13 84:3
94:18
device 77:17
devli 22:13,15
53:24 54:1,11
difference 17:9
17:10
different 9:3
22:2,8 23:5
30:8,9,12
49:19 62:22
63:7 70:22
87:14 88:16,22
88:25 89:3
90:18 92:11

94:17,18 106:4
116:11,19,20
116:20 144:8
155:9
difficult 9:6
17:17 112:22
difficulty 25:16
43:4
digiulio 3:2
6:23,23 41:14
43:12 52:7
63:3 74:15
90:10 115:12
117:13 123:24
124:4 130:25
131:8 141:15
142:7 150:11
152:7 156:2,3
direct 74:5
96:17
directing 68:16
direction 5:8
directions
154:20
directly 50:11
51:20 65:11
101:25
dirt 28:8
disagreeing
147:15
discovery 81:3
106:25 135:23
150:6

discriminated
59:2
discriminating
59:6,10
discrimination
72:15,16 73:6
80:7 95:12
116:23 117:1
discriminatory
67:7 74:9,13
74:19 76:5,6,7
77:1,2 78:2
79:13,14 80:6
80:10 101:19
114:11 115:10
discuss 54:23
130:6 134:14
discussed 83:22
83:25 86:18
129:21
discussing
84:12 90:22,23
discussion
17:23 21:3
57:4 83:18
86:8,10,12
129:13 149:24
discussions
54:14 56:1
62:7 86:5
128:23 129:1
disparate 73:6
disparity 69:14
69:14 76:13

disproportion...
62:10,25 68:2
69:1
dispute 27:15
27:22 28:12,16
138:11
disputes 56:15
56:20
disputing
125:23
district 1:1,1
diversity 64:24
65:15,16,20,22
65:22 66:1,3,4
75:15 76:13
88:24 90:9
91:3,13 96:13
dividing 87:21
dixon 87:12,20
88:4
dna 64:24
document 38:4
38:6,7,14 48:4
48:11,14,19,24
49:2 60:18,25
62:13 64:1
67:12 68:20
96:18 97:11
103:20 104:17
113:9,13,21
117:19 125:22
139:21 141:3
142:2,25
143:19,25

**[document - engage]**                                      Page 13

146:16,18,22
148:1,4,5,7,10
148:12,15
**documentation**
155:13,17
**documents**
4:18,22 5:4
48:17 61:17
69:12,15,17
70:21 71:7
115:21 132:24
133:6,9,11
135:24 136:5
139:11 141:7
143:8 144:8
150:5,14,16
**doing**  7:9 22:6
39:11 84:12,19
94:8,18 103:10
129:11 130:23
131:5,13
143:10
**doka**  54:21,23
55:2,5
**dollars**  107:23
108:7,10
**donald**  18:20
101:1,1,2,4
102:25
**donald's**  101:2
101:7 102:14
102:17,21,22
103:4

**dorothy**  129:15
129:22 130:1,6
130:10,14
131:4 134:16
140:21 141:1
149:7,12,16
**draft**  148:12,14
**drafted**  148:9
**dragged**  154:16
**draw**  85:4,7
87:6
**drawings**  34:18
35:12,14 37:17
42:8,22
**driving**  75:12
82:8,10 98:8
**due**  142:4
**duly**  7:3 158:7
**dumping**  28:5
**dust**  30:4
**duties**  14:9

**e**

**e**  3:1,1,1,1 7:1,1
22:13 45:13,14
90:2 92:19
127:16 133:23
133:23,23
143:9 157:2,2
157:2 158:1,1
**eager**  103:2
**earlier**  22:20
30:21 36:14
43:23 66:6

72:18 75:23
76:14 85:21
93:8 95:6 99:1
102:22 105:10
114:7,14
122:19 126:10
148:17 152:11
153:25
**earnings**
106:18 116:10
**ease**  55:12
**easement**  20:4
20:6 22:21,25
50:8,10 51:6
51:19 52:5,24
53:1,3,7,11,14
53:16,16,18,23
54:11,15,24
56:2,13,24
57:2,10,12,17
57:20,25 64:8
99:3,15 100:9
101:24 102:11
102:16,18
103:1,7
**easements**  23:4
**east**  62:15
**easy**  98:23
**economic**  47:4
47:4
**education**
12:16,24
**effect**  8:2 76:12

**effectuate**
51:21
**effectuated**
103:2
**effort**  52:2 99:5
**eighth**  77:13
**either**  30:1 33:6
33:10 62:1
95:12 96:4
101:19 103:6
125:21 135:4
139:4 154:13
**elevation**  27:17
**email**  135:4
**employed**  13:9
158:10,14
**employee**
158:13
**employees**
13:20 16:9,12
16:22 17:1,2
23:24 114:21
**employment**
13:11
**encompass**
151:14,17
**ended**  28:22
101:11 131:11
**ends**  102:16,18
**energetic**  52:2
**enforceable**
57:11
**engage**  49:25

**[engaged - extra]**                                                      Page 14

| | | | |
|---|---|---|---|
| **engaged**  35:11 | **es**  158:7 | **exact**  53:7 | **existence**  17:5 |
| 35:13 100:23 | **especially** | 89:23 | 23:14 |
| 130:18 132:17 | 51:19 | **exactly**  11:20 | **existing**  83:13 |
| **engineer**  21:2 | **esq**  3:2,6 | 21:20 27:2 | 84:2 |
| **engines**  27:24 | **establish** | 37:18 56:10 | **expanded** |
| 28:4 | 121:25 | 57:16 69:10 | 55:14 |
| **english**  38:20 | **estate**  14:13 | 77:20 82:6 | **expect**  51:19 |
| 95:8 | 103:4,13 | 84:16 85:20 | **expected**  82:23 |
| **ensure**  113:5,7 | **estimate**  9:18 | 93:18 95:16 | **expeditiously** |
| **entertainment** | 17:8,11,15 | 98:8 99:25 | 44:5,6 |
| 25:22 26:10 | 18:5,9,14 19:2 | 100:2 104:18 | **expenses** |
| **entire**  20:24 | 19:22 23:15 | 118:19 123:20 | 106:22 |
| 28:14 29:14 | 26:15 44:14 | 130:11 134:12 | **expensive** |
| 31:15,20 42:25 | 55:22,23 56:23 | 145:23 146:10 | 154:23 |
| 67:16 | 109:9 110:9 | 146:13 | **experience** |
| **entirety**  40:16 | 111:14,15 | **examination** | 51:23 91:15 |
| 40:17 | 116:15 | 4:1,4 7:6 29:2 | **expert**  63:6 |
| **entities**  33:14 | **estimates** | 88:2 | 77:19 81:19 |
| 49:12 54:21 | 109:11 111:17 | **examples**  69:5 | 107:1,16 |
| 106:14 | 111:22 | 69:6 93:5 | 108:14 109:18 |
| **entitled**  2:2 | **estimating**  9:19 | **excellent**  10:22 | 112:6 121:2 |
| **entity**  13:20 | 17:24 | 104:20 | **experts**  62:4 |
| 27:15 33:14,15 | **estimation** | **excuse**  18:14 | **expires**  159:25 |
| 116:20 | 23:16 | 26:10 29:10 | **explained** |
| **environment** | **et**  159:2 | **excused**  156:4 | 114:4 |
| 88:16 93:3 | **event**  28:12 | **exhibit**  47:13 | **explaining** |
| **environmental** | 56:20 122:11 | 47:16 | 41:20 132:13 |
| 27:1 | **eventual**  95:23 | **exhibits**  4:7,23 | **explicitly**  91:12 |
| **equal**  116:12 | **eventually**  41:4 | 34:14 | **expressly**  91:21 |
| **equipment** | 56:22 148:9 | **exist**  56:25 | **extends**  102:11 |
| 27:24 | **evidence** | **existed**  24:6 | **extensive**  29:3 |
| **equity**  15:2,4 | 100:10 133:17 | 50:11 56:14 | **extent**  66:22 |
| **errata**  159:1 | **ex**  51:11 93:9 | 100:9 | **extra**  110:16 |

[eyes - florida]                                                    Page 15

eyes  115:18
  133:14

**f**

**f**  158:1
**face**  88:19
**facilitate**  98:22
  102:8
**facility**  24:7,8
  24:16 25:4
  82:17
**fact**  27:23
  35:19 39:13
  40:22 56:25
  65:3 67:23
  83:2,16 88:14
  100:8 101:23
  138:7 153:18
**facto**  96:11
**facts**  114:9
  115:3,9
**fair**  11:21
  14:21 58:19,19
  58:24 69:22
  72:15 73:5,11
  75:7 81:15
  101:12 108:18
  120:4 124:12
**fairfield**  13:17
  105:6,20 106:2
**faith**  106:24
**fall**  44:2,3
**familiar**  38:14
  79:19 107:11

108:23 136:4
**families**  65:5
  66:21 74:9,14
  75:13,17 77:2
  79:16 80:7,11
  81:25 88:14
  91:1 96:9,14
  100:25 101:15
**family**  25:3,22
  26:10 79:4,5,5
  79:6,7,22
  83:13 84:3
  108:5 114:11
  122:9
**famously**  87:24
**far**  15:7 28:7
  31:20 34:13
  54:17 72:25
  137:17 140:24
  148:9
**farmland**  56:17
  56:18,19 58:7
  58:10 93:21
**farrington**  4:10
  47:10
**farrington's**
  100:15 151:15
  154:1,4
**favor**  103:9
**federal**  49:11
  52:10 58:21,21
**fee**  146:2,2,3
**feel**  9:18 48:22
  129:3

**fees**  106:23
  107:23 150:7
  150:24 151:8
  152:1,4
**feet**  31:17 53:4
  53:17 102:18
  108:22 109:20
  110:12,14,17
  154:16
**felt**  39:10
**ferry**  136:24
  137:19 138:1
**field**  51:2
**fighting**  71:21
  93:20 107:23
**figure**  72:25
  110:24 111:2
**figuring**  110:12
  111:4
**file**  46:15 95:8
  119:22
**filed**  19:24 39:2
  39:5 47:9 54:6
  73:8 87:3
  119:23
**filing**  46:22
  70:13 120:5
**fill**  29:17,23,24
  30:10 45:19
**filled**  29:7,12
  29:16 30:1
  46:1
**final**  4:10 40:11
  72:18

**finalized**  14:5
**finance**  12:18
  12:22 33:12
**financial**  47:6
**financially**  47:7
  158:14
**find**  81:4
**finding**  31:9
**fine**  9:14 27:13
  81:11 82:15
  108:15 121:11
  121:18
**finish**  8:21
  72:10
**firm**  7:8 15:4
  44:20 45:3
**first**  21:2 38:18
  45:17 50:16
  104:11 113:5
  114:18 136:4
  139:17 145:1
  158:7
**fiscal**  65:8,10
  65:10
**fiscally**  49:21
**five**  33:18,21
  68:7
**flat**  53:1,19
  58:6 99:2
**flip**  116:1
**floor**  3:6
**florida**  11:4
  12:7,9

**[flow - god]**                                                    Page 16

| | | g | gives  50:23 |
|---|---|---|---|

**flow**  27:20
  77:14
**focus**  124:7
**following**  131:6
**follows**  7:4
**fooled**  10:25
**foot**  111:5
**force**  8:2
**forced**  78:7
**foregoing**
  106:20 158:5
**forget**  45:15
**form**  43:12
  52:7 63:3
  74:15 90:10
  114:15 130:25
  152:8
**formal**  45:22
**formalize**
  42:20
**formalized**
  23:5
**former**  59:24
  59:25 93:9,13
  93:21,24 98:3
  98:4,16 102:2
**forth**  72:19
  112:12 114:8
  158:8
**forward**  21:13
  25:17 43:6
  48:16
**fought**  77:12
  77:15 87:25

88:7
**found**  29:13,15
  31:14 39:13
  56:24 57:17
  63:21
**four**  16:13
  85:15
**free**  9:18
**friend**  110:2,4
**front**  20:5,9
  22:3,9,12,17,21
  34:14 39:18
  40:10 47:13
  49:3 85:5
**frontline**  13:25
  14:2
**frustrate**  49:17
  100:21
**frustrated**
  108:13
**frustrating**
  63:19
**full**  29:2 55:9
  113:17
**fully**  9:1
**further**  6:9
  12:24 102:20
  107:18 112:10
  112:18 113:4
  154:13 155:21
  158:9,12

**g**

**g**  86:3 157:2
**gail**  1:24 2:3
  158:3,18
**gallons**  28:6
**garfield**  27:19
  62:14
**general**  9:9
  36:2,5 51:16
  62:20 67:23
  105:4 106:18
  118:16 136:3
**generally**  59:13
  105:1
**generate**  18:23
  24:2,4
**generated**  24:5
  25:24
**gerald**  3:6 6:20
  7:8
**gerry**  123:24
**getting**  10:23
  21:12 25:16
  43:7 46:15
  51:13 58:16
  76:21 83:19
  86:12 138:5
  154:19
**give**  8:13 9:17
  91:25 111:13
**given**  11:7,11
  19:16 33:14
  157:12

**gives**  50:23
**giving**  39:19
  152:25 153:1
**gladly**  9:25
**go**  7:22 12:2
  20:20 25:9,12
  28:7,10 29:4
  30:14,19 37:20
  39:20 42:18,19
  43:6,12 44:22
  44:24 45:20,22
  48:9 52:8,22
  53:6 60:2,21
  63:3 68:16
  70:24 74:16
  82:6 86:19
  88:1 90:10
  99:20 104:2,12
  105:4 106:19
  108:19 109:8
  111:25 112:9
  112:15 113:12
  115:20 116:5
  119:15,16
  120:21 121:15
  124:5 125:25
  126:3 130:25
  131:8 141:8,17
  144:2,16
  145:12 147:23
  149:22,25
  151:2
**god**  92:15
  119:15

**[goes - hey]**                                    Page 17

**goes** 10:9 30:20
   31:21 41:17
   50:9,10 112:4
**going** 8:23 9:9
   17:17,22 19:22
   20:21 23:15
   25:17 31:5
   37:15,23 38:2
   38:8,10 46:22
   48:2,16,17
   50:2 52:11
   53:6 71:12
   72:12 74:25
   81:4 85:1,4,7,8
   87:6 88:22
   94:4 96:17,18
   99:21,25 100:2
   103:18 106:16
   108:14 109:18
   110:8,13,23
   115:16,25
   116:7 123:11
   123:24 126:17
   129:7 135:20
   137:4 141:22
   142:8,14,15,24
   146:14 150:3
**good** 6:20 7:7
   7:10,10 18:8,9
   23:15 26:11
   55:23 56:14
   57:2 58:6 70:3
   72:12,19 82:16
   82:21 99:10,10

   109:22 117:4
   129:2
**gotten** 83:17
   109:9
**grabbing** 14:7
**granting** 154:2
**great** 82:19
   155:19
**greater** 65:22
   75:15 88:24
   91:2
**green** 90:8
**grid** 28:25
   29:14
**ground** 7:21,22
   27:20 28:6,8
   31:18,23 53:1
   53:19 99:1,2
**groundwater**
   28:9,10,20
   29:22 31:16,16
**group** 18:17,18
   56:18 79:14
   136:14,21,22
   137:6,10,11,19
   137:21,25
   139:4,6
**grove** 1:16 3:3
**gshepard** 3:7
**guess** 9:12,15
   13:13 17:6,8
   17:13 18:8
   37:23 69:1
   81:3 82:7

   94:17 109:7
   110:18 128:16
   153:4
**guessing** 17:14
   17:23 78:18
**guy's** 92:15
**guys** 89:21

**h**

**h** 90:2 92:19
   133:23
**half** 104:10
**hand** 149:12
**handle** 120:1
**handled** 38:21
**handling**
   119:18,20
**happened** 40:4
   42:24 43:15
   55:17 57:16
   94:10 131:15
   131:17 142:16
**happens** 50:8
**happy** 53:13
   55:7 81:16
   102:24 113:12
   115:20
**harass** 49:17
   132:8
**hard** 21:18
   111:5
**hardship** 53:15
**harm** 47:4

**harris** 108:3
**hazy** 72:23
**head** 8:17
   11:20 17:7
   35:22 45:17
   69:20 70:10
   78:14 81:10,13
   83:9 92:15
   109:1 111:7
   120:13 123:12
   126:8
**hear** 9:24 32:13
   101:3
**heard** 51:10,11
   59:14,17,21,24
   60:1 67:20
   93:8 94:9 98:2
   98:3
**hearing** 51:18
   74:8 89:21
**hearings** 92:6
   93:4,7 96:5
   114:22
**held** 2:5 74:8
   114:22 149:24
**help** 20:9 33:12
   65:25 66:4,20
   70:7 148:12,14
**helping** 70:9
**hereinbefore**
   158:8
**herlinsky** 90:2
**hey** 28:18
   126:17

**[hiccups - inclusionary]**                                                    Page 18

| | | | |
|---|---|---|---|
| **hiccups**  126:21 | 27:9,18 29:5 | 151:1,3,6 | **identify**  60:12 |
| **high**  63:11 | 29:11,21 30:17 | 159:2 | **illegal**  130:24 |
| 77:22 | 30:25 31:11,17 | **home's**  40:14 | 131:5 |
| **higher**  27:17 | 32:2,8,10 33:6 | 125:11 | **imagine**  103:13 |
| 118:20 123:13 | 33:11,17,25 | **homes**  113:6 | 109:12 |
| **highest**  12:15 | 34:1 35:7,10 | **homogenous** | **immediately** |
| **hindrance** | 35:12,14 36:4 | 63:10 | 51:21 55:9,12 |
| 96:24 | 36:8,10,12,16 | **horse**  105:6,14 | 126:18 |
| **hire**  37:8 | 36:23,25 37:5 | 105:22 106:11 | **impact**  73:6 |
| **hispanic**  59:12 | 39:6 40:8 46:8 | **hour**  104:10 | 75:3,8,21,25 |
| 59:18 | 46:9 47:6,7 | **housing**  32:17 | 76:3,22,25 |
| **historic**  29:23 | 49:18,21 63:21 | 33:3 49:18 | 81:25 |
| 29:24 30:10 | 64:13 65:20,25 | 58:19,19,22,23 | **important**  8:15 |
| 31:5 | 66:11 67:17 | 58:24 63:19 | 10:6 |
| **historically** | 71:18 78:2 | 64:19 65:2,6 | **importantly** |
| 87:12 | 105:21 108:20 | 65:14,18,19 | 9:4 |
| **history**  22:2,9 | 108:22 110:10 | 66:8,14,16,20 | **impression** |
| 26:25 27:2,7 | 111:22 116:9 | 66:23 67:6 | 14:18 |
| 30:23 88:1,2 | 116:13,15 | 72:15 73:5,12 | **improper**  95:22 |
| **hit**  43:1 | 117:3 118:5,9 | 75:7 89:1 | **improvements** |
| **hmm**  97:17 | 118:16 119:3 | 90:25 101:12 | 20:8,19 50:21 |
| **hoboken**  50:5 | 119:14,19 | 122:1,9 | **inaccurate** |
| 50:24 | 120:7 121:22 | **huh**  8:18 | 142:20 |
| **hockey**  24:8 | 122:14,15 | **hundred**  134:9 | **inactions**  123:2 |
| 25:2,7 | 123:8 124:12 | **hundreds** | **inception**  19:1 |
| **hold**  15:7 63:23 | 124:19,20,23 | 28:11 107:22 | **incident**  71:4 |
| 100:20 | 125:18 127:8 | **hurt**  47:6,7 | **includes**  30:3 |
| **home**  1:3 4:13 | 129:22 132:1 | | **including**  58:3 |
| 11:25 16:1,15 | 132:20 133:2 | **i** | 94:9 106:22 |
| 16:23 17:1,4 | 133:13 134:5 | | 107:1 |
| 18:1,3,11,15,22 | 135:8 137:2,9 | **idea**  17:14 | **inclusionary** |
| 19:8,11,18,24 | 138:16 139:5,7 | 33:23 72:5 | 96:20 97:5,21 |
| 20:3,10,11,13 | 139:24 140:7 | 126:9 137:23 | 98:14 |
| 22:1,1,8 23:1 | 143:12 150:25 | **identified** | |
| | | 60:11 | |

**income** 18:23 24:2,4,5 25:24 106:17,21 107:13 108:8 116:10
**increase** 65:15 65:15
**incurred** 106:23 107:22 150:24
**index** 4:1,7 5:1
**indicate** 6:17
**indicated** 36:15 44:12 149:1 154:2
**indicating** 129:22
**indications** 154:19
**individuals** 59:3,6,9
**industry** 111:4
**influence** 67:6 68:13 69:4
**influx** 96:21,25 97:6,22 98:15
**informal** 7:25
**information** 5:4 29:7 61:23 83:17 145:13 145:17,20,23
**initial** 74:8
**initially** 55:7

**innocuous** 30:13
**ins** 132:12
**insight** 91:25
**inspector** 44:22
**installed** 77:17
**instance** 30:18 31:17 63:17 76:12 88:19 91:3 96:19 106:5,8 140:21
**instances** 80:4 80:9 93:15 95:1,4,11 100:18 116:23 116:25 117:1 118:8
**instructions** 10:13
**intent** 66:2 77:4 96:1
**intention** 124:2
**intentionally** 59:5 124:14 131:25 132:19 133:1,12
**intents** 65:16
**interaction** 45:22
**interest** 48:13 146:1,1,3
**interested** 158:15

**internal** 103:12
**international** 4:20 13:14 14:18 147:20
**interpretation** 14:22 120:2
**interrogatories** 4:14,15 104:22 105:1 115:2
**interviewed** 34:11,12
**introduced** 55:4,7
**invert** 96:25
**investigate** 29:4
**investigated** 28:18,24 70:4 134:13 140:13
**investigating** 81:2,4
**investigation** 31:1 70:2,14 83:19 131:12 131:16,18
**investigations** 28:23
**investment** 12:19 13:7,8 14:19,20 33:13
**investors** 33:8 33:12
**invoices** 150:7 150:22,24

151:5
**involved** 7:12 14:14 19:12 21:19 33:8 56:7,8,11 57:9 93:22 121:22
**issue** 39:23 79:15 84:17 93:20 109:18 134:13 147:14
**issued** 84:13 136:13 147:10 147:16
**issues** 46:17,19 46:24 58:22 65:4 81:14 83:1,21,24 87:25 91:5,10 103:12 115:21 117:12 118:14 119:24 123:22 129:17 130:14 135:16 140:12

**j**

**j** 7:1
**james** 1:14 3:2 4:3 6:23 105:5 156:3 157:5,16 159:3,21
**january** 1:19 2:5 4:11 6:2 157:7

**jasontown**
15:24 16:4
**jdigiulio** 3:4
**jean** 92:17
94:22
**jersey** 1:1,3,4
1:16,25 2:5 3:3
3:7 6:1 7:2
11:8,14,17
29:25 50:18
58:24 105:6
136:24 158:4
**jill** 79:2
**jim** 45:9
**jn** 4:10,12,13
4:15,17,18,19
4:20,22 13:13
13:15,18,19,21
14:10,20 15:9
15:11,12,14
37:6,7,7,24
38:1 39:18
45:2,4,7 47:10
47:12,16 48:3
49:3 58:16
78:19 85:5
103:19 105:16
105:19,25
106:12 112:3,4
116:1,3 117:19
121:14 127:8,9
135:8,21
139:10 146:15
147:19,22

150:4,23
**job** 9:5 35:19
**judge** 4:10 8:3
8:8 39:13
47:10,24
100:15 108:3
151:15 154:1,4
**judges** 63:21
65:2
**judging** 65:10
**judgment** 4:10
40:11 72:18
95:22
**july** 4:21
114:23 143:24
146:5 147:20
147:22
**jury** 4:12 8:3,8
11:4

**k**

**k** 7:1 35:2
54:21 85:10
86:3 90:2
92:19 120:10
127:16 157:2
**kept** 138:21
**kids** 75:18 89:1
96:9 103:8
**kim** 45:17
**kind** 8:24 13:20
30:22,23 35:20
64:10 69:12,13
69:15 88:4

95:25 96:12
108:25 115:18
116:21 125:21
133:7 142:21
**kinds** 42:23
43:1
**knew** 66:14
82:9 86:3
121:8 123:8
**know** 8:22 9:12
9:14,19,23
14:22 15:1,7
17:9,21 39:1
40:25 42:24
48:6,22,23
50:12 52:22
54:10,17,20,21
55:21,25 56:10
56:10 57:1,14
57:16 58:9,11
58:19 60:6
61:10,25 64:2
66:5,6,7,12
69:7 72:2 73:1
73:1,18 76:15
77:4,20 78:7
78:13 80:3,19
80:20,20,25,25
81:7,8,9,13
83:8,21 84:8
86:1,2 87:12
88:6,7 89:9,14
89:16 91:25
93:7,22 94:6

94:16 96:14
97:7 98:7
100:2,8,21,23
102:1 103:4,8
103:9,16
104:24,25
105:8,13
107:14,22
108:2,5,5,19
110:18 113:3
113:15,18,25
117:10 122:9
122:21 123:1
123:12 126:25
127:12,18,22
128:3,7,21
129:4,14,20,25
130:1,11,23
131:4,10,10,15
131:17,20
132:9 133:19
133:22,24
134:25 135:7
135:17,19
136:7 137:15
137:20,22,22
140:16,18,19
140:20 141:21
142:16,19,20
143:10,14
144:7 145:19
145:22 146:12
146:13 149:14
149:17 151:17

152:3 154:23
**knowing** 63:15
**knowledge**
17:13 41:25
42:2 73:13
111:3 133:15
134:9
**known** 22:5
**knows** 42:25
132:11

**l**

**l** 7:1 22:13 90:2
92:19 157:2
**lack** 69:14
102:6
**laid** 91:5
128:24
**land** 94:19 95:9
102:24
**late** 40:6
126:14 138:18
138:18
**latin** 59:12,18
**laurel** 58:25
64:15,16,21,22
65:11,17 71:22
75:6,11,24,24
76:22 90:24
91:2
**law** 7:8 58:25
66:3 132:12
133:15

**laws** 76:8
**lawsuit** 9:11
11:5 19:13
38:21,24 39:2
39:5 47:18
72:17 73:12,15
87:2 100:12,13
100:17 101:18
128:10 151:8
151:14,21
152:1,5 154:1
154:16
**lawyer** 135:14
**layout** 53:7
**leach** 31:13
**leached** 31:11
**leaching** 31:20
**leading** 67:7
99:1
**leads** 50:8
**lease** 25:15
**leases** 15:18
**leasing** 25:19
**led** 76:11 77:21
84:10
**legal** 52:4 57:1
107:23 120:2
**legalese** 120:18
121:2
**letter** 147:16
149:9,14
**letters** 135:4
147:11

**level** 12:15
31:16,20
**leveled** 30:1
**liabilities**
143:13,15
**liability** 1:3,4
**liberty** 136:23
**license** 2:4
158:19
**lien** 141:4,8
142:3,6 143:1
143:2,22
144:16,22
**lienholder**
142:5
**liens** 138:23
**lieu** 6:10
**light** 77:12
**limbo** 40:3,24
**limit** 100:24
**limited** 1:3,4
114:19
**limiting** 78:10
**line** 5:5,5,5,9,9
5:9,13,13,13,17
5:17,17 24:8
25:2,7 50:4
87:12,20,21
88:5 155:3,3,7
155:10 159:5
**lines** 52:22
**literally** 64:10
**litigation** 19:12
121:23,23

122:2,5,19
129:18,24
**little** 31:1 70:1
70:2 72:22,23
99:4 102:19
104:8 133:19
136:23 137:19
137:25 142:13
**live** 12:4,7,11
**lived** 12:5,8,13
83:3
**living** 69:2
**llc** 1:3,4 3:2
16:16,20 17:4
19:11,18,24
22:8 23:9,14
23:18,21 118:6
136:14 159:1,2
**llc's** 4:13
**located** 13:15
16:4 18:11
52:25
**lodi** 62:16
**long** 12:8 17:4
18:10 20:4
21:19 23:3
24:19 27:4,14
28:16 33:23
43:17 50:17
52:1 64:11
65:7 68:13
77:17 85:12,14
88:13 109:5
110:2 119:16

**[look - mayor]**

**look** 38:2 39:22 40:7 49:8 51:1 64:17 65:2,9 71:3 82:7 83:20 84:16 88:18,20 91:24 92:8,25 93:1,2 102:9 115:21 135:25 136:16 139:12 141:20 144:24 150:9 151:13

**looked** 61:17 61:21 62:4 70:20 153:15

**looking** 51:17 60:15,18 68:15 76:14 90:13 108:7 110:20 112:14 148:21

**looks** 104:9,9 114:15 136:10 136:12 140:4 143:23 150:6

**loss** 106:17,21 107:13 116:10

**losses** 114:1 116:15,19

**lost** 97:19

**lot** 7:16,17 9:5 10:15 18:4,7 28:24,25 29:17 29:17 30:14 37:12,13 43:4

49:24 50:20 64:22 77:21 81:5 82:12,14 82:14,16 88:15 91:19 94:1 96:7 105:4 106:4 108:12 113:8 115:17 115:18 130:20 130:21 136:18 137:1 138:20

**m**

**m** 3:1 7:1 35:2 85:10 133:23 157:2

**macadam** 29:18 30:4,4

**made** 44:14 47:25 74:21 78:15,16 92:8 93:10 94:5 96:3 98:4 99:22 100:6 101:7 109:11 114:19 122:21 126:12 152:24 154:22 155:2

**main** 18:4,12 20:5 52:23 65:16 74:24 91:8,11 102:1 139:24

**maintaining** 77:5 82:17

**majority** 77:5

**make** 27:4 44:15 51:6 55:10 61:2 90:20 91:4 92:5 93:9,14 97:4,20,25 121:7 141:17 142:8 150:12

**makes** 9:5 51:8 51:8 80:18 113:18

**makeup** 60:7 62:22 64:14 70:22

**making** 14:8 34:13 46:22 75:16

**malfi** 44:23,24 45:21,23

**manage** 15:19 15:22 94:1

**management** 13:6,13,15,18 13:19,21 14:2 14:10,11,20 15:9,11,12,14 37:6,7,8 45:4,7 78:20 105:17 105:19 106:1 106:13 127:8,9 135:8

**manager** 45:15

**managers** 13:19 106:7

**manages** 15:15 15:24,25,25 16:1 78:20

**manner** 6:16 39:15

**manufacturing** 27:24

**march** 36:6,7

**mark** 37:24 48:3 103:18 115:25

**marked** 5:16 38:1 39:18 47:16 49:3 135:21 146:15 147:22

**market** 13:21

**marking** 139:9 150:4

**mason** 87:12,20 88:4

**math** 108:25

**matter** 2:2 6:12 65:3 153:18

**mayor** 51:11 59:24 72:3,5 74:23 77:11 85:9,12,12,23 86:6,8 87:8,8 91:4 93:9,9,10 94:11,13 96:3

**[mayor - name]**                                              Page 23

98:3,4,6,16,17
100:6 102:2,23
114:20
**mayor's** 93:24
**mayors** 76:11
**mccarter** 38:20
95:7
**mcdonnell** 3:5
6:21 7:9
**mean** 14:16
24:22 47:12
76:4 83:8 95:5
95:20 101:8
103:24,24
106:2 119:7,11
119:21 133:7
140:9 148:23
151:18
**means** 52:16
145:19,23
**meant** 15:7
65:15 88:9
**medication**
10:18
**meet** 134:23
**meeting** 53:9
53:13,23 54:2
55:1,2,4,17
74:23 94:10
102:21 142:4
**meetings** 83:23
86:6,13,14,16
86:17

**member** 96:3,3
**members** 16:20
23:17,20 74:21
76:10,11 96:8
96:8 114:20
**memory** 146:19
**mention** 134:17
**mentioned**
101:24
**methods** 62:3
**middle** 144:6
145:2 154:17
**miles** 28:11,11
**million** 108:10
111:10,15
**millions** 28:6
108:7,7
**mind** 100:1,3
114:1 122:12
**mindset** 60:3
**minno** 35:1
37:16
**minorities**
59:12,20 63:8
64:6 66:23
78:11
**minutes** 68:7
**miracle** 50:7
**mm** 97:17
**modern** 99:9
**moment** 70:11
**monday** 1:19
2:5 6:2

**monetary**
73:16 74:1,2
106:21 107:13
116:11
**money** 33:14
128:20
**monica** 45:12
**monroe** 1:25
6:1
**morning** 6:20
7:7,10
**morningside**
1:4 4:15 11:25
15:25 22:18,22
22:24,25 23:3
23:9,13,23
24:1 25:18,20
25:23 26:19,24
27:1 30:22
31:2 32:21
33:7,11,20
34:4,18 35:8,9
36:1,3 37:15
39:6 42:9
44:13 47:8
49:19,20 63:20
64:13 65:19,25
67:17 78:2
81:18 100:22
106:9 111:19
117:3,6 118:6
118:10,12,19
118:20,25
120:11 135:8

150:25 151:3,4
151:6
**morningside's**
116:19
**motion** 47:22
**motivations**
76:9 77:7
**mount** 58:25
64:15,16,20,22
65:11,17 71:21
75:6,10,23,24
76:21 90:24
91:2
**move** 21:13
53:14 99:3
104:7
**moved** 53:17
139:5,7
**multi** 79:22
83:13 84:3
108:5 122:9
**multiple**
119:10
**municipalities**
50:7 83:12

**n**

**n** 2:1 3:1 7:1
35:2,2 90:2
133:23 157:2,2
**naacp** 64:22
**name** 6:18 7:7
45:16,17 78:13
92:16 159:2,3

**[named - number]**                                                        Page 24

| | | | |
|---|---|---|---|
| **named** 128:9 | 11:24 12:20 | 118:5,9,15 | **nothing's** 14:5 |
| **nature** 21:21 | 15:25 16:14,22 | 119:3,14,19 | **notice** 130:15 |
| 31:5 86:17 | 16:25 17:4 | 120:7 121:21 | 139:18 140:3 |
| 130:12 | 18:1,3,10,15,22 | 122:14,15 | 140:15,16 |
| **nearby** 83:11 | 19:8,11,17,24 | 123:7 124:12 | **noticed** 128:18 |
| **necessarily** | 20:3,10,11,13 | 124:18,20,23 | 143:7 |
| 69:10 70:23 | 21:25 22:1,8 | 125:11,17 | **notices** 4:17 |
| 76:4 91:16 | 22:21 23:1 | 127:7 129:22 | 126:18 131:25 |
| 92:24 113:16 | 27:9,18 29:4,5 | 132:1,19 133:1 | 132:19 133:1 |
| 120:1 121:5 | 29:9,10,11,20 | 133:12 134:4 | 133:12 135:18 |
| 122:10 128:7 | 29:25 30:17,25 | 135:7 136:13 | 135:22 136:13 |
| **necessary** | 31:11,16 32:2 | 136:24 137:2,9 | 136:17 137:13 |
| 39:24 | 32:8,10 33:6 | 138:15 139:5,7 | 138:5,15 |
| **neck** 105:6,14 | 33:10,17,24 | 139:24 140:7 | 140:23,25 |
| 105:22 106:11 | 34:1 35:7,9,11 | 143:12 150:24 | 148:18 |
| **need** 17:19 | 35:13 36:4,8 | 151:1,2,5 | **notwithstandi...** |
| 21:22 71:13 | 36:10,12,16,23 | 154:22 158:4 | 106:20 |
| 107:5 150:10 | 36:25 37:5 | 159:1,2 | **november** 40:6 |
| **needed** 29:4 | 39:6 40:8,14 | **nice** 50:21,23 | 41:22 42:20 |
| 46:20 53:17 | 45:6 46:6,7,9 | **nick** 44:23,24 | 154:9 |
| **needs** 30:18 | 47:5,7 49:18 | **niece** 103:8 | **nuances** 132:13 |
| **negotiations** | 49:21 50:3,16 | **nod** 8:17 | **nuckel** 1:14 4:3 |
| 51:12 | 50:18,25 58:24 | **nomenclature** | 7:7 37:25 |
| **neighbors** | 63:20 64:13 | 57:1 65:8 | 105:5 117:18 |
| 62:11,12 | 65:19,24 66:11 | **non** 96:21 | 135:20 136:25 |
| **neither** 158:9 | 67:17 71:17 | 97:22 | 143:8 146:17 |
| **nephews** 103:9 | 78:1 81:18 | **northern** 83:14 | 147:21 150:3 |
| **net** 108:8 | 92:22 96:22 | 87:22 88:5,17 | 155:21 157:5 |
| **never** 94:6 | 100:22 105:6 | 90:19 | 157:16 159:3 |
| 140:2 | 105:21 107:12 | **notary** 157:22 | 159:21 |
| **new** 1:1,3,3,4 | 108:20,22 | 158:4 159:25 | **nuckel's** 117:16 |
| 1:16,25 2:5 3:3 | 110:9 111:22 | **note** 152:7 | **number** 4:9 |
| 3:7 4:13 6:1 | 113:6 116:9,12 | **notes** 2:1 18:7 | 62:10,25 66:6 |
| 7:2 11:8,14,17 | 116:15 117:3 | | 66:13 69:1 |

**[number - okay]**                                                    Page 25

81:25 105:4
106:16 112:8
112:11 114:6
116:8 141:14
**numbers**  63:6
76:13 145:24
**nwh**  106:20
107:1 113:4
114:17,24

**o**

**o**  3:1 7:1 35:2,2
54:21 85:10,10
157:2
**o'toole**  3:2
**oath**  6:10 7:3
8:6,7 157:7
**object**  43:12
52:7 55:6
74:15 130:25
142:8
**objection**  41:14
63:3 90:10
106:18 131:8
152:7
**objections**  6:15
105:4 114:16
114:17
**obligation**  52:4
**obligations**
52:11
**observation**
47:25 137:24

**obviously**  9:10
**occasionally**
94:2 126:13
**occur**  63:14
**occurred**  71:4
**offer**  81:24
**offered**  98:5
99:3
**office**  8:1 12:6
13:16 16:7,13
105:15,18,22
105:25 106:4
131:23 136:24
137:18,19,25
**officer**  134:1
135:14
**officers**  16:19
23:18,21
**offices**  12:6
**official**  67:6
69:12 155:8,11
**oh**  7:19 14:21
17:15 21:18
47:15 54:7
58:2 59:4,8
64:2 67:3 68:5
71:3 73:9
87:17 89:18
92:15 98:2,12
98:16 99:25
105:12 110:1
112:19 115:7
119:15 149:4
154:14

**okay**  7:15,17
7:20 8:10,19
8:20,24 9:7,8
9:15,20,21
10:2,3,10,11,12
10:16,22 11:24
12:8,11 13:2
13:23 14:1,5
14:24 15:1,9
15:15,17,19,22
16:6,9,19 17:3
17:16 18:6,10
18:15,20,25
19:7,21,23
20:12,20 21:6
21:8,12,16,21
22:7,12 23:7
23:11,17 24:4
24:10,14,17
25:6,8,11,19,23
26:4,13,21
27:13 28:1
30:25 31:4,8
31:24 32:9
33:16 34:16,19
35:23,25 36:11
36:14,19,21,24
37:7,7,11,25
38:20,23 39:1
39:17,21 40:2
41:8,11,23
42:3,12 44:1
44:24 45:18,24
46:2,10,13,24

47:18 48:19,20
48:25 49:1,10
49:14 53:20
54:2,8,13,18,23
55:18,21 57:4
57:15,19 58:5
58:11 59:9,21
60:6,15,20,23
61:5,10,15,25
62:5,8,18 66:5
66:18 67:4,13
67:22 68:21
69:6,22 71:5
71:14,16,19
72:11,22,24
73:3,19 74:3,6
74:12 75:2
76:17 77:24
78:19 79:18
80:4,17 81:15
82:4,13 83:5
84:6 85:11,15
85:18 86:1,16
86:21,24 87:2
89:9,11,14,17
89:24 90:4
91:21,21 92:4
92:12,19 93:12
93:15 95:9,24
96:2,10,15
97:18,23 98:24
99:19 100:4,16
101:16 103:11
103:15,17

104:6,7,20,24
105:3,5,10
106:11 107:5
107:12,22
108:1,11 109:7
109:13,22,24
110:6,8,25
111:2,9,11,13
111:21,24
112:15,19
113:11,22
114:2,5 115:7
115:24 116:6
116:22 117:13
117:22,25
118:24 119:2
119:12 120:4
120:14,20
121:20 122:8
122:13,18,25
123:6 124:18
124:22 125:4,8
125:16 126:2,5
127:2,19
128:10 129:2
130:3,6,12
131:10,19
132:15,23
133:9 134:17
135:7 136:7,10
136:12,16,19
136:20,25
137:6,12,15
138:2,22

139:16,20,23
140:2,6,17
141:2,11 143:4
143:11,22
144:4,12,13,17
144:20,24
145:7,12,18
146:8,25 147:7
147:18 148:2,3
148:6,17 149:6
149:9,14,18
150:4,8,18,21
151:4,12,25
152:3,9,14
153:6,22,25
155:13,16,19
**old**   10:23
**once**   101:23
102:20 134:7
**ones**   94:15
116:9 141:20
**ongoing**   103:5
129:23
**open**   13:21
25:9,12 83:1
83:21 84:4
90:14
**operate**   13:17
106:14
**operating**
25:20,22
**operation**
14:11 24:9

**operations**
14:13 28:2
30:11 99:10
**opportunities**
65:6 90:25
**opportunity**
101:22
**opposed**   90:8
**opra**   83:11,16
83:21,24 84:9
84:19
**opra'd**   87:11
**order**   39:17,19
39:25 66:17
155:24
**orderly**   77:14
**organizing**
77:16
**original**   30:6
64:16,20
144:21 145:2
145:13,25
155:5
**originally**
24:15 64:16
70:19 94:12
**oslaw.com**   3:4
**ourself**   15:8
**outcome**
103:16 142:6
**outs**   132:12
**outside**   34:20
86:6 93:6

**overall**   118:9
**oversee**   14:11
106:8
**oversight**   21:24
22:4 30:24
45:11
**owed**   140:20
**owing**   145:7
**own**   7:23 15:9
15:11,12,14
18:18 19:8
78:22 94:15
107:6 134:8
**owned**   18:11
18:13,19 27:16
29:12 56:17
78:24 79:2,4,5
128:1
**owner**   16:16,17
19:1,4,17
23:10,11 53:10
53:11,12,23
54:10 99:3
**owners**   56:16
93:21
**owns**   18:3
137:7

**p**

**p**   2:1 3:1,1 4:22
4:22 45:13,14
150:12,13
**p.c.**   3:5

**p.m.** 156:5
**packet** 141:6
**page** 4:4 5:5,5,5
  5:9,9,9,13,13
  5:13,17,17,17
  39:21 40:10,11
  60:15,16 62:9
  66:24 67:1,2
  68:16,18 74:4
  85:4 96:18
  104:12,12
  105:5 112:2,7
  112:11,16,17
  114:6 116:1,3
  116:5 121:14
  139:23 145:2
  159:5
**pages** 4:11
  113:13 139:17
**paid** 124:25
  125:3,6 126:11
  126:20 129:10
  138:8 140:20
  146:12
**paperwork**
  70:8
**paragraph**
  40:7,9 61:6
  62:9,24 63:12
  66:24 67:2
  68:18 74:5
  85:8 87:7
  96:19 97:4,7
  99:21 114:12

121:15 123:7
  125:9,14
**paragraphs**
  39:22
**park** 3:3
**parking** 50:20
  58:13 110:15
**part** 25:5 28:2
  28:12 36:4,20
  36:22 37:19
  47:5 52:2
  55:15 60:3,8,9
  60:9 63:15
  73:9 75:10
  83:18 91:1,2
  99:2,6 101:11
  128:16 129:4
  143:15 151:10
  152:11 153:13
**participating**
  6:5
**particular**
  82:11 95:4
  112:23 113:22
  128:14 133:20
  135:25 136:2
**parties** 6:14
  158:11
**partly** 64:3,21
**partners** 23:18
  23:21
**parts** 27:21
  34:14

**party** 6:24 11:5
  113:5,6
**passaic** 59:15
  59:17 62:16
  77:14 102:3
  115:11
**passed** 101:2
**past** 33:18,21
  34:11,13 61:11
  70:6 77:11
  102:1 120:18
  140:20
**paterson** 78:6
**path** 142:14
**paved** 58:8,9
  58:11 98:25
  99:1
**paving** 57:24
**pay** 124:18,19
  124:20 128:20
  143:5,6,17
  146:8,11,12
**paying** 124:23
  125:18 129:16
  138:10 140:7
  147:14 148:23
**payment**
  122:18 146:23
  148:11
**payments**
  122:14,21
  129:23
**pays** 13:20

**penalty** 6:12
  146:1
**pending** 19:13
  41:24 119:4
  120:6,12
**people** 14:7
  25:1,9,12 59:3
  59:7,9,12,13,14
  59:22 60:3,4
  60:12 63:8
  69:1 88:20
  91:8,15 93:11
  94:9 98:19
  101:14,22
  102:3 105:19
  106:8 115:11
  127:16 149:21
**percent** 18:19
  37:19 60:14
  66:17 134:9
**percentage**
  60:11 63:11
  66:6,7,15
  77:22 88:19
**percentages**
  76:14
**perfectly** 9:14
**period** 123:3,4
  124:11,22
  125:17 127:22
**perjury** 6:13
**permit** 20:18
  46:7

**permits**  20:15
  39:24 42:6,7
  42:10 44:12
  45:20
**person**  6:10
**personal**  94:24
  134:8
**peruse**  48:8
  103:19,19,23
**perused**  38:7
  148:2,3
**perusing**  48:12
**petal**  30:4
**pfund**  3:5 6:21
  7:9
**pfundmcdon...**
  3:7
**phase**  21:2,8
  26:23 36:20,22
  154:17
**phasing**  21:1
**phone**  109:24
  110:7 111:1
**phoning**  110:2
  110:4
**phrase**  87:9
**physical**  24:23
**physically**  6:6
**piece**  30:3,3
**pile**  143:8
**pit**  29:6,15
**pivot**  117:9
**place**  23:4
  26:21 143:2

158:8
**plaintiff**  3:4
**plaintiff's**
  63:13 106:24
  114:9,12
**plaintiffs**  1:6
  6:24
**plan**  39:7 40:15
  40:19 42:4,5
  42:22 47:20
  76:1,24 82:1
  85:24 86:7
  99:23 122:3
  152:12,15,20
  152:23 154:22
**planning**  1:8
  55:1 60:4 74:7
  74:18 81:17,19
  86:6 95:23
  96:2,5 99:10
  99:10 114:10
  114:20,22
  115:10 154:11
**plans**  44:1,5,7
  46:23 110:21
  155:5
**platform**  51:1
**play**  25:1
**please**  6:17
  8:21 9:23 93:7
  103:19 133:8
  156:3
**point**  28:15
  81:14 83:10

85:2 86:11
89:20 91:6
94:3,5,6
101:20 110:19
141:1 143:16
154:3,6
**pointed**  145:5
**police**  59:25
  93:13
**policies**  68:12
  69:8 70:15
**policy**  50:13
  67:5,14 68:11
  69:3,11 87:24
**population**
  61:7,10,14
  63:11 65:23
  68:2 75:15
  77:6 90:7
**populations**
  59:19,19
**portion**  60:24
  63:25 67:11
  68:19 97:10
  112:20 113:20
  117:25 121:19
  125:15
**position**  128:3
**positions**  39:13
**positively**
  65:21
**possibly**  84:12
**practices**  138:3

**preparation**
  60:8,10 70:18
**present**  6:6
  16:24 18:24
  21:23 25:10
**presently**  13:9
**president**  13:12
  13:13 14:10
  19:1,17
**pretty**  98:23
  138:20
**previous**  35:20
  76:11
**previously**  23:2
**primarily**
  105:25 106:12
**prior**  54:10
  72:17 73:12,15
  95:2,4,7
  100:12 101:17
  106:23 122:5
  138:23 139:2
  151:14,19
  152:1,4 154:1
**private**  15:2,4
**privy**  80:17
**probably**  11:19
  28:5 34:3,6
  44:9 46:14
  52:10 71:20
  81:9 84:7
  98:19 119:17
  147:6 148:16
  149:4

**problem** 74:24
**problematic**
39:9
**problems** 29:22
43:1,15 88:25
**procedure**
131:6 140:19
**procedures**
128:15,22
130:16
**proceed** 42:4
**proceeding** 2:2
8:1,15 9:2 10:4
10:8,10 133:16
**proceedings**
41:7 57:14
63:18 106:23
**process** 21:15
21:17 28:23
30:15,19,23
39:8 41:6
46:15,17,21
67:16 126:19
**processed**
40:25 42:10,11
43:19,20 44:7
**processes** 42:19
51:13
**processing** 22:4
**produced**
70:23 133:16
148:9
**production** 5:4
150:6

**profit** 106:17
116:10
**program** 25:5
**progresses**
107:1
**project** 13:6
21:8,14 33:12
33:24 34:10
43:10
**promote** 69:13
99:7
**proper** 89:25
123:18
**properties**
15:22 28:24
29:1,2,3 65:1
78:1,4 79:12
80:5 94:1
106:5 122:6
**property** 4:18
13:19 14:11
15:10,11,13,14
15:15,19 18:3
18:11,13 19:9
20:4,9 21:19
22:3,9,12,13,15
22:17,21 23:1
23:2,3 24:7,20
25:18 26:19
29:5,10,14,15
30:8 31:5,11
36:1 53:10,12
53:23,24,25
54:1,11,19

56:8,17,19
57:24 78:19,22
93:22 94:16
99:3 101:7
102:15,17
103:6 106:7
108:3,4,9
119:4,13 120:5
120:12,15,25
122:14,16,19
122:24 123:14
124:11,13,24
126:15 128:1
128:17 132:9
136:16 137:2,3
137:7 138:11
138:24 139:2
143:6,12,13,18
153:14
**proportion**
63:1
**proposed** 55:13
72:3 153:14
**proposing**
94:12
**prosecutor's**
131:23
**prospect** 3:6
**protest** 49:25
146:24 147:10
**protesting**
147:11
**protocol** 131:6

**protracted**
28:16
**provided**
106:25
**proximity**
82:19
**public** 52:12,16
83:21 96:8,23
96:25 97:14
99:11,12 140:2
140:15,16
157:22 158:4
159:25
**puerta** 45:12
**purchased** 19:5
24:6 137:9,11
143:11,12
**purports** 140:5
**purpose** 9:1
123:9
**pushing** 75:16
**put** 10:5 32:6,7
40:3 43:18
59:15 128:17
154:22 155:1,2
155:10
**puts** 40:23
**putting** 48:23

**q**

**question** 5:16
7:24 8:22,23
9:13,23,24,25
10:6 11:16

17:21 33:9
36:13 38:13,25
40:22 44:17
52:19 57:7
65:13,18 66:9
68:21 70:3,9
71:13 72:10,20
76:16,19 80:8
80:14 81:5
91:17 97:15,18
97:19 98:9
100:5 106:16
106:17 107:18
112:9,12,22,24
113:5 114:7
115:1 116:7,9
116:11,18
117:4 124:2,6
129:8 131:2
133:8 141:15
148:25 152:21
**question's** 8:25
**questions** 8:12
8:16 9:10,10
38:3,11 48:15
48:18 73:23,24
85:9 104:1,2
104:21 113:16
116:8 123:17
124:15 136:3
142:15 150:20
153:4,8 155:21
**quickly** 28:8
43:22 127:3

**quit** 128:2
**quite** 119:16
127:24
**quizzing** 48:22
**quote** 87:7,10
**quoted** 87:8
**quotes** 59:15

**r**

**r** 1:24 2:1,1,3
3:1,1 45:13,14
86:3 90:2
92:19 127:6
133:23 143:9
158:1,3,18
**race** 69:14,14
73:7 87:18
91:13
**rachelski** 92:16
92:17,20,24
94:22,25 95:13
**racial** 59:11
60:6 64:14
67:6 68:12
69:3 70:17,22
71:9 72:15
73:6 79:16
80:6,11 90:8
91:13
**racially** 87:10
87:16 90:21
91:22 92:5
96:4 100:18
101:19

**railroad** 102:19
**ramifications**
132:13
**rate** 118:20
123:13
**rationale** 125:5
**rattled** 81:13
**read** 38:4,9
48:5 63:23
67:9,13 85:2
92:14 97:7,8,8
103:21 104:10
107:5 113:8,17
121:16,17,17
147:24 157:6
**reading** 88:12
89:18 107:7,8
107:10
**ready** 42:23
43:7 46:15
**real** 14:13 19:8
**realized** 30:7
**really** 8:13
13:12 30:12
32:8 37:6
41:16 43:18,21
51:24 75:12
78:11 98:21
113:15 150:19
154:18
**rear** 139:25
**reason** 35:17
64:6 75:21
76:1,23 129:6

152:19,23
159:5
**reasonable**
17:12
**reasoning**
125:5
**reasons** 39:2,4
39:10 122:5
123:1 138:10
**rebranded**
13:25
**rebranding**
14:3
**recall** 19:19
29:9 33:5
37:20 39:25
45:8 46:20
47:21 53:16
81:22 82:2,4
83:5,10 84:17
85:18 86:17,23
87:1 93:16
95:18 96:1
104:16,21,23
105:1 118:8
120:13 124:15
125:25 126:3
134:16,16,24
136:9 137:12
138:25 139:22
140:4 142:25
143:24 145:7
145:11 146:8
146:10,13

**[recall - remember]**                                                    Page 31

148:5,6,8
149:8,11
151:11 152:2,6
152:24 153:8
153:11,12
155:11
**receive** 73:16
127:13 149:7
**received** 72:18
135:23
**recent** 111:19
**recently** 20:8
154:14
**recess** 68:8
117:14
**recognize** 49:2
87:20 148:3
**recollect** 20:23
**recollection**
37:21 57:22
74:20 86:9
92:7 95:21
111:3 126:13
126:23 130:8
138:14 147:8,9
**record** 6:19
117:16 149:23
149:24 150:1
150:11 155:25
157:9,12
**recorded** 86:22
**recording**
146:2

**records** 83:21
86:20 112:1
126:1,4 132:24
133:6,11
**recreation** 24:7
25:4 82:17
83:2 152:16
153:13,15,16
153:18
**recreational**
25:8
**redeem** 146:5
**redeemed**
128:18
**redemption**
141:4,8 142:3
143:23 144:16
144:22 145:13
145:17,20,22
146:1
**redemptions**
142:11
**refer** 27:2
38:12 48:14,18
48:24 91:13
96:18
**reference** 88:5
92:9
**referenced**
95:15,19
114:18
**referencing**
75:23 95:25
101:18 144:10

**referred** 72:17
**referring** 15:3
39:21 61:2
62:12,13,15
63:16 67:14
69:18 72:9
87:18 89:2
90:7 112:21
113:10 121:24
122:11 148:19
148:20 149:3,4
153:21
**refers** 66:24
67:5,21 87:7
114:17
**reflexes** 147:9
**refresh** 147:7
**regard** 61:23
84:1,2,3 88:2
91:5 97:12,13
102:20 126:19
130:22 131:12
138:11
**regarding** 4:18
39:12 72:14
80:4 83:12
86:7 122:2
127:14
**regardless**
76:21
**region** 28:14,21
31:15,20 50:22
52:13 68:3

**region's** 29:22
**reimbursement**
152:4
**reinstated** 42:1
**reit** 143:9
**rejected** 72:5
**relate** 118:10
118:12 133:20
151:19
**related** 65:12
93:23 96:13
113:1 118:1,4
128:15 131:22
135:15 144:7
158:10
**relates** 47:5
114:1 132:16
**relationship**
11:2,22 16:14
23:8
**relative** 130:14
158:13
**relevant** 118:24
**rely** 96:22
**remember** 9:13
9:15 10:20
11:19 17:18
21:11 26:15
38:23 44:16
45:16 47:23
53:5,9,11,21
54:4 55:8,17
56:6 58:12
61:13 78:14

82:18,25 83:15
84:14,15,21,21
84:23 85:14,20
85:22 86:19
88:12 89:18,22
90:12,13 92:13
92:13 93:19
94:3 95:16,16
120:18 123:10
123:17,19,21
123:22 126:15
127:15,25
128:6 130:19
134:19 142:5
143:2,16
148:10 153:2
153:19
**remind** 17:20
**remote** 2:2
158:6,11
**remotely** 1:15
1:25 6:1,8
**rendered**
151:20
**repeat** 76:18
**rephrase** 9:25
75:22
**report** 108:14
109:18 125:22
**reported** 1:22
6:1
**reporter** 2:4
6:4 8:11
155:23 158:3

**reporter's** 9:5
**reporting** 6:7
6:16 159:1
**reports** 69:18
107:1,17
**represent**
135:21
**representations**
84:23 98:4
**representative**
45:1,2 102:21
102:23
**representatives**
55:5 72:2
114:21
**representing**
120:6
**request** 5:4
44:15,15 57:11
125:22
**requested**
44:13 46:7
60:24 112:20
121:19 125:15
**requesting**
45:20
**requests** 83:11
83:16 84:9,13
84:19
**require** 32:1,3
53:5 133:14,19
**required** 22:3
42:19 128:21
153:12 154:25

**requirement**
64:25 153:21
**requires** 70:1
**reserved** 73:22
**reserves** 107:2
114:24
**reside** 97:2
100:25
**residence** 82:24
**residential**
32:11,24
**residents** 50:21
52:12,13 62:11
62:25 63:2
77:22 82:17
96:22,22,24
97:6,22 98:15
152:17
**respect** 20:19
21:4 30:20
43:5 51:16
72:14 75:13
77:11,25 84:4
84:18 97:3
101:7 114:1
115:23 118:4
118:15 120:4
121:3 126:9,9
126:22 128:14
128:22 129:5
130:18 147:17
149:2 153:2
154:12,21

**respects** 122:24
**responded** 87:9
**responding**
104:21
**response** 107:2
112:14 113:18
114:25 125:11
149:7
**responses** 8:16
**responsibilities**
14:10
**responsible**
135:17
**rest** 53:18
88:21
**result** 96:21
97:6,22 98:14
**resulted** 68:1
**retain** 35:1,3
**retained** 4:23
34:9,19,24
35:25 36:2
95:7
**return** 49:22
**reveal** 74:18
**revealed** 74:8
**review** 39:8
48:10 61:15
104:4 150:15
**reviews** 38:6
48:4 60:24
63:25 67:11
68:19 97:10
103:20 112:20

[reviews - second]                                                    Page 33

113:20 121:19
125:15 135:24
139:11 146:16
148:1 150:14
**ride** 28:9
**ridge** 27:17
50:19,22
**ridgewood** 3:7
**riding** 31:19
**right** 17:25
24:3 25:1
30:16 31:2
33:16 37:3
38:7 40:3,10
40:13 41:11
47:2,14 50:8
50:24,25 57:8
58:15 62:23
67:4 69:17,22
70:10 71:1,18
72:12 73:3
74:4 76:19
78:14,24 80:22
81:10,12,15
82:15 84:25
87:5 89:22
91:12,16,18
92:4 98:23
99:13,19
100:17 104:20
105:3,16
106:15 107:2,9
109:3 111:7
113:1,2 114:25

120:22 121:13
121:21 122:13
136:17 138:19
141:6,25
142:18 146:21
149:6 155:20
**rights** 73:23
113:1
**rink** 24:12,13
24:18,19,21
25:20,21,24
26:10 152:10
152:15,18,22
152:25 153:5
**rise** 152:25
153:1
**road** 3:3 7:2
13:16 16:3
20:2,7,10,12,16
20:22 54:15,24
57:5,13 71:8
71:11 103:3
105:6,11,14,22
106:10,11
136:22 137:22
**roadway** 52:5
**roller** 24:8,8
25:5 152:10,15
152:18,22,25
153:5,16
**room** 6:7 8:14
**roughly** 21:7
108:22

**route** 87:12
**rule** 56:13
**ruled** 47:10
56:22 108:3
**rules** 7:21,22
30:6
**ruling** 40:18,21
57:5,10 73:10
**run** 50:24
53:18 102:14
**runs** 50:4 53:3
53:18,24
**rutherford**
62:15

**s**

**s** 2:1 3:1 7:1
35:2 86:4 90:2
92:19 120:10
120:10 127:16
133:23,23
159:5
**sale** 4:18
128:17 140:15
141:5,7 144:3
144:6,14,15,20
144:25 145:3,6
**sales** 139:1
**sand** 29:6,15
**save** 47:5
**saw** 38:18
47:23 49:7
60:10 61:4,13
61:23 78:8

140:2
**saying** 83:5,10
87:8 92:21
111:15 116:18
125:19 138:4
140:14
**says** 39:23 40:8
40:14,20 61:6
62:9,20,24
74:7 88:22
96:19 105:5,8
106:19 107:12
107:15 113:3
114:16,24
121:21 122:4
122:13 125:9
137:1 139:18
139:24,25
142:3 144:15
144:20,21,25
145:2,13,16,25
146:4 147:10
148:10
**school** 75:5
**schools** 75:8,8
75:19,21 76:1
76:4,25
**science** 12:17
**scientific** 95:17
110:20
**scrivo** 3:2
**search** 146:2
**second** 39:21
40:11 112:10

**[second - site]**                                                    Page 34

| | | | |
|---|---|---|---|
| 139:23 145:1 | sees 64:2,5 | share 101:12 | siek 127:15,20 |
| 149:23 | sell 33:17,20 | shared 53:12 | 127:22 129:15 |
| secret 129:12 | seller 142:10,10 | 98:19 126:10 | 129:22 130:1,7 |
| section 97:12 | send 126:18 | sheet 159:1 | 130:10,23 |
| see 40:17 52:2 | 138:4,15 | shepard 3:6 4:5 | 131:5,11 |
| 61:9 63:6 | sending 130:15 | 6:20,21 7:6,8 | 134:16 138:15 |
| 74:11 88:18,25 | 135:18 137:21 | 68:6,9 115:14 | 140:21 149:7 |
| 91:20 102:25 | 137:23 148:18 | 117:9,15,17 | 149:12,16 |
| 103:2 107:3,4 | 148:18 | 124:3,6,8,9 | signature |
| 109:24 118:18 | sense 82:16 | 141:16 142:18 | 104:14,19 |
| 122:17 136:19 | 106:5 113:18 | 142:23 149:22 | 116:2 146:25 |
| 139:18 140:1 | 154:18 | 149:25 150:2 | 147:2 158:17 |
| 141:5,10,11 | sent 125:19,20 | 155:20 | signed 115:1,5 |
| 144:5,21 145:5 | 148:11 149:9 | shopping 16:1 | 142:11 157:18 |
| 146:6,7 153:10 | 149:15,20 | short 27:5 | significant |
| seeing 58:13 | sentence | 53:18 65:7 | 47:24 57:21,23 |
| 128:6 137:13 | 112:10,12 | 68:8,11 117:14 | 57:23 63:7 |
| 140:4 143:24 | 113:23 | shoulders 8:17 | 125:1 126:11 |
| seek 113:4 | september | show 37:23 | 143:7,17 |
| seeking 106:20 | 114:23 115:2,4 | 48:2,17 70:16 | signing 104:16 |
| 107:13,14,21 | series 63:15 | 79:13 80:5,10 | signoff 21:22 |
| 122:6 | seriously 99:6 | 103:18 115:25 | signoffs 21:11 |
| seem 60:2 | 101:21 | 135:20 146:14 | 21:13 |
| seemed 75:14 | services 14:2 | 147:19 150:3 | similar 116:8 |
| seemingly | 151:20 | showing 37:25 | 131:21 |
| 129:6,11 | session 7:24 | 48:24 70:21 | sir 7:10 |
| seems 102:5 | set 112:12 | 71:9 139:9 | sister 79:2 |
| 112:25 146:23 | 114:8 150:5 | 147:21 | sit 38:8 81:7 |
| seen 38:16 49:5 | 158:8 | shown 52:14 | 120:24 |
| 50:6 60:1 | setting 72:19 | shrug 8:17 | site 20:19 21:24 |
| 65:14,21 66:3 | settlement | sic 97:6 98:15 | 21:24,25 26:22 |
| 87:9 91:2 | 86:10 101:12 | side 14:15 | 27:3,6,7,10,16 |
| 102:2 136:8 | 139:18 154:15 | 40:22 50:19,22 | 27:17,18,19 |
| 139:20 146:17 | | 51:1 94:20 | 28:3 29:20,21 |

30:18,20,21
31:10,15 32:2
36:3,8,9,11,15
37:1 39:7
40:15,19 42:4
42:5,22 43:7
47:20 57:22
58:7 64:13,14
76:1,23 79:22
82:1 85:24
86:7 99:23
122:1,2 152:12
152:15,20,23
154:22 155:4
**sites** 27:19
28:18 29:25
37:12
**situation** 11:23
30:13 116:21
128:16 133:20
**situations**
131:21
**size** 155:10
**skate** 25:9,12
**skating** 25:5
**slavery** 87:24
**sliver** 102:17
**slope** 53:3,8
58:3
**slowing** 103:13
**small** 102:16
**soak** 31:22
**society** 43:2

**sole** 16:17
18:25 19:4,17
**solely** 116:16
**solids** 28:3
**solvents** 28:6,7
**somebody** 45:3
129:9
**somerset** 72:3
94:11,14 98:7
**somewhat**
123:11
**sorry** 13:2
32:13 40:9
54:7,9 67:1,3
68:15,21 69:19
72:11 85:20
97:19 101:3
105:18 112:7,8
123:4 131:2
**sort** 64:24
**sounded**
110:19
**sounds** 123:25
**south** 87:11
90:18
**southern** 27:21
87:22,23 88:6
88:23
**space** 83:1 84:4
90:8,15 153:13
153:15
**speak** 56:25
82:2,22 87:21
88:17 127:13

130:3,5 134:20
138:16
**speaking** 9:4
30:21 42:8
70:21 71:17
79:23 93:3
98:2,25 102:22
104:23 130:15
**specific** 93:15
**specifically**
59:13 82:8
97:3 116:16
**specificity**
114:8
**spoke** 26:22
82:16,18,21
83:1,1,2,6
89:14 104:25
130:9 138:7
148:17
**spoken** 83:15
103:1 131:22
**spot** 48:23 53:3
58:3
**spread** 28:10
31:15
**spreadsheet**
109:15 141:9
142:3 143:23
144:16,22
150:23
**spreadsheets**
141:4

**square** 16:1
110:14
**stalled** 35:20
**stamped** 4:22
142:25 143:20
**stand** 50:25
63:9
**standing** 20:4
23:3 24:21
26:2
**stands** 20:18
67:15
**start** 20:12
24:13,14 31:18
71:11 104:2
117:11 139:14
151:8
**started** 43:6
71:18 72:1
**starting** 82:22
118:17 154:17
**starts** 102:19
112:10,17
**state** 2:5 52:11
76:8 111:3
155:25 158:4
**stated** 67:19
74:23 102:23
**statement**
87:15
**statements**
91:4 92:7 96:7
114:18,19

**states** 1:1 58:23
  63:12 76:8
  87:22,22,23
  88:6
**stating** 6:18
  69:10
**station** 50:3,9
  50:10,11,16,20
  50:23 51:3,15
  51:20 52:6
  53:2 54:16,25
  55:11,15 56:2
  56:9 57:6,13
  64:3,7 67:25
  68:25 71:24,25
  72:1,4,6 77:10
  79:24 82:19
  93:21 94:4,7
  94:13,20 97:13
  98:5,20,22
  99:5,8,13
  101:5,22,25
  102:12
**station's** 51:4
**stations** 50:17
**stavitsky**
  120:10
**steep** 53:3,8
  58:3
**stenographic**
  2:1
**stevens** 7:2
  13:16 16:3
  105:11 106:10

136:22 137:22
**stick** 44:6
  141:19
**stipulations**
  5:12
**stop** 26:7
**stopped** 138:5
  141:1
**storing** 26:11
**story** 27:5 65:7
**street** 3:6 14:25
  77:13 136:23
**strike** 34:20
**structure** 24:23
  110:15
**studies** 82:25
**study** 13:1
**stuff** 26:11
**subject** 30:22
  40:22 114:16
**subjects** 13:1
**submit** 42:15
  83:11 150:4
**submitted** 42:7
  42:12 44:1
  150:5
**subscribed**
  157:18 159:22
**subsequent**
  146:3,4
**succeeded** 77:5
**suddenly**
  129:10 130:17
  130:17

**sufficient** 63:13
**suggest** 78:2
**suing** 49:14
  58:17
**suit** 46:17
**suite** 7:2 16:6
  105:6,8,9
  106:12
**sum** 27:5
**summation**
  59:23
**supplement**
  35:24 37:22
  69:20,25 70:11
  70:25 81:16
  107:2 109:17
  114:25 115:18
  115:22
**supplemental**
  150:6
**supplemented**
  107:16
**support** 5:1
  55:9 63:13
  69:24 71:9
  114:9 115:9
**supports** 69:2
**suppose** 14:21
  69:9 81:2
  86:11
**supposedly**
  131:20
**sure** 7:20 14:16
  21:20 24:22

26:17 27:2
33:10 34:9,9
36:13 38:5,25
41:16 44:17
52:18 55:10
57:7 60:22
61:2,12,20
62:3 66:10,11
70:12 71:2
73:17,18 80:9
80:14 81:4
83:7 88:8
91:17 93:17
97:9 99:25
100:14 101:8
102:11 107:17
110:22 119:7
129:20 131:4
132:23 134:9
134:12 141:17
142:8 148:20
149:1 150:12
152:22
**surrounding**
  59:18 68:3
  77:23
**sworn** 7:3
  158:7 159:22

**t**

**t** 2:1,1 3:1
  45:13,14 85:10
  120:10,10
  143:9 157:2

158:1,1
**tactics**  67:18
 68:14,24 71:8
 71:15,16
**take**  8:8 17:23
 27:12 33:24
 38:1,5 48:7
 49:8 68:4,6
 82:23 99:6
 143:13,14
 144:9 150:9
 154:12
**taken**  2:3 26:5
 26:21 49:20
 56:19 68:8
 117:14 157:7
 158:12
**takes**  42:21
**talk**  89:4 94:2
 129:9 130:2
 140:22
**talked**  56:20
 88:11 91:23
 95:6 114:7,14
 115:16,17
 116:24 152:10
 153:25
**talking**  22:22
 22:24 42:17
 46:18 53:22
 61:1 68:10,24
 71:7 88:11,13
 88:14,23,24
 89:21 90:14,17

100:14 112:25
117:2 118:1
123:23 124:10
133:5,6 151:15
153:24
**tax**  4:18 19:14
 117:11 118:1,4
 118:16 119:4
 119:13,23,25
 120:5,12,16,25
 121:5 122:14
 123:20,20
 128:15,16,17
 128:19,22
 129:23 131:13
 131:25 132:12
 132:19 133:1
 133:12,15
 134:1 135:13
 135:14,15
 136:13,17
 137:13 138:4
 138:23 139:1
 139:18 140:3
 140:15,19
 141:4,8 142:3
 142:9 143:1,2
 143:13,15,22
 144:16,22
 145:21 148:11
 148:23
**taxed**  118:19
**taxes**  108:2
 118:10,17

119:25 122:19
122:22 123:8
124:11,13,18
124:19,21,23
124:25 125:3,6
125:12,18,23
126:11,14,19
127:14 129:10
129:16,16
130:18 131:13
133:19 134:5
138:9,10,17,21
140:8,20,23
143:5,7,17
145:8 146:3,4
146:12,23
147:14
**taxing**  123:13
 123:16 125:10
 126:6
**td**  4:19
**technology**
 12:19 13:4,5
**tell**  8:7 17:9
 115:19 132:18
**tenant**  25:16
 26:14
**tenants**  25:25
 26:7
**tennis**  24:15
**term**  23:5
 85:15,17
**terms**  7:21
 152:11

**terrain**  52:25
**test**  38:10
**tested**  28:25
**testified**  7:3
 22:7 84:20
 115:13
**testify**  10:19
 81:19
**testifying**  22:20
**testimony**  6:12
 8:1 81:24
 82:10 84:11
 157:7
**thank**  7:11
 108:18 152:8
**thereof**  63:11
**thing**  38:9 48:6
 82:19,21
 103:21 104:10
 109:4 112:23
**things**  8:18
 14:8 28:4
 29:19 37:22
 42:23 43:8
 50:2 51:11
 58:13 59:24
 60:1 61:19
 64:18 65:3
 67:19,20,25
 69:11,16 70:5
 70:20 71:2,3
 75:13 77:11,21
 81:9 82:14
 83:6,8 84:4,5,7

| | | | |
|---|---|---|---|
| 84:15 87:14 | 71:12 73:22 | **third** 113:4,6 | 130:5,9,11 |
| 88:15,22 91:16 | 74:22,23 76:9 | **thirds** 106:19 | 134:2,3,4 |
| 91:19 92:1 | 76:19 78:16,17 | **thought** 15:3 | 138:9,12,14 |
| 93:4,11 94:8 | 81:8,12,23 | 36:15 55:5 | 139:3,4,6 |
| 94:18,23 95:25 | 82:21 83:3,16 | **thoughts** | 140:6,12 |
| 98:18 101:10 | 83:17 84:4,10 | 115:23 | 144:10 155:22 |
| 103:13 104:8 | 84:11,12,14 | **thousands** | 156:1 |
| 106:6,9 109:15 | 85:17 86:4,9 | 107:23 | **times** 7:15 |
| 117:7,7 122:10 | 86:12 88:8,10 | **thumb** 110:18 | 63:23 117:8 |
| 122:12 126:22 | 89:20 90:6,22 | **tied** 65:7 | 124:25 125:1 |
| 129:7,11 | 91:3,6,15 92:9 | 154:18 | 126:13,20 |
| 130:20,21 | 92:22,23 93:17 | **time** 7:18,22 | **titled** 13:13 |
| 131:13 132:17 | 93:18 97:15 | 9:5,22 11:12 | **today** 7:9,11 |
| 133:15 140:13 | 98:16 100:11 | 11:16 16:25 | 8:2 9:11 10:18 |
| 154:21,22 | 100:20 102:9 | 17:12 19:5 | 19:13 46:19 |
| **think** 7:19 | 108:17,23,24 | 21:1,19 22:23 | 73:4 81:8 |
| 10:15,15,17 | 111:18,23 | 25:11 26:1 | 115:19 120:24 |
| 11:19 17:6,11 | 115:20 116:8 | 27:12 35:18 | **told** 55:8,11,12 |
| 18:13 19:6,19 | 117:4,5,5 | 37:14 38:5,18 | 100:6 |
| 19:20 24:15 | 119:15,16 | 42:21 43:4,18 | **tomko** 85:9,12 |
| 26:5 33:2 | 120:17 124:1 | 45:16 46:14,16 | 86:6,8 87:8,8 |
| 34:21 35:4 | 127:16,24 | 48:13 49:7 | 91:4 95:13 |
| 40:6 42:25 | 128:2,4,8 | 50:17 52:1 | 114:20 |
| 43:14,21,22,24 | 132:4,5,7,11 | 53:13 64:11,18 | **took** 8:7 68:10 |
| 44:3,13 46:25 | 133:18 134:1 | 77:18 81:18 | 123:2 143:17 |
| 47:23 48:12,13 | 136:11 138:12 | 85:23 88:13,13 | **top** 11:20 17:7 |
| 49:8,13 50:14 | 140:11 143:15 | 96:6 107:21 | 28:9,10 35:21 |
| 51:4 54:3,20 | 143:21 144:8 | 109:1,11,14,21 | 45:17 69:20 |
| 55:3,5,20 | 146:19 147:10 | 113:12 122:22 | 70:10 78:13 |
| 56:15,22 58:24 | 148:21 149:5 | 123:3,4,15 | 81:10,13 83:9 |
| 60:13 61:4,13 | 150:9 151:10 | 124:10,19,22 | 92:15 111:7 |
| 61:23 62:19 | **thinking** 25:17 | 125:2,17 | 120:13 123:11 |
| 66:2,22 67:20 | 35:21 70:2 | 126:12 127:22 | 126:8 139:18 |
| 69:19 70:9 | 91:20 111:8 | 127:25 128:1 | 142:2 145:14 |

**[top - truthfully]**                                                        Page 39

| | | | |
|---|---|---|---|
| 150:23 | 64:2,5,6,8 | **towns** 62:20,21 | 102:12 |
| **topic** 124:5 | 65:20 67:24 | 63:9 64:4,19 | **trains** 50:24 |
| **topics** 117:10 | 68:1 69:11,12 | 65:9,15,16 | **transcript** 9:6 |
| **torn** 26:4 | 70:22,23 71:21 | 68:3 77:23 | 10:5,7 82:7 |
| **total** 57:25 | 74:13,22 75:1 | 83:17,20 87:10 | 88:12 155:25 |
| 108:21,23 | 75:3,4,14,16,18 | 88:21 92:8,10 | 157:6,8 158:6 |
| 110:12 111:5 | 76:3,10 77:3,4 | 92:25 102:4 | **transcripts** |
| 142:4 144:5,15 | 77:6,11,18 | **township** 1:25 | 84:16 89:19 |
| 144:25 145:5 | 78:8,11 79:12 | 6:1 | 90:14 91:24 |
| 146:4 | 80:16,18 87:10 | **tracks** 102:19 | 92:14 93:2 |
| **totally** 30:12 | 91:8,11 92:5 | **trade** 13:14,21 | **transform** |
| 56:25 | 93:11,22 96:9 | 13:24 15:7 | 24:17 |
| **touch** 36:9 | 96:14 98:6,19 | **trading** 14:14 | **transformed** |
| 126:16 140:22 | 98:21 99:6 | 14:15,17,23 | 24:19 |
| **touched** 36:22 | 100:19,21,23 | 15:6 | **transportation** |
| **touching** 21:25 | 101:10,17,23 | **traditional** | 52:12,17 96:23 |
| **towards** 25:17 | 102:5,23 103:5 | 123:20 | 96:25 97:14 |
| 74:9,13 79:14 | 108:2,12 | **traffic** 77:12,16 | 99:12 |
| 80:7,11 114:11 | 118:15,17 | **train** 50:3,4,9,9 | **treated** 30:10 |
| 115:11 | 123:13 125:19 | 50:11,16,16,19 | **trial** 10:9 11:3 |
| **town** 20:20 | 125:20 126:12 | 50:23 51:15 | 11:4 12:2 |
| 21:3 23:6 | 126:15,23 | 52:6 53:2 | 120:15,17,25 |
| 34:15 39:25 | 128:18 129:8 | 54:15,25 55:11 | 121:9 |
| 40:5 41:5,5 | 130:17 131:14 | 55:14 56:2,9 | **tried** 33:17,20 |
| 42:9,18 43:16 | 132:5,7,17 | 57:6,13 64:3,7 | 49:17 |
| 43:18,19,20 | 135:15 137:20 | 67:25 68:14,25 | **triple** 118:19 |
| 44:4 47:3 | 138:8,15 | 71:24,25 72:1 | **tripled** 108:2 |
| 49:20 50:2,7 | 147:12 148:19 | 72:4,6 77:10 | 118:17 |
| 51:12,13,19,23 | 149:2,20 | 79:23 82:19 | **truck** 58:13 |
| 51:24 52:4,10 | 154:14,16,19 | 93:20 94:4,7 | **true** 76:2 157:9 |
| 52:13 53:10 | 154:20 155:8 | 94:13,20 97:13 | 157:13 158:5 |
| 54:14 55:13 | **town's** 50:13 | 98:5,20,22 | **truth** 8:7 |
| 56:13,17 58:7 | 51:16 52:2 | 99:4,7,13 | **truthfully** |
| 60:4 63:18,21 | 67:16 99:14,16 | 101:5,22,25 | 10:19 |

[try - victor]                                                    Page 40

| | | | |
|---|---|---|---|
| **try** 65:12 98:22 100:24 108:25 121:25 | **under** 6:12 7:3 30:5 65:11 75:6,7 76:8 118:2 131:11 146:23 147:10 157:7 | 140:24 **understanding** 41:2 102:6 135:13 | **used** 10:8,24 34:17 57:3,18 62:1 67:19 93:14 138:4 152:16,22 |

**try** 65:12 98:22
  100:24 108:25
  121:25
**trying** 43:6
  53:15 67:17
  72:25 121:7
  154:14
**turn** 17:24
  60:16 74:4
  112:2 114:6
  121:14 143:19
**turned** 29:8
  84:14
**turns** 28:5
**two** 54:3
  106:19 139:17
**type** 14:19 15:2
  15:4 30:17
  32:1,9,22 57:5
  80:6 82:25
  111:6 149:7
**typed** 10:4
**types** 37:13

**u**

**u** 7:1 45:13,14
**u.s.** 61:7 62:1
**uh** 8:18,18,18
**ultimate**
  103:16
**ultimately** 39:9
  47:10
**umdash** 54:18
  54:20

**under** 6:12 7:3
  30:5 65:11
  75:6,7 76:8
  118:2 131:11
  146:23 147:10
  157:7
**underlie**
  142:11
**underlying**
  75:12 76:9
**underneath**
  110:16 136:18
**underpinnings**
  90:24
**understand** 8:4
  8:6 9:22,24
  10:6,13 20:17
  21:23 27:4,14
  27:22 28:7,14
  28:22 30:2,11
  30:19 31:21
  36:13 38:25
  40:20,24 41:16
  44:17 50:6,17
  51:7 52:19
  57:7,17 59:11
  59:17 64:15,20
  64:25 65:8,13
  70:24 75:6
  76:6 78:8 88:3
  96:16 99:9
  101:11 109:19
  112:5 118:13
  128:17,19

  140:24
**understanding**
  41:2 102:6
  135:13
**understood**
  66:10 130:20
  137:18
**unfair** 125:12
**unfortunate**
  43:18
**united** 1:1
  58:23 76:8
**units** 32:12,14
  32:15,17,25
  33:4 66:8,8,12
  66:15,21 79:22
  101:12
**university**
  12:20
**unpacking**
  117:11
**unreasonable**
  49:25
**unreasonably**
  39:15 63:22
**unsure** 125:4,7
**upper** 87:13
  90:6
**usable** 56:25
**use** 51:6 53:15
  64:5 75:7,20
  75:25 76:22
  93:25 95:9
  109:24

**used** 10:8,24
  34:17 57:3,18
  62:1 67:19
  93:14 138:4
  152:16,22
**user** 26:9
**uses** 29:25
  110:7 111:1
**using** 28:3
  58:12 87:9
**usual** 17:22
  126:22
**usually** 56:16
  88:3 129:9,9
  130:15,22

**v**

**v** 22:13 120:10
  159:2
**vaguely** 153:12
**valid** 57:10,18
**vap** 4:20 13:14
  13:24 14:18
  147:20
**variances**
  153:1
**various** 49:19
**veering** 123:25
**venue** 123:18
**verbalize** 8:16
**verbally** 6:11
**veritext** 159:1
**victor** 90:2
  131:12

| | | | |
|---|---|---|---|
| **view**  44:4,4 | 32:10,22 33:6 | 108:22 110:10 | 52:14 60:16,21 |
| **village**  3:3 | 33:7,10,11,17 | 111:22 113:6 | 61:2,18,20 |
| **violations**  73:5 | 33:21,25 34:1 | 114:10 116:9 | 62:6 65:21 |
| 73:11 | 34:5,15 35:7 | 116:12,15 | 69:7 75:18 |
| **vs**  1:7 | 35:10,11,14,19 | 117:3 118:5,9 | 77:16 80:19 |
| **w** | 36:1,4,8,10,12 | 118:15 119:3 | 92:22 93:1 |
| | 36:16,23,25 | 119:14,19 | 97:8 99:20 |
| **w**  35:2 86:3 | 37:5,16 39:6 | 120:7 121:22 | 102:5 103:21 |
| 157:2 | 39:14 40:8,14 | 122:1,14,15 | 104:1,24 109:7 |
| **wait**  8:21 | 40:23 42:13 | 123:8 124:12 | 112:5,15 |
| **waive**  6:15 | 45:6 46:6,8,9 | 124:19,20,23 | 113:17 114:6 |
| **waiving**  114:17 | 47:3,6,7,20 | 125:11,18 | 116:1 117:10 |
| **wall**  14:25 53:8 | 48:1 49:11,16 | 127:8 129:22 | 117:18 121:16 |
| **walling**  29:4 | 49:18,21 50:4 | 131:14 132:1 | 121:17 128:23 |
| **wallington**  1:3 | 51:1,2 52:17 | 132:20 133:2 | 128:25 129:12 |
| 1:4,8,8 4:13 | 52:21 55:2 | 133:13 134:1,4 | 132:10,21 |
| 7:2 11:25,25 | 59:2 60:7,13 | 134:11 135:1,8 | 133:3 139:12 |
| 12:4,5,7,12,13 | 61:14 62:14,16 | 136:14,21,22 | 141:17,19 |
| 13:17 15:10,20 | 62:17 63:9,9 | 137:2,6,9,10,11 | 142:7,8,19 |
| 15:23,25 16:1 | 63:21 64:13,14 | 137:18,21,25 | 144:12,24 |
| 16:3,15,23,25 | 65:20,25 66:1 | 138:16 139:4,5 | 150:12,15 |
| 17:4 18:1,3,4 | 66:11 67:17 | 139:6,7,24 | **wanted**  28:13 |
| 18:11,15,17,18 | 69:2 71:17 | 140:7 143:12 | 55:10,15 |
| 18:22 19:8,11 | 72:4 77:13,15 | 150:25 151:1,3 | 103:23 113:2 |
| 19:18,24 20:3 | 77:21 78:1 | 151:6 154:11 | 132:8 142:21 |
| 20:10,11,13,21 | 81:3,19 83:4 | 159:2,2 | 155:9 |
| 22:1,1,8,22 | 87:13 88:16,20 | **wallington's** | **wanting**  75:13 |
| 23:1,6,9,14,23 | 88:21 90:6 | 4:15 26:25 | 75:17 92:8 |
| 24:1 25:20,24 | 92:21 93:1 | 51:5 | 93:10 96:9 |
| 26:19 27:9,18 | 94:12 98:7 | **walter**  86:3 | 103:1 |
| 27:19,21 29:5 | 100:22 101:23 | 94:2 | **war**  87:23,25 |
| 29:9,11,11,20 | 102:4 105:21 | **want**  9:12 41:7 | 88:4,7 |
| 30:17,25 31:11 | 106:7,10 | 48:6,21 50:13 | **warehouse** |
| 31:17 32:2,8 | 107:12 108:20 | 51:7,9,20 | 24:5 25:25 |

**[warehouse - yeah]**                              Page 42

26:2,3,12,14
**wargacki** 86:3
**wasko** 35:1
37:16
**water** 155:3,3,6
155:9
**way** 21:23 23:5
30:12 51:20
53:2 65:7,17
78:8,9 102:7,9
105:8 106:19
108:8,12
109:21 113:1
119:16 121:17
132:8 135:15
136:21 138:11
**ways** 21:25
30:14 69:13
89:3 108:12
119:1,2 120:2
131:21
**we've** 13:24
15:4 34:11,12
34:17 39:18
46:17 49:3,24
80:21 90:22,23
108:5 109:14
115:16,17
117:2 135:21
146:14
**weeds** 51:2
**week** 49:9
**went** 29:13
39:8 41:5

46:21
**west** 92:22
**westmont**
94:16 97:13
**whatchamaca...**
84:2
**white** 60:12,12
62:10,25 63:1
63:8,10 68:2
69:1 77:5,22
88:20 96:21
97:6,22 98:15
**wishes** 155:24
**withdraw** 41:6
42:20
**withdrawn**
40:5 41:3,5,8
41:12 42:16
153:23 154:7
154:10
**withdrew**
41:18,20
**withheld**
122:14 124:12
124:13 131:25
133:12
**withhold**
122:18
**withholding**
123:8,9 129:16
129:23 132:19
133:1 134:5
**witness** 4:3 5:8
6:11 38:6 48:4

48:10 60:24
63:25 67:11
68:19 97:10
103:20 110:7
111:1 112:20
113:20 121:19
124:4 125:15
135:24 139:11
146:16 148:1
150:14 156:4
158:7
**witnesses'**
159:3
**wonderful** 50:6
**wood** 27:17
29:18 50:19,21
**words** 40:25
59:16,16 89:23
**work** 21:24,25
22:6 26:22
30:20 35:6
36:3,8,9,12,15
36:25 37:1,8,9
46:23 53:8
55:16 93:24
154:15
**worked** 34:12
46:21 64:10
101:10 124:17
127:23 134:10
**working** 14:4
16:9 110:23
127:24

**world** 42:25
**wright** 27:15
27:16,23 28:3
28:13,13,15,16
28:17 31:10,14
31:25
**writing** 69:9
147:4
**written** 45:18
69:7 70:15
71:7 94:21
104:21 135:9
153:11,20
**wrong** 39:11
110:14 135:12
**wrote** 149:12

**x**

**x** 1:2,10
**xi01776** 158:19
**xio1776** 1:24
2:4

**y**

**y** 90:2 120:10
**yeah** 14:7 15:6
29:10 32:5
34:2,17 37:4
38:10 44:5,19
48:9 52:9
60:18,22 62:16
63:5 67:10
68:18 70:5
71:4 72:21
74:2 79:8

**[yeah - zoom]**                                                    Page 43

80:23 83:7
87:17,18 89:13
92:3 104:5,9
104:11 105:18
110:1,5 115:5
115:14,16
120:23 121:4
124:8 128:8
138:13 142:1
143:21
**year**    34:3,6
108:10
**years**    12:14
33:18,21 43:17
47:3,22 51:5
51:17 54:3
56:9,14 58:2
61:11 85:15
99:16 100:7
119:10,13
**york**    12:20
50:25 92:22
159:1

**z**

**zone**    153:20
**zoned**    108:4
122:7
**zoning**    75:9
153:11,12
**zoom**    8:12

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.