# EXHIBIT I

FILED
MAR 02 2016
WILLIAM C. MEEHAN
J.S.C.

PASHMAN STEIN, P.C.
Scott R. Lippert, Esq. / 01163-1980
21 Main Street - Suite 100
Hackensack, New Jersey 07102
(201) 488-8200
Co-Counsel for Plaintiffs
 New Wallington Home, LLC and
 Morningside at Wallington, LLC
 (SRL-011631980)

McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
Co-Counsel for Plaintiffs
 New Wallington Home, LLC and
 Morningside at Wallington, LLC
 (LSB-044381988)

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, and MORNINGSIDE AT WALLINGTON, LLC<br><br>Plaintiffs,<br><br>v.<br><br>BOROUGH OF WALLINGTON PLANNING BOARD and BOROUGH OF WALLINGTON,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>BERGEN COUNTY: LAW DIVISION<br>CIVIL PART<br><br>DOCKET NO. BER-L-8546-14<br><br>Civil Action<br><br>ORDER |

**THIS MATTER** having been presented to the Court by way of plaintiffs' application for an Order in aid of litigant's rights on February 18, 2016, Scott R. Lippert, Esq. of Pashman Stein, P.C. and Lisa S. Bonsall, Esq. of McCarter & English, LLP appearing for the Plaintiffs, New Wallington Home LLC and Morningside at Wallington, LLC, and Richard S. Cedzidlo, Esq.

1539257_1

P000034

appearing for Defendants, Borough of Wallington Planning Board (the "Planning Board") and Borough of Wallington, and the Court having considered the record and submissions of the parties and the arguments of counsel, for the reasons set forth in the Court's decision made on the record on February 18, 2016,

IT IS on this 2nd day of MARCH, 2016

ORDERED that:

1. The Planning Board has unreasonably delayed action in connection with the limited remand directed in the Court's May 11, 2015 Order reversing the Planning Board's denial of site plan approval ("Approval Order"). The Approval Order remains in full force and effect and nothing herein shall be deemed to alter it. The purpose of this Order is to clarify the three limited issues remanded in the Approval Order, and the Planning Board shall not require proceedings on any other issues as a condition of site plan approval.

2. Sewer: Plaintiffs shall retain a qualified engineer, at plaintiffs' expense, to prepare a sanitary sewer study to determine whether the sewer line in Main Ave. has sufficient capacity to accept the flow from plaintiffs' development, for submission to the Planning Board. Plaintiffs have advised that Bertin Engineering will perform the sanitary sewer study.

3. Traffic Circulation. The Planning Board may hire a traffic consultant at its own expense to advise plaintiffs as to

2

a safer method to direct traffic at the driveway exiting the roller rink parking lot; provided however, that this traffic study may not be used as a basis for denial of the application. The traffic circulation issue shall be finally resolved by the Planning Board at or before the April 19, 2016 meeting, or deemed approved per the existing plan.

4. Building Height. The Planning Board shall vote to determine whether or not to grant plaintiffs' application for a variance for building height or whether to approve the alternative plan for buildings with a flat roof in compliance with the ordinance height restrictions at or before the April 19, 2016 meeting, or the flat roof design shall be deemed approved per the existing plan.

5. Timing. The Planning Board shall vote to determine all issues described in this Order at or before the April 19, 2016 Planning Board meeting.

6. Other. The New Jersey Department of Environmental Protection ("NJDEP") has jurisdiction over all environmental matters pertaining to the property. Plaintiffs will obtain environmental approval as required by the NJDEP before a building permit is issued but this shall not delay site plan approval. If the Planning Board decides to engage a traffic consultant, it must identify that consultant at the March 15,

3

2016 Planning Board hearing in order to meet the deadlines herein.

**FURTHER ORDERED** that plaintiffs shall serve a copy of this order on counsel for defendants within 5 days of receipt of same.

_____
WILLIAM C. MEEHAN, J.S.C.

WILLIAM C. MEEHAN, J.S.C.
Retired on Recall