# EXHIBIT M

# In The Matter Of:

*In Re: Morningside at Wallington*

*Transcript of Proceedings*
*December 19, 2017*



66 W. Mt. Pleasant Avenue
Livingston, NJ  07039
T (973)992-7650 F (973)992-0666
www.rizmanrappaport.com
reporters@rizmanrappaport.com

*Min-U-Script® with Word Index*

Page 1

```
 1          TOWNSHIP OF WALLINGTON
               PLANNING BOARD
 2
 3
   X-----------------------------------X
 4 In the matter of:
                                 TRANSCRIPT
 5 MORNINGSIDE AT WALLINGTON, LLC     OF
   551 Main Avenue                PROCEEDINGS
 6 Block 71, Lot 35.01
           -AND-
 7 NEW WALLINGTON HOME, LLC
   551 Main Avenue
 8 Block 71, Lot 35.02
   X-----------------------------------X
 9
                Tuesday, December 19, 2017
10              54 Union Boulevard
                Wallington, New Jersey 07057
11              Commencing at 7:55 p.m.
12
13 BOARD MEMBERS PRESENT:
14 TOMASZ BAZEL, Chairman
   DARIUSZ PAWLUCZUK
15 KATHY POLTEN
   THERESA WYGONIK
16 MARK TOMKO, Mayor
17
   BRIAN A. INTINDOLA, PE, Board Engineer
18 DOROTHY SIEK, Board Secretary
19
20
   A P P E A R A N C E S:
21
   MARTIN S. CEDZIDLO, ESQUIRE
22 Attorney for the board
23 SILLS, CUMMIS & GROSS, P.A.
   BY:  KEVIN J. MOORE, ESQUIRE
24 Attorneys for the applicant
25
```

Page 2

```
 1
 2
 3             I N D E X
 4
 5
 6 WITNESS                        EXAMINATION
 7 BRIGETTE BOGART, PP                  4
 8
 9
10
11
12
13
14      EXHIBITS MARKED FOR IDENTIFICATION
15
   NUMBER        DESCRIPTION           PAGE NO
16
   A-11          Spreadsheet of school-age   5
17                 children
18
19
20
21
22
23
24
25
```

Page 3

1  MR. BAZEL: At this point I would
2  like to move on to old business. Applicants for
3  Morningside and New Wallington Home, please step
4  forward.
5   MR. MOORE: Good evening, Mr.
6  Chairman. Just for the record, my name is Kevin
7  Moore with the firm of Sills, Cummis and Gross. I
8  represent New Wallington Home, LLC and Morningside
9  at Wallington, LLC on two related applications.
10 Just to quickly refresh the board's memory,
11 the application for Block 71, Lot 35.02, the New
12 Wallington Home, LLC project, is for amended
13 preliminary and final site plan approval for an
14 approved 134-unit multifamily project, and the
15 application for the adjacent Block 71, Lot 35.01,
16 the Morningside at Wallington Home, LLC project, is
17 for preliminary and final site plan approval and C
18 bulk variances for a 73-unit multifamily project.
19 Both properties have a street address of 551 Main
20 Avenue here in Wallington.
21 As the board knows, this is the fourth hearing
22 on these two related applications. The previous
23 hearings were before the board on May 16th, July
24 6th, July 18th and September 19th.
25 The board cancelled its October 17th meeting

Page 4

1  so the applicants re-noticed to the board's
2  November 21st meeting, and at your November 21st
3  meeting you did take jurisdiction over the
4  applications and continued them to this evening
5  without any further notice but took no other
6  actions and received no testimony on the
7  applications that evening.
8  When the September 19th hearing concluded
9  which was the last full hearing the applicants had
10 completed their case but continued the application
11 to submit an Open Public Records Act request for
12 information relating to schoolchildren which our
13 planner, Miss Bogart, will present this evening.
14 With that, I'd like to just briefly recall
15 Miss Bogart to go over her findings. She's been
16 previously sworn and qualified.
17   MR. BAZEL: Okay, Mr. Moore.
18   MR. MOORE: Miss Bogart.
19   MS. BOGART: Good evening.
20   MR. BAZEL: Hello. Good evening.
21   MS. BOGART: How are you all?
22   MR. BAZEL: Okay.
23   MS. BOGART: So the last time I was
24 here there was a lot of questions with regard to
25 how the school impacts would be to -- specifically

Page 5

1 to Wallington, and from that point on what I did
2 was do an OPRA request to the Board of Education's
3 superintendent, and I've been working with the
4 superintendent very closely to make sure that we
5 had the most accurate information.
6 So what I did -- actually, the superintendent
7 prepared a spreadsheet and I modified it slightly,
8 but I'd like to pass that out to you. I believe
9 that's A --
10     MR. MOORE: A-11, that will be
11 Exhibit A-11.
12     MR. BAZEL: Thank you.
13     MR. CEDZIDLO: Thank you.
14     MR. PAWLUCZUK: Thank you.
15     MS. POLTEN: Thank you.
16     MS. BOGART: You're welcome.
17     (Whereupon A-11, Spreadsheet of
18 school-age children, is marked for identification.)
19     MS. BOGART: So since the previous
20 meeting I went through your tax records and
21 gathered all the block and lots that had
22 multifamily apartment designations, and I forwarded
23 that list of apartment addresses to the Board of
24 Education.
25 They came back and provided me with a number

Page 6

1 of students for each of the addresses, and so
2 you'll see here the first number of lines between
3 the first gray line and the second gray line you
4 have a total of 163 students and a total of 1,206
5 apartments, that equates to a ratio of .135
6 students per unit.
7 Right below the gray line you'll notice that
8 there's two other apartment complexes, the Showhank
9 Realty Homes, one at 13 Reservoir and Brook and the
10 other at 69 Reservoir Avenue.
11 Unfortunately, we were unable to identify
12 exactly the street addresses that were associated
13 with those units and the number of students. So
14 what we did was actually take that out of the
15 equation for now.
16 There are 24 units associated with those two
17 addresses, but it was difficult to cross-reference
18 those with the Board of Education's -- the Board of
19 Education's database.
20 So with regard to the number of units and the
21 addresses that we have above the gray line, as I
22 mentioned to you, we have 1,206 units and we have
23 163 schoolchildren, that equates to a ratio of
24 .135.
25 So if you applied that to the Morningside

Page 7

1 project that is being proposed for 73 units that
2 would approximate 9.8 schoolchildren or ten, and I
3 had previously testified it would be between five
4 and thirteen. So that's very similar or consistent
5 with my previous testimony.
6 If you just look at the Jason Town II
7 Apartment Complex which is the last line before the
8 gray line at 11 to 21 Midland Avenue and 421 Main
9 Avenue there's 674 units, and the reason I just
10 looked at that is because it has a substantial
11 amount of units, and there's 105 schoolchildren and
12 that equates to a ratio of .156 and that would
13 result in 11.372 schoolchildren for Morningside,
14 again, consistent with my testimony of five to
15 thirteen schoolchildren.
16 If you look at Mount Pleasant Village
17 Apartments where the address is 211 Alden Street
18 there's 396 units with 33 schoolchildren at a ratio
19 of .08 schoolchildren per apartment and that's half
20 of what Jason Town is.
21 So that would approximately be about six
22 schoolchildren generated from the proposed
23 Morningside, again, consistent with my previous
24 testimony with regard to the estimates of
25 schoolchildren.

Page 8

1 So I understand that this board is very
2 concerned about how the Wallington school capacity
3 and the estimated schoolchildren locally ranked up
4 to what my testimony was statewide and locally.
5 I think you can see from the numbers provided
6 by your own Board of Education it's very consistent
7 with my testimony previously provided at the last
8 couple hearings and that's basically all I have to
9 say.
10 I know I testified at length with regard to
11 all the variances that we're seeking for this
12 proposal, and I think that my testimony stands on
13 its own for the variances, and I think that this
14 finalizes the last question that the board had with
15 regard to the school impacts and the local impacts
16 for the proposal, and again, I think it's all
17 consistent with my previous testimony.
18     MR. MOORE: Are there any questions
19 for Miss Bogart?
20     MS. WYGONIK: I just have a question
21 just to clarify.
22 So other than those two bigger like Mount
23 Pleasant Village Apartments and the Jason Town the
24 other addresses that you listed are like
25 multifamily units, correct, more than two-family?

Page 9

1   MS. BOGART: There were --
2   MS. WYGONIK: I see some have like
3 five units, some have six units, some have sixteen
4 units.
5   MS. BOGART: Yes, they were all
6 identified as multifamily housing, yes.
7   MS. WYGONIK: Okay.
8   MS. BOGART: And like I said, I
9 specifically called out the ones with the larger
10 number of units just so you can get an idea.
11   MS. WYGONIK: Okay.
12   MR. BAZEL: Okay.  Thank you, Ms.
13 Bogart.
14   MS. BOGART: Thank you.
15   MR. BAZEL: Anybody else have any
16 questions for Ms. Bogart?
17   MS. WYGONIK: I'm still surprised
18 that the ratio is so low.
19   MS. BOGART: I know, everyone always
20 is.
21   MS. WYGONIK: I thought it would be
22 higher, but I guess --
23   MS. BOGART: No, the facts are the
24 facts.
25   MS. WYGONIK: Okay, thank you.  I

Page 10

1 know I was the one pursuing this so thank you for
2 the information.
3   MS. BOGART: No problem, thank you.
4 Thank you.
5   MR. MOORE: That concludes our direct
6 presentation.
7 After public comment -- I know I did make a
8 summation back in September, but I would just like
9 to make a brief summation after public comment
10 given it's been so long since the board last
11 considered the matter.
12   MR. BAZEL: Thank you, Mr. Moore.  At
13 this point I would like to open the meeting to
14 hearing of the citizens.
15 Is anybody here that would like to raise any
16 issues with regard to this application?  I don't
17 see anybody so I will close the hearing of the
18 citizens.
19   MR. MOORE: Mr. Chairman, members of
20 the board, I'd just like to recap.  What we're here
21 for are two distinct applications.
22 The application for Block 71, Lot 35.02, the
23 New Wallington Home, LLC project, is just for
24 amended preliminary and final site plan approval
25 for an already approved 134-unit multifamily

Page 11

1 project.
2 The proposed amendments to that preliminary
3 and final site plan approval are to implement
4 changes relating to just functional changes
5 relating to driveways, parking spaces and trash
6 enclosures and to make it more compatible with the
7 proposed Morningside project.
8 The application for Block 71, Lot 35.01 which
9 is the Morningside at Wallington Home project is
10 for preliminary and final site plan approval and C
11 bulk variances for a 73-unit multifamily project.
12 I'd like to emphasize our testimony has
13 demonstrated that the project is a permitted use,
14 that it complies with the affordable housing
15 set-aside required by the court orders and your
16 ordinances, that the project complies with all
17 stormwater requirements and will not have a
18 substantial negative impact on area traffic.
19 The converted roller rink will be a unique
20 amenity to the residents of the project.  It will
21 be for use of residents of the Morningside Complex
22 and will require a keycard access.
23 However, at the board's request the applicant
24 has agreed -- or at least some board members'
25 request the applicant has agreed to allow the

Page 12

1 township to utilize the building as well for
2 recreational purposes providing a public benefit.
3 Candidly, we would not build a new building
4 that size, but there's no benefit in demolishing an
5 existing building which has been recently renovated
6 and can be a great amenity to the residents and to
7 the community.
8 Our planner, as she noted, has accurately
9 testified and testified at length regarding the
10 requested variances and that they meet the positive
11 criteria for granting them because the purposes of
12 the zoning set forth in the Municipal Land Use Law
13 will be furthered by the requested variances.
14 The requested variances represent an
15 improvement over the existing zoning, and the
16 benefits of granting those variances outweigh any
17 detriments to granting the variances.
18 Likewise, she demonstrated that there's -- the
19 negative criteria of no substantial impairment to
20 the zone plan and zoning ordinance were met, and
21 then we asked for a variance for the open space
22 requirement, but we do not believe under your
23 ordinance that it's required because we believe
24 that the -- the roller rink building being used for
25 active open space which is actually a requirement

Page 13

1  of the ordinance meets that requirement.
2  Therefore, I believe that the requested
3  variances should be granted and the preliminary and
4  final site plan approval should be granted, and I
5  think Miss Bogart has also demonstrated this
6  evening and in her testimony last evening that even
7  though it's not a real legal basis for a decision,
8  the impact by this development on the generation of
9  the number of schoolchildren will be minimal.
10 I also thank the board for various
11 improvements with respect to access that we made at
12 your suggestion, and I would urge that the board
13 grant this approval.  Thank you for all the time
14 you've put into this and your consideration.
15     MR. BAZEL: Thank you, Mr. Moore.
16 From our last meeting a number of board members
17 raised issues with regard to variances required,
18 and as I recall, most of those variances would not
19 be even seeked(sic) if it wasn't for the building
20 that's actually sitting on the property.  As I
21 recall, about 90 percent of variances would be --
22     MR. MOORE: It wasn't 90 percent.  I
23 would say it was about four or five variances that
24 are required because of the building because, don't
25 forget, you got the two separate lots.

Page 14

1  Let me just pull something out here, and I'll
2  let Miss Bogart correct me if I'm wrong.  She's
3  still under oath and qualified, and she can kick me
4  or just tell me to shut up if I get this wrong, but
5  the only two variances the first one was for
6  building height and that was not required due to
7  the roller rink.
8  The second one was for parking setback on Main
9  Avenue which, again, is not required because of the
10 roller rink.  The buffer to Main Avenue which is
11 related exactly to the parking is, again, not due
12 to the roller rink.
13 The building coverage I -- I think the roller
14 rink does contribute to the building coverage
15 variance.
16     MS. BOGART: That's correct.
17     MR. MOORE: I'm not looking at you,
18 I'm looking at her because she's nodding whether I
19 get it wrong or right.
20 With respect to Item 5 which is lot coverage,
21 again, that would be -- that was from, you know,
22 but to give a perspective on building coverage it's
23 30.02 versus 25, and on lot coverage it's 83.02
24 versus 75 percent that would be due to the roller
25 rink.  Open space 17.1 versus 30 percent required.

Page 15

1  Again, we believe that the roller rink
2  actually meets that and we put the variance proofs
3  in, but we don't actually believe that it's a
4  required variance, and those are the -- and then
5  the other variance for the monument sign is,
6  likewise, not required due to the fact of the
7  roller rink.  It would be required anyway.  Am I
8  missing any other variances?
9     MS. BOGART: No.  The only other two
10 were the building separation which --
11     MR. MOORE: Right, building
12 separation which --
13     MS. BOGART: -- depends on how it's
14 designed.
15     MR. MOORE: Yeah.
16     MS. WYGONIK: So how many variances
17 total?
18     MR. MOORE: I would say three if you
19 were giving the benefit of the two.  The building
20 coverage, the lot coverage and --
21     MS. WYGONIK: We had a lot more than
22 that, three.
23     MR. MOORE: And then I was going to
24 say and then the building separation could be
25 argued to be due to that.

Page 16

1     MS. WYGONIK: I thought we had like
2  eight variances.
3     MR. MOORE: I have -- I have seven.
4     MS. WYGONIK: Well, seven.
5     MR. MOORE: Right.
6     MS. WYGONIK: Oh, I thought you said
7  three?
8     MR. MOORE: No, you said how many
9  were due to the building coverage.
10     MS. WYGONIK: No, no, no, no.  How
11 many variances total?
12     MR. MOORE: I mean, not the building
13 coverage, to the roller rink.  Of those seven I'm
14 saying three.
15     MS. WYGONIK: Okay, but there's total
16 seven variances --
17     MR. MOORE: Yes.
18     MS. WYGONIK: -- that you're seeking,
19 okay, with this application?
20     MR. MOORE: Yes.
21     MS. WYGONIK: All right, fine.  Well,
22 I still have the same concerns because to approve
23 an application that requires seven variances I'm
24 not comfortable voting on that application and
25 approving that application.

Page 17

1  We have an obligation to the citizens of this
2  town.  I mean, those apartments will look nice.
3  There's going to be plenty of space around.
4  However, with that recreation building it's
5  limiting the space around those apartments.
6  They're becoming very compact and very tight, and
7  citizens aren't going to like that.
8  They're going to come back and say, Why did
9  you approve this application when everything is so
10 tight and compact?  So I still have major concerns
11 with those seven variances, that's -- that's my
12 opinion.
13      MR. MOORE: And --
14      MS. WYGONIK: Any other board members
15 have any other, you know --
16      MS. POLTEN: At the last meeting that
17 you were here in September I had brought up about
18 insurance, who's going to monitor the facility if
19 you were to have this recreation center, and also
20 two, the amount of people that would be allowed and
21 where would you park -- have them park?
22      MR. MOORE: Well, there's -- there's
23 plenty of parking in the vicinity on this
24 development.
25 I mean, we're meeting your ordinance

Page 18

1  requirements, but it's actually as a practical
2  matter over-parked by, you know, industry
3  standards, and insurance and handling that could be
4  worked out in condition compliance in the
5  developer's agreement.
6      MS. POLTEN: And also, two, the flow
7  of traffic on the one side of the building.
8  It can only be a one way because it's too
9  narrow for a two way up until a certain point which
10 your drawings had shown.
11      MR. MOORE: But we've widened --
12 we've -- we've widened the road as part of the --
13      MS. POLTEN: How do you widen that
14 part because I'm very familiar with that area?  How
15 would you widen it because right next door is the
16 driveway that goes into --
17      MR. MOORE: We have 6 --
18      MS. POLTEN: -- Jason Town.
19      MR. MOORE: Just to give you the
20 exact number, we have 66 extra parking spaces from
21 the parking requirements of the municipality.
22      MS. POLTEN: Well, I know the
23 facility of Retro Fitness alone over there there's
24 cars you wouldn't believe are all over the parking
25 lot and there's more than 66, I guarantee it.

Page 19

1      MR. MOORE: Yeah, but Retro Fitness
2  is a business.
3  This would be something if there was like a
4  town, you know, soccer game or something that had
5  to do with indoor soccer or basketball.
6      MS. POLTEN: That's it.  How would
7  you accommodate all these people?
8      MR. MOORE: Like I said, we got 66
9  extra parking spaces, and I think we could
10 accommodate them.
11      MS. POLTEN: And with the tenants who
12 rent from you, would they like it if the town
13 people joined in in a facility that should really
14 be for them?  I know I would be upset.
15      MR. MOORE: Well, they would have it
16 the majority of the time, and as I said, that was
17 something that the board requested.  If the board
18 doesn't want us to do that then we don't have to do
19 that either.
20      MS. POLTEN: I just -- I just can't
21 see where it would be conducive to have this
22 facility at all.
23      MR. MOORE: But, I mean, it's a --
24 you know, it's a facility, it's in good shape, it
25 provides, you know, remarkable recreational

Page 20

1  opportunities, and it just seems a shame to tear it
2  down.
3      MR. BAZEL: Well, the other option is
4  to limit number of units for development to be
5  compliant with all the requirements.
6      MR. MOORE: Well, that's -- I mean,
7  you know, that's part of the affordable housing,
8  you know, requirements, and you guys should want
9  that to make sure you're compliant with, you know,
10 your affordable housing requirements as well.
11      MR. BAZEL: Any other member would
12 like to voice their opinion on this?  Well, if not,
13 then we need a motion on the application.
14      MS. WYGONIK: I would like to make a
15 motion to approve the application on the condition
16 that the recreation building is eliminated because
17 I don't feel comfortable voting for it.  I will not
18 vote for the recreation building.  So that's --
19 that's my --
20      MS. POLTEN: I'll second that.
21      MR. BAZEL: Can we do that?
22      MR. CEDZIDLO: That's the problem,
23 you can't do that.
24      MS. POLTEN: You can't do that?
25      MS. WYGONIK: Why not?

Page 21

1    MR. BAZEL: Because you're voting on
2  the application.
3    MR. CEDZIDLO: If you just remove the
4  building everything else -- you still need
5  variances for everything else.
6  You have to reconfigure the entire -- because
7  right now the roads, the setbacks, everything is
8  conditioned upon this building being there.
9    MS. WYGONIK: I understand that,
10 yeah, but it's making everything tight and
11 everything compact.
12   MR. CEDZIDLO: Yeah, but procedurally
13 what you have to do is you have to vote to deny the
14 application as submitted.
15   MS. WYGONIK: Okay.
16   MR. CEDZIDLO: That would allow the
17 applicant to come back with a new application that
18 doesn't have the recreation in it.
19   MS. WYGONIK: All right.  Then I
20 withdraw my motion.
21   MS. POLTEN: Wasn't the original --
22 the judge's orders that that building was not
23 included?
24   MR. CEDZIDLO: No, no, no.
25   MS. POLTEN: How was --

Page 22

1    MR. CEDZIDLO: The original
2  settlement of the Mount Laurel litigation was for
3  density of units.
4    MS. POLTEN: Yeah.
5    MR. CEDZIDLO: And the -- that the --
6    MS. POLTEN: Refresh my memory.
7    MR. CEDZIDLO: See, that was a
8  commercial site.  If it was going to be developed
9  it can be developed for residential purposes with
10 certain density, and here, they're compliant with
11 the density requirements --
12   MS. POLTEN: Right.
13   MR. CEDZIDLO: -- but they -- they
14 wanted to keep this recreation building as part of
15 it.
16 So the application as submitted would -- would
17 be -- what Theresa is suggesting is that, I won't
18 vote for it, which would be actually to deny the
19 application as submitted, not that, I'll approve it
20 if you make changes, because we don't know what the
21 changes are.
22   MS. POLTEN: Right.
23   MR. CEDZIDLO: So it would be a
24 denial, and -- and we -- we have this all the time.
25 We -- I'm trying to think if it's the planning

Page 23

1  board or zoning board since I do both.
2  I think it was the zoning board where we had a
3  property that submitted an application, it was
4  denied.  They submitted an application, it was
5  denied.  They submitted an application, it was
6  approved.
7  They made the changes that the board said,
8  This is what we would -- what we would like to see
9  there and remove certain variances.
10 So it doesn't mean that the property can't be
11 developed.  It just means it can't be developed
12 under this plan.
13   MR. PAWLUCZUK: So they have to do a
14 new plan first.
15   MR. CEDZIDLO: Which they would have
16 to draw a new plan, and they can still build the
17 amount of units.
18 They just have to reconfigure the -- the units
19 and -- and its location on the property and what
20 variances they may or may not need.
21   MS. WYGONIK: Okay.  So I make a
22 motion to deny the application, reject the
23 application as is.
24   MR. BAZEL: Second?
25   MR. PAWLUCZUK: Second.

Page 24

1    MS. SIEK: Pawluczuk.
2    MR. PAWLUCZUK: Aye.
3    MS. SIEK: Polten.
4    MS. POLTEN: Aye.
5    MS. SIEK: Bazel.
6    MR. BAZEL: Aye.
7    MS. SIEK: Wygonik.
8    MS. WYGONIK: Aye.
9    MS. SIEK: Tomko.
10   MR. TOMKO: Aye.
11   MR. BAZEL: Thank you, Mr. Moore.
12   MR. MOORE: Thank you, understood.
13   MR. BAZEL: Merry Christmas.
14   MR. MOORE: Merry Christmas and Happy
15 New Year.
16   (Whereupon the witness is excused and
17 the matter is adjourned at 8:22 p.m.)
18
19
20
21
22
23
24
25

Page 25

```
 1
 2
 3                     CERTIFICATE
 4
 5
 6
 7
 8          I, DENISE C. CLARK, a Certified Court
 9   Reporter and Notary Public of the State of New
10   Jersey, hereby certify the foregoing to be a true
11   and accurate transcript of the proceedings as taken
12   stenographically by me on the date and place
13   hereinbefore set forth.
14
15
16
17
18                        DENISE C. CLARK, CCR
19                        License No. 30XI00213800
20
21
22
23
24   My Commission expires
25   November 14, 2022.
```

BER-L-001670-18   08/30/2018 7:37:18 PM  Pg 9 of 13 Trans ID: LCV20181512307
Case 2:20-cv-08178-EP-AME   Document 133-16   Filed 02/26/26   Page 10 of 14 PageID: 1139

In Re: Morningside at Wallington                                                                 Transcript of Proceedings

## A

**A-11 (3)**
  5:10,11,17
**above (1)**
  6:21
**access (2)**
  11:22;13:11
**accommodate (2)**
  19:7,10
**accurate (1)**
  5:5
**accurately (1)**
  12:8
**Act (1)**
  4:11
**actions (1)**
  4:6
**active (1)**
  12:25
**actually (8)**
  5:6;6:14;12:25;
  13:20;15:2,3;18:1;
  22:18
**address (2)**
  3:19;7:17
**addresses (6)**
  5:23;6:1,12,17,21;
  8:24
**adjacent (1)**
  3:15
**adjourned (1)**
  24:17
**affordable (3)**
  11:14;20:7,10
**again (7)**
  7:14,23;8:16;14:9,
  11,21;15:1
**agreed (2)**
  11:24,25
**agreement (1)**
  18:5
**Alden (1)**
  7:17
**allow (2)**
  11:25;21:16
**allowed (1)**
  17:20
**alone (1)**
  18:23
**always (1)**
  9:19
**amended (2)**
  3:12;10:24
**amendments (1)**
  11:2
**amenity (2)**
  11:20;12:6
**amount (3)**
  7:11;17:20;23:17
**apartment (5)**
  5:22,23;6:8;7:7,19

**apartments (5)**
  6:5;7:17;8:23;17:2,5
**applicant (3)**
  11:23,25;21:17
**Applicants (3)**
  3:2;4:1,9
**application (23)**
  3:11,15;4:10;10:16,
  22;11:8;16:19,23,24,
  25;17:9;20:13,15;21:2,
  14,17;22:16,19;23:3,4,
  5,22,23
**applications (5)**
  3:9,22;4:4,7;10:21
**applied (1)**
  6:25
**approval (7)**
  3:13,17;10:24;11:3,
  10;13:4,13
**approve (4)**
  16:22;17:9;20:15;
  22:19
**approved (3)**
  3:14;10:25;23:6
**approving (1)**
  16:25
**approximate (1)**
  7:2
**approximately (1)**
  7:21
**area (2)**
  11:18;18:14
**argued (1)**
  15:25
**around (2)**
  17:3,5
**associated (2)**
  6:12,16
**Avenue (6)**
  3:20;6:10;7:8,9;14:9,
  10
**Aye (5)**
  24:2,4,6,8,10

## B

**back (4)**
  5:25;10:8;17:8;
  21:17
**basically (1)**
  8:8
**basis (1)**
  13:7
**basketball (1)**
  19:5
**BAZEL (18)**
  3:1;4:17,20,22;5:12;
  9:12,15;10:12;13:15;
  20:3,11,21;21:1;23:24;
  24:5,6,11,13
**becoming (1)**
  17:6
**below (1)**

6:7
**benefit (3)**
  12:2,4;15:19
**benefits (1)**
  12:16
**bigger (1)**
  8:22
**Block (5)**
  3:11,15;5:21;10:22;
  11:8
**board (23)**
  3:21,23,25;5:2,23;
  6:18,18;8:1,6,14;10:10,
  20;11:24;13:10,12,16;
  17:14;19:17,17;23:1,1,
  2,7
**board's (3)**
  3:10;4:1;11:23
**Bogart (23)**
  4:13,15,18,19,21,23;
  5:16,19;8:19;9:1,5,8,
  13,14,16,19,23;10:3;
  13:5;14:2,16;15:9,13
**Both (2)**
  3:19;23:1
**brief (1)**
  10:9
**briefly (1)**
  4:14
**Brook (1)**
  6:9
**brought (1)**
  17:17
**buffer (1)**
  14:10
**build (2)**
  12:3;23:16
**building (24)**
  12:1,3,5,24;13:19,
  24;14:6,13,14,22;
  15:10,11,19,24;16:9,
  12;17:4;18:7;20:16,18;
  21:4,8,22;22:14
**bulk (2)**
  3:18;11:11
**business (2)**
  3:2;19:2

## C

**called (1)**
  9:9
**came (1)**
  5:25
**can (8)**
  8:5;9:10;12:6;14:3;
  18:8;20:21;22:9;23:16
**cancelled (1)**
  3:25
**Candidly (1)**
  12:3
**capacity (1)**
  8:2

**cars (1)**
  18:24
**case (1)**
  4:10
**CEDZIDLO (12)**
  5:13;20:22;21:3,12,
  16,24;22:1,5,7,13,23;
  23:15
**center (1)**
  17:19
**certain (3)**
  18:9;22:10;23:9
**Chairman (2)**
  3:6;10:19
**changes (5)**
  11:4,4;22:20,21;23:7
**children (1)**
  5:18
**Christmas (2)**
  24:13,14
**citizens (4)**
  10:14,18;17:1,7
**clarify (1)**
  8:21
**close (1)**
  10:17
**closely (1)**
  5:4
**comfortable (2)**
  16:24;20:17
**comment (2)**
  10:7,9
**commercial (1)**
  22:8
**community (1)**
  12:7
**compact (3)**
  17:6,10;21:11
**compatible (1)**
  11:6
**completed (1)**
  4:10
**Complex (2)**
  7:7;11:21
**complexes (1)**
  6:8
**compliance (1)**
  18:4
**compliant (3)**
  20:5,9;22:10
**complies (2)**
  11:14,16
**concerned (1)**
  8:2
**concerns (2)**
  16:22;17:10
**concluded (1)**
  4:8
**concludes (1)**
  10:5
**condition (2)**
  18:4;20:15
**conditioned (1)**

21:8
**conducive (1)**
  19:21
**consideration (1)**
  13:14
**considered (1)**
  10:11
**consistent (5)**
  7:4,14,23;8:6,17
**continued (2)**
  4:4,10
**contribute (1)**
  14:14
**converted (1)**
  11:19
**couple (1)**
  8:8
**court (1)**
  11:15
**coverage (9)**
  14:13,14,20,22,23;
  15:20,20;16:9,13
**criteria (2)**
  12:11,19
**cross-reference (1)**
  6:17
**Cummis (1)**
  3:7

## D

**database (1)**
  6:19
**decision (1)**
  13:7
**demolishing (1)**
  12:4
**demonstrated (3)**
  11:13;12:18;13:5
**denial (1)**
  22:24
**denied (2)**
  23:4,5
**density (3)**
  22:3,10,11
**deny (3)**
  21:13;22:18;23:22
**depends (1)**
  15:13
**designations (1)**
  5:22
**designed (1)**
  15:14
**detriments (1)**
  12:17
**developed (4)**
  22:8,9;23:11,11
**developer's (1)**
  18:5
**development (3)**
  13:8;17:24;20:4
**difficult (1)**
  6:17

BER-L-001670-18   08/30/2018 7:37:18 PM   Pg 10 of 13 Trans ID: LCV20181512307
Case 2:20-cv-08178-EP-AME   Document 133-16   Filed 02/26/26   Page 11 of 14 PageID: 1140
In Re: Morningside at Wallington                                              Transcript of Proceedings

**direct (1)**
   10:5
**distinct (1)**
   10:21
**door (1)**
   18:15
**down (1)**
   20:2
**draw (1)**
   23:16
**drawings (1)**
   18:10
**driveway (1)**
   18:16
**driveways (1)**
   11:5
**due (6)**
   14:6,11,24;15:6,25;
   16:9

**E**

**Education (2)**
   5:24;8:6
**Education's (3)**
   5:2;6:18,19
**eight (1)**
   16:2
**either (1)**
   19:19
**eliminated (1)**
   20:16
**else (3)**
   9:15;21:4,5
**emphasize (1)**
   11:12
**enclosures (1)**
   11:6
**entire (1)**
   21:6
**equates (3)**
   6:5,23;7:12
**equation (1)**
   6:15
**estimated (1)**
   8:3
**estimates (1)**
   7:24
**even (2)**
   13:6,19
**evening (8)**
   3:5;4:4,7,13,19,20;
   13:6,6
**everyone (1)**
   9:19
**exact (1)**
   18:20
**exactly (2)**
   6:12;14:11
**excused (1)**
   24:16
**Exhibit (1)**
   5:11

**existing (2)**
   12:5,15
**extra (2)**
   18:20;19:9

**F**

**facility (5)**
   17:18;18:23;19:13,
   22,24
**fact (1)**
   15:6
**facts (2)**
   9:23,24
**familiar (1)**
   18:14
**feel (1)**
   20:17
**final (6)**
   3:13,17;10:24;11:3,
   10;13:4
**finalizes (1)**
   8:14
**findings (1)**
   4:15
**fine (1)**
   16:21
**firm (1)**
   3:7
**first (4)**
   6:2,3;14:5;23:14
**Fitness (2)**
   18:23;19:1
**five (4)**
   7:3,14;9:3;13:23
**flow (1)**
   18:6
**forget (1)**
   13:25
**forth (1)**
   12:12
**forward (1)**
   3:4
**forwarded (1)**
   5:22
**four (1)**
   13:23
**fourth (1)**
   3:21
**full (1)**
   4:9
**functional (1)**
   11:4
**further (1)**
   4:5
**furthered (1)**
   12:13

**G**

**game (1)**
   19:4
**gathered (1)**

   5:21
**generated (1)**
   7:22
**generation (1)**
   13:8
**given (1)**
   10:10
**giving (1)**
   15:19
**goes (1)**
   18:16
**Good (4)**
   3:5;4:19,20;19:24
**grant (1)**
   13:13
**granted (2)**
   13:3,4
**granting (3)**
   12:11,16,17
**gray (5)**
   6:3,3,7,21;7:8
**great (1)**
   12:6
**Gross (1)**
   3:7
**guarantee (1)**
   18:25
**guess (1)**
   9:22
**guys (1)**
   20:8

**H**

**half (1)**
   7:19
**handling (1)**
   18:3
**Happy (1)**
   24:14
**hearing (5)**
   3:21;4:8,9;10:14,17
**hearings (2)**
   3:23;8:8
**height (1)**
   14:6
**Hello (1)**
   4:20
**higher (1)**
   9:22
**Home (6)**
   3:3,8,12,16;10:23;
   11:9
**Homes (1)**
   6:9
**housing (4)**
   9:6;11:14;20:7,10

**I**

**idea (1)**
   9:10
**identification (1)**

   5:18
**identified (1)**
   9:6
**identify (1)**
   6:11
**II (1)**
   7:6
**impact (2)**
   11:18;13:8
**impacts (3)**
   4:25;8:15,15
**impairment (1)**
   12:19
**implement (1)**
   11:3
**improvement (1)**
   12:15
**improvements (1)**
   13:11
**included (1)**
   21:23
**indoor (1)**
   19:5
**industry (1)**
   18:2
**information (3)**
   4:12;5:5;10:2
**insurance (2)**
   17:18;18:3
**into (2)**
   13:14;18:16
**issues (2)**
   10:16;13:17
**Item (1)**
   14:20

**J**

**Jason (4)**
   7:6,20;8:23;18:18
**joined (1)**
   19:13
**judge's (1)**
   21:22
**July (2)**
   3:23,24
**jurisdiction (1)**
   4:3

**K**

**keep (1)**
   22:14
**Kevin (1)**
   3:6
**keycard (1)**
   11:22
**kick (1)**
   14:3
**knows (1)**
   3:21

**L**

**Land (1)**
   12:12
**larger (1)**
   9:9
**last (9)**
   4:9,23;7:7;8:7,14;
   10:10;13:6,16;17:16
**Laurel (1)**
   22:2
**Law (1)**
   12:12
**least (1)**
   11:24
**legal (1)**
   13:7
**length (2)**
   8:10;12:9
**Likewise (2)**
   12:18;15:6
**limit (1)**
   20:4
**limiting (1)**
   17:5
**line (6)**
   6:3,3,7,21;7:7,8
**lines (1)**
   6:2
**list (1)**
   5:23
**listed (1)**
   8:24
**litigation (1)**
   22:2
**LLC (5)**
   3:8,9,12,16;10:23
**local (1)**
   8:15
**locally (2)**
   8:3,4
**location (1)**
   23:19
**long (1)**
   10:10
**look (3)**
   7:6,16;17:2
**looked (1)**
   7:10
**looking (2)**
   14:17,18
**Lot (10)**
   3:11,15;4:24;10:22;
   11:8;14:20,23;15:20,
   21;18:25
**lots (2)**
   5:21;13:25
**low (1)**
   9:18

**M**

BER-L-001670-18   08/30/2018 7:37:18 PM  Pg 11 of 13 Trans ID: LCV20181512307
Case 2:20-cv-08178-EP-AME   Document 133-16   Filed 02/26/26   Page 12 of 14
PageID: 1141
In Re: Morningside at Wallington                                                                                    Transcript of Proceedings

**Main (4)**
   3:19;7:8;14:8,10
**major (1)**
   17:10
**majority (1)**
   19:16
**making (1)**
   21:10
**many (3)**
   15:16;16:8,11
**marked (1)**
   5:18
**matter (3)**
   10:11;18:2;24:17
**May (3)**
   3:23;23:20,20
**mean (6)**
   16:12;17:2,25;19:23;
   20:6;23:10
**means (1)**
   23:11
**meet (1)**
   12:10
**meeting (8)**
   3:25;4:2,3;5:20;
   10:13;13:16;17:16,25
**meets (2)**
   13:1;15:2
**member (1)**
   20:11
**members (3)**
   10:19;13:16;17:14
**members' (1)**
   11:24
**memory (2)**
   3:10;22:6
**mentioned (1)**
   6:22
**Merry (2)**
   24:13,14
**met (1)**
   12:20
**Midland (1)**
   7:8
**minimal (1)**
   13:9
**Miss (6)**
   4:13,15,18;8:19;
   13:5;14:2
**missing (1)**
   15:8
**modified (1)**
   5:7
**monitor (1)**
   17:18
**monument (1)**
   15:5
**MOORE (35)**
   3:5,7;4:17,18;5:10;
   8:18;10:5,12,19;13:15,
   22;14:17;15:11,15,18,
   23;16:3,5,8,12,17,20;
   17:13,22;18:11,17,19;

   19:1,8,15,23;20:6;
   24:11,12,14
**more (4)**
   8:25;11:6;15:21;
   18:25
**Morningside (9)**
   3:3,8,16;6:25;7:13,
   23;11:7,9,21
**most (2)**
   5:5;13:18
**motion (4)**
   20:13,15;21:20;
   23:22
**Mount (3)**
   7:16;8:22;22:2
**move (1)**
   3:2
**multifamily (7)**
   3:14,18;5:22;8:25;
   9:6;10:25;11:11
**Municipal (1)**
   12:12
**municipality (1)**
   18:21

**N**

**name (1)**
   3:6
**narrow (1)**
   18:9
**need (3)**
   20:13;21:4;23:20
**negative (2)**
   11:18;12:19
**New (9)**
   3:3,8,11;10:23;12:3;
   21:17;23:14,16;24:15
**next (1)**
   18:15
**nice (1)**
   17:2
**nodding (1)**
   14:18
**noted (1)**
   12:8
**notice (2)**
   4:5;6:7
**November (2)**
   4:2,2
**number (9)**
   5:25;6:2,13,20;9:10;
   13:9,16;18:20;20:4
**numbers (1)**
   8:5

**O**

**oath (1)**
   14:3
**obligation (1)**
   17:1
**October (1)**

   3:25
**old (1)**
   3:2
**one (6)**
   6:9;10:1;14:5,8;18:7,
   8
**ones (1)**
   9:9
**only (3)**
   14:5;15:9;18:8
**Open (5)**
   4:11;10:13;12:21,25;
   14:25
**opinion (2)**
   17:12;20:12
**opportunities (1)**
   20:1
**OPRA (1)**
   5:2
**option (1)**
   20:3
**orders (2)**
   11:15;21:22
**ordinance (4)**
   12:20,23;13:1;17:25
**ordinances (1)**
   11:16
**original (2)**
   21:21;22:1
**out (5)**
   5:8;6:14;9:9;14:1;
   18:4
**outweigh (1)**
   12:16
**over (5)**
   4:3,15;12:15;18:23,
   24
**over-parked (1)**
   18:2
**own (2)**
   8:6,13

**P**

**park (2)**
   17:21,21
**parking (8)**
   11:5;14:8,11;17:23;
   18:20,21,24;19:9
**part (4)**
   18:12,14;20:7;22:14
**pass (1)**
   5:8
**PAWLUCZUK (5)**
   5:14;23:13,25;24:1,2
**people (3)**
   17:20;19:7,13
**per (2)**
   6:6;7:19
**percent (4)**
   13:21,22;14:24,25
**permitted (1)**
   11:13

**perspective (1)**
   14:22
**plan (10)**
   3:13,17;10:24;11:3,
   10;12:20;13:4;23:12,
   14,16
**planner (2)**
   4:13;12:8
**planning (1)**
   22:25
**Pleasant (2)**
   7:16;8:23
**please (1)**
   3:3
**plenty (2)**
   17:3,23
**pm (1)**
   24:17
**point (4)**
   3:1;5:1;10:13;18:9
**POLTEN (19)**
   5:15;17:16;18:6,13,
   18,22;19:6,11,20;
   20:20,24;21:21,25;
   22:4,6,12,22;24:3,4
**positive (1)**
   12:10
**practical (1)**
   18:1
**preliminary (6)**
   3:13,17;10:24;11:2,
   10;13:3
**prepared (1)**
   5:7
**present (1)**
   4:13
**presentation (1)**
   10:6
**previous (5)**
   3:22;5:19;7:5,23;
   8:17
**previously (3)**
   4:16;7:3;8:7
**problem (2)**
   10:3;20:22
**procedurally (1)**
   21:12
**project (13)**
   3:12,14,16,18;7:1;
   10:23;11:1,7,9,11,13,
   16,20
**proofs (1)**
   15:2
**properties (1)**
   3:19
**property (4)**
   13:20;23:3,10,19
**proposal (2)**
   8:12,16
**proposed (4)**
   7:1,22;11:2,7
**provided (3)**
   5:25;8:5,7

**provides (1)**
   19:25
**providing (1)**
   12:2
**Public (4)**
   4:11;10:7,9;12:2
**pull (1)**
   14:1
**purposes (3)**
   12:2,11;22:9
**pursuing (1)**
   10:1
**put (2)**
   13:14;15:2

**Q**

**qualified (2)**
   4:16;14:3
**quickly (1)**
   3:10

**R**

**raise (1)**
   10:15
**raised (1)**
   13:17
**ranked (1)**
   8:3
**ratio (5)**
   6:5,23;7:12,18;9:18
**real (1)**
   13:7
**really (1)**
   19:13
**Realty (1)**
   6:9
**reason (1)**
   7:9
**recall (3)**
   4:14;13:18,21
**recap (1)**
   10:20
**received (1)**
   4:6
**recently (1)**
   12:5
**reconfigure (2)**
   21:6;23:18
**record (1)**
   3:6
**Records (2)**
   4:11;5:20
**recreation (6)**
   17:4,19;20:16,18;
   21:18;22:14
**recreational (2)**
   12:2;19:25
**refresh (2)**
   3:10;22:6
**regard (7)**
   4:24;6:20;7:24;8:10,

BER-L-001670-18   08/30/2018 7:37:18 PM  Pg 12 of 13 Trans ID: LCV20181512307
Case 2:20-cv-08178-EP-AME   Document 133-16   Filed 02/26/26   Page 13 of 14 PageID: 1142
In Re: Morningside at Wallington                                                  Transcript of Proceedings

15;10:16;13:17
**regarding (1)**
   12:9
**reject (1)**
   23:22
**related (3)**
   3:9,22;14:11
**relating (3)**
   4:12;11:4,5
**remarkable (1)**
   19:25
**remove (2)**
   21:3;23:9
**re-noticed (1)**
   4:1
**renovated (1)**
   12:5
**rent (1)**
   19:12
**represent (2)**
   3:8;12:14
**request (4)**
   4:11;5:2;11:23,25
**requested (5)**
   12:10,13,14;13:2;
   19:17
**require (1)**
   11:22
**required (10)**
   11:15;12:23;13:17,
   24;14:6,9,25;15:4,6,7
**requirement (3)**
   12:22,25;13:1
**requirements (7)**
   11:17;18:1,21;20:5,
   8,10;22:11
**requires (1)**
   16:23
**Reservoir (2)**
   6:9,10
**residential (1)**
   22:9
**residents (3)**
   11:20,21;12:6
**respect (2)**
   13:11;14:20
**result (1)**
   7:13
**Retro (2)**
   18:23;19:1
**Right (10)**
   6:7;14:19;15:11;
   16:5,21;18:15;21:7,19;
   22:12,22
**rink (10)**
   11:19;12:24;14:7,10,
   12,14,25;15:1,7;16:13
**road (1)**
   18:12
**roads (1)**
   21:7
**roller (10)**
   11:19;12:24;14:7,10,

12,13,24;15:1,7;16:13

**S**

**same (1)**
   16:22
**saying (1)**
   16:14
**school (3)**
   4:25;8:2,15
**school-age (1)**
   5:18
**schoolchildren (12)**
   4:12;6:23;7:2,11,13,
   15,18,19,22,25;8:3;
   13:9
**second (5)**
   6:3;14:8;20:20;
   23:24,25
**seekedsic (1)**
   13:19
**seeking (2)**
   8:11;16:18
**seems (1)**
   20:1
**separate (1)**
   13:25
**separation (3)**
   15:10,12,24
**September (4)**
   3:24;4:8;10:8;17:17
**set (1)**
   12:12
**set-aside (1)**
   11:15
**setback (1)**
   14:8
**setbacks (1)**
   21:7
**settlement (1)**
   22:2
**seven (6)**
   16:3,4,13,16,23;
   17:11
**shame (1)**
   20:1
**shape (1)**
   19:24
**Showhank (1)**
   6:8
**shown (1)**
   18:10
**shut (1)**
   14:4
**side (1)**
   18:7
**SIEK (5)**
   24:1,3,5,7,9
**sign (1)**
   15:5
**Sills (1)**
   3:7
**similar (1)**

7:4
**site (7)**
   3:13,17;10:24;11:3,
   10;13:4;22:8
**sitting (1)**
   13:20
**six (2)**
   7:21;9:3
**sixteen (1)**
   9:3
**size (1)**
   12:4
**slightly (1)**
   5:7
**soccer (2)**
   19:4,5
**space (5)**
   12:21,25;14:25;17:3,
   5
**spaces (3)**
   11:5;18:20;19:9
**specifically (2)**
   4:25;9:9
**spreadsheet (2)**
   5:7,17
**standards (1)**
   18:3
**stands (1)**
   8:12
**statewide (1)**
   8:4
**step (1)**
   3:3
**still (6)**
   9:17;14:3;16:22;
   17:10;21:4;23:16
**stormwater (1)**
   11:17
**street (3)**
   3:19;6:12;7:17
**students (4)**
   6:1,4,6,13
**submit (1)**
   4:11
**submitted (6)**
   21:14;22:16,19;23:3,
   4,5
**substantial (3)**
   7:10;11:18;12:19
**suggesting (1)**
   22:17
**suggestion (1)**
   13:12
**summation (2)**
   10:8,9
**superintendent (3)**
   5:3,4,6
**sure (2)**
   5:4;20:9
**surprised (1)**
   9:17
**sworn (1)**
   4:16

**T**

**tax (1)**
   5:20
**tear (1)**
   20:1
**ten (1)**
   7:2
**tenants (1)**
   19:11
**testified (4)**
   7:3;8:10;12:9,9
**testimony (10)**
   4:6;7:5,14,24;8:4,7,
   12,17;11:12;13:6
**Therefore (1)**
   13:2
**Theresa (1)**
   22:17
**thirteen (2)**
   7:4,15
**though (1)**
   13:7
**thought (3)**
   9:21;16:1,6
**three (4)**
   15:18,22;16:7,14
**tight (3)**
   17:6,10;21:10
**Tomko (2)**
   24:9,10
**took (1)**
   4:5
**total (5)**
   6:4,4;15:17;16:11,15
**Town (7)**
   7:6,20;8:23;17:2;
   18:18;19:4,12
**township (1)**
   12:1
**traffic (2)**
   11:18;18:7
**trash (1)**
   11:5
**trying (1)**
   22:25
**two (13)**
   3:9,22;6:8,16;8:22;
   10:21;13:25;14:5;15:9,
   19;17:20;18:6,9
**two-family (1)**
   8:25

**U**

**unable (1)**
   6:11
**under (3)**
   12:22;14:3;23:12
**understood (1)**
   24:12
**Unfortunately (1)**

6:11
**unique (1)**
   11:19
**unit (1)**
   6:6
**units (17)**
   6:13,16,20,22;7:1,9,
   11,18;8:25;9:3,3,4,10;
   20:4;22:3;23:17,18
**up (4)**
   8:3;14:4;17:17;18:9
**upon (1)**
   21:8
**upset (1)**
   19:14
**urge (1)**
   13:12
**use (3)**
   11:13,21;12:12
**used (1)**
   12:24
**utilize (1)**
   12:1

**V**

**variance (5)**
   12:21;14:15;15:2,4,5
**variances (25)**
   3:18;8:11,13;11:11;
   12:10,13,14,16,17;
   13:3,17,18,21,23;14:5;
   15:8,16;16:2,11,16,23;
   17:11;21:5;23:9,20
**various (1)**
   13:10
**versus (3)**
   14:23,24,25
**vicinity (1)**
   17:23
**Village (2)**
   7:16;8:23
**voice (1)**
   20:12
**vote (3)**
   20:18;21:13;22:18
**voting (3)**
   16:24;20:17;21:1

**W**

**Wallington (10)**
   3:3,8,9,12,16,20;5:1;
   8:2;10:23;11:9
**way (2)**
   18:8,9
**welcome (1)**
   5:16
**Whereupon (2)**
   5:17;24:16
**who's (1)**
   17:18
**widen (2)**

18:13,15
**widened (2)**
   18:11,12
**withdraw (1)**
   21:20
**without (1)**
   4:5
**witness (1)**
   24:16
**worked (1)**
   18:4
**working (1)**
   5:3
**wrong (3)**
   14:2,4,19
**WYGONIK (25)**
   8:20;9:2,7,11,17,21,
   25;15:16,21;16:1,4,6,
   10,15,18,21;17:14;
   20:14,25;21:9,15,19;
   23:21;24:7,8

## Y

**Year (1)**
   24:15

## Z

**zone (1)**
   12:20
**zoning (5)**
   12:12,15,20;23:1,2

## 0

**08 (1)**
   7:19

## 1

**1,206 (2)**
   6:4,22
**105 (1)**
   7:11
**11 (1)**
   7:8
**11.372 (1)**
   7:13
**13 (1)**
   6:9
**134-unit (2)**
   3:14;10:25
**135 (2)**
   6:5,24
**156 (1)**
   7:12
**163 (2)**
   6:4,23
**16th (1)**
   3:23
**17.1 (1)**
   14:25
**17th (1)**
   3:25
**18th (1)**
   3:24
**19th (2)**
   3:24;4:8

## 2

**21 (1)**
   7:8
**211 (1)**
   7:17
**21st (2)**
   4:2,2
**24 (1)**
   6:16
**25 (1)**
   14:23

## 3

**30 (1)**
   14:25
**30.02 (1)**
   14:23
**33 (1)**
   7:18
**35.01 (2)**
   3:15;11:8
**35.02 (2)**
   3:11;10:22
**396 (1)**
   7:18

## 4

**421 (1)**
   7:8

## 5

**5 (1)**
   14:20
**551 (1)**
   3:19

## 6

**6 (1)**
   18:17
**66 (3)**
   18:20,25;19:8
**674 (1)**
   7:9
**69 (1)**
   6:10
**6th (1)**
   3:24

## 7

**71 (4)**
   3:11,15;10:22;11:8
**73 (1)**
   7:1
**73-unit (2)**
   3:18;11:11
**75 (1)**
   14:24

## 8

**8:22 (1)**
   24:17
**83.02 (1)**
   14:23

## 9

**9.8 (1)**
   7:2
**90 (2)**
   13:21,22