# EXHIBIT P

Jennifer Appice
December 03, 2024                                                    1

1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
2
               CIVIL ACTION NO:  2:20-CV-08178
3

4   NEW WALLINGTON HOME, LLC, a New
    Jersey limited liability company; and
5   MORNINGSIDE AT WALLINGTON, LLC,
    a New Jersey limited liability company,
6
          Plaintiffs,
7
    vs.
8
    BOROUGH OF WALLINGTON;
9   BOROUGH OF WALLINGTON
    PLANNING BOARD; MARK W. TOMKO,
10  in his official capacity as former Mayor of the
    Borough of Wallington; DOROTHY B.
11  SIEK, in her official capacity as former Tax
    Collector for the Borough of Wallington; and
12  CHRISTOPHER ASSENHEIMER, in his
    official capacity as Certified Tax Collector of
13  the Borough of Wallington,

14        Defendants.
    _____
15

16            DEPOSITION OF JENNIFER APPICE

17
          DATE TAKEN: December 3, 2024
18
          TIME:      10:00 a.m. - 11:00 a.m.
19
             (Based on Time Zone from Notice)
20

21        LOCATION: O'Toole Scrivo, LLC
               14 Village Park Road
22             Cedar Grove, New Jersey 07009

23

24  Reported By:
    Serena Frey, AAERT No. 3686
25  Notary Public for the State of New Jersey

```
 1
   APPEARANCES
 2

 3

 4       On behalf of NEW WALLINGTON HOME, LLC, a New
         Jersey limited liability company, et al.:
 5        O'TOOLE SCRIVO, LLC
          BY: JAMES DIGIULIO, ESQUIRE
 6        14 Village Park Road
          Cedar Grove, New Jersey 07009
 7       jdigiulio@oslaw.com
          APPEARED VIA LIVE
 8

 9       On behalf of BOROUGH OF WALLINGTON, et al.:
          PFUND MCDONNELL, PC
10        BY: GERALD A. SHEPARD, ESQUIRE
          139 Prospect Street
11        Ridgewood, New Jersey 07450
         gshepard@pfundmcdonnell.com
12        APPEARED VIA LIVE

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

INDEX TO EXAMINATION

2

EXAMINATION OF JENNIFER APPICE                    PAGE
3    BY MR. DIGIULIO                          6

4   CERTIFICATE OF NOTARY FOR WITNESS                50

5   CERTIFICATE OF REPORTER                      51

6   CERTIFICATION PAGE FOR AUDIO RECORDING OF A DEPOSITION    52

7   WITNESS NOTIFICATION LETTER                  52

8   ERRATA SHEET                          54

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jennifer Appice
December 03, 2024                                    4

INDEX TO EXHIBITS

PLAINTIFF'S EXHIBITS FOR IDENTIFICATION:

MARKED                    DESCRIPTION                    PAGE

Appice Exhibit 1    Notice of Deposition              21
Appice Exhibit 2    Complaint                          25
Appice Exhibit 3    Court Decision, dated March 18, 2008    35
Appice Exhibit 4    Interrogatory Responses            37
Appice Exhibit 5    Resolution                         46

1              P R O C E E D I N G S

2 Deposition taken before Serena Frey, AAERT No. 3686, Digital

3 Reporter, pursuant to Notice proceeded as follows:

4              THE REPORTER:  And we are on the record.  I am a

5 notary public licensed by the State of New Jersey.  The parties

6 agree that I will administer the oath to the witness and create

7 an audio record of this proceeding, after which a

8 transcriptionist will produce a final transcript, if ordered.

9 In accordance with applicable law, the transcript will be

10 provided to the witness for review, correction, and signature.

11              Would the parties please state your appearances for

12 the record, beginning with plaintiff's counsel?

13              MR. DIGIULIO:  Yes.  James DiGiulio from O'Toole

14 Scrivo for the plaintiffs.

15              MR. SHEPARD:  Gerald Shepard from the law firm of

16 Pfund McDonnell here for the defendant, Borough of Wallington,

17 Wallington Planning Board, and any individuals, et al.  Yeah.

18              THE REPORTER:  Will the witness please say and spell

19 your first and last name for the record?

20              THE WITNESS:  Jennifer Appice, J-E-N-N-I-F-E-R,

21 A-P-P-I-C-E.

22              THE REPORTER:  Thank you.  And will the witness kindly

23 present your valid government-issued identification.  Perfect.

24 Thank you.  Picture is great.  Okay.  And please raise your

25 right hand.

Jennifer Appice
December 03, 2024                                                6

1           Do you solemnly swear or affirm that the testimony you

2    give in this matter will be the truth, the whole truth, and

3    nothing but the truth?

4           THE WITNESS:  Yes.

5           THE REPORTER:  Thank you.  And do the parties have any

6    stipulations they would like to put on the record at this time?

7           MR. DIGIULIO:  Not at this time.

8           MR. SHEPARD:  Not at this time.

9           THE REPORTER:  Perfect.  And you may proceed.

10          MR. DIGIULIO:  Great.

11                      JENNIFER APPICE

12   was called as a witness and, after having been first duly sworn,

13   testified as follows:

14                      EXAMINATION

15   BY MR. DIGIULIO:

16       Q.  Good morning, Ms. Appice.  How are you?

17       A.  Good.  Thank you.

18       Q.  We met this morning off the record.  My name is Jim

19   DiGiulio.  I represent the plaintiffs in this lawsuit that's

20   pending in the Federal District Court of New Jersey against the

21   Borough of Wallington and various other elected officials.

22   You're currently the Borough administrator of Wallington?

23       A.  Yes.

24       Q.  Okay.  And when did you start that position?

25       A.  November of 2023.

Jennifer Appice
December 03, 2024                                                            7

1    Q.   Member of 2023.  About a year ago?

2    A.   Yes.

3    Q.   Congratulations.

4    A.   Thank you.

5    Q.   Have you ever been deposed before?

6    A.   No.

7    Q.   Okay.  Well, then I'll walk you through the process.

8  So and if you have any questions, feel free to stop me anytime

9  and ask about the process.

10   A.   Okay.

11   Q.   So what's going to happen today is, the court reporter

12 to your right will be taking down everything we say.  This will

13 be a question and answer, where I'm attempting to elicit

14 information that may be helpful to our case or find out the

15 scope of your knowledge and limit the questioning potentially if

16 you don't have the scope of knowledge.  Understand that?

17   A.   Yes.

18   Q.   At the end of the day we will receive a transcript

19 that will have everything we said, the questions and the

20 answers.  You'll have an opportunity to review that with

21 counsel, and that can be used in motions or at a trial.  So

22 you've been sworn under oath here today, so we should treat it

23 as if we're in court.  It's a live proceeding, and everything

24 you say here should be truthful and accurate.  Okay?

25   A.   Yes.

Jennifer Appice
December 03, 2024                                    8

1    Q.   To that point, I don't want you to guess.  If you can

2   estimate for us:  distance, time, dates; if you can estimate and

3   you tell us you're estimating, that's great.  But don't -- we

4   don't need you to speculate today.  I just want to understand,

5   sitting here today, what you know and don't know based on my

6   questions.  Okay?

7    A.   Yes.

8    Q.   Okay.  To make life easier for the court reporter,

9   please make sure all of your answers are verbal.  Nodding of the

10  head, hand gestures aren't going to be taken in the record, so

11  please make sure everything is verbal.  Okay?

12   A.   Yes.

13   Q.   Okay.  Also, please try to let me finish my question.

14  We're going to get to a point where you're probably going to

15  have an idea of what my question is going to be sometimes, but

16  let me finish it so the record is complete.  And I will do my

17  very best not to cut you off if -- not to cut you off until you

18  finished your answer.  Okay?

19   A.   Yes.

20   Q.   If I do cut you off and you have more to say, please

21  feel free to say you have finished your answer.  Okay?

22   A.   Yes.

23   Q.   From time to time, your counsel, Mr. Shepard, may

24  object to a question.  Typically he'll object and then direct

25  you to go ahead and answer the question.  He's just preserving

Jennifer Appice
December 03, 2024                                              9

1    his objections for future trial or motion practice.  And there

2    may be times where he might direct you not to answer, but let us

3    finish our back and forth, and then he'll give you a direction

4    on whether to answer or not.  Okay?

5        A.   Yes.

6        Q.   Anything I ask you, you know, if you don't ask for

7    clarification, we're going to assume and the record will assume

8    that you understood my question.  Okay?

9        A.   Yes.

10        Q.   So if you have any question at all about what I'm

11    asking, or a term I'm using, or a person I'm referencing, please

12    ask for clarification so we can make sure the record is as clear

13    as possible.  Okay?

14        A.   Yes.

15        Q.   This is not a marathon, so we have coffee, water,

16    restrooms.  Feel free to ask any time to take a break.  I just

17    need to finish a question and have an answer before we go.  We

18    can't leave -- we can't take a break until the question and

19    answer is complete.  Okay?

20        A.   Yes.

21        Q.   Okay.  And during any breaks, I'll just remind you not

22    to speak to counsel about your testimony.  Okay?

23        A.   Yes.

24        Q.   Okay.  Any questions for me before we get started?

25        A.   No.

Jennifer Appice
December 03, 2024                                10

1    Q.   Okay.  And you're here today.  We've served a notice

2  on you as -- personally on you or -- well, in your capacity as

3  business -- business administrator on your personal knowledge

4  related to the claims in this case.  But also you've been

5  designated by the Borough as a corporate designee; do you

6  understand that?

7    A.   Yes.

8    Q.   And there's certain topics, and I'll show you and we

9  can, then, agree on the topics that you were designated for, but

10  do you understand that generally?

11    A.   Yes.

12    Q.   Okay.  And do you have a general understanding of what

13  it means to be the corporate designee of the Borough?

14    A.   I'm pretty much the spokesperson for the person who's

15  testifying.

16    Q.   Yeah.  So -- yeah.  So everything that you say on

17  behalf in response as a corporate designee will be binding on

18  the Borough as the designee; understood?

19    A.   Yes.

20    Q.   Okay.  You probably understand that in your role, you

21  do that anyway every day, I'm sure.  All right.  Great.  And

22  let's do your -- let's go through your background a little bit

23  just so we can understand that.

24         So what's your highest level of education?

25    A.   Master's degree.

Jennifer Appice
December 03, 2024                                    11

1    Q.   Okay.  And where did you receive that from?

2    A.   University of Phoenix.

3    Q.   And what was that in?

4    A.   Business administration.

5    Q.   Okay.  And when did you get that?

6    A.   2004.

7    Q.   Okay.  And prior to that, did you have an

8    undergraduate degree?

9    A.   Yes.

10   Q.   And where did you receive that from?

11   A.   William Paterson.

12   Q.   Okay.  And what was that in?

13   A.   Communications.

14   Q.   Is that a BA?

15   A.   Yes.

16   Q.   Okay.  Any other post high school degrees or

17   certifications of any kind?

18   A.   No.

19   Q.   Okay.  In your role as business administrator, do you

20   need to receive any licensure certifications and continuing

21   education of any kind?

22   A.   No.

23   Q.   Sorry.  That was a long question.  Anything of that

24   kind that you need?

25   A.   No.

Jennifer Appice
December 03, 2024                                    12

1    Q.  Okay.  What year did you get your BA?

2    A.  2000.

3    Q.  Okay.  Did you go right from the William Paterson to

4  your studies at University of Phoenix?

5    A.  No, I took two years off.

6    Q.  Okay.  And was University of Phoenix, did you do that

7  periodically, like at night or whenever you could take courses?

8  When did you do it?

9    A.  It was at night.

10   Q.  Okay.  And that was a two-year program?

11   A.  Yes.

12   Q.  Okay.  So what did you do -- were you employed from

13  2000 to 2002?

14   A.  Yes.

15   Q.  What did you do?

16   A.  I worked for Sony Music.

17   Q.  Sony Music?

18   A.  Yes.

19   Q.  And what did you do there?

20   A.  I did their royalties.

21   Q.  Prior to -- and William Paterson, did you do that in

22  four years?

23   A.  Yes.

24   Q.  Okay.  So you started that in '98?

25   A.  Yes.

Jennifer Appice
December 03, 2024                                          13

1    Q.   Okay.  No. '96.

2    A.   '96.

3    Q.   Yeah, '96.  Did you have any employment other than

4    seasonal or during high school?  Did you have any employment

5    prior to 1996?

6    A.   No.

7    Q.   Okay.  And then after you got your master's, what was

8    your first employment?

9    A.   Well, I was working for Sony, so they actually paid

10   for my master's.

11   Q.   Okay.  So you worked through Sony.  How long did you

12   work at Sony for?

13   A.   Five years, I believe.

14   Q.   So through about 2005?

15   A.   Yeah.

16   Q.   Okay.  And then what was your next job after that?

17   A.   4Kids Entertainment.

18   Q.   4Kids Entertainment.  And what was your -- what was

19   your role there, generally?

20   A.   Finance and royalties also.

21   Q.   And when you say royalties, do you mean you were

22   the -- you were -- were you responsible for paying royalties or

23   calculating royalties?

24   A.   Calculating royalties.

25   Q.   Calculating.  Okay.  And how long were you at 4Kids

Jennifer Appice
December 03, 2024                                    14

1  Entertainment for?

2      A.  Two years.

3      Q.  Two years.  Until about '07?

4      A.  About that.

5      Q.  '07, '08, somewhere in that range?

6      A.  Yeah.

7      Q.  Okay.

8      A.  Going back a long time.

9      Q.  I know.  I know.  It's the most fun part of the

10 deposition.  This where I do test your memory.  And then after

11 4Kids Entertainment in the 2000 -- 2007, 2008 timeframe, what

12 did you do next for employment?

13     A.  Worked for a brief period for Everyday Health.

14     Q.  Okay.  And what was their general --

15     A.  Same thing, royalties and finance.

16     Q.  You said a brief time?

17     A.  We relocated down to Washington DC.  So I ended up

18 choosing not to relocate.  So it was about six to eight months

19 that I worked there, and then I relocated with the company.

20     Q.  Okay.  So what did you do after that?

21     A.  I did a career change, and I started working in

22 telecom communication.

23     Q.  Okay.  Is that like the 2009 timeframe?

24     A.  About that.

25     Q.  Okay.  And what was your first telecom job?

1     A.   Clearwater Communication.

2     Q.   Okay.

3     A.   Which was also part of Sprint.

4     Q.   And what was your role at Clearwater?

5     A.   I did project management.

6     Q.   Okay.  What kind of projects, just generally?

7     A.   Building the cell phone towers.

8     Q.   Cell phone towers.  And how long were you at

9  Clearwater?

10    A.   Less than a year, so I -- give or take eight, nine

11  months.

12    Q.   And then what did you do?

13    A.   I went to work for Skyfield Partners, which was a

14  contractor for Clearwater.

15    Q.   Got it.  And how long were you there?

16    A.   Four years.

17    Q.   So we're getting within a decade.  We're getting close

18  now.  That was around 2014?

19    A.   About that.

20    Q.   Okay.  And then after Skyfield, what did you do?

21    A.   I left Skyfield and I went to LEC, which is the same

22  thing, telecom, for two years.

23    Q.   Okay.  And then what?

24    A.   I -- they merged with TEG, so I did the same thing.  I

25  was a senior project manager for two years.

Jennifer Appice
December 03, 2024                                    16

1    Q.   All right.

2    A.   And then I left there and went to EJD Wireless, where

3  I became the vice president of the company.

4    Q.   Okay.

5    A.   Until I left there and came to the Borough Wallington.

6    Q.   In November of 2023?

7    A.   Correct.

8    Q.   Okay.  That is a curious route to the Borough of

9  Wallington.  Can I just ask how that came about?

10   A.   I'm also the deputy mayor of Roselle Park, so I have

11  experience doing that.  I've been doing that for three years.

12   Q.   That's where we're headed next.  I was going to ask

13  you if you have any other municipal experience.  So you're --

14  are you currently deputy mayor of Roselle Park?

15   A.   Yes.

16   Q.   Okay.  And when did you take that position on?

17   A.   It's yearly.  So last year I was the mayor, and

18  then -- for four months, then I came off that.  I reran one and

19  became deputy mayor.  So it will be a year -- this year will be

20  deputy.  Last year, was mayor.  The year prior was deputy.

21   Q.   How many -- how long have you served, generally,

22  either as -- is that part of the council, or is that separate?

23  What's the form of government for Roselle Park?

24   A.   It's -- the -- the government picks.  They vote

25  themselves.  The population doesn't pick, residents don't pick.

Jennifer Appice
December 03, 2024                                    17

1    Q.   Council votes?

2    A.   Council votes.

3    Q.   Okay.  So how long have -- so how -- what was your

4 first elected position at Roselle Park?

5    A.   Three years ago.  So when I was voted in, I became

6 automatically deputy -- deputy mayor.

7    Q.   Okay.  And Roselle Park is your municipality of

8 residence?

9    A.   Yes.

10   Q.   Okay.  Did you hold any other positions in the Borough

11 of Roselle Park?

12   A.   I was the recreation director.

13   Q.   For how long?

14   A.   Paid two years, unpaid four years.

15   Q.   And when did that start?

16   A.   So we're going on -- we're going on seven years now

17 I've been there.

18   Q.   You're still -- hold on.

19   A.   I'm the liaison.

20   Q.   Okay.  Now you're the liaison?

21   A.   Now I'm the liaison.

22   Q.   Okay.  So you held that up to your -- did you -- did

23 that overlap with your time at the council at all or no?

24   A.   No, that's what -- actually somebody resigned from the

25 council and because I was doing that, they asked me to, and with

Jennifer Appice
December 03, 2024                                          18

1    my finance background and I write contracts and read contracts,

2    they asked me to step into the council.

3        Q.    Helpful for council --

4        A.    Yes.

5        Q.    -- to have somebody like that, I'm sure.

6              Any other positions in Roselle Park?

7        A.    No.

8        Q.    Any other public positions at all?

9        A.    No.

10       Q.    Okay.  And so the Borough of Wallington BA position is

11   the first out of -- first public position you've had outside of

12   your residence --

13       A.    Yes.

14       Q.    -- or municipality?  Okay.

15             And can you briefly describe just what does the

16   business administrator do in Wallington, generally?  What are --

17   your role?

18       A.    Manage all the employees, handle all the day-to-day

19   operations, work with the attorneys on contract negotiations.

20   Just pretty much see over -- oversee the day-to-day operations

21   of the Borough and any issues.

22       Q.    And is that a full-time job?

23       A.    Yes.

24       Q.    Okay.  And your predecessor, what was his name?

25       A.    Michael Kazimir.

Jennifer Appice
December 03, 2024                                    19

1    Q.   Okay.  Do you know how long Michael was in that

2  position?

3    A.   I want to say about a year and a half, I believe.  Two

4  or three.

5    Q.   And he ultimately went to what borough?

6    A.   He went to Dumont.

7    Q.   Dumont.  And any chance you remember the predecessor

8  before Michael?

9    A.   Hector Olmo.

10       THE REPORTER:  Can you repeat that last name?

11       THE WITNESS:  Olmo, O-L-M-O.

12       THE REPORTER:  Thank you.

13  BY MR. DIGIULIO:

14    Q.   Do you know how long Hector was in that job?

15    A.   I don't.  That I don't recall.

16    Q.   Prior to taking that job in November 2023, did you

17  have -- did you know any of the members of the council?

18    A.   No.

19    Q.   Okay.  Did you know Michael?

20    A.   Yes.  Michael is actually from Roselle Park.

21    Q.   Yeah, that's what I thought so.  Following a similar

22  line?

23    A.   He actually moved.

24    Q.   Okay.  The current council, a few members' terms are

25  up at the end of the year, right?

Jennifer Appice
December 03, 2024                                          20

1    A.   Right.

2    Q.   Which one is that?

3    A.   Two.  One was reelected, Khaldoun Androwis, and

4  Eugeniusz Rachelski.

5         MR. DIGIULIO:  You need those?  Khaldoun Androwis,

6  K-H-A-L-D-O-U-N, Androwis, A-N-D-R-O-W-I-S.  And Mr. Rachelski,

7  he was deposed before in this case, E-U-G-E-N-I-U-S-Z,

8  Rachelski, Rachel, S-K-I.

9  BY MR. DIGIULIO:

10   Q.   You said one of them was reelected, Which one?

11   A.   Gene (phonetic).

12   Q.   Gene.  Okay.  And Androwis is out as of December?

13   A.   Yes.

14   Q.   Okay.  And who's coming in; do you know the new

15  council member?

16   A.   Justyna Marciniak.

17   Q.   Any other changes you know about in the council?

18   A.   Not that I'm aware of.

19   Q.   And Mayor Dabal's term continues through 2027; is that

20  right?

21   A.   I believe so.

22   Q.   Okay.  I'll show you -- we'll go with -- we'll go with

23  the last name.  Appice 1.  Let me put these down.

24        THE REPORTER:  I can keep track of them online.

25        MR. DIGIULIO:  Oh, yeah.  Thank you.

Jennifer Appice
December 03, 2024                                    21

1   BY MR. DIGIULIO:  I just show -- I'll put on the record what it

2   is.  Ms. Appice, I've just shown you what we've marked as

3   Appice 1.  It's a September 24, 2024, notice to take the

4   deposition of the Borough of Wallington's 30(b)(6) witness.  Do

5   you see that on the cover?

6          (Appice Exhibit No. 1 marked for identification.)

7          THE WITNESS:  Yes.

8   BY MR. DIGIULIO:

9      Q.   Okay.  Have you seen this document before?

10     A.   Yes.

11     Q.   And we talked about it briefly before.  You understand

12  that you've been designated by the Borough for at least some of

13  these topics that are on page -- there's 10 topics that go from

14  page 2 to 3.  Do you see those?

15     A.   Yes.

16     Q.   Okay.  And you've been designated for some of these?

17     A.   Yes.

18     Q.   Okay.  And my understanding, and correct me if I'm

19  wrong, is you've been designated by the Borough as a 30(b)(6)

20  witness for number 1?

21     A.   Yes.

22     Q.   And that's all claims and defenses set forth in any

23  pleading filed in the above referenced action, right?

24     A.   Yes.

25     Q.   Okay.  Number 5, and that's all communications to or

Jennifer Appice
December 03, 2024                                    22

1  from any employee of the Borough acting in their official

2  capacity regarding the planning or development of pedestrian

3  access from the Borough to Wesmont Train Station?

4      A.  Yes.

5      Q.  Number 6, which is, any and all complaints of

6  discrimination made against the Borough, including any of its

7  representatives, affiliates, agents and employees between

8  January 1, 2006, to present, right?

9      A.  Yes.

10     Q.  And then you did sign the interrogatories, right, the

11  written discovery responses?

12     A.  Yes.

13     Q.  Okay.  And that number 10 is, all topics identified in

14  the plaintiff's interrogatories and requests for documents

15  propounded on the Borough in this action.

16         Is it fair to say that you -- any topics that covered

17  by topics 1, 5, and 6 that were in the interrogatories, you're

18  also a corporate designee?

19     A.  Yes.

20     Q.  Does that make sense?  So -- I mean, I can ask Gerry,

21  actually.

22         MR. DIGIULIO:  Is that understood?

23         MR. SHEPARD:  Yeah.  I mean, it's --

24         MR. DIGIULIO:  We can go off the record.

25         (Off the record at 10:37 a.m.)

1          (On the record at 10:38 a.m.)

2   BY MR. DIGIULIO:

3       Q.   Okay.  So it looks like we've agreed on 1, 5 and 6 are

4   the topics, and number 10, you signed the interrogatory, so I

5   will obviously ask you about those, correct?

6       A.   Yes.

7       Q.   Okay.  And just to -- let's just -- maybe we can race

8   through these other topics quickly.  So you're here in your

9   personal capacity with your personal knowledge and also your

10  knowledge as a designee, which requires a little more work to

11  get up to speed.  But maybe we can foreclose some of your

12  personal knowledge issues on the non-topic.

13          So with regard to 2 and 3, that relates to the

14  planning or development of taxes and the taxes assessed on the

15  plaintiff's properties, the Morningside property and the New

16  Wallington property; do you see that?

17      A.   Yes.

18      Q.   Do you have any personal knowledge regarding either

19  the planning applications or the taxes assessed for those

20  properties?

21      A.   No.

22      Q.   All right.  And you never -- have you ever reviewed

23  any of the planning applications of either of them?

24      A.   No.

25      Q.   Okay.  Number 4 is, any meetings, public or private,

Jennifer Appice
December 03, 2024                                                    24

1  attended by borough officials concerning population

2  demographics, any contemplated ordinances, resolutions or

3  construction -- or construction of affordable and/or low --

4  local -- low income housing.

5          Do you have any personal knowledge related to any such

6  meetings?

7      A.  Not that I'm aware of, no.

8      Q.  Okay.  Number 7 and 8 deal with the issuance of

9  property taxes and tax sales certificates for the plaintiff's

10  properties, any personal knowledge of those?

11     A.  No.

12     Q.  Okay.  And number 9 is somewhat similar to number 4,

13  it's inquiries, applications for planning or development of any

14  affordable or low housing -- low income housing within the

15  Borough between 2006 and present.  Do you have any personal

16  knowledge of that issue?

17     A.  No.

18     Q.  Okay.  So fair to say -- and let's just -- and let's

19  just close the loop on your personal knowledge.

20          Have you seen the complaint in this case before?

21     A.  No.

22     Q.  Let me show it to you.  Just see if you -- refresh

23  your recollection.  This is Appice 2.  This is the complaint.

24  Well, yeah.  Actually, I'll ask you a more broad question

25  first.  Prior to you becoming Borough of Wallington borough

Jennifer Appice
December 03, 2024                              25

1   administrator, had you ever heard of either Jim Nuckel or Donald

2   Nuckel?

3          (Appice Exhibit No. 2 marked for identification.)

4          THE WITNESS:  No.

5   BY MR. DIGIULIO:

6      Q.   Have you ever -- have you ever owned any property in

7   Wallington?

8      A.   No.

9      Q.   Okay.  So in front of you is what we've marked as

10  Appice 2.  It's the complaint filed by plaintiffs in this case

11  in the Federal District Court of New Jersey, and it's dated

12  December 7, 2020.

13         Looking at it now, do you -- does it refresh your

14  recollection at all if you've ever seen this?

15     A.   No.

16     Q.   Okay.  Do you have a general understanding of the

17  claims being brought by plaintiffs in this case?

18     A.   I'm aware of something about discrimination.

19     Q.   Okay.  Anything more than that?

20     A.   No.

21     Q.   Okay.  Do you have -- so prior to today, in

22  preparation as the corporate designee, did you review any

23  documents at all?

24     A.   The resolution.  The initial resolution for the

25  property.

Jennifer Appice
December 03, 2024                                    26

1      Q.   The initial resolution for the property.  Is that a

2   resolution related to the plaintiff's property for -- do you

3   have -- do you have a stack of cases right in front of you?

4      A.   I can't find (indiscernible).

5      Q.   Yeah.  So you're showing me what is -- so you reviewed

6   this document, Resolution 18326, from the Borough of Wallington,

7   dated January 16, 2018?

8      A.   Yes.

9      Q.   Okay.  And you -- I think you referenced it as the

10  original?

11     A.   I'm not sure.  That's the only one I have looked at.

12     Q.   Okay.  So this is the only resolution you've seen

13  related to this property?

14     A.   Yes.

15     Q.   Okay.  Did you look at any other documents in

16  preparation for today?

17     A.   No.

18     Q.   Did you review the Borough's answer to the complaint

19  that I just showed you?

20     A.   No.

21     Q.   Did you meet with anyone other than Mr. Shepard in

22  preparation for today?

23     A.   No, I did not.

24     Q.   Okay.  Have you spoken about this lawsuit with anyone

25  else in the borough?

Jennifer Appice
December 03, 2024                                   27

1    A.   No.

2    Q.   Okay.  Have you spoken to any -- have you ever spoken

3  to any council members at all about this lawsuit?

4    A.   No.

5    Q.   Okay.  Have you spoken to any employees of the borough

6  related to this lawsuit, regarding this lawsuit?

7    A.   No.

8    Q.   Okay.  Were you ever in any -- don't tell me what was

9  said, but were you ever in attendance in any executive sessions

10 for the council where this lawsuit was discussed?

11   A.   No.

12   Q.   Okay.  Do you ever attend executive session for

13 council meetings?

14   A.   Yes.

15   Q.   You do.  And do you sometimes report on pending

16 litigations to the counsel?

17   A.   I do not.  The attorney -- the Borough attorney would

18 discuss that.

19   Q.   Okay.  And the current borough attorney is Dick Allen

20 (phonetic)?

21   A.   Correct.

22   Q.   Okay.  Have you been involved at all in the property

23 tax appeals related to the plaintiff's properties?

24   A.   I have not.

25   Q.   Okay.  Do you know what -- when I say the plaintiff's

Jennifer Appice
December 03, 2024                                                28

1   properties, let's make sure we're clear on that.  Do you know

2   which two parcels I'm discussing?

3       A.   I read the New Wallington home because I saw it on the

4   paper, but I don't know --

5       Q.   Do you know where the properties are located?

6       A.   On Main Avenue.

7       Q.   Yep.  And, so, if I say the Morningside and New

8   Wallington properties, do you generally know where they are?

9       A.   Other side of -- I don't know where the Morningside

10  is.

11      Q.   Yes.  They're side by -- they're adjacent properties

12  and the former ice rink is on it.

13      A.   Okay.  Yes.

14      Q.   Do you know what I'm talking about now?

15      A.   Yes.

16      Q.   Okay.  So if I say the plaintiff's properties, I'll be

17  referring to those two properties, okay?

18      A.   Yep.

19      Q.   Do you have any idea what the current approvals are

20  for those properties?

21      A.   I know that the Planning Board did -- that there was

22  approvals from the Planning Board for both.

23      Q.   Okay.  Do you have -- you don't have any idea how many

24  units there are?

25      A.   I am not aware.

Jennifer Appice
December 03, 2024                                    29

1    Q.   Okay.  Any idea of how many affordable units?

2    A.   I'm not aware.

3    Q.   Okay.  Now, have you ever heard of the Fair Housing

4  Act?

5    A.   Yes.

6    Q.   You have?

7    A.   Yes.

8    Q.   And what's your understanding of the Fair Housing Act?

9    A.   It's to be able to build -- similar to the affordable

10  housing, that they're allowed to build homes or apartments

11  within the boroughs without discriminating.

12   Q.   Okay.  And did you -- have you reviewed any of the

13  history -- I think you said you only saw that one resolution

14  from 2018.  Do you have any understanding of the history of the

15  attempts by the plaintiffs to obtain approvals for development

16  on this property?

17   A.   No, I'm not aware.

18   Q.   Okay.  Have you seen any of the court decisions that

19  were rendered related to development of these properties?

20   A.   No.

21   Q.   You never reviewed any of those?

22   A.   No.

23   Q.   Okay.  Do you have any understanding -- I think you

24  said maybe discrimination, but do you have any understanding of

25  the basis, any more detail about plaintiff's Fair Housing Act

Jennifer Appice
December 03, 2024                                    30

1  claim?

2      A.  No.

3      Q.  Okay.  And do you generally know, understand what

4  the -- what the Borough's defense is to those claims?

5      A.  That there wasn't any discrimination.

6      Q.  Okay.  And -- but you don't have an understanding of

7  the basis for the discriminatory claim?

8          MR. SHEPARD:  Just note my objection.  I mean,

9  defenses are legal in nature.  And if you can answer --

10         MR. DIGIULIO:  Yeah, the Borough was put on the

11  defense, factual defense.  So I'm trying to figure out what it

12  is.

13  BY MR. DIGIULIO:

14     Q.  So do you have any understanding other than that

15  there's discrimination alleged as to what the basis of the

16  discrimination is?

17     A.  No.

18     Q.  You do not.  Okay.  And I just want to make sure we're

19  absolutely clear.

20         You've never read this complaint?

21     A.  Correct.  No.

22     Q.  So do you -- so you don't have an understanding that

23  dating back to 2006, plaintiff sought relief from the courts to

24  permit it to develop affordable housing in the Borough, you've

25  never seen anything related to that?

Jennifer Appice
December 03, 2024                                    31

1      A.   No.

2      Q.   Okay.  So let's go -- can you go back to Appice 1?  I

3  can take that complaint from you for a second.  I can take that

4  one also.  I want to keep my order so you don't get -- can we go

5  back to the dep notice that I showed you.

6          So you've been designated for number 1, for all claims

7  and defenses set forth in any pleadings filed in this matter; do

8  you see that for number 1?

9      A.   Yes.

10     Q.   Okay.  But you haven't read the complaint and you

11  haven't read the answer?

12     A.   I read what the Borough attorney gave me and what he

13  reviewed with me.

14     Q.   Okay.  But you said the only document you reviewed was

15  the resolution?

16     A.   That's the only thing he went over and he told me --

17     Q.   I don't want you to disclose any communications with

18  counsel, I just want to know what documents you reviewed.  Okay.

19  But -- so anything else, any other understanding you may have

20  about this case was provided by counsel?

21     A.   Correct.

22     Q.   Okay.  But -- and I don't think I got an answer to my

23  question, you didn't -- you're designated as the corporate

24  designee for all claims and defenses in this case but you

25  haven't read the complaint or the answer, right?

Jennifer Appice
December 03, 2024                                          32

1    A.    I don't recall seeing that.

2    Q.    Okay.

3          MR. DIGIULIO:  Gerry?

4          MR. SHEPARD:  Yeah.

5          MR. DIGIULIO:  Can we go off the record?

6          (Off the record at 10:49 a.m.)

7          (On the record at 10:52 a.m.)

8    BY MR. DIGIULIO:

9    Q.    Okay.  So number 5, what we went through, is one of

10   the topics, all communications to or from any employee of the

11   Borough acting in their official capacity regarding the planning

12   or development of pedestrian access from the Borough to Wesmont

13   Train Station; do you see that?

14   A.    Yes.

15   Q.    Okay.  So do you know where the Wesmont Train Station

16   is located on the other side of the train tracks from the

17   Borough of Wallington?

18   A.    Yes.

19   Q.    Okay.  And what town is that?

20   A.    East Rutherford.

21   Q.    That's East Rutherford on that side.  Okay.

22         And do you have an understanding there -- there's a

23   large property that sort of abuts the train tracks that's owned

24   by -- now owned by Devli?

25   A.    Yes.

Jennifer Appice
December 03, 2024                                    33

1    Q.   Okay.  And do you have an understanding that there

2  is -- that the Borough has a right to a right of way along the

3  border of that property from Main Street down towards the train

4  tracks?  Do you have an understanding of that right of way?

5    A.   I believe so.

6    Q.   Okay.  What's your general understanding of anything

7  about that?

8    A.   I just know that that's our property; that we own

9  that.  That we can build if we wanted to.

10    Q.   Can build a road?

11    A.   Correct.

12    Q.   Okay.  There's no road there now, right?

13    A.   Correct.

14    Q.   Okay.  So it's like a paper roadway, is what I call

15  it; does that make sense to you?

16    A.   Yes.

17    Q.   Okay.  And do you understand that paper roadway runs

18  into another property that abuts the railroad owned by Donald

19  Nuckel?

20    A.   Okay.

21    Q.   Do you know that property that I'm talking about?

22    A.   That's the Jasontown property?

23    Q.   No.  No.  Let me see if I have -- I'll show you the

24  map in a minute.

25    A.   Okay.

1    Q.  No worries.  So are you aware of any -- so let's just

2  get -- and maybe this will be quick.  On number 5, are you

3  aware -- have you seen any communications among and between

4  employees of the Borough related to developing that roadway and

5  potentially a walkway to the Wesmont Train Station?

6    A.  No.

7    Q.  Okay.  And that train, have you -- have you been to

8  that portion of the train tracks?

9    A.  No.

10    Q.  Okay.  Are you aware of any efforts by the Borough to

11  develop a walkway to the Wesmont Train Station for Wallington

12  residents to access the train?

13    A.  Not that I'm aware of.

14    Q.  Okay.  And then 6 is, any and all complaints of

15  discrimination against the Borough.  Are you aware of any, other

16  than this lawsuit which we discussed, alleges discrimination,

17  are you -- have you seen any complaints against the Borough

18  related to alleging discrimination?

19    A.  No.

20    Q.  Okay.  Have you heard of any complaints?

21    A.  Not that I'm aware of.

22    Q.  Okay.  So fair to say for 5 and 6, you're not aware of

23  any communications related to the Wesmont Train Station or

24  complaints of discrimination that you could testify to here

25  today?

Jennifer Appice
December 03, 2024                                    35

1    A.   Correct.

2    Q.   Okay.  I want to show you -- let me give you that so I

3  can keep it somewhat in order to.  Try my best here.  All right.

4  I'm going to show you what we're going to mark as Appice 5 --

5  oh, Appice 3.  And you got this, I think, already.  This is a

6  court decision rendered by Judge Harris in a lawsuit, with

7  document number Bergen Law Division 37306, and it is dated March

8  18, 2008.

9         (Appice Exhibit No. 3 marked for identification.)

10        THE REPORTER:  You said 2008?

11  BY MR. DIGIULIO:

12   Q.   Yes, 2008.  So I think you already testified you

13  weren't aware that plaintiff's applications to develop its

14  property date back to 2006; is that right?

15   A.   Correct.

16   Q.   Okay.  And, so, I guess it's fair to say you probably

17  have never seen this 2008 decision?

18   A.   No.

19   Q.   Okay.  So were you ever aware -- if you turn to page

20  15 at the bottom, I just want to make sure, Judge Harris found,

21  The order shall further declare that Wallington land use

22  regulations remain invalid and unconstitutional insofar as they

23  continue past exclusionary practices.

24        Have you ever heard that Wallington -- that a court

25  found that Wallington's land use regulations were invalid and

Jennifer Appice
December 03, 2024                          36

1  unconstitutional?

2      A.  Not that I recall.

3      Q.  Okay.  No one has ever explained that to you before?

4      A.  No.

5      Q.  Okay.  Have you ever in your -- in your years in

6  public service, have you ever seen a court render land use

7  regulations invalid and unconstitutional because they continued

8  past exclusionary practices?

9      A.  Not that I recall.

10     Q.  Okay.  Do you have any -- have you ever heard anyone

11  say -- anyone describe any of the exclusionary practices that

12  Wallington was engaging in back then?  No?  Nothing?  No

13  knowledge as to this?

14     A.  No.

15     Q.  Okay.  There you go.  I can take that from you.

16         And then, rather than show it to you, I'll just -- in

17  2015 and again in 2019, Bergen County courts found denial of

18  plaintiff's various land use applications to be arbitrary,

19  capricious, and unreasonable.  Did you ever see either of those

20  decisions?

21     A.  No.

22     Q.  Okay.  Do you have any knowledge that three different

23  court decisions deemed Wallington's denial of plaintiff's land

24  use applications arbitrary, capricious and unreasonable?

25     A.  No.

Jennifer Appice
December 03, 2024                                          37

1    Q.   Have you heard that term before, arbitrary, capricious

2 and unreasonable?

3    A.   No.

4    Q.   You have not.  Okay.

5         And you did not attend any Planning Board meetings

6 where plaintiff's applications were being reviewed, right?

7    A.   No.

8    Q.   Okay.  And you never saw those transcripts?

9    A.   No.

10   Q.   Okay.  Have you had any involvement in the Borough of

11 Wallington's efforts to settle claims by fair share housing?

12   A.   No.

13   Q.   Was that all done before you?

14   A.   It was before.  That was before me.

15   Q.   Have you heard of fair share housing before?

16   A.   Brief -- I mean, briefly.

17   Q.   I'm going to show you what we're going to mark as

18 Appice 4.  These are the Borough's responses to interrogatories,

19 dated September 12, 2024.  Have you seen these before?

20        (Appice Exhibit No. 4 marked for identification.)

21        THE WITNESS:  Yes.

22 BY MR. DIGIULIO:

23   Q.   Okay.  Can you turn to the last page; is that your

24 signature?

25   A.   Yes.

Jennifer Appice
December 03, 2024                                    38

1      Q.   Okay.  And do you recall signing this on or about

2   September 12, 2024?

3      A.   Yes.

4      Q.   Okay.  Now, these answers -- in the certification on

5   the last page it says the answers are not based on your personal

6   knowledge, but, instead, upon investigation and other sources I

7   believe to be reliable; do you see that?

8      A.   Yes.

9      Q.   Okay.  Do you recall what investigation, if any, you

10  did to ensure these answers were accurate?

11     A.   This was a discussion with the Borough's -- borough

12  attorney.

13     Q.   Okay.  Did you do any independent investigation other

14  than speaking with counsel?

15     A.   No.

16     Q.   Okay.  Did you review any documents before you signed

17  this document?

18     A.   No.

19     Q.   Okay.  I want to go through.  Can you turn to page --

20  the first -- the second page, I'm sorry, and it has numbers 1,

21  2, and 3 on it?  Okay.  We're on the same page?

22     A.   Yes.

23     Q.   Very good.  In number 3 the question asks if the

24  Borough contends there are any admissions or declarations

25  against interest made by any party in this action, and then it

Jennifer Appice
December 03, 2024                                                          39

1   goes on with six subparts; do you see that?

2      A.   Uh-huh.

3      Q.   Okay.  The answer was, Plaintiff New Wallington Home

4   admitted in the amended complaint that it withheld property tax

5   payments from 2016 to 2018.  And then, The defendant, the

6   Borough, reserves the right to amend the responses; do you see

7   that?

8      A.   Yes.

9      Q.   Okay.  You didn't actually read the complaint, though,

10  right?

11     A.   Correct.

12     Q.   Okay.  That was -- that was -- I guess that was -- was

13  that drafted by counsel?

14     A.   Yes.

15     Q.   Okay.  Do you have any personal knowledge related to

16  New Wallington's withholding of property taxes?

17     A.   No.

18     Q.   Have you ever seen their letter paying under protest?

19     A.   No.

20     Q.   Have you ever seen their claims related to not

21  receiving proper notice related to those property tax bills?

22     A.   No.

23     Q.   Okay.  Is there someone better suited for those

24  questions in the Borough?

25     A.   I would think it would be our tax assessor, Ed Brown.

Jennifer Appice
December 03, 2024                                          40

1    Q.   Okay.  That's the current tax assessor?

2    A.   Yes.  I mean, I don't know if he was here during the

3  time, but he would probably be the most suited to answer those.

4    Q.   Sure.  And do you know when Ed started as the tax

5  assessor?

6    A.   I believe it was around 2018, 2019.

7    Q.   Okay.  If you could turn to number 10, it asks the

8  Borough to identify any complaints of discrimination made

9  against it between January 2006 to the present, and then there's

10 five subparts; do you see that?

11   A.   Yes.

12   Q.   Okay.  And then in the answer it says, With respect to

13 any issues relating to affordable housing, the Borough is aware

14 of only the allegations made by the plaintiffs in this case and

15 those made by the Morningside at Wallington, Donald Nuckel and

16 Wallington Homes in the declaratory judgment action with the

17 docket number BER-L6285-15; do you see that?

18   A.   Yes.

19   Q.   Okay.  I asked you before about this, you didn't

20 mention that case.  Do you know anything about that case?

21   A.   No.  No, not that I recall.

22   Q.   Okay.  Do you remember any of the alleged

23 discrimination by those plaintiffs in that -- in that other case

24 by Morningside at Wallington?

25   A.   I don't recall.

Jennifer Appice
December 03, 2024                                    41

1    Q.   Okay.  Do you remember seeing any -- reviewing any

2  documents related to that lawsuit?

3    A.   No, not that I recall.

4    Q.   Okay.  Numbers 12 and 13 deal with the property tax

5  notices, and I think you said you have no personal knowledge

6  related to that at all, right?

7    A.   No.

8    Q.   Okay.  Okay.  If you go to number 21, I think it's

9  on -- well, the pages aren't numbered.  Apologies.  You there?

10    A.   Yes.

11    Q.   Okay.  That asked you to, or the Borough, to set forth

12  some information, including the population of the Borough as of

13  December 31, 2023, and the percentage of borough population that

14  was, quote, white alone, not Hispanic or Latino, close quote, as

15  of December 31, 2023; do you see that?

16    A.   Yes.

17    Q.   The answer says that according to the U.S. census,

18  Borough Wallington had at that time 11,868 residents; do you see

19  that?

20    A.   Yes.

21    Q.   And the number of white residents was 8,286; do you

22  see that?

23    A.   Yes.

24    Q.   Okay.  Does that 11,000 number sound about right

25  today?

Jennifer Appice
December 03, 2024                                                42

```
 1      A.   It might be a little higher, but about that.

 2      Q.   And how about that -- so that percentage, just, I did

 3  the math, is 69.8 percent white as of 12/31/2023.  Do you have

 4  any idea if that number has changed at all since -- for 2024?

 5      A.   I don't recall, no.

 6      Q.   Okay.  Do you know if any of the affordable housing

 7  units that have been approved in the Borough have been built?

 8      A.   I don't recall.

 9      Q.   Okay.  Do you know if any of -- oh, well, you don't

10  know if they were built so I guess you don't know if anybody

11  lives in them?

12      A.   That was prior to me.

13      Q.   Okay.  Got it.  How long have you -- how long have you

14  lived in Roselle Park for?

15      A.   Nine years.

16      Q.   Okay.  Are you originally from the Bergen County area?

17      A.   Yes.

18      Q.   Okay.  What -- just, what other towns, generally, did

19  you live in?

20      A.   Paramus.

21      Q.   Okay.  Do you have an understanding of the populations

22  of the towns that surround Wallington?

23      A.   As in population size?

24      Q.   Yeah.

25      A.   Yes.
```

Jennifer Appice
December 03, 2024                                                          43

1      Q.   Okay.  And what towns, generally, would you consider

2   to be neighbors of Wallington?

3      A.   Carlstadt, East Rutherford, Rutherford, Passaic.

4      Q.   Do you have any idea if those are more or less white

5   in population?

6      A.   I don't.  I do not.

7      Q.   You don't know.

8           Probably fair to say Passaic is less white?

9      A.   I would say, yes.

10     Q.   Okay.  East Rutherford likely?

11     A.   I don't know.

12     Q.   Carlstadt?

13     A.   I don't know.

14     Q.   Okay.  Oh, is the new council member that's coming on

15   in January?

16     A.   Justyna Marciniak.

17     Q.   Justyna.  Okay.  And is Ms. Marciniak a white woman?

18     A.   Polish.  Yes.

19     Q.   Polish.  Polish.  Okay.  Are you aware the Borough

20   produced some documents in this case at all?  I can take that

21   from you.  Are you aware if the Borough produced any documents

22   in this case?

23     A.   I'm not aware.

24     Q.   Okay.  Did you -- did you review -- so you didn't see

25   any, like, document production that was made by the Borough?

Jennifer Appice
December 03, 2024                                                    44

1    A.   No, I don't recall.

2    Q.   Okay.  Do you recall being involved at all in the

3 gathering of emails or letters or anything to produce in this

4 case?

5    A.   Not that I'm aware of.

6    Q.   Okay.  Do you know if the Borough conducted an

7 electronic review of emails to find documents relevant to this

8 case?

9    A.   I believe the Borough attorney.

10    Q.   They would -- the Borough attorney would handle that?

11    A.   Would handle that.

12    Q.   Okay.  Were you involved at all in the -- have you

13 ever seen the partially executed settlement agreement in this

14 case?

15    A.   I don't recall seeing that.

16    Q.   Okay.  Do you have any personal knowledge at all about

17 the terms that are in that draft settlement agreement?

18    A.   No, I don't recall.

19    Q.   Okay.  Do you have any knowledge of any of the terms

20 that were documented in that partially executed settlement

21 agreement?

22    A.   No.

23    Q.   Okay.  Did you ever talk to any council members or

24 employees about the potential settlement agreement in this case?

25    A.   No.

Jennifer Appice
December 03, 2024                                    45

1        MR. SHEPARD:  Note my objection.  Just don't mention

2   anything said in executive session by the Borough attorneys.

3        MR. DIGIULIO:  Yeah.  Yeah.  That is fair.

4   BY MR. DIGIULIO:

5        Q.   But I think you testified you were not -- you've never

6   been in any executive session related to this lawsuit at all,

7   right?

8        A.   I don't recall that.

9        Q.   You don't recall.  Okay.  Do you know if the Borough

10  of Wallington has ever entered into a PILOT in lieu of -- well,

11  let me ask you this, do you know what a PILOT is?

12       A.   Yes.

13       Q.   What is your general understanding of a PILOT?

14       A.   Payment in lieu of taxes.

15       Q.   And what does that generally mean?

16       A.   So they don't pay the tax, that they give an agreed

17  amount of money, I believe.  It's negotiated.

18       Q.   Okay.  So it's a negotiated payment in lieu of paying

19  the typical property tax?

20       A.   Correct.

21       Q.   Okay.  And do you know if the Borough of Wallington

22  has ever approved a PILOT before?

23       A.   Not that I recall.

24       Q.   Okay.  None during your time?

25       A.   Not during my time.

Jennifer Appice
December 03, 2024                                    46

1       Q.   Okay.  So plaintiff's position -- and I know you

2    haven't read the complaint, so I'm just going to make a

3    representation.  Plaintiff's position in this case is that the

4    Borough improperly denied numerous land use applications

5    delaying the development of the property for many years, and

6    three courts found that those decisions were arbitrary,

7    capricious and unreasonable, and I'm trying to determine if the

8    Borough has any other bases for their denials that are not set

9    forth in resolutions.

10           And, so, as here as the corporate designee, are you

11   aware of any other bases for the denial of those applications?

12      A.   Not that I'm aware of.

13      Q.   Okay.  That's the one.  So the one document you recall

14   reviewing relating to this lawsuit is this resolution; is that

15   right?

16      A.   Yes.

17      Q.   Okay.  And that's -- we're going to mark that as

18   Appice 5.  And that is a January 16, 2018, resolution, Borough

19   of Wallington number 18326, and you read this document?

20           (Appice Exhibit No. 5 marked for identification.)

21           THE WITNESS:  Yes.

22   BY MR. DIGIULIO:

23      Q.   Okay.  And it's your understanding that this is --

24   this sets forth development approvals that were received by

25   plaintiffs?

Jennifer Appice
December 03, 2024                                    47

1    A.  Yes.

2    Q.  Okay.  If you go to number -- the paragraphs are

3  numbered, if you go to number 11.  So talking about -- the

4  resolution summarizes testimony of Brigette Bogart, professional

5  planner; do you see that?

6    A.  Yes.

7    Q.  Okay.  In the second paragraph it says, She testified

8  that the master plan required the properties to be jointly

9  developed with 15 low income units provided.  She opined that

10  the development's effect on the surrounding properties in the

11  community would be an additional 5 to 11 school trip children

12  being admitted to the school district; do you see that?

13    A.  Yes.

14    Q.  Okay.  And then if you go down to 15 it says,

15  Melissa Dabal, a member of the town council, testified she

16  believed the increase in the number of students to be generated

17  by the development would be greater than 5 additional students

18  and would be a burden; do you see that?

19    A.  Yes.

20    Q.  Okay.  Are you aware of any issues during your time

21  being raised by either public or town council about new

22  developments being a burden on the school district?  Have you

23  heard that at all?

24    A.  Not that I recall.

25    Q.  Okay.  Do you know if the Borough of Wallington public

Jennifer Appice
December 03, 2024                                    48

1  schools have a -- have in recent years had an increase or

2  decrease in student enrollment?

3      A.  I'm not aware.

4      Q.  You're not aware.  No knowledge.  Okay.

5          Have you ever talked to Mayor Dabal about the burden

6  that developments may have on the school district?

7      A.  No.

8      Q.  Okay.  I'll take that back for you.  Thank you.  All

9  right.

10         So I just want to make sure we're all on the same page

11  about what you did for today.  So the documents you recall

12  seeing are the resolution we just looked at and the

13  interrogatories?

14     A.  Yes.

15     Q.  You don't recall reviewing any other documents?

16     A.  No.

17     Q.  Okay.  And other than the Borough alleging there was

18  not -- there was no discrimination, you don't -- you're not

19  aware of any other facts that support their defense, the

20  Borough's defense; is that right?

21     A.  Correct.

22     Q.  Okay.  All right.

23         MR. DIGIULIO:  Let's go off the record for like two

24  seconds, I just want to make sure I have nothing else.

25         THE REPORTER:  Off the record.

Jennifer Appice
December 03, 2024                                    49

1          (Off the record at 11:18 a.m.)

2          (On the record at 11:18 a.m.)

3    BY MR. DIGIULIO:

4      Q.   Have you ever spoken to Jim Nuckel?

5      A.   No.

6      Q.   Have you ever -- before he passed, did you ever speak

7    to Donald Nuckel?

8      A.   No.

9      Q.   Jill Nuckel, their sister?

10     A.   No.

11     Q.   Okay.  How about the owners of the Devli property,

12   have you ever spoken to them?

13     A.   No.

14     Q.   Okay.  You don't recall speaking to anyone else other

15   than the Borough attorney about this case at all?

16     A.   Correct.

17     Q.   Okay.  All right.

18          MR. DIGIULIO:  Thank you, Ms. Appice.  That's all I

19   have.  Thank you so much.

20          THE WITNESS:  Thank you.

21          MR. SHEPARD:  Thank you.

22          THE REPORTER:  And 10 business days turnaround time is

23   okay?

24          MR. DIGIULIO:  Yes.

25          (Deposition concluded at 11:19 a.m.)

Jennifer Appice
December 03, 2024                                    50

1          CERTIFICATE OF NOTARY FOR WITNESS

2               PLACEHOLDER

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jennifer Appice
December 03, 2024                                    51

1                    CERTIFICATE OF REPORTER

2

3  STATE OF NEW JERSEY           )
                                 )
4  COUNTY OF HUNTERDON           )

5

6      I, Serena Frey, AAERT No. 3686, Digital Reporter, State of

7  New Jersey, do hereby certify that I was authorized to and did

8  electronically report the Deposition of JENNIFER APPICE; that

9  JENNIFER APPICE was duly sworn on the date indicated; that a

10 review of the transcript was requested and that the electronic

11 recording of the proceedings was provided for transcription.

12     I FURTHER CERTIFY that I am not a relative, employee, or

13 attorney, or counsel of any of the parties, nor am I a relative

14 or employee of any of the parties' attorneys or counsel

15 connected with the action, nor am I financially interested in

16 the action.

17         DATED this 13th day of December 2024.

18

19

20

21     _____

22     Serena Frey, AAERT No. 3686

23

24

25

1     CERTIFICATION PAGE FOR AUDIO RECORDING OF A DEPOSITION

2

3              I, JANENE CLEARY, New Jersey CSR # 30XI00232700,

4     a Certified Shorthand Reporter in and for the State of New

5     Jersey, hereby certify to the following:

6              That the foregoing is a true and correct

7     transcription of the audio recording of the deposition in the

8     above-captioned case.

9              I further certify that I am neither counsel for,

10    related to, nor employed by any of the parties to the action in

11    which this deposition was taken, and further that I am not

12    financially or otherwise interested in the outcome of the

13    action.

14

15            Certified to by me this 18TH day of December 2024.

16

17

18

19

20    _____

21      JANENE CLEARY
        New Jersey CSR # 30XI00232700

22

23

24

25

Jennifer Appice
December 03, 2024                                          53



WITNESS NOTIFICATION LETTER

Date: December 13, 2024
ATTN: JENNIFER APPICE
c/o Gerald A. Shepard, Esquire
Pfund McDonnell, PC
139 Prospect Street
Ridgewood, New Jersey 07450


RE: NEW WALLINGTON HOME, LLC, a New
Jersey limited liability company, et al. vs. BOROUGH
OF WALLINGTON, et al.
Date of Proceeding: December 3, 2024
U.S. Legal Support Reference Job No.: 6757446-002

Dear Madam:

    The transcript of the above proceeding is now
available for witness review, and the following
applies:


_____    The witness is requested to contact our office to
           make arrangements for review purposes.

_____    Counsel above ordered the transcript and is
           requested to facilitate the witness' review from
           their copy.

_____    Other:_____


    We respectfully request that the review be completed within
30 days. The completed errata sheet may be returned to our
office at the Email address listed below for distribution.

Sincerely,
Production Department
U.S. Legal Support, Inc.
Email: Production@uslegalsupport.com
Phone: 866-876-8757
Letter via Transcript/Mail:
JAMES DIGIULIO, ESQUIRE, Esq.
GERALD A. SHEPARD, ESQUIRE, Esq.

Jennifer Appice
December 03, 2024                                      54

ERRATA SHEET

Witness: JENNIFER APPICE
RE: NEW WALLINGTON HOME, LLC, a New
Jersey limited liability company, et al. vs.
BOROUGH OF WALLINGTON, et al.
Date of Proceeding: December 3, 2024
U.S. Legal Support Reference No.: 6757446-002


    PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
     REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM


    Page / Line /     Change     / Reason

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

    ____/____/_____/_____

Under penalties of perjury, I declare that I have
read the foregoing transcript and that the facts stated in it
are true.
_____    _____
JENNIFER APPICE                 Date


    (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
Sworn and subscribed to before me this ___ day of
_____, 20___.

_____    _____
Notary Public          JENNIFER APPICE

**Exhibits**

**EX 0001 Jennifer Appice 120324**
4:5 21:6
**EX 0002 Jennifer Appice 120324**
4:6 25:3
**EX 0003 Jennifer Appice 120324**
4:6 35:9
**EX 0004 Jennifer Appice 120324**
4:7 37:20
**EX 0005 Jennifer Appice 120324**
4:7 46:20

**0**

**07**
14:3,5
**08**
14:5

**1**

**1**
20:23 21:3,6,20 22:8,17 23:3 31:2,6,8 38:20
**10**
21:13 22:13 23:4 40:7 49:22
**10:37**
22:25
**10:38**
23:1
**10:49**
32:6
**10:52**
32:7
**11**
47:3,11
**11,000**
41:24
**11,868**
41:18
**11:18**
49:1,2
**11:19**
49:25
**12**
37:19 38:2 41:4
**12/31/2023**
42:3
**13**
41:4
**15**
35:20 47:9,14
**16**
26:7 46:18
**18**
35:8
**18326**
26:6 46:19
**1996**
13:5

**2**

**2**
21:14 23:13 24:23 25:3,10 38:21
**2000**
12:2,13 14:11
**2002**
12:13
**2004**
11:6
**2005**
13:14
**2006**
22:8 24:15 30:23 35:14 40:9
**2007**
14:11
**2008**
14:11 35:8,10,12,17
**2009**
14:23
**2014**
15:18
**2015**
36:17
**2016**
39:5
**2018**
26:7 29:14 39:5 40:6 46:18
**2019**
36:17 40:6
**2020**
25:12
**2023**
6:25 7:1 16:6 19:16 41:13,15
**2024**
21:3 37:19 38:2 42:4
**2027**
20:19
**21**
41:8
**24**
21:3

**3**

**3**
21:14 23:13 35:5,9 38:21,23
**30(b)(6)**
21:4,19
**31**
41:13,15
**3686**
5:2
**37306**
35:7

**4**

**4**
23:25 24:12 37:18,20
**4kids**
13:17,18,25 14:11

**5**

**5**
21:25 22:17 23:3 32:9 34:2,22 35:4 46:18,20 47:11,17

**6**

**6**
22:5,17 23:3 34:14,22
**69.8**
42:3

**7**

**7**
24:8 25:12

**8**

**8**
24:8
**8,286**
41:21

Jennifer Appice
December 03, 2024

2

**9**

9
  24:12
96
  13:1,2,3
98
  12:24

**A**

A-N-D-R-O-W-
I-S
  20:6
A-P-P-I-C-E
  5:21
a.m.
  22:25 23:1
  32:6,7 49:1,
  2,25
AAERT
  5:2
able
  29:9
above
  21:23
absolutely
  30:19
abuts
  32:23 33:18
access
  22:3 32:12
  34:12
accordance
  5:9
accurate
  7:24 38:10
Act
  29:4,8,25
acting
  22:1 32:11
action
  21:23 22:15
  38:25 40:16

additional
  47:11,17
adjacent
  28:11
administer
  5:6
administratio
n
  11:4
administrator
  6:22 10:3
  11:19 18:16
  25:1
admissions
  38:24
admitted
  39:4 47:12
affiliates
  22:7
affirm
  6:1
affordable
  24:3,14
  29:1,9 30:24
  40:13 42:6
agents
  22:7
ago
  7:1 17:5
agree
  5:6 10:9
agreed
  23:3 45:16
agreement
  44:13,17,21,
  24
ahead
  8:25
allegations
  40:14
alleged
  30:15 40:22
alleges
  34:16
alleging
  34:18 48:17

Allen
  27:19
allowed
  29:10
amend
  39:6
amended
  39:4
amount
  45:17
and/or
  24:3
Androwis
  20:3,5,6,12
answer
  7:13 8:18,
  21,25 9:2,4,
  17,19 26:18
  30:9 31:11,
  22,25 39:3
  40:3,12
  41:17
answers
  7:20 8:9
  38:4,5,10
anybody
  42:10
anyone
  26:21,24
  36:10,11
  49:14
anytime
  7:8
apartments
  29:10
Apologies
  41:9
appeals
  27:23
appearances
  5:11
appice
  5:20 6:11,16
  20:23 21:2,
  3,6 24:23
  25:3,10 31:2
  35:4,5,9

37:18,20
  46:18,20
  49:18
applicable
  5:9
applications
  23:19,23
  24:13 35:13
  36:18,24
  37:6 46:4,11
approvals
  28:19,22
  29:15 46:24
approved
  42:7 45:22
arbitrary
  36:18,24
  37:1 46:6
area
  42:16
around
  15:18 40:6
asked
  17:25 18:2
  40:19 41:11
asking
  9:11
asks
  38:23 40:7
assessed
  23:14,19
assessor
  39:25 40:1,5
assume
  9:7
attempting
  7:13
attempts
  29:15
attend
  27:12 37:5
attendance
  27:9
attended
  24:1
attorney
  27:17,19

Jennifer Appice
December 03, 2024

3

31:12 38:12
44:9,10
49:15
**attorneys**
18:19 45:2
**audio**
5:7
**automatically**
17:6
**Avenue**
28:6
**aware**
20:18 24:7
25:18 28:25
29:2,17
34:1,3,10,
13,15,21,22
35:13,19
40:13 43:19,
21,23 44:5
46:11,12
47:20 48:3,
4,19

**B**

**BA**
11:14 12:1
18:10
**back**
9:3 14:8
30:23 31:2,5
35:14 36:12
48:8
**background**
10:22 18:1
**based**
8:5 38:5
**bases**
46:8,11
**basis**
29:25 30:7,
15
**beginning**
5:12
**behalf**
10:17

**believe**
13:13 19:3
20:21 33:5
38:7 40:6
44:9 45:17
**believed**
47:16
**BER-L6285-15**
40:17
**Bergen**
35:7 36:17
42:16
**best**
8:17 35:3
**better**
39:23
**bills**
39:21
**binding**
10:17
**bit**
10:22
**Board**
5:17 28:21,
22 37:5
**Bogart**
47:4
**border**
33:3
**borough**
5:16 6:21,22
10:5,13,18
16:5,8 17:10
18:10,21
19:5 21:4,
12,19 22:1,
3,6,15 24:1,
15,25 26:6,
25 27:5,17,
19 30:10,24
31:12 32:11,
12,17 33:2
34:4,10,15,
17 37:10
38:11,24
39:6,24
40:8,13

41:11,12,13,
18 42:7
43:19,21,25
44:6,9,10
45:2,9,21
46:4,8,18
47:25 48:17
49:15
**Borough's**
26:18 30:4
37:18 38:11
48:20
**boroughs**
29:11
**bottom**
35:20
**break**
9:16,18
**breaks**
9:21
**brief**
14:13,16
37:16
**briefly**
18:15 21:11
37:16
**Brigette**
47:4
**broad**
24:24
**brought**
25:17
**Brown**
39:25
**build**
29:9,10
33:9,10
**Building**
15:7
**built**
42:7,10
**burden**
47:18,22
48:5
**business**
10:3 11:4,19
18:16 49:22

**C**

**calculating**
13:23,24,25
**call**
33:14
**called**
6:12
**capacity**
10:2 22:2
23:9 32:11
**capricious**
36:19,24
37:1 46:7
**career**
14:21
**Carlstadt**
43:3,12
**case**
7:14 10:4
20:7 24:20
25:10,17
31:20,24
40:14,20,23
43:20,22
44:4,8,14,24
46:3 49:15
**cases**
26:3
**cell**
15:7,8
**census**
41:17
**certain**
10:8
**certificates**
24:9
**certification**
38:4
**certification
s**
11:17,20
**chance**
19:7
**change**
14:21

Jennifer Appice
December 03, 2024

4

changed
  42:4
changes
  20:17
children
  47:11
choosing
  14:18
claim
  30:1,7
claims
  10:4 21:22
  25:17 30:4
  31:6,24
  37:11 39:20
clarification
  9:7,12
clear
  9:12 28:1
  30:19
Clearwater
  15:1,4,9,14
close
  15:17 24:19
  41:14
coffee
  9:15
communication
  14:22 15:1
communications
  11:13 21:25
  31:17 32:10
  34:3,23
community
  47:11
company
  14:19 16:3
complaint
  24:20,23
  25:10 26:18
  30:20 31:3,
  10,25 39:4,9
  46:2
complaints
  22:5 34:14,
  17,20,24

40:8
complete
  8:16 9:19
concluded
  49:25
conducted
  44:6
Congratulations
  7:3
consider
  43:1
construction
  24:3
contemplated
  24:2
contends
  38:24
continue
  35:23
continued
  36:7
continues
  20:19
continuing
  11:20
contract
  18:19
contractor
  15:14
contracts
  18:1
corporate
  10:5,13,17
  22:18 25:22
  31:23 46:10
correct
  16:7 21:18
  23:5 27:21
  30:21 31:21
  33:11,13
  35:1,15
  39:11 45:20
  48:21 49:16
correction
  5:10

council
  16:22 17:1,
  2,23,25
  18:2,3
  19:17,24
  20:15,17
  27:3,10,13
  43:14 44:23
  47:15,21
counsel
  5:12 7:21
  8:23 9:22
  27:16 31:18,
  20 38:14
  39:13
County
  36:17 42:16
courses
  12:7
court
  6:20 7:11,23
  8:8 25:11
  29:18 35:6,
  24 36:6,23
courts
  30:23 36:17
  46:6
cover
  21:5
covered
  22:16
create
  5:6
curious
  16:8
current
  19:24 27:19
  28:19 40:1
cut
  8:17,20

D

Dabal
  47:15 48:5
Dabal's
  20:19

date
  35:14
dated
  25:11 26:7
  35:7 37:19
dates
  8:2
dating
  30:23
day
  7:18 10:21
day-to-day
  18:18,20
days
  49:22
DC
  14:17
deal
  24:8 41:4
decade
  15:17
December
  20:12 25:12
  41:13,15
decision
  35:6,17
decisions
  29:18 36:20,
  23 46:6
declarations
  38:24
declaratory
  40:16
declare
  35:21
decrease
  48:2
deemed
  36:23
defendant
  5:16 39:5
defense
  30:4,11
  48:19,20
defenses
  21:22 30:9
  31:7,24

Jennifer Appice
December 03, 2024

5

degree
  10:25 11:8
degrees
  11:16
delaying
  46:5
demographics
  24:2
denial
  36:17,23
  46:11
denials
  46:8
denied
  46:4
dep
  31:5
deposed
  7:5 20:7
deposition
  5:2 14:10
  21:4 49:25
deputy
  16:10,14,19,
  20 17:6
describe
  18:15 36:11
designated
  10:5,9
  21:12,16,19
  31:6,23
designee
  10:5,13,17,
  18 22:18
  23:10 25:22
  31:24 46:10
detail
  29:25
determine
  46:7
develop
  30:24 34:11
  35:13
developed
  47:9
developing
  34:4

development
  22:2 23:14
  24:13 29:15,
  19 32:12
  46:5,24
  47:17
development's
  47:10
developments
  47:22 48:6
Devli
  32:24 49:11
Dick
  27:19
different
  36:22
Digital
  5:2
Digiulio
  5:13 6:7,10,
  15,19 19:13
  20:5,9,25
  21:1,8
  22:22,24
  23:2 25:5
  30:10,13
  32:3,5,8
  35:11 37:22
  45:3,4 46:22
  48:23 49:3,
  18,24
direct
  8:24 9:2
direction
  9:3
director
  17:12
disclose
  31:17
discovery
  22:11
discriminatin
g
  29:11
discriminatio
n
  22:6 25:18

29:24 30:5,
15,16 34:15,
16,18,24
40:8,23
48:18
discriminator
y
  30:7
discuss
  27:18
discussed
  27:10 34:16
discussing
  28:2
discussion
  38:11
distance
  8:2
district
  6:20 25:11
  47:12,22
  48:6
Division
  35:7
docket
  40:17
document
  21:9 26:6
  31:14 35:7
  38:17 43:25
  46:13,19
documented
  44:20
documents
  22:14 25:23
  26:15 31:18
  38:16 41:2
  43:20,21
  44:7 48:11,
  15
doing
  16:11 17:25
Donald
  25:1 33:18
  40:15 49:7
draft
  44:17

drafted
  39:13
duly
  6:12
Dumont
  19:6,7

_____

E

_____

E-U-G-E-N-I-
U-S-Z
  20:7
easier
  8:8
East
  32:20,21
  43:3,10
Ed
  39:25 40:4
education
  10:24 11:21
effect
  47:10
efforts
  34:10 37:11
eight
  14:18 15:10
either
  16:22 23:18,
  23 25:1
  36:19 47:21
EJD
  16:2
elected
  6:21 17:4
electronic
  44:7
elicit
  7:13
emails
  44:3,7
employed
  12:12
employee
  22:1 32:10

Jennifer Appice
December 03, 2024

6

employees
  18:18 22:7
  27:5 34:4
  44:24
employment
  13:3,4,8
  14:12
end
  7:18 19:25
ended
  14:17
engaging
  36:12
enrollment
  48:2
ensure
  38:10
entered
  45:10
Entertainment
  13:17,18
  14:1,11
estimate
  8:2
estimating
  8:3
et al
  5:17
Eugeniusz
  20:4
Everyday
  14:13
EXAMINATION
  6:14
exclusionary
  35:23 36:8,
  11
executed
  44:13,20
executive
  27:9,12
  45:2,6
Exhibit
  21:6 25:3
  35:9 37:20
  46:20

experience
  16:11,13
explained
  36:3

_____

F

_____

facts
  48:19
factual
  30:11
fair
  22:16 24:18
  29:3,8,25
  34:22 35:16
  37:11,15
  43:8 45:3
Federal
  6:20 25:11
feel
  7:8 8:21
  9:16
figure
  30:11
filed
  21:23 25:10
  31:7
final
  5:8
finance
  13:20 14:15
  18:1
find
  7:14 26:4
  44:7
finish
  8:13,16 9:3,
  17
finished
  8:18,21
firm
  5:15
first
  5:19 6:12
  13:8 14:25
  17:4 18:11
  24:25 38:20

five
  13:13 40:10
Following
  19:21
follows
  5:3 6:13
foreclose
  23:11
form
  16:23
forth
  9:3 21:22
  31:7 41:11
  46:9,24
found
  35:20,25
  36:17 46:6
four
  12:22 15:16
  16:18 17:14
free
  7:8 8:21
  9:16
Frey
  5:2
front
  25:9 26:3
full-time
  18:22
fun
  14:9
future
  9:1

_____

G

_____

gathering
  44:3
gave
  31:12
Gene
  20:11,12
general
  10:12 14:14
  25:16 33:6
  45:13

generally
  10:10 13:19
  15:6 16:21
  18:16 28:8
  30:3 42:18
  43:1 45:15
generated
  47:16
Gerald
  5:15
Gerry
  22:20 32:3
gestures
  8:10
getting
  15:17
give
  6:2 9:3
  15:10 35:2
  45:16
goes
  39:1
going
  7:11 8:10,
  14,15 9:7
  14:8 16:12
  17:16 35:4
  37:17 46:2,
  17
good
  6:16,17
  38:23
government
  16:23,24
government-
issued
  5:23
great
  5:24 6:10
  8:3 10:21
greater
  47:17
guess
  8:1 35:16
  39:12 42:10

Jennifer Appice
December 03, 2024

7

---

**H**

---

half
  19:3
hand
  5:25 8:10
handle
  18:18 44:10,
  11
happen
  7:11
Harris
  35:6,20
he'll
  8:24 9:3
head
  8:10
headed
  16:12
Health
  14:13
heard
  25:1 29:3
  34:20 35:24
  36:10 37:1,
  15 47:23
Hector
  19:9,14
held
  17:22
helpful
  7:14 18:3
high
  11:16 13:4
higher
  42:1
highest
  10:24
Hispanic
  41:14
history
  29:13,14
hold
  17:10,18

home
  28:3 39:3
homes
  29:10 40:16
housing
  24:4,14
  29:3,8,10,25
  30:24 37:11,
  15 40:13
  42:6

---

**I**

---

ice
  28:12
idea
  8:15 28:19,
  23 29:1 42:4
  43:4
identificatio
n
  5:23 21:6
  25:3 35:9
  37:20 46:20
identified
  22:13
identify
  40:8
improperly
  46:4
including
  22:6 41:12
income
  24:4,14 47:9
increase
  47:16 48:1
independent
  38:13
indiscernible
  26:4
individuals
  5:17
information
  7:14 41:12
initial
  25:24 26:1

inquiries
  24:13
interest
  38:25
interrogatori
es
  22:10,14,17
  37:18 48:13
interrogatory
  23:4
invalid
  35:22,25
  36:7
investigation
  38:6,9,13
involved
  27:22 44:2,
  12
involvement
  37:10
issuance
  24:8
issue
  24:16
issues
  18:21 23:12
  40:13 47:20

---

**J**

---

J-E-N-N-I-F-
E-R
  5:20
James
  5:13
January
  22:8 26:7
  40:9 43:15
  46:18
Jasontown
  33:22
Jennifer
  5:20 6:11
Jersey
  5:5 6:20
  25:11

Jill
  49:9
Jim
  6:18 25:1
  49:4
job
  13:16 14:25
  18:22 19:14,
  16
jointly
  47:8
Judge
  35:6,20
judgment
  40:16
Justyna
  20:16 43:16,
  17

---

**K**

---

K-H-A-L-D-O-
U-N
  20:6
Kazimir
  18:25
keep
  20:24 31:4
  35:3
Khaldoun
  20:3,5
kind
  11:17,21,24
  15:6
kindly
  5:22
know
  8:5 9:6 14:9
  19:1,14,17,
  19 20:14,17
  27:25 28:1,
  4,5,8,9,14,
  21 30:3
  31:18 32:15
  33:8,21
  40:2,4,20
  42:6,9,10

Jennifer Appice
December 03, 2024

8

| | | | |
|---|---|---|---|
| 43:7,11,13 | liaison | low | math |
| 44:6  45:9, | 17:19,20,21 | 24:3,4,14 | 42:3 |
| 11,21  46:1 | licensed | 47:9 | matter |
| 47:25 | 5:5 | | 6:2  31:7 |
| **knowledge** | **licensure** | **M** | **mayor** |
| 7:15,16  10:3 | 11:20 | | 16:10,14,17, |
| 23:9,10,12, | lieu | **made** | 19,20  17:6 |
| 18  24:5,10, | 45:10,14,18 | 22:6  38:25 | 20:19  48:5 |
| 16,19  36:13, | life | 40:8,14,15 | **Mcdonnell** |
| 22  38:6 | 8:8 | 43:25 | 5:16 |
| 39:15  41:5 | limit | **Main** | **mean** |
| 44:16,19 | 7:15 | 28:6  33:3 | 13:21  22:20, |
| 48:4 | line | **make** | 23  30:8 |
| | 19:22 | 8:8,9,11 | 37:16  40:2 |
| **L** | litigations | 9:12  22:20 | 45:15 |
| | 27:16 | 28:1  30:18 | **means** |
| **land** | little | 33:15  35:20 | 10:13 |
| 35:21,25 | 10:22  23:10 | 46:2  48:10, | **meet** |
| 36:6,18,23 | 42:1 | 24 | 26:21 |
| 46:4 | live | **Manage** | **meetings** |
| **large** | 7:23  42:19 | 18:18 | 23:25  24:6 |
| 32:23 | lived | **management** | 27:13  37:5 |
| **Latino** | 42:14 | 15:5 | **Melissa** |
| 41:14 | lives | **manager** | 47:15 |
| **law** | 42:11 | 15:25 | **member** |
| 5:9,15  35:7 | local | **map** | 7:1  20:15 |
| **lawsuit** | 24:4 | 33:24 | 43:14  47:15 |
| 6:19  26:24 | located | **marathon** | **members** |
| 27:3,6,10 | 28:5  32:16 | 9:15 | 19:17  27:3 |
| 34:16  35:6 | long | **March** | 44:23 |
| 41:2  45:6 | 11:23  13:11, | 35:7 | **members'** |
| 46:14 | 25  14:8 | **Marciniak** | 19:24 |
| **leave** | 15:8,15 | 20:16  43:16, | **memory** |
| 9:18 | 16:21  17:3, | 17 | 14:10 |
| **LEC** | 13  19:1,14 | **mark** | **mention** |
| 15:21 | 42:13 | 35:4  37:17 | 40:20  45:1 |
| **left** | look | 46:17 | **merged** |
| 15:21  16:2,5 | 26:15 | **marked** | 15:24 |
| **legal** | looked | 21:2,6  25:3, | **met** |
| 30:9 | 26:11  48:12 | 9  35:9  37:20 | 6:18 |
| **letter** | **Looking** | 46:20 | **Michael** |
| 39:18 | 25:13 | **master** | 18:25  19:1, |
| **letters** | looks | 47:8 | 8,19,20 |
| 44:3 | 23:3 | **master's** | **minute** |
| **level** | loop | 10:25  13:7, | 33:24 |
| 10:24 | 24:19 | 10 | **money** |
| | | | 45:17 |

Jennifer Appice
December 03, 2024

9

months
  14:18 15:11
  16:18
morning
  6:16,18
Morningside
  23:15 28:7,9
  40:15,24
motion
  9:1
motions
  7:21
moved
  19:23
municipal
  16:13
municipality
  17:7 18:14
Music
  12:16,17

_____

N

name
  5:19 6:18
  18:24 19:10
  20:23
nature
  30:9
need
  8:4 9:17
  11:20,24
  20:5
negotiated
  45:17,18
negotiations
  18:19
neighbors
  43:2
never
  23:22 29:21
  30:20,25
  35:17 37:8
  45:5
night
  12:7,9

nine
  15:10 42:15
Nodding
  8:9
non-topic
  23:12
notary
  5:5
note
  30:8 45:1
notice
  5:3 10:1
  21:3 31:5
  39:21
notices
  41:5
November
  6:25 16:6
  19:16
Nuckel
  25:1,2 33:19
  40:15 49:4,
  7,9
number
  21:20,25
  22:5,13
  23:4,25
  24:8,12
  31:6,8 32:9
  34:2 35:7
  38:23 40:7,
  17 41:8,21,
  24 42:4
  46:19 47:2,
  3,16
numbered
  41:9 47:3
numbers
  38:20 41:4
numerous
  46:4

_____

O

O'TOOLE
  5:13

O-L-M-O
  19:11
oath
  5:6 7:22
object
  8:24
objection
  30:8 45:1
objections
  9:1
obtain
  29:15
obviously
  23:5
official
  22:1 32:11
officials
  6:21 24:1
okay
  5:24 6:24
  7:7,10,24
  8:6,8,11,13,
  18,21 9:4,8,
  13,19,21,22,
  24 10:1,12,
  20 11:1,5,7,
  12,16,19
  12:1,3,6,10,
  12,24 13:1,
  7,11,16,25
  14:7,14,20,
  23,25 15:2,
  6,20,23
  16:4,8,16
  17:3,7,10,
  20,22 18:10,
  14,24 19:1,
  19,24 20:12,
  14,22 21:9,
  16,18,25
  22:13 23:3,
  7,25 24:8,
  12,18 25:9,
  16,19,21
  26:9,12,15,
  24 27:2,5,8,
  12,19,22,25
  28:13,16,17,

23 29:1,3,
12,18,23
30:3,6,18
31:2,10,14,
18,22 32:2,
9,15,19,21
33:1,6,12,
14,17,20,25
34:7,10,14,
20,22 35:2,
16,19 36:3,
5,10,15,22
37:4,8,10,23
38:1,4,9,13,
16,19,21
39:3,9,12,
15,23 40:1,
7,12,19,22
41:1,4,8,11,
24 42:6,9,
13,16,18,21
43:1,10,14,
17,19,24
44:2,6,12,
16,19,23
45:9,18,21,
24 46:1,13,
17,23 47:2,
7,14,20,25
48:4,8,17,22
49:11,14,17,
23
Olmo
  19:9,11
one
  16:18 20:2,
  3,10 26:11
  29:13 31:4
  32:9 36:3
  46:13
online
  20:24
operations
  18:19,20
opined
  47:9
opportunity
  7:20

Jennifer Appice
December 03, 2024                                                10

order
  31:4 35:3,21
ordered
  5:8
ordinances
  24:2
original
  26:10
originally
  42:16
outside
  18:11
overlap
  17:23
oversee
  18:20
owned
  25:6 32:23,
  24 33:18
owners
  49:11

_____

P

_____

page
  21:13,14
  35:19 37:23
  38:5,19,20,
  21 48:10
pages
  41:9
paid
  13:9 17:14
paper
  28:4 33:14,
  17
paragraph
  47:7
paragraphs
  47:2
Paramus
  42:20
parcels
  28:2
Park
  16:10,14,23

17:4,7,11
18:6 19:20
42:14
part
  14:9 15:3
  16:22
partially
  44:13,20
parties
  5:5,11 6:5
Partners
  15:13
party
  38:25
Passaic
  43:3,8
passed
  49:6
past
  35:23 36:8
Paterson
  11:11 12:3,
  21
pay
  45:16
paying
  13:22 39:18
  45:18
payment
  45:14,18
payments
  39:5
pedestrian
  22:2 32:12
pending
  6:20 27:15
percent
  42:3
percentage
  41:13 42:2
Perfect
  5:23 6:9
period
  14:13
periodically
  12:7

permit
  30:24
person
  9:11 10:14
personal
  10:3 23:9,
  12,18 24:5,
  10,15,19
  38:5 39:15
  41:5 44:16
personally
  10:2
Pfund
  5:16
Phoenix
  11:2 12:4,6
phone
  15:7,8
phonetic
  20:11 27:20
pick
  16:25
picks
  16:24
Picture
  5:24
PILOT
  45:10,11,13,
  22
plaintiff
  30:23 39:3
plaintiff's
  5:12 22:14
  23:15 24:9
  26:2 27:23,
  25 28:16
  29:25 35:13
  36:18,23
  37:6 46:1,3
plaintiffs
  5:14 6:19
  25:10,17
  29:15 40:14,
  23 46:25
plan
  47:8

planner
  47:5
planning
  5:17 22:2
  23:14,19,23
  24:13 28:21,
  22 32:11
  37:5
pleading
  21:23
pleadings
  31:7
please
  5:11,18,24
  8:9,11,13,20
  9:11
point
  8:1,14
Polish
  43:18,19
population
  16:25 24:1
  41:12,13
  42:23 43:5
populations
  42:21
portion
  34:8
position
  6:24 16:16
  17:4 18:10,
  11 19:2
  46:1,3
positions
  17:10 18:6,8
possible
  9:13
post
  11:16
potential
  44:24
potentially
  7:15 34:5
practice
  9:1
practices
  35:23 36:8,

Jennifer Appice
December 03, 2024

11

11

**predecessor**
18:24 19:7
**preparation**
25:22 26:16,
22
**present**
5:23 22:8
24:15 40:9
**preserving**
8:25
**president**
16:3
**pretty**
10:14 18:20
**prior**
11:7 12:21
13:5 16:20
19:16 24:25
25:21 42:12
**private**
23:25
**probably**
8:14 10:20
35:16 40:3
43:8
**proceed**
6:9
**proceeded**
5:3
**proceeding**
5:7 7:23
**process**
7:7,9
**produce**
5:8 44:3
**produced**
43:20,21
**production**
43:25
**professional**
47:4
**program**
12:10
**project**
15:5,25

**projects**
15:6
**proper**
39:21
**properties**
23:15,20
24:10 27:23
28:1,5,8,11,
16,17,20
29:19 47:8,
10
**property**
23:15,16
24:9 25:6,25
26:1,2,13
27:22 29:16
32:23 33:3,
8,18,21,22
35:14 39:4,
16,21 41:4
45:19 46:5
49:11
**propounded**
22:15
**protest**
39:18
**provided**
5:10 31:20
47:9
**public**
5:5 18:8,11
23:25 36:6
47:21,25
**pursuant**
5:3
**put**
6:6 20:23
21:1 30:10

**Q**

**question**
7:13 8:13,
15,24,25
9:8,10,17,18
11:23 24:24
31:23 38:23

**questioning**
7:15
**questions**
7:8,19 8:6
9:24 39:24
**quick**
34:2
**quickly**
23:8
**quote**
41:14

**R**

**race**
23:7
**Rachel**
20:8
**Rachelski**
20:4,6,8
**railroad**
33:18
**raise**
5:24
**raised**
47:21
**range**
14:5
**read**
18:1 28:3
30:20 31:10,
11,12,25
39:9 46:2,19
**recall**
19:15 32:1
36:2,9 38:1,
9 40:21,25
41:3 42:5,8
44:1,2,15,18
45:8,9,23
46:13 47:24
48:11,15
49:14
**receive**
7:18 11:1,
10,20

**received**
46:24
**receiving**
39:21
**recent**
48:1
**recollection**
24:23 25:14
**record**
5:4,7,12,19
6:6,18 8:10,
16 9:7,12
21:1 22:24,
25 23:1
32:5,6,7
48:23,25
49:1,2
**recreation**
17:12
**reelected**
20:3,10
**referenced**
21:23 26:9
**referencing**
9:11
**referring**
28:17
**refresh**
24:22 25:13
**regard**
23:13
**regarding**
22:2 23:18
27:6 32:11
**regulations**
35:22,25
36:7
**related**
10:4 24:5
26:2,13
27:6,23
29:19 30:25
34:4,18,23
39:15,20,21
41:2,6 45:6
**relates**
23:13

Jennifer Appice
December 03, 2024                                      12

relating
  40:13 46:14
relevant
  44:7
reliable
  38:7
relief
  30:23
relocate
  14:18
relocated
  14:17,19
remain
  35:22
remember
  19:7 40:22
  41:1
remind
  9:21
render
  36:6
rendered
  29:19 35:6
repeat
  19:10
report
  27:15
reporter
  5:3,4,18,22
  6:5,9 7:11
  8:8 19:10,12
  20:24 35:10
  48:25 49:22
represent
  6:19
representatio
n
  46:3
representativ
es
  22:7
requests
  22:14
required
  47:8
requires
  23:10

reran
  16:18
reserves
  39:6
residence
  17:8 18:12
residents
  16:25 34:12
  41:18,21
resigned
  17:24
resolution
  25:24 26:1,
  2,6,12 29:13
  31:15 46:14,
  18 47:4
  48:12
resolutions
  24:2 46:9
respect
  40:12
response
  10:17
responses
  22:11 37:18
  39:6
responsible
  13:22
restrooms
  9:16
review
  5:10 7:20
  25:22 26:18
  38:16 43:24
  44:7
reviewed
  23:22 26:5
  29:12,21
  31:13,14,18
  37:6
reviewing
  41:1 46:14
  48:15
right
  5:25 7:12
  10:21 12:3
  16:1 19:25

  20:1,20
  21:23 22:8,
  10 23:22
  26:3 31:25
  33:2,4,12
  35:3,14 37:6
  39:6,10
  41:6,24 45:7
  46:15 48:9,
  20,22 49:17
rink
  28:12
road
  33:10,12
roadway
  33:14,17
  34:4
role
  10:20 11:19
  13:19 15:4
  18:17
Roselle
  16:10,14,23
  17:4,7,11
  18:6 19:20
  42:14
route
  16:8
royalties
  12:20 13:20,
  21,22,23,24
  14:15
runs
  33:17
Rutherford
  32:20,21
  43:3,10

─────────────

      S

─────────────

S-K-I
  20:8
sales
  24:9
says
  38:5 40:12
  41:17 47:7,

  14
school
  11:16 13:4
  47:11,12,22
  48:6
schools
  48:1
scope
  7:15,16
Scrivo
  5:14
seasonal
  13:4
second
  31:3 38:20
  47:7
seconds
  48:24
see
  18:20 21:5,
  14 23:16
  24:22 31:8
  32:13 33:23
  36:19 38:7
  39:1,6
  40:10,17
  41:15,18,22
  43:24 47:5,
  12,18
seeing
  32:1 41:1
  44:15 48:12
senior
  15:25
sense
  22:20 33:15
separate
  16:22
September
  21:3 37:19
  38:2
Serena
  5:2
served
  10:1 16:21
service
  36:6

Jennifer Appice
December 03, 2024
13

session
  27:12 45:2,6
sessions
  27:9
set
  21:22 31:7
  41:11 46:8
sets
  46:24
settle
  37:11
settlement
  44:13,17,20,
  24
seven
  17:16
share
  37:11,15
Shepard
  5:15 6:8
  8:23 22:23
  26:21 30:8
  32:4 45:1
  49:21
show
  10:8 20:22
  21:1 24:22
  33:23 35:2,4
  36:16 37:17
showed
  26:19 31:5
showing
  26:5
shown
  21:2
side
  28:9,11
  32:16,21
sign
  22:10
signature
  5:10 37:24
signed
  23:4 38:16
signing
  38:1

similar
  19:21 24:12
  29:9
sister
  49:9
sitting
  8:5
size
  42:23
Skyfield
  15:13,20,21
solemnly
  6:1
Sony
  12:16,17
  13:9,11,12
sort
  32:23
sought
  30:23
sound
  41:24
sources
  38:6
speak
  9:22 49:6
speaking
  38:14 49:14
speculate
  8:4
speed
  23:11
spell
  5:18
spoken
  26:24 27:2,5
  49:4,12
spokesperson
  10:14
Sprint
  15:3
stack
  26:3
start
  6:24 17:15
started

9:24 12:24
  14:21 40:4
state
  5:5,11
Station
  22:3 32:13,
  15 34:5,11,
  23
step
  18:2
stipulations
  6:6
stop
  7:8
Street
  33:3
student
  48:2
students
  47:16,17
studies
  12:4
subparts
  39:1 40:10
suited
  39:23 40:3
summarizes
  47:4
support
  48:19
sure
  8:9,11 9:12
  10:21 18:5
  26:11 28:1
  30:18 35:20
  40:4 48:10,
  24
surround
  42:22
surrounding
  47:10
swear
  6:1
sworn
  6:12 7:22

_____
        T
_____
take
  9:16,18 12:7
  15:10 16:16
  21:3 31:3
  36:15 43:20
  48:8
taken
  5:2 8:10
taking
  7:12 19:16
talk
  44:23
talked
  21:11 48:5
talking
  28:14 33:21
  47:3
tax
  24:9 27:23
  39:4,21,25
  40:1,4 41:4
  45:16,19
taxes
  23:14,19
  24:9 39:16
  45:14
TEG
  15:24
telecom
  14:22,25
  15:22
tell
  8:3 27:8
term
  9:11 20:19
  37:1
terms
  19:24 44:17,
  19
test
  14:10
testified
  6:13 35:12
  45:5 47:7,15

Jennifer Appice
December 03, 2024

14

**testify**
  34:24
**testifying**
  10:15
**testimony**
  6:1 9:22
  47:4
**Thank**
  5:22,24 6:5,
  17 7:4 19:12
  20:25 48:8
  49:18,19,20,
  21
**thing**
  14:15 15:22,
  24 31:16
**think**
  26:9 29:13,
  23 31:22
  35:5,12
  39:25 41:5,8
  45:5
**thought**
  19:21
**three**
  16:11 17:5
  19:4 36:22
  46:6
**time**
  6:6,7,8 8:2,
  23 9:16
  14:8,16
  17:23 40:3
  41:18 45:24,
  25 47:20
  49:22
**timeframe**
  14:11,23
**times**
  9:2
**today**
  7:11,22 8:4,
  5 10:1 25:21
  26:16,22
  34:25 41:25
  48:11

**told**
  31:16
**topics**
  10:8,9 21:13
  22:13,16,17
  23:4,8 32:10
**towers**
  15:7,8
**town**
  32:19 47:15,
  21
**towns**
  42:18,22
  43:1
**track**
  20:24
**tracks**
  32:16,23
  33:4 34:8
**train**
  22:3 32:13,
  15,16,23
  33:3 34:5,7,
  8,11,12,23
**transcript**
  5:8,9 7:18
**transcription
ist**
  5:8
**transcripts**
  37:8
**treat**
  7:22
**trial**
  7:21 9:1
**trip**
  47:11
**truth**
  6:2,3
**truthful**
  7:24
**try**
  8:13 35:3
**trying**
  30:11 46:7
**turn**
  35:19 37:23

  38:19 40:7
**turnaround**
  49:22
**two**
  12:5 14:2,3
  15:22,25
  17:14 19:3
  20:3 28:2,17
  48:23
**two-year**
  12:10
**typical**
  45:19
**Typically**
  8:24

**U**

**U.S.**
  41:17
**Uh-huh**
  39:2
**ultimately**
  19:5
**unconstitutio
nal**
  35:22 36:1,7
**undergraduate**
  11:8
**understand**
  7:16 8:4
  10:6,10,20,
  23 21:11
  30:3 33:17
**understanding**
  10:12 21:18
  25:16 29:8,
  14,23,24
  30:6,14,22
  31:19 32:22
  33:1,4,6
  42:21 45:13
  46:23
**understood**
  9:8 10:18
  22:22

**units**
  28:24 29:1
  42:7 47:9
**University**
  11:2 12:4,6
**unpaid**
  17:14
**unreasonable**
  36:19,24
  37:2 46:7

**V**

**valid**
  5:23
**various**
  6:21 36:18
**verbal**
  8:9,11
**vice**
  16:3
**vote**
  16:24
**voted**
  17:5
**votes**
  17:1,2

**W**

**walk**
  7:7
**walkway**
  34:5,11
**Wallington**
  5:16,17
  6:21,22
  16:5,9
  18:10,16
  23:16 24:25
  25:7 26:6
  28:3,8 32:17
  34:11 35:21,
  24 36:12
  39:3 40:15,
  16,24 41:18
  42:22 43:2

Jennifer Appice
December 03, 2024                                    15

| | |
|---|---|
| 45:10,21 | 49:20 |
| 46:19 47:25 | **woman** |
| **Wallington's** | 43:17 |
| 21:4 35:25 | **work** |
| 36:23 37:11 | 13:12 15:13 |
| 39:16 | 18:19 23:10 |
| **want** | **worked** |
| 8:1,4 19:3 | 12:16 13:11 |
| 30:18 31:4, | 14:13,19 |
| 17,18 35:2, | **working** |
| 20 38:19 | 13:9 14:21 |
| 48:10,24 | **worries** |
| **wanted** | 34:1 |
| 33:9 | **write** |
| **Washington** | 18:1 |
| 14:17 | **written** |
| **water** | 22:11 |
| 9:15 | **wrong** |
| **way** | 21:19 |
| 33:2,4 | |
| **went** | |

─────────

               Y
─────────

| | |
|---|---|
| **went** | **yeah** |
| 15:13,21 | 5:17 10:16 |
| 16:2 19:5,6 | 13:3,15 14:6 |
| 31:16 32:9 | 19:21 20:25 |
| **Wesmont** | 22:23 24:24 |
| 22:3 32:12, | 26:5 30:10 |
| 15 34:5,11, | 32:4 42:24 |
| 23 | 45:3 |
| **white** | **year** |
| 41:14,21 | 7:1 12:1 |
| 42:3 43:4,8, | 15:10 16:17, |
| 17 | 19,20 19:3, |
| **William** | 25 |
| 11:11 12:3, | **yearly** |
| 21 | 16:17 |
| **Wireless** | **years** |
| 16:2 | 12:5,22 |
| **withheld** | 13:13 14:2,3 |
| 39:4 | 15:16,22,25 |
| **withholding** | 16:11 17:5, |
| 39:16 | 14,16 36:5 |
| **witness** | 42:15 46:5 |
| 5:6,10,18, | 48:1 |
| 20,22 6:4,12 | |
| 19:11 21:4, | |
| 7,20 25:4 | |
| 37:21 46:21 | |