# EXHIBIT S

**BEATTIE PADOVANO, LLC**
Arthur N. Chagaris, Esq.
Attorney I.D. No. 000741975
50 Chestnut Ridge Road
P.O. Box 244
Montvale, New Jersey 07645-0244
201.573.1810
Attorneys for Plaintiffs, Donald Nuckel and
Wallington Real Estate Investment Trust, LLC

**FILED**

MAR 18 2016

James J. DeLuca, J.S.C.

| | |
|---|---|
| DONALD NUCKEL and WALLINGTON REAL ESTATE INVESTMENT TRUST, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FARMLAND DAIRIES (A NEW JERSEY CORPORATION), ALSO NOW KNOWN AS FARMLAND DAIRIES, LLC (A DELAWARE LLC); the BOROUGH OF WALLINGTON; and JOHN DOES 1 through 10; and XYZ CORPORATIONS OR OTHER ENTITIES A through Z, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br><br> LAW DIVISION - BERGEN COUNTY <br><br> DOCKET NO. BER-L-002868-15 <br><br> CIVIL ACTION <br><br> **ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF PLAINTIFFS** |

**THIS MATTER,** having been presented to the Court by Beattie Padovano, LLC, Arthur N. Chagaris, Esq. appearing, attorneys for Plaintiffs Donald Nuckel and Wallington Real Estate Investment Trust, LLC, on notice to and in the presence of Steven J. Tripp, Esq. of the firm Wilentz, Goldm and Spitzer, P.A., attorneys for Defendant Farmland Dairies, LLC, and Richard Cedzidlo, Esq., attorney for Defendant Borough of Wallington; and for good cause shown:

IT IS ON THIS ___18th___ day of ___March___, 2016

**ORDERED** as follows:

1. The Court hereby declares in favor of the Plaintiffs [And the Borough of Wallington] that that there exists in Wallington the Right of Way ~~Roadway~~ that is the subject of this matter which is ordered and adjudged to be

2492086_1\150254

P000038

located as depicted on the 1961 tax map of the Borough of Wallington revised to 2006; and

2. Judgment is hereby entered in favor of Plaintiffs Donald Nuckel and Wallington Real Estate Investment Trust, LLC ˏAnd the Borough of Wallington and against Defendant Farmland Dairies, LLC; and

3. A copy of the within order shall be served upon all counsel with __7__ days of the date hereof.

**A RIDER IS ATTACHED HERETO AND INCORPORATED HEREIN.**

_____
HON. JAMES J. DELUCA, J.S.C.

__X__ Opposed

_____ Unopposed

2492086_1\150254

P000039