# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL #

GERALD A. SHEPARD

ROBERT PRINGLE

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD, NEW JERSEY
07450

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE
2001 US Hwy 46
Suite 104
Parsippany, NJ 07054

NEW YORK OFFICE
170 Old Country Road
Suite 608
Mineola, NY 11501

March 3, 2026

**Via CM/ECF**
Hon. Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom PO 08
Newark, New Jersey 07101

          Re:    New Wallington Home, LLC v. Borough of Wallington, *et al*
                  Civil Case No. : 20-08178 (EP)(AME)

Dear Judge Padin:

      This office represents Defendants Borough of Wallington, Borough of Wallington Planning Board, Mayor Mark Tomko, Dorothy Siek and Christopher Assenheimer ("Defendants") in connection with the above referenced matter. Currently returnable before the Court on **April 6, 2026** is Plaintiff's Motion for Summary Judgment.

      The parties have conferred and respectfully request that the motion be adjourned to be returnable on **April 20, 2026**. The parties have agreed that Defendants' opposition papers would be filed by April 1, 2026 to afford Plaintiff with additional time to file its reply by April 13, 2026.

      Kindly advise if the Court is amenable to this joint request.

Thank you for Your Honor's attention to this matter.

SO ORDERED

   <u>s/Evelyn Padin</u>
Evelyn Padin, U.S.D.J.

Date: 3/5/2026

Respectfully submitted,

**GERALD A. SHEPARD**

GS

cc:    James DiGiulio, Esq. – *Via CM/ECF*