**PFUND MCDONNELL, P.C.**
Gerald A. Shepard, Esq.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
gshepard@pfundmcdonnell.com
*Attorneys for Defendants, Borough of Wallington, Borough of Wallington Planning Board, Mark W. Tomko, Dorothy B. Siek and Christopher Assenheimer*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORNINGSIDE at WALLINGTON, LLC, a New Jersey limited liability company, <br><br> *Plaintiff(s)* <br><br> vs. <br><br> BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington, <br><br> *Defendant(s)* | CIVIL ACTION NO. 2:20-cv-08178 <br><br> Hon. Evelyn Padin, U.S.D.J. <br> Hon. Andre M. Espinosa, U.S.M.J. <br><br><br><br> **NOTICE OF CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT** |

**ON NOTICE TO:**

**NAGEL & RICE**
Bruce H. Nagel, Esq.

Nagel Rice, LLP
103 Eisenhower Parkway,
Suite 201
Roseland, New Jersey 07068
*Attorneys for Plaintiffs*

**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
James DiGiulio
Andrew Gimigliano
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700

COUNSELOR(S):

PLEASE TAKE NOTICE that the undersigned attorneys for Defendants, Borough of Wallington, Borough of Wallington Planning Board, Mark W. Tomko, Dorothy B. Siek and Christopher Assenheimer will move this Court before the Honorable Evelyn Padin, U.S.D.J. at the United States District Courthouse for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting summary judgment in favor of Defendants and denying Plaintiffs' motion for summary judgment.

PLEASE TAKE FURTHER NOTICE that the return date is calculated to be, April 20, 2026 at 10:00 a.m. or any date thereafter as set by the Court; the date for Plaintiffs' reply , if any, is to be: April 13, 2026; the date for reply and one courtesy copy of motion papers, as required in the Court's Policy and Procedures and marked

"Courtesy Copy," shall be mailed to chambers as required pursuant to the Judicial Preferences of the Honorable Evelyn Padin, U.S.D.J.

PLEASE TAKE FURTHER NOTICE that in support of the within application the undersigned shall rely upon the annexed Certification of Counsel, Brief, and Certificate of Service in support of said application. A proposed form of Order is annexed hereto. The undersigned hereby requests oral argument if the Court deems it appropriate.

**PFUND MCDONNELL, P.C.**
*Attorneys for Defendants,*
*Borough of Wallington,*
*Borough of Wallington Planning Board,*
*Mark W. Tomko, Dorothy B. Siek and*
*Christopher Assenheimer*

GERALD A. SHEPARD, ESQ.

April 1, 2026

# CERTIFICATION OF SERVICE

In compliance with Federal Rules of Civil Procedure, the enclosed Notice of Cross Motion, Response to Plaintiffs Statement of Facts, Counter Statement of Undisputed Material Facts, Brief, Certification of Counsel, and Proposed Form of Order were filed and served electronically via CM/ECF along with a courtesy copy being served upon the Assigned Judge. The following attorneys have been simultaneously served with the moving papers electronically.

**NAGEL RICE, LLP**
Robert H. Solomon, Esq.
Bruce H. Nagel, Esq.
103 Eisenhower Parkway, Suite 201
Roseland, New Jersey 07068
*Attorneys for Plaintiff*

**O'TOOLE SCRIVO, LLC**
Thomas P. Scrivo
James DiGiulio
Andrew Gimigliano
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700

**PFUND MCDONNELL, P.C.**
*Attorneys for Defendants,*
*Borough of Wallington,*
*Borough of Wallington Planning Board,*
*Mark W. Tomko, Dorothy B. Siek and*
*Christopher Assenheimer*

_____
GERALD A. SHEPARD, ESQ.

April 1, 2026

**PFUND MCDONNELL, P.C.**
Gerald A. Shepard, Esq.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
gshepard@pfundmcdonnell.com
*Attorneys for Defendants, Borough of Wallington, Borough of Wallington Planning Board, Mark W. Tomko, Dorothy B. Siek and Christopher Assenheimer*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORNINGSIDE at WALLINGTON, LLC, a New Jersey limited liability company, <br><br> *Plaintiff(s)* <br><br> vs. <br><br> BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington, <br><br> *Defendant(s)* | CIVIL ACTION NO. <br> 2:20-cv-08178 <br><br> Hon. Evelyn Padin, U.S.D.J. <br> Hon. Andre M. Espinosa, U.S.M.J. <br><br><br> **CERTIFICATION OF GERALD A. SHEPARD** |

I, GERALD A. SHEPARD, hereby certify as follows:

1.     I am an attorney at law of the State of New Jersey and am admitted to

practice before the United States District Court for the District of New Jersey. I am a Partner with Pfund McDonnell, P.C., attorneys for Defendants, Borough of Wallington, Borough of Wallington Planning Board, Mark Tomko, Dorothy B. Siek and Christopher Assenheimer in this matter. I am responsible for the handling of this matter and am fully familiar with the facts set forth herein.

2.     I make this Certification in support of Defendants' cross motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.

3.     Annexed hereto as Exhibit "A" is true and accurate copy of the Amended Complaint filed by Plaintiffs in this matter on December 7, 2020.

4.     Annexed hereto as Exhibit "B" is a true and accurate copy of Defendant Chris Assenheimer's answers to interrogatories.

5.     Annexed hereto as Exhibit "C" is a true a accurate copy of the deposition transcript of James Nuckel date January 27, 2025.

6.     Annexed hereto as Exhibit "D" is a true and accurate copy of the Order of William C. Meehan, J.S.C. dated April 22, 2015

7.     Annexed hereto as Exhibit "E" is a true and accurate copy of Borough of Wallington Resolution 16-300.

8.     Annexed hereto as Exhibit "F" is a true and accurate copy of the Order of

Hon. Christine A. Farrington dated January 17, 2019.

9.    Annexed hereto as Exhibit "G" is a true and accurate copy of Borough of Wallington Resolution 18-326.

10.   Annexed hereto as Exhibit "H" is a true and accurate copy of the May 17, 2017 Planning Board hearing transcript.

11.   Annexed hereto as Exhibit "I" is a true and accurate copy of the July 18, 2017 Planning Board hearing transcript.

12.   Annexed hereto as Exhibit "J" is a true and accurate copy of the September 19, 2017 Planning Board hearing transcript.

13.   Annexed hereto as Exhibit "K" is a true and accurate copy of the December 2017 Planning Board hearing transcript.

14.   Annexed hereto as Exhibit "L" is a true and accurate copy of the report of Jessica Caldwell, P.P., A.I.C.P., L.E.E.D., dated September 11, 2025.

15.   Annexed hereto as Exhibit "M" is a true and accurate copy of Defendant Borough of Wallington Master Plan.

16.   Annexed hereto as Exhibit "N" is a true an accurate copy of Defendant Borough of Wallington Answers to Interrogatories.

17.   Annexed hereto as Exhibit "O" is a true and accurate copy of the deposition transcript of Eugeniusz Rachelski, November 1, 2024.

18.   Annexed hereto as Exhibit "P" is a true and accurate copy of Borough

Resolution regarding Fair Share Housing Agreement.

19. Annexed hereto as Exhibit "Q" is a true and accurate copy of the March 2016 Planning Board meeting minutes.

20. Annexed hereto as Exhibit "R" is a true and accurate copy of the report of Matthew J. Seckler, PE.

21. Annexed hereto as Exhibit "S" is a true and accurate copy of the report of Arthur Linfante.

22. Annexed hereto as Exhibit "T" is a true and accurate copy of the written opinion in *Res. For Hum. Dev., Inc., v. Lower Providence Twp.*, 2025 U.S. Dist. LEXIS 56877 (E.D. PA 2025).

23. Annexed hereto as Exhibit "U" is a true and accurate copy of Affidavit of Notice of Tax Sale dated December 15, 2017.

24. Annexed hereto as Exhibit "V" is a true and accurate copy of Plaintiff Morningside's Site Plan Application date April 21, 2017.

25. Annexed hereto as Exhibit "W" is a true and accurate copy of the written opinion in *Frybarger v. N.J. Dep't of the Treasury*, 2006 U.S. Dist. LEXIS 93365 (D.N.J. 2006)

I hereby certify that the above statements made by me are true.  I am aware that if any of the above statements are willfully false, I am subject to punishment by the Court.

**PFUND MCDONNELL, P.C.**
*Attorneys for Defendants, Borough of Wallington,*
*Borough of Wallington Planning Board,*
*Mark W. Tomko, Dorothy B. Siek and*
*Christopher Assenheimer*

April 1, 2026

**GERALD A. SHEPARD, ESQ.**