**PFUND MCDONNELL, P.C.**
Gerald A. Shepard, Esq.
139 Prospect Street, 2nd Floor
Ridgewood, NJ 07450
(201) 857-5040
gshepard@pfundmcdonnell.com
*Attorneys for Defendants, Borough of Wallington, Borough of Wallington Planning Board, Mark W. Tomko, Dorothy B. Siek and Christopher Assenheimer*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; MORNINGSIDE at WALLINGTON, LLC, a New Jersey limited liability company, <br><br>*Plaintiff(s)* <br><br> vs. <br><br> BOROUGH OF WALLINGTON, and BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington, <br><br> *Defendant(s)* | CIVIL ACTION NO. 2:20-cv-08178 <br><br> Hon. Evelyn Padin, U.S.D.J. <br> Hon. Andre M. Espinosa, U.S.M.J. <br><br><br><br> **ORDER** |

**THIS MATTER** came before the Court on application of counsel for Defendants, Borough of Wallington, Borough of Wallington Planning Board, Mark W. Tomko, Dorothy B. Siek and Christopher Assenheimer  for Order granting

summary judgment to all defendants and dismissing plaintiffs' complaints with prejudice; and the court, having reviewed the papers in support of and in opposition to; and for good cause shown;

**IT IS** on this        day of        , 2026;

**ORDERED** that Summary Judgment is hereby granted in favor of all Defendants dismissing plaintiffs' complaints with prejudice as a matter of law; and it is further

**ORDERED** that Plaintiffs' motion of summary judgment is hereby denied; and

**IT IS FURTHER ORDERED** that the Court provide a copy of this Order to all counsel of record on this date via e-Courts. Movant is directed to serve a copy of this order within seven (7) days of the date hereof on all parties not served electronically.

_____
U.S.D.J.