# O'TOOLE SCRIVO

### A LIMITED LIABILITY COMPANY

**JAMES DIGIULIO**
jdigiulio@oslaw.com

April 7, 2026

**<u>Via CM/ECF</u>**
Hon. Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 4C
Newark, New Jersey 07101

> **Re:   New Wallington Home, LLC, et al. v. Borough of Wallington, et al.**
> **Civil Case No.: 20-08178 (EP) (AME)**

Dear Judge Padin:

This firm represents Plaintiffs, New Wallington Home, LLC and Morningside at Wallington, LLC, in this matter. Counsel for Plaintiffs and Defendants respectfully submit this joint letter concerning the briefing and filing schedule for the pending motion for summary judgment and cross-motion for summary judgment.

The parties respectfully acknowledge the Court's April 7, 2026 Text Order (ECF No. 138), which set the briefing schedule for Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment. After reviewing the Court's Order and conferring, the parties jointly submit that a modest extension of the existing dates would assist in the orderly filing and briefing of the motions.

Accordingly, the parties respectfully request that the Court administratively terminate Defendants' Cross-Motion for Summary Judgment, ECF No. 137, just as it did with Plaintiffs' Motion for Summary Judgment, and permit the parties to proceed on the following agreed-upon schedule:

- April 30, 2026 – Plaintiffs shall re-file their Motion for Summary Judgment on the docket;
- May 1, 2026 – Defendants shall re-file their Opposition to Plaintiffs' Motion for Summary Judgment and file their Cross-Motion for Summary Judgment on the docket; and
- May 4, 2026 – Plaintiffs shall file their Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in further support of Plaintiffs' Motion for Summary Judgment.

Hon. Evelyn Padin, U.S.D.J.
April 7, 2026
Page 2

The parties respectfully submit that this revised schedule will assist in the orderly briefing and filing of the pending motions.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ James DiGiulio*
James DiGiulio

cc: All Counsel of Record (via ECF)