# EXHIBIT G

**BEATTIE PADOVANO, LLC**
**50 Chestnut Ridge Road**
**P.O. Box 244**
**Montvale, New Jersey 07645-0244**
**201.573.1810**
**Attorneys for Plaintiff,**
**The Wallington Group, LLC**

FEB – 5 2007

JC...

| | |
|---|---|
| The Wallington Group, LLC<br><br>       Plaintiff,<br><br>      and<br><br>Morningside at Wallington LLC,<br><br>       Plaintiff-Intervenor,<br><br>       vs.<br><br>Borough of Wallington, a Municipal Corporation of the State of New Jersey, County of Bergen, the Mayor and Council of the Borough of Wallington, and the Planning Board of the Borough of Wallington,<br><br>       Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BERGEN COUNTY<br><br>DOCKET NO. BER-L-00373-06<br><br>CIVIL ACTION<br>(MOUNT LAUREL)<br><br>**ORDER FOR PARTIAL SUMMARY**<br>**JUDGMENT** |

THIS MATTER having been opened to the Court by Beattie Padovano, LLC (Antimo A. Del Vecchio, Esq. and John J. Lamb, Esq. appearing), attorneys for Plaintiff, The Wallington Group, LLC, and on notice to Florio Perrucci Steinhardt & Fader (Mark Peck, Esq., appearing), attorneys for the Borough of Wallington and Mayor and Council of the Borough of Wallington, and to Law Offices of Richard S. Greenberg (Martin S. Cedzidlo, Esq., appearing), attorneys for the Defendant Planning Board of the Borough of Wallington, and McCarter and English, LLP (Gary T. Hall, Esq. appearing), attorneys for the Plaintiff-Intervenor, Morningside at Wallington LLC, for an Order granting Partial Summary Judgment to the Plaintiff The Wallington Group, LLC, as joined into by Plaintiff-Intervenor pursuant to its Notice of Motion for Joinder in the Partial Summary Judgment Motion filed by the Plaintiff and in response to the Cross-Motion

465281_1\006036

P000001

filed on behalf of the Defendants seeking a dismissal and transfer of this matter to the New Jersey Council on Affordable Housing, and the Court having considered the papers filed by all counsel and having heard oral argument, and for good cause shown;

IT IS on this __5__ day of ~~January~~ FEBRUARY 2007;

ORDERED that the Plaintiff, The Wallington Group, LLC as joined by Plaintiff-Intervenor be and the same is hereby granted Partial Summary Judgment in declaring the land use controls and zoning ordinances of the Borough of Wallington as being invalid, not in compliance with the requirements of the New Jersey State Constitution, the <u>Mount Laurel</u> Doctrine, the Fair Housing Act and the regulations of the New Jersey Council on Affordable Housing; and

IT IS FURTHER ORDERED that __STUART KOENIG, ESQ__ (✱) be and is hereby appointed by the Court as Special Master to assist the Borough in developing a compliant set of zoning ordinance and land use controls, to assist the Borough and all parties in settlement discussions; and to assist the Court on all other contested issues including but not limited to establishing the appropriate level of a Builder Remedy if the remedy is appropriate and ordered and/or approved by the Court and in establishing the Defendant Borough's third round housing obligation, and for any and all issues deemed appropriate by the Court; and

IT IS FURTHER ORDER that the costs of the Special Master's services shall be paid for by the Defendant, The Borough of Wallington, at the rate of $ __300.00__ per hour plus reasonable out-of-pocket costs; and

IT IS FURTHER ORDERED that the Defendant's Motion to dismiss and transfer the within matter to the Council on Affordable Housing be and the same is hereby denied; and

IT IS FURTHER ORDERED that the Plaintiff's Motion as joined by the Plaintiff-Intervenor, Morningside at Wallington LLC, for a declaration of entitlement to a Builder's

(✱) 571 HAMPTON AVE, CEDAR GROVE, NJ 07009
☎ 973-239-8800

2

465281_1\006036

P000002

Remedy be and the same is hereby denied without prejudice and such entitlement and/or award of a Builder's Remedy be preserved as an issue for trial; and

IT IS FURTHER ORDERED that a copy of this Order be served upon all counsel of record within _____5_____ days of the date of receipt of a conformed copy of this Order.

HON. JONATHAN N. HARRIS, J.S.C.

[X] Opposed

[ ] Unopposed

3.

465281_1\006036

**P000003**