# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

CIVIL ACTION NO: 2:20-CV-08178

NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; and MORNINGSIDE AT WALLINGTON, LLC, a New Jersey limited liability company,

    Plaintiffs,

vs.

BOROUGH OF WALLINGTON; BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO, in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington,

    Defendants.

DEPOSITION OF JENNIFER APPICE

DATE TAKEN: December 3, 2024

TIME:    10:00 a.m. - 11:00 a.m.

(Based on Time Zone from Notice)

LOCATION: O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, New Jersey 07009

Reported By:
Serena Frey, AAERT No. 3686
Notary Public for the State of New Jersey

APPEARANCES


On behalf of NEW WALLINGTON HOME, LLC, a New
Jersey limited liability company, et al.:
 O'TOOLE SCRIVO, LLC
  BY: JAMES DIGIULIO, ESQUIRE
 14 Village Park Road
  Cedar Grove, New Jersey 07009
 jdigiulio@oslaw.com
  APPEARED VIA LIVE


On behalf of BOROUGH OF WALLINGTON, et al.:
 PFUND MCDONNELL, PC
  BY: GERALD A. SHEPARD, ESQUIRE
 139 Prospect Street
  Ridgewood, New Jersey 07450
 gshepard@pfundmcdonnell.com
  APPEARED VIA LIVE

Jennifer Appice
December 03, 2024                                              3

INDEX TO EXAMINATION

EXAMINATION OF JENNIFER APPICE                    PAGE
BY MR. DIGIULIO                          6

CERTIFICATE OF NOTARY FOR WITNESS                      50

CERTIFICATE OF REPORTER                      51

CERTIFICATION PAGE FOR AUDIO RECORDING OF A DEPOSITION    52

WITNESS NOTIFICATION LETTER                      52

ERRATA SHEET                          54

Jennifer Appice
December 03, 2024                                4

INDEX TO EXHIBITS


PLAINTIFF'S EXHIBITS FOR IDENTIFICATION:


MARKED                     DESCRIPTION                    PAGE

Appice Exhibit 1    Notice of Deposition              21
Appice Exhibit 2    Complaint                         25
Appice Exhibit 3    Court Decision, dated March 18, 2008     35
Appice Exhibit 4    Interrogatory Responses              37
Appice Exhibit 5    Resolution                     46

PROCEEDINGS

Deposition taken before Serena Frey, AAERT No. 3686, Digital Reporter, pursuant to Notice proceeded as follows:

THE REPORTER:  And we are on the record.  I am a notary public licensed by the State of New Jersey.  The parties agree that I will administer the oath to the witness and create an audio record of this proceeding, after which a transcriptionist will produce a final transcript, if ordered.  In accordance with applicable law, the transcript will be provided to the witness for review, correction, and signature.

Would the parties please state your appearances for the record, beginning with plaintiff's counsel?

MR. DIGIULIO:  Yes.  James DiGiulio from O'Toole Scrivo for the plaintiffs.

MR. SHEPARD:  Gerald Shepard from the law firm of Pfund McDonnell here for the defendant, Borough of Wallington, Wallington Planning Board, and any individuals, et al.  Yeah.

THE REPORTER:  Will the witness please say and spell your first and last name for the record?

THE WITNESS:  Jennifer Appice, J-E-N-N-I-F-E-R, A-P-P-I-C-E.

THE REPORTER:  Thank you.  And will the witness kindly present your valid government-issued identification.  Perfect.  Thank you.  Picture is great.  Okay.  And please raise your right hand.

Do you solemnly swear or affirm that the testimony you give in this matter will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE REPORTER:  Thank you.  And do the parties have any stipulations they would like to put on the record at this time?

MR. DIGIULIO:  Not at this time.

MR. SHEPARD:  Not at this time.

THE REPORTER:  Perfect.  And you may proceed.

MR. DIGIULIO:  Great.

JENNIFER APPICE

was called as a witness and, after having been first duly sworn, testified as follows:

EXAMINATION

BY MR. DIGIULIO:

Q.  Good morning, Ms. Appice.  How are you?

A.  Good.  Thank you.

Q.  We met this morning off the record.  My name is Jim DiGiulio.  I represent the plaintiffs in this lawsuit that's pending in the Federal District Court of New Jersey against the Borough of Wallington and various other elected officials. You're currently the Borough administrator of Wallington?

A.  Yes.

Q.  Okay.  And when did you start that position?

A.  November of 2023.

Jennifer Appice
December 03, 2024                                                    7

Q.   Member of 2023.  About a year ago?

A.   Yes.

Q.   Congratulations.

A.   Thank you.

Q.   Have you ever been deposed before?

A.   No.

Q.   Okay.  Well, then I'll walk you through the process.  So and if you have any questions, feel free to stop me anytime and ask about the process.

A.   Okay.

Q.   So what's going to happen today is, the court reporter to your right will be taking down everything we say.  This will be a question and answer, where I'm attempting to elicit information that may be helpful to our case or find out the scope of your knowledge and limit the questioning potentially if you don't have the scope of knowledge.  Understand that?

A.   Yes.

Q.   At the end of the day we will receive a transcript that will have everything we said, the questions and the answers.  You'll have an opportunity to review that with counsel, and that can be used in motions or at a trial.  So you've been sworn under oath here today, so we should treat it as if we're in court.  It's a live proceeding, and everything you say here should be truthful and accurate.  Okay?

A.   Yes.

Jennifer Appice
December 03, 2024                                          8

Q.   To that point, I don't want you to guess.  If you can estimate for us:  distance, time, dates; if you can estimate and you tell us you're estimating, that's great.  But don't -- we don't need you to speculate today.  I just want to understand, sitting here today, what you know and don't know based on my questions.  Okay?

A.   Yes.

Q.   Okay.  To make life easier for the court reporter, please make sure all of your answers are verbal.  Nodding of the head, hand gestures aren't going to be taken in the record, so please make sure everything is verbal.  Okay?

A.   Yes.

Q.   Okay.  Also, please try to let me finish my question.  We're going to get to a point where you're probably going to have an idea of what my question is going to be sometimes, but let me finish it so the record is complete.  And I will do my very best not to cut you off if -- not to cut you off until you finished your answer.  Okay?

A.   Yes.

Q.   If I do cut you off and you have more to say, please feel free to say you have finished your answer.  Okay?

A.   Yes.

Q.   From time to time, your counsel, Mr. Shepard, may object to a question.  Typically he'll object and then direct you to go ahead and answer the question.  He's just preserving

his objections for future trial or motion practice. And there may be times where he might direct you not to answer, but let us finish our back and forth, and then he'll give you a direction on whether to answer or not. Okay?

A. Yes.

Q. Anything I ask you, you know, if you don't ask for clarification, we're going to assume and the record will assume that you understood my question. Okay?

A. Yes.

Q. So if you have any question at all about what I'm asking, or a term I'm using, or a person I'm referencing, please ask for clarification so we can make sure the record is as clear as possible. Okay?

A. Yes.

Q. This is not a marathon, so we have coffee, water, restrooms. Feel free to ask any time to take a break. I just need to finish a question and have an answer before we go. We can't leave -- we can't take a break until the question and answer is complete. Okay?

A. Yes.

Q. Okay. And during any breaks, I'll just remind you not to speak to counsel about your testimony. Okay?

A. Yes.

Q. Okay. Any questions for me before we get started?

A. No.

Jennifer Appice
December 03, 2024                                                  10

Q.   Okay.  And you're here today.  We've served a notice on you as -- personally on you or -- well, in your capacity as business -- business administrator on your personal knowledge related to the claims in this case.  But also you've been designated by the Borough as a corporate designee; do you understand that?

A.   Yes.

Q.   And there's certain topics, and I'll show you and we can, then, agree on the topics that you were designated for, but do you understand that generally?

A.   Yes.

Q.   Okay.  And do you have a general understanding of what it means to be the corporate designee of the Borough?

A.   I'm pretty much the spokesperson for the person who's testifying.

Q.   Yeah.  So -- yeah.  So everything that you say on behalf in response as a corporate designee will be binding on the Borough as the designee; understood?

A.   Yes.

Q.   Okay.  You probably understand that in your role, you do that anyway every day, I'm sure.  All right.  Great.  And let's do your -- let's go through your background a little bit just so we can understand that.

So what's your highest level of education?

A.   Master's degree.

Q.   Okay.  And where did you receive that from?

A.   University of Phoenix.

Q.   And what was that in?

A.   Business administration.

Q.   Okay.  And when did you get that?

A.   2004.

Q.   Okay.  And prior to that, did you have an undergraduate degree?

A.   Yes.

Q.   And where did you receive that from?

A.   William Paterson.

Q.   Okay.  And what was that in?

A.   Communications.

Q.   Is that a BA?

A.   Yes.

Q.   Okay.  Any other post high school degrees or certifications of any kind?

A.   No.

Q.   Okay.  In your role as business administrator, do you need to receive any licensure certifications and continuing education of any kind?

A.   No.

Q.   Sorry.  That was a long question.  Anything of that kind that you need?

A.   No.

Jennifer Appice
December 03, 2024                                              12

Q.   Okay.  What year did you get your BA?

A.   2000.

Q.   Okay.  Did you go right from the William Paterson to your studies at University of Phoenix?

A.   No, I took two years off.

Q.   Okay.  And was University of Phoenix, did you do that periodically, like at night or whenever you could take courses?  When did you do it?

A.   It was at night.

Q.   Okay.  And that was a two-year program?

A.   Yes.

Q.   Okay.  So what did you do -- were you employed from 2000 to 2002?

A.   Yes.

Q.   What did you do?

A.   I worked for Sony Music.

Q.   Sony Music?

A.   Yes.

Q.   And what did you do there?

A.   I did their royalties.

Q.   Prior to -- and William Paterson, did you do that in four years?

A.   Yes.

Q.   Okay.  So you started that in '98?

A.   Yes.

Jennifer Appice
December 03, 2024                                          13

Q.   Okay.  No. '96.

A.   '96.

Q.   Yeah, '96.  Did you have any employment other than seasonal or during high school?  Did you have any employment prior to 1996?

A.   No.

Q.   Okay.  And then after you got your master's, what was your first employment?

A.   Well, I was working for Sony, so they actually paid for my master's.

Q.   Okay.  So you worked through Sony.  How long did you work at Sony for?

A.   Five years, I believe.

Q.   So through about 2005?

A.   Yeah.

Q.   Okay.  And then what was your next job after that?

A.   4Kids Entertainment.

Q.   4Kids Entertainment.  And what was your -- what was your role there, generally?

A.   Finance and royalties also.

Q.   And when you say royalties, do you mean you were the -- you were -- were you responsible for paying royalties or calculating royalties?

A.   Calculating royalties.

Q.   Calculating.  Okay.  And how long were you at 4Kids

Jennifer Appice
December 03, 2024                                              14

Entertainment for?

A.   Two years.

Q.   Two years.  Until about '07?

A.   About that.

Q.   '07, '08, somewhere in that range?

A.   Yeah.

Q.   Okay.

A.   Going back a long time.

Q.   I know.  I know.  It's the most fun part of the deposition.  This where I do test your memory.  And then after 4Kids Entertainment in the 2000 -- 2007, 2008 timeframe, what did you do next for employment?

A.   Worked for a brief period for Everyday Health.

Q.   Okay.  And what was their general --

A.   Same thing, royalties and finance.

Q.   You said a brief time?

A.   We relocated down to Washington DC.  So I ended up choosing not to relocate.  So it was about six to eight months that I worked there, and then I relocated with the company.

Q.   Okay.  So what did you do after that?

A.   I did a career change, and I started working in telecom communication.

Q.   Okay.  Is that like the 2009 timeframe?

A.   About that.

Q.   Okay.  And what was your first telecom job?

A.   Clearwater Communication.

Q.   Okay.

A.   Which was also part of Sprint.

Q.   And what was your role at Clearwater?

A.   I did project management.

Q.   Okay.  What kind of projects, just generally?

A.   Building the cell phone towers.

Q.   Cell phone towers.  And how long were you at Clearwater?

A.   Less than a year, so I -- give or take eight, nine months.

Q.   And then what did you do?

A.   I went to work for Skyfield Partners, which was a contractor for Clearwater.

Q.   Got it.  And how long were you there?

A.   Four years.

Q.   So we're getting within a decade.  We're getting close now.  That was around 2014?

A.   About that.

Q.   Okay.  And then after Skyfield, what did you do?

A.   I left Skyfield and I went to LEC, which is the same thing, telecom, for two years.

Q.   Okay.  And then what?

A.   I -- they merged with TEG, so I did the same thing.  I was a senior project manager for two years.

Q.  All right.

A.  And then I left there and went to EJD Wireless, where I became the vice president of the company.

Q.  Okay.

A.  Until I left there and came to the Borough Wallington.

Q.  In November of 2023?

A.  Correct.

Q.  Okay.  That is a curious route to the Borough of Wallington.  Can I just ask how that came about?

A.  I'm also the deputy mayor of Roselle Park, so I have experience doing that.  I've been doing that for three years.

Q.  That's where we're headed next.  I was going to ask you if you have any other municipal experience.  So you're -- are you currently deputy mayor of Roselle Park?

A.  Yes.

Q.  Okay.  And when did you take that position on?

A.  It's yearly.  So last year I was the mayor, and then -- for four months, then I came off that.  I reran one and became deputy mayor.  So it will be a year -- this year will be deputy.  Last year, was mayor.  The year prior was deputy.

Q.  How many -- how long have you served, generally, either as -- is that part of the council, or is that separate?  What's the form of government for Roselle Park?

A.  It's -- the -- the government picks.  They vote themselves.  The population doesn't pick, residents don't pick.

Q.  Council votes?

A.  Council votes.

Q.  Okay.  So how long have -- so how -- what was your first elected position at Roselle Park?

A.  Three years ago.  So when I was voted in, I became automatically deputy -- deputy mayor.

Q.  Okay.  And Roselle Park is your municipality of residence?

A.  Yes.

Q.  Okay.  Did you hold any other positions in the Borough of Roselle Park?

A.  I was the recreation director.

Q.  For how long?

A.  Paid two years, unpaid four years.

Q.  And when did that start?

A.  So we're going on -- we're going on seven years now I've been there.

Q.  You're still -- hold on.

A.  I'm the liaison.

Q.  Okay.  Now you're the liaison?

A.  Now I'm the liaison.

Q.  Okay.  So you held that up to your -- did you -- did that overlap with your time at the council at all or no?

A.  No, that's what -- actually somebody resigned from the council and because I was doing that, they asked me to, and with

Jennifer Appice
December 03, 2024                                                18

my finance background and I write contracts and read contracts, they asked me to step into the council.

Q. Helpful for council --

A. Yes.

Q. -- to have somebody like that, I'm sure.

Any other positions in Roselle Park?

A. No.

Q. Any other public positions at all?

A. No.

Q. Okay. And so the Borough of Wallington BA position is the first out of -- first public position you've had outside of your residence --

A. Yes.

Q. -- or municipality? Okay.

And can you briefly describe just what does the business administrator do in Wallington, generally? What are -- your role?

A. Manage all the employees, handle all the day-to-day operations, work with the attorneys on contract negotiations. Just pretty much see over -- oversee the day-to-day operations of the Borough and any issues.

Q. And is that a full-time job?

A. Yes.

Q. Okay. And your predecessor, what was his name?

A. Michael Kazimir.

Jennifer Appice
December 03, 2024                                                    19

Q.  Okay.  Do you know how long Michael was in that position?

A.  I want to say about a year and a half, I believe.  Two or three.

Q.  And he ultimately went to what borough?

A.  He went to Dumont.

Q.  Dumont.  And any chance you remember the predecessor before Michael?

A.  Hector Olmo.

THE REPORTER:  Can you repeat that last name?

THE WITNESS:  Olmo, O-L-M-O.

THE REPORTER:  Thank you.

BY MR. DIGIULIO:

Q.  Do you know how long Hector was in that job?

A.  I don't.  That I don't recall.

Q.  Prior to taking that job in November 2023, did you have -- did you know any of the members of the council?

A.  No.

Q.  Okay.  Did you know Michael?

A.  Yes.  Michael is actually from Roselle Park.

Q.  Yeah, that's what I thought so.  Following a similar line?

A.  He actually moved.

Q.  Okay.  The current council, a few members' terms are up at the end of the year, right?

Jennifer Appice
December 03, 2024                                                    20

A.   Right.

Q.   Which one is that?

A.   Two.  One was reelected, Khaldoun Androwis, and Eugeniusz Rachelski.

MR. DIGIULIO:  You need those?  Khaldoun Androwis, K-H-A-L-D-O-U-N, Androwis, A-N-D-R-O-W-I-S.  And Mr. Rachelski, he was deposed before in this case, E-U-G-E-N-I-U-S-Z, Rachelski, Rachel, S-K-I.

BY MR. DIGIULIO:

Q.   You said one of them was reelected, Which one?

A.   Gene (phonetic).

Q.   Gene.  Okay.  And Androwis is out as of December?

A.   Yes.

Q.   Okay.  And who's coming in; do you know the new council member?

A.   Justyna Marciniak.

Q.   Any other changes you know about in the council?

A.   Not that I'm aware of.

Q.   And Mayor Dabal's term continues through 2027; is that right?

A.   I believe so.

Q.   Okay.  I'll show you -- we'll go with -- we'll go with the last name.  Appice 1.  Let me put these down.

THE REPORTER:  I can keep track of them online.

MR. DIGIULIO:  Oh, yeah.  Thank you.

Jennifer Appice
December 03, 2024                                        21

BY MR. DIGIULIO:  I just show -- I'll put on the record what it is.  Ms. Appice, I've just shown you what we've marked as Appice 1.  It's a September 24, 2024, notice to take the deposition of the Borough of Wallington's 30(b)(6) witness.  Do you see that on the cover?

(Appice Exhibit No. 1 marked for identification.)

THE WITNESS:  Yes.

BY MR. DIGIULIO:

Q.  Okay.  Have you seen this document before?

A.  Yes.

Q.  And we talked about it briefly before.  You understand that you've been designated by the Borough for at least some of these topics that are on page -- there's 10 topics that go from page 2 to 3.  Do you see those?

A.  Yes.

Q.  Okay.  And you've been designated for some of these?

A.  Yes.

Q.  Okay.  And my understanding, and correct me if I'm wrong, is you've been designated by the Borough as a 30(b)(6) witness for number 1?

A.  Yes.

Q.  And that's all claims and defenses set forth in any pleading filed in the above referenced action, right?

A.  Yes.

Q.  Okay.  Number 5, and that's all communications to or

from any employee of the Borough acting in their official capacity regarding the planning or development of pedestrian access from the Borough to Wesmont Train Station?

A.   Yes.

Q.   Number 6, which is, any and all complaints of discrimination made against the Borough, including any of its representatives, affiliates, agents and employees between January 1, 2006, to present, right?

A.   Yes.

Q.   And then you did sign the interrogatories, right, the written discovery responses?

A.   Yes.

Q.   Okay.  And that number 10 is, all topics identified in the plaintiff's interrogatories and requests for documents propounded on the Borough in this action.

Is it fair to say that you -- any topics that covered by topics 1, 5, and 6 that were in the interrogatories, you're also a corporate designee?

A.   Yes.

Q.   Does that make sense?  So -- I mean, I can ask Gerry, actually.

MR. DIGIULIO:  Is that understood?

MR. SHEPARD:  Yeah.  I mean, it's --

MR. DIGIULIO:  We can go off the record.

(Off the record at 10:37 a.m.)

(On the record at 10:38 a.m.)

BY MR. DIGIULIO:

Q.   Okay.  So it looks like we've agreed on 1, 5 and 6 are the topics, and number 10, you signed the interrogatory, so I will obviously ask you about those, correct?

A.   Yes.

Q.   Okay.  And just to -- let's just -- maybe we can race through these other topics quickly.  So you're here in your personal capacity with your personal knowledge and also your knowledge as a designee, which requires a little more work to get up to speed.  But maybe we can foreclose some of your personal knowledge issues on the non-topic.

So with regard to 2 and 3, that relates to the planning or development of taxes and the taxes assessed on the plaintiff's properties, the Morningside property and the New Wallington property; do you see that?

A.   Yes.

Q.   Do you have any personal knowledge regarding either the planning applications or the taxes assessed for those properties?

A.   No.

Q.   All right.  And you never -- have you ever reviewed any of the planning applications of either of them?

A.   No.

Q.   Okay.  Number 4 is, any meetings, public or private,

attended by borough officials concerning population demographics, any contemplated ordinances, resolutions or construction -- or construction of affordable and/or low -- local -- low income housing.

Do you have any personal knowledge related to any such meetings?

A. Not that I'm aware of, no.

Q. Okay. Number 7 and 8 deal with the issuance of property taxes and tax sales certificates for the plaintiff's properties, any personal knowledge of those?

A. No.

Q. Okay. And number 9 is somewhat similar to number 4, it's inquiries, applications for planning or development of any affordable or low housing -- low income housing within the Borough between 2006 and present. Do you have any personal knowledge of that issue?

A. No.

Q. Okay. So fair to say -- and let's just -- and let's just close the loop on your personal knowledge.

Have you seen the complaint in this case before?

A. No.

Q. Let me show it to you. Just see if you -- refresh your recollection. This is Appice 2. This is the complaint. Well, yeah. Actually, I'll ask you a more broad question first. Prior to you becoming Borough of Wallington borough

Jennifer Appice
December 03, 2024                                                           25

administrator, had you ever heard of either Jim Nuckel or Donald Nuckel?

(Appice Exhibit No. 2 marked for identification.)

THE WITNESS:  No.

BY MR. DIGIULIO:

Q.   Have you ever -- have you ever owned any property in Wallington?

A.   No.

Q.   Okay.  So in front of you is what we've marked as Appice 2.  It's the complaint filed by plaintiffs in this case in the Federal District Court of New Jersey, and it's dated December 7, 2020.

Looking at it now, do you -- does it refresh your recollection at all if you've ever seen this?

A.   No.

Q.   Okay.  Do you have a general understanding of the claims being brought by plaintiffs in this case?

A.   I'm aware of something about discrimination.

Q.   Okay.  Anything more than that?

A.   No.

Q.   Okay.  Do you have -- so prior to today, in preparation as the corporate designee, did you review any documents at all?

A.   The resolution.  The initial resolution for the property.

Jennifer Appice
December 03, 2024                                26

Q.   The initial resolution for the property.  Is that a resolution related to the plaintiff's property for -- do you have -- do you have a stack of cases right in front of you?

A.   I can't find (indiscernible).

Q.   Yeah.  So you're showing me what is -- so you reviewed this document, Resolution 18326, from the Borough of Wallington, dated January 16, 2018?

A.   Yes.

Q.   Okay.  And you -- I think you referenced it as the original?

A.   I'm not sure.  That's the only one I have looked at.

Q.   Okay.  So this is the only resolution you've seen related to this property?

A.   Yes.

Q.   Okay.  Did you look at any other documents in preparation for today?

A.   No.

Q.   Did you review the Borough's answer to the complaint that I just showed you?

A.   No.

Q.   Did you meet with anyone other than Mr. Shepard in preparation for today?

A.   No, I did not.

Q.   Okay.  Have you spoken about this lawsuit with anyone else in the borough?

Jennifer Appice
December 03, 2024                                               27

A.   No.

Q.   Okay.  Have you spoken to any -- have you ever spoken to any council members at all about this lawsuit?

A.   No.

Q.   Okay.  Have you spoken to any employees of the borough related to this lawsuit, regarding this lawsuit?

A.   No.

Q.   Okay.  Were you ever in any -- don't tell me what was said, but were you ever in attendance in any executive sessions for the council where this lawsuit was discussed?

A.   No.

Q.   Okay.  Do you ever attend executive session for council meetings?

A.   Yes.

Q.   You do.  And do you sometimes report on pending litigations to the counsel?

A.   I do not.  The attorney -- the Borough attorney would discuss that.

Q.   Okay.  And the current borough attorney is Dick Allen (phonetic)?

A.   Correct.

Q.   Okay.  Have you been involved at all in the property tax appeals related to the plaintiff's properties?

A.   I have not.

Q.   Okay.  Do you know what -- when I say the plaintiff's

Jennifer Appice
December 03, 2024                                              28

properties, let's make sure we're clear on that.  Do you know which two parcels I'm discussing?

A.  I read the New Wallington home because I saw it on the paper, but I don't know --

Q.  Do you know where the properties are located?

A.  On Main Avenue.

Q.  Yep.  And, so, if I say the Morningside and New Wallington properties, do you generally know where they are?

A.  Other side of -- I don't know where the Morningside is.

Q.  Yes.  They're side by -- they're adjacent properties and the former ice rink is on it.

A.  Okay.  Yes.

Q.  Do you know what I'm talking about now?

A.  Yes.

Q.  Okay.  So if I say the plaintiff's properties, I'll be referring to those two properties, okay?

A.  Yep.

Q.  Do you have any idea what the current approvals are for those properties?

A.  I know that the Planning Board did -- that there was approvals from the Planning Board for both.

Q.  Okay.  Do you have -- you don't have any idea how many units there are?

A.  I am not aware.

Jennifer Appice
December 03, 2024                                    29

Q.   Okay.  Any idea of how many affordable units?

A.   I'm not aware.

Q.   Okay.  Now, have you ever heard of the Fair Housing Act?

A.   Yes.

Q.   You have?

A.   Yes.

Q.   And what's your understanding of the Fair Housing Act?

A.   It's to be able to build -- similar to the affordable housing, that they're allowed to build homes or apartments within the boroughs without discriminating.

Q.   Okay.  And did you -- have you reviewed any of the history -- I think you said you only saw that one resolution from 2018.  Do you have any understanding of the history of the attempts by the plaintiffs to obtain approvals for development on this property?

A.   No, I'm not aware.

Q.   Okay.  Have you seen any of the court decisions that were rendered related to development of these properties?

A.   No.

Q.   You never reviewed any of those?

A.   No.

Q.   Okay.  Do you have any understanding -- I think you said maybe discrimination, but do you have any understanding of the basis, any more detail about plaintiff's Fair Housing Act

claim?

A. No.

Q. Okay. And do you generally know, understand what the -- what the Borough's defense is to those claims?

A. That there wasn't any discrimination.

Q. Okay. And -- but you don't have an understanding of the basis for the discriminatory claim?

MR. SHEPARD: Just note my objection. I mean, defenses are legal in nature. And if you can answer --

MR. DIGIULIO: Yeah, the Borough was put on the defense, factual defense. So I'm trying to figure out what it is.

BY MR. DIGIULIO:

Q. So do you have any understanding other than that there's discrimination alleged as to what the basis of the discrimination is?

A. No.

Q. You do not. Okay. And I just want to make sure we're absolutely clear.

You've never read this complaint?

A. Correct. No.

Q. So do you -- so you don't have an understanding that dating back to 2006, plaintiff sought relief from the courts to permit it to develop affordable housing in the Borough, you've never seen anything related to that?

Jennifer Appice
December 03, 2024                                    31

A.  No.

Q.  Okay.  So let's go -- can you go back to Appice 1?  I can take that complaint from you for a second.  I can take that one also.  I want to keep my order so you don't get -- can we go back to the dep notice that I showed you.

So you've been designated for number 1, for all claims and defenses set forth in any pleadings filed in this matter; do you see that for number 1?

A.  Yes.

Q.  Okay.  But you haven't read the complaint and you haven't read the answer?

A.  I read what the Borough attorney gave me and what he reviewed with me.

Q.  Okay.  But you said the only document you reviewed was the resolution?

A.  That's the only thing he went over and he told me --

Q.  I don't want you to disclose any communications with counsel, I just want to know what documents you reviewed.  Okay.  But -- so anything else, any other understanding you may have about this case was provided by counsel?

A.  Correct.

Q.  Okay.  But -- and I don't think I got an answer to my question, you didn't -- you're designated as the corporate designee for all claims and defenses in this case but you haven't read the complaint or the answer, right?

A.   I don't recall seeing that.

Q.   Okay.

MR. DIGIULIO:  Gerry?

MR. SHEPARD:  Yeah.

MR. DIGIULIO:  Can we go off the record?

(Off the record at 10:49 a.m.)

(On the record at 10:52 a.m.)

BY MR. DIGIULIO:

Q.   Okay.  So number 5, what we went through, is one of the topics, all communications to or from any employee of the Borough acting in their official capacity regarding the planning or development of pedestrian access from the Borough to Wesmont Train Station; do you see that?

A.   Yes.

Q.   Okay.  So do you know where the Wesmont Train Station is located on the other side of the train tracks from the Borough of Wallington?

A.   Yes.

Q.   Okay.  And what town is that?

A.   East Rutherford.

Q.   That's East Rutherford on that side.  Okay.

And do you have an understanding there -- there's a large property that sort of abuts the train tracks that's owned by -- now owned by Devli?

A.   Yes.

Q. Okay. And do you have an understanding that there is -- that the Borough has a right to a right of way along the border of that property from Main Street down towards the train tracks? Do you have an understanding of that right of way?

A. I believe so.

Q. Okay. What's your general understanding of anything about that?

A. I just know that that's our property; that we own that. That we can build if we wanted to.

Q. Can build a road?

A. Correct.

Q. Okay. There's no road there now, right?

A. Correct.

Q. Okay. So it's like a paper roadway, is what I call it; does that make sense to you?

A. Yes.

Q. Okay. And do you understand that paper roadway runs into another property that abuts the railroad owned by Donald Nuckel?

A. Okay.

Q. Do you know that property that I'm talking about?

A. That's the Jasontown property?

Q. No. No. Let me see if I have -- I'll show you the map in a minute.

A. Okay.

Jennifer Appice
December 03, 2024                                                    34

Q.   No worries.  So are you aware of any -- so let's just get -- and maybe this will be quick.  On number 5, are you aware -- have you seen any communications among and between employees of the Borough related to developing that roadway and potentially a walkway to the Wesmont Train Station?

A.   No.

Q.   Okay.  And that train, have you -- have you been to that portion of the train tracks?

A.   No.

Q.   Okay.  Are you aware of any efforts by the Borough to develop a walkway to the Wesmont Train Station for Wallington residents to access the train?

A.   Not that I'm aware of.

Q.   Okay.  And then 6 is, any and all complaints of discrimination against the Borough.  Are you aware of any, other than this lawsuit which we discussed, alleges discrimination, are you -- have you seen any complaints against the Borough related to alleging discrimination?

A.   No.

Q.   Okay.  Have you heard of any complaints?

A.   Not that I'm aware of.

Q.   Okay.  So fair to say for 5 and 6, you're not aware of any communications related to the Wesmont Train Station or complaints of discrimination that you could testify to here today?

Jennifer Appice
December 03, 2024                                                    35

A.   Correct.

Q.   Okay.  I want to show you -- let me give you that so I can keep it somewhat in order to.  Try my best here.  All right.  I'm going to show you what we're going to mark as Appice 5 -- oh, Appice 3.  And you got this, I think, already.  This is a court decision rendered by Judge Harris in a lawsuit, with document number Bergen Law Division 37306, and it is dated March 18, 2008.

(Appice Exhibit No. 3 marked for identification.)

THE REPORTER:  You said 2008?

BY MR. DIGIULIO:

Q.   Yes, 2008.  So I think you already testified you weren't aware that plaintiff's applications to develop its property date back to 2006; is that right?

A.   Correct.

Q.   Okay.  And, so, I guess it's fair to say you probably have never seen this 2008 decision?

A.   No.

Q.   Okay.  So were you ever aware -- if you turn to page 15 at the bottom, I just want to make sure, Judge Harris found, The order shall further declare that Wallington land use regulations remain invalid and unconstitutional insofar as they continue past exclusionary practices.

Have you ever heard that Wallington -- that a court found that Wallington's land use regulations were invalid and

U.S. LEGAL SUPPORT, INC
713-653-7100

unconstitutional?

A.   Not that I recall.

Q.   Okay.  No one has ever explained that to you before?

A.   No.

Q.   Okay.  Have you ever in your -- in your years in public service, have you ever seen a court render land use regulations invalid and unconstitutional because they continued past exclusionary practices?

A.   Not that I recall.

Q.   Okay.  Do you have any -- have you ever heard anyone say -- anyone describe any of the exclusionary practices that Wallington was engaging in back then?  No?  Nothing?  No knowledge as to this?

A.   No.

Q.   Okay.  There you go.  I can take that from you.

And then, rather than show it to you, I'll just -- in 2015 and again in 2019, Bergen County courts found denial of plaintiff's various land use applications to be arbitrary, capricious, and unreasonable.  Did you ever see either of those decisions?

A.   No.

Q.   Okay.  Do you have any knowledge that three different court decisions deemed Wallington's denial of plaintiff's land use applications arbitrary, capricious and unreasonable?

A.   No.

Q.  Have you heard that term before, arbitrary, capricious and unreasonable?

A.  No.

Q.  You have not.  Okay.

And you did not attend any Planning Board meetings where plaintiff's applications were being reviewed, right?

A.  No.

Q.  Okay.  And you never saw those transcripts?

A.  No.

Q.  Okay.  Have you had any involvement in the Borough of Wallington's efforts to settle claims by fair share housing?

A.  No.

Q.  Was that all done before you?

A.  It was before.  That was before me.

Q.  Have you heard of fair share housing before?

A.  Brief -- I mean, briefly.

Q.  I'm going to show you what we're going to mark as Appice 4.  These are the Borough's responses to interrogatories, dated September 12, 2024.  Have you seen these before?

(Appice Exhibit No. 4 marked for identification.)

THE WITNESS:  Yes.

BY MR. DIGIULIO:

Q.  Okay.  Can you turn to the last page; is that your signature?

A.  Yes.

Q.   Okay.  And do you recall signing this on or about September 12, 2024?

A.   Yes.

Q.   Okay.  Now, these answers -- in the certification on the last page it says the answers are not based on your personal knowledge, but, instead, upon investigation and other sources I believe to be reliable; do you see that?

A.   Yes.

Q.   Okay.  Do you recall what investigation, if any, you did to ensure these answers were accurate?

A.   This was a discussion with the Borough's -- borough attorney.

Q.   Okay.  Did you do any independent investigation other than speaking with counsel?

A.   No.

Q.   Okay.  Did you review any documents before you signed this document?

A.   No.

Q.   Okay.  I want to go through.  Can you turn to page -- the first -- the second page, I'm sorry, and it has numbers 1, 2, and 3 on it?  Okay.  We're on the same page?

A.   Yes.

Q.   Very good.  In number 3 the question asks if the Borough contends there are any admissions or declarations against interest made by any party in this action, and then it

Jennifer Appice
December 03, 2024                                        39

goes on with six subparts; do you see that?

A.   Uh-huh.

Q.   Okay.  The answer was, Plaintiff New Wallington Home admitted in the amended complaint that it withheld property tax payments from 2016 to 2018.  And then, The defendant, the Borough, reserves the right to amend the responses; do you see that?

A.   Yes.

Q.   Okay.  You didn't actually read the complaint, though, right?

A.   Correct.

Q.   Okay.  That was -- that was -- I guess that was -- was that drafted by counsel?

A.   Yes.

Q.   Okay.  Do you have any personal knowledge related to New Wallington's withholding of property taxes?

A.   No.

Q.   Have you ever seen their letter paying under protest?

A.   No.

Q.   Have you ever seen their claims related to not receiving proper notice related to those property tax bills?

A.   No.

Q.   Okay.  Is there someone better suited for those questions in the Borough?

A.   I would think it would be our tax assessor, Ed Brown.

Jennifer Appice
December 03, 2024                                        40

Q.   Okay.  That's the current tax assessor?

A.   Yes.  I mean, I don't know if he was here during the time, but he would probably be the most suited to answer those.

Q.   Sure.  And do you know when Ed started as the tax assessor?

A.   I believe it was around 2018, 2019.

Q.   Okay.  If you could turn to number 10, it asks the Borough to identify any complaints of discrimination made against it between January 2006 to the present, and then there's five subparts; do you see that?

A.   Yes.

Q.   Okay.  And then in the answer it says, With respect to any issues relating to affordable housing, the Borough is aware of only the allegations made by the plaintiffs in this case and those made by the Morningside at Wallington, Donald Nuckel and Wallington Homes in the declaratory judgment action with the docket number BER-L6285-15; do you see that?

A.   Yes.

Q.   Okay.  I asked you before about this, you didn't mention that case.  Do you know anything about that case?

A.   No.  No, not that I recall.

Q.   Okay.  Do you remember any of the alleged discrimination by those plaintiffs in that -- in that other case by Morningside at Wallington?

A.   I don't recall.

Jennifer Appice
December 03, 2024                                            41

Q.   Okay.  Do you remember seeing any -- reviewing any documents related to that lawsuit?

A.   No, not that I recall.

Q.   Okay.  Numbers 12 and 13 deal with the property tax notices, and I think you said you have no personal knowledge related to that at all, right?

A.   No.

Q.   Okay.  Okay.  If you go to number 21, I think it's on -- well, the pages aren't numbered.  Apologies.  You there?

A.   Yes.

Q.   Okay.  That asked you to, or the Borough, to set forth some information, including the population of the Borough as of December 31, 2023, and the percentage of borough population that was, quote, white alone, not Hispanic or Latino, close quote, as of December 31, 2023; do you see that?

A.   Yes.

Q.   The answer says that according to the U.S. census, Borough Wallington had at that time 11,868 residents; do you see that?

A.   Yes.

Q.   And the number of white residents was 8,286; do you see that?

A.   Yes.

Q.   Okay.  Does that 11,000 number sound about right today?

Jennifer Appice
December 03, 2024                                                    42

A.   It might be a little higher, but about that.

Q.   And how about that -- so that percentage, just, I did the math, is 69.8 percent white as of 12/31/2023.  Do you have any idea if that number has changed at all since -- for 2024?

A.   I don't recall, no.

Q.   Okay.  Do you know if any of the affordable housing units that have been approved in the Borough have been built?

A.   I don't recall.

Q.   Okay.  Do you know if any of -- oh, well, you don't know if they were built so I guess you don't know if anybody lives in them?

A.   That was prior to me.

Q.   Okay.  Got it.  How long have you -- how long have you lived in Roselle Park for?

A.   Nine years.

Q.   Okay.  Are you originally from the Bergen County area?

A.   Yes.

Q.   Okay.  What -- just, what other towns, generally, did you live in?

A.   Paramus.

Q.   Okay.  Do you have an understanding of the populations of the towns that surround Wallington?

A.   As in population size?

Q.   Yeah.

A.   Yes.

Q. Okay. And what towns, generally, would you consider to be neighbors of Wallington?

A. Carlstadt, East Rutherford, Rutherford, Passaic.

Q. Do you have any idea if those are more or less white in population?

A. I don't. I do not.

Q. You don't know.

Probably fair to say Passaic is less white?

A. I would say, yes.

Q. Okay. East Rutherford likely?

A. I don't know.

Q. Carlstadt?

A. I don't know.

Q. Okay. Oh, is the new council member that's coming on in January?

A. Justyna Marciniak.

Q. Justyna. Okay. And is Ms. Marciniak a white woman?

A. Polish. Yes.

Q. Polish. Polish. Okay. Are you aware the Borough produced some documents in this case at all? I can take that from you. Are you aware if the Borough produced any documents in this case?

A. I'm not aware.

Q. Okay. Did you -- did you review -- so you didn't see any, like, document production that was made by the Borough?

A.   No, I don't recall.

Q.   Okay.  Do you recall being involved at all in the gathering of emails or letters or anything to produce in this case?

A.   Not that I'm aware of.

Q.   Okay.  Do you know if the Borough conducted an electronic review of emails to find documents relevant to this case?

A.   I believe the Borough attorney.

Q.   They would -- the Borough attorney would handle that?

A.   Would handle that.

Q.   Okay.  Were you involved at all in the -- have you ever seen the partially executed settlement agreement in this case?

A.   I don't recall seeing that.

Q.   Okay.  Do you have any personal knowledge at all about the terms that are in that draft settlement agreement?

A.   No, I don't recall.

Q.   Okay.  Do you have any knowledge of any of the terms that were documented in that partially executed settlement agreement?

A.   No.

Q.   Okay.  Did you ever talk to any council members or employees about the potential settlement agreement in this case?

A.   No.

MR. SHEPARD: Note my objection. Just don't mention anything said in executive session by the Borough attorneys.

MR. DIGIULIO: Yeah. Yeah. That is fair.

BY MR. DIGIULIO:

Q. But I think you testified you were not -- you've never been in any executive session related to this lawsuit at all, right?

A. I don't recall that.

Q. You don't recall. Okay. Do you know if the Borough of Wallington has ever entered into a PILOT in lieu of -- well, let me ask you this, do you know what a PILOT is?

A. Yes.

Q. What is your general understanding of a PILOT?

A. Payment in lieu of taxes.

Q. And what does that generally mean?

A. So they don't pay the tax, that they give an agreed amount of money, I believe. It's negotiated.

Q. Okay. So it's a negotiated payment in lieu of paying the typical property tax?

A. Correct.

Q. Okay. And do you know if the Borough of Wallington has ever approved a PILOT before?

A. Not that I recall.

Q. Okay. None during your time?

A. Not during my time.

Q.   Okay.  So plaintiff's position -- and I know you haven't read the complaint, so I'm just going to make a representation.  Plaintiff's position in this case is that the Borough improperly denied numerous land use applications delaying the development of the property for many years, and three courts found that those decisions were arbitrary, capricious and unreasonable, and I'm trying to determine if the Borough has any other bases for their denials that are not set forth in resolutions.

And, so, as here as the corporate designee, are you aware of any other bases for the denial of those applications?

A.   Not that I'm aware of.

Q.   Okay.  That's the one.  So the one document you recall reviewing relating to this lawsuit is this resolution; is that right?

A.   Yes.

Q.   Okay.  And that's -- we're going to mark that as Appice 5.  And that is a January 16, 2018, resolution, Borough of Wallington number 18326, and you read this document?

(Appice Exhibit No. 5 marked for identification.)

THE WITNESS:  Yes.

BY MR. DIGIULIO:

Q.   Okay.  And it's your understanding that this is -- this sets forth development approvals that were received by plaintiffs?

Jennifer Appice
December 03, 2024                                                    47

A.   Yes.

Q.   Okay.  If you go to number -- the paragraphs are numbered, if you go to number 11.  So talking about -- the resolution summarizes testimony of Brigette Bogart, professional planner; do you see that?

A.   Yes.

Q.   Okay.  In the second paragraph it says, She testified that the master plan required the properties to be jointly developed with 15 low income units provided.  She opined that the development's effect on the surrounding properties in the community would be an additional 5 to 11 school trip children being admitted to the school district; do you see that?

A.   Yes.

Q.   Okay.  And then if you go down to 15 it says, Melissa Dabal, a member of the town council, testified she believed the increase in the number of students to be generated by the development would be greater than 5 additional students and would be a burden; do you see that?

A.   Yes.

Q.   Okay.  Are you aware of any issues during your time being raised by either public or town council about new developments being a burden on the school district?  Have you heard that at all?

A.   Not that I recall.

Q.   Okay.  Do you know if the Borough of Wallington public

Jennifer Appice
December 03, 2024                                    48

schools have a -- have in recent years had an increase or decrease in student enrollment?

A.   I'm not aware.

Q.   You're not aware.  No knowledge.  Okay.

Have you ever talked to Mayor Dabal about the burden that developments may have on the school district?

A.   No.

Q.   Okay.  I'll take that back for you.  Thank you.  All right.

So I just want to make sure we're all on the same page about what you did for today.  So the documents you recall seeing are the resolution we just looked at and the interrogatories?

A.   Yes.

Q.   You don't recall reviewing any other documents?

A.   No.

Q.   Okay.  And other than the Borough alleging there was not -- there was no discrimination, you don't -- you're not aware of any other facts that support their defense, the Borough's defense; is that right?

A.   Correct.

Q.   Okay.  All right.

MR. DIGIULIO:  Let's go off the record for like two seconds, I just want to make sure I have nothing else.

THE REPORTER:  Off the record.

(Off the record at 11:18 a.m.)

(On the record at 11:18 a.m.)

BY MR. DIGIULIO:

Q.   Have you ever spoken to Jim Nuckel?

A.   No.

Q.   Have you ever -- before he passed, did you ever speak to Donald Nuckel?

A.   No.

Q.   Jill Nuckel, their sister?

A.   No.

Q.   Okay.  How about the owners of the Devli property, have you ever spoken to them?

A.   No.

Q.   Okay.  You don't recall speaking to anyone else other than the Borough attorney about this case at all?

A.   Correct.

Q.   Okay.  All right.

MR. DIGIULIO:  Thank you, Ms. Appice.  That's all I have.  Thank you so much.

THE WITNESS:  Thank you.

MR. SHEPARD:  Thank you.

THE REPORTER:  And 10 business days turnaround time is okay?

MR. DIGIULIO:  Yes.

(Deposition concluded at 11:19 a.m.)

CERTIFICATE OF NOTARY FOR WITNESS

PLACEHOLDER

CERTIFICATE OF REPORTER

STATE OF NEW JERSEY            )
                              )
COUNTY OF HUNTERDON           )

I, Serena Frey, AAERT No. 3686, Digital Reporter, State of New Jersey, do hereby certify that I was authorized to and did electronically report the Deposition of JENNIFER APPICE; that JENNIFER APPICE was duly sworn on the date indicated; that a review of the transcript was requested and that the electronic recording of the proceedings was provided for transcription.

I FURTHER CERTIFY that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this 13th day of December 2024.


_____
Serena Frey, AAERT No. 3686

CERTIFICATION PAGE FOR AUDIO RECORDING OF A DEPOSITION

I, JANENE CLEARY, New Jersey CSR # 30XI00232700, a Certified Shorthand Reporter in and for the State of New Jersey, hereby certify to the following:

That the foregoing is a true and correct transcription of the audio recording of the deposition in the above-captioned case.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 18TH day of December 2024.

_____
JANENE CLEARY
New Jersey CSR # 30XI00232700



WITNESS NOTIFICATION LETTER

Date: December 13, 2024
ATTN: JENNIFER APPICE
c/o Gerald A. Shepard, Esquire
Pfund McDonnell, PC
139 Prospect Street
Ridgewood, New Jersey 07450

RE: NEW WALLINGTON HOME, LLC, a New
Jersey limited liability company, et al. vs. BOROUGH
OF WALLINGTON, et al.
Date of Proceeding: December 3, 2024
U.S. Legal Support Reference Job No.: 6757446-002

Dear Madam:

The transcript of the above proceeding is now available for witness review, and the following applies:

_____   The witness is requested to contact our office to make arrangements for review purposes.

_____   Counsel above ordered the transcript and is requested to facilitate the witness' review from their copy.

_____   Other:_____

We respectfully request that the review be completed within 30 days. The completed errata sheet may be returned to our office at the Email address listed below for distribution.

Sincerely,
Production Department
U.S. Legal Support, Inc.
Email: Production@uslegalsupport.com
Phone: 866-876-8757
Letter via Transcript/Mail:
JAMES DIGIULIO, ESQUIRE, Esq.
GERALD A. SHEPARD, ESQUIRE, Esq.

ERRATA SHEET

Witness: JENNIFER APPICE
RE: NEW WALLINGTON HOME, LLC, a New
Jersey limited liability company, et al. vs.
BOROUGH OF WALLINGTON, et al.
Date of Proceeding: December 3, 2024
U.S. Legal Support Reference No.: 6757446-002


PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM


Page / Line /    Change    / Reason

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

___/_____/_____/_____

Under penalties of perjury, I declare that I have
read the foregoing transcript and that the facts stated in it
are true.

_____     _____
JENNIFER APPICE                    Date


     (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
Sworn and subscribed to before me this ___ day of
_____, 20___.

_____     _____
Notary Public              JENNIFER APPICE

Jennifer Appice
December 03, 2024                    1

## Exhibits

EX 0001 Jennifer Appice 120324
  4:5  21:6
EX 0002 Jennifer Appice 120324
  4:6  25:3
EX 0003 Jennifer Appice 120324
  4:6  35:9
EX 0004 Jennifer Appice 120324
  4:7  37:20
EX 0005 Jennifer Appice 120324
  4:7  46:20

## 0

07
  14:3,5
08
  14:5

## 1

1
  20:23  21:3,
  6,20  22:8,17
  23:3  31:2,6,
  8  38:20
10
  21:13  22:13
  23:4  40:7
  49:22
10:37
  22:25
10:38
  23:1
10:49
  32:6
10:52
  32:7
11
  47:3,11
11,000
  41:24
11,868
  41:18
11:18
  49:1,2
11:19
  49:25
12
  37:19  38:2
  41:4
12/31/2023
  42:3
13
  41:4
15
  35:20  47:9,
  14
16
  26:7  46:18
18
  35:8
18326
  26:6  46:19
1996
  13:5

## 2

2
  21:14  23:13
  24:23  25:3,
  10  38:21
2000
  12:2,13
  14:11
2002
  12:13
2004
  11:6
2005
  13:14
2006
  22:8  24:15
  30:23  35:14
  40:9
2007
  14:11
2008
  14:11  35:8,
  10,12,17
2009
  14:23
2014
  15:18
2015
  36:17
2016
  39:5
2018
  26:7  29:14
  39:5  40:6
  46:18
2019
  36:17  40:6
2020
  25:12
2023
  6:25  7:1
  16:6  19:16
  41:13,15
2024
  21:3  37:19
  38:2  42:4
2027
  20:19
21
  41:8
24
  21:3

## 3

3
  21:14  23:13
  35:5,9
  38:21,23

30(b)(6)
  21:4,19
31
  41:13,15
3686
  5:2
37306
  35:7

## 4

4
  23:25  24:12
  37:18,20
4kids
  13:17,18,25
  14:11

## 5

5
  21:25  22:17
  23:3  32:9
  34:2,22  35:4
  46:18,20
  47:11,17

## 6

6
  22:5,17  23:3
  34:14,22
69.8
  42:3

## 7

7
  24:8  25:12

## 8

8
  24:8
8,286
  41:21

U.S. LEGAL SUPPORT, INC
713-653-7100

Jennifer Appice
December 03, 2024                                    2

---

**9**

9
  24:12
96
  13:1,2,3
98
  12:24

---

**A**

A-N-D-R-O-W-
I-S
  20:6
A-P-P-I-C-E
  5:21
a.m.
  22:25 23:1
  32:6,7 49:1,
  2,25
AAERT
  5:2
able
  29:9
above
  21:23
absolutely
  30:19
abuts
  32:23 33:18
access
  22:3 32:12
  34:12
accordance
  5:9
accurate
  7:24 38:10
Act
  29:4,8,25
acting
  22:1 32:11
action
  21:23 22:15
  38:25 40:16

additional
  47:11,17
adjacent
  28:11
administer
  5:6
administratio
n
  11:4
administrator
  6:22 10:3
  11:19 18:16
  25:1
admissions
  38:24
admitted
  39:4 47:12
affiliates
  22:7
affirm
  6:1
affordable
  24:3,14
  29:1,9 30:24
  40:13 42:6
agents
  22:7
ago
  7:1 17:5
agree
  5:6 10:9
agreed
  23:3 45:16
agreement
  44:13,17,21,
  24
ahead
  8:25
allegations
  40:14
alleged
  30:15 40:22
alleges
  34:16
alleging
  34:18 48:17

Allen
  27:19
allowed
  29:10
amend
  39:6
amended
  39:4
amount
  45:17
and/or
  24:3
Androwis
  20:3,5,6,12
answer
  7:13 8:18,
  21,25 9:2,4,
  17,19 26:18
  30:9 31:11,
  22,25 39:3
  40:3,12
  41:17
answers
  7:20 8:9
  38:4,5,10
anybody
  42:10
anyone
  26:21,24
  36:10,11
  49:14
anytime
  7:8
apartments
  29:10
Apologies
  41:9
appeals
  27:23
appearances
  5:11
appice
  5:20 6:11,16
  20:23 21:2,
  3,6 24:23
  25:3,10 31:2
  35:4,5,9

37:18,20
  46:18,20
  49:18
applicable
  5:9
applications
  23:19,23
  24:13 35:13
  36:18,24
  37:6 46:4,11
approvals
  28:19,22
  29:15 46:24
approved
  42:7 45:22
arbitrary
  36:18,24
  37:1 46:6
area
  42:16
around
  15:18 40:6
asked
  17:25 18:2
  40:19 41:11
asking
  9:11
asks
  38:23 40:7
assessed
  23:14,19
assessor
  39:25 40:1,5
assume
  9:7
attempting
  7:13
attempts
  29:15
attend
  27:12 37:5
attendance
  27:9
attended
  24:1
attorney
  27:17,19

---

Jennifer Appice
December 03, 2024                                3

31:12 38:12
44:9,10
49:15
attorneys
  18:19 45:2
audio
  5:7
automatically
  17:6
Avenue
  28:6
aware
  20:18 24:7
  25:18 28:25
  29:2,17
  34:1,3,10,
  13,15,21,22
  35:13,19
  40:13 43:19,
  21,23 44:5
  46:11,12
  47:20 48:3,
  4,19

———————————————

        B
———————————————

BA
  11:14 12:1
  18:10
back
  9:3 14:8
  30:23 31:2,5
  35:14 36:12
  48:8
background
  10:22 18:1
based
  8:5 38:5
bases
  46:8,11
basis
  29:25 30:7,
  15
beginning
  5:12
behalf
  10:17

believe
  13:13 19:3
  20:21 33:5
  38:7 40:6
  44:9 45:17
believed
  47:16
BER-L6285-15
  40:17
Bergen
  35:7 36:17
  42:16
best
  8:17 35:3
better
  39:23
bills
  39:21
binding
  10:17
bit
  10:22
Board
  5:17 28:21,
  22 37:5
Bogart
  47:4
border
  33:3
borough
  5:16 6:21,22
  10:5,13,18
  16:5,8 17:10
  18:10,21
  19:5 21:4,
  12,19 22:1,
  3,6,15 24:1,
  15,25 26:6,
  25 27:5,17,
  19 30:10,24
  31:12 32:11,
  12,17 33:2
  34:4,10,15,
  17 37:10
  38:11,24
  39:6,24
  40:8,13

41:11,12,13,
18 42:7
43:19,21,25
44:6,9,10
45:2,9,21
46:4,8,18
47:25 48:17
49:15
Borough's
  26:18 30:4
  37:18 38:11
  48:20
boroughs
  29:11
bottom
  35:20
break
  9:16,18
breaks
  9:21
brief
  14:13,16
  37:16
briefly
  18:15 21:11
  37:16
Brigette
  47:4
broad
  24:24
brought
  25:17
Brown
  39:25
build
  29:9,10
  33:9,10
Building
  15:7
built
  42:7,10
burden
  47:18,22
  48:5
business
  10:3 11:4,19
  18:16 49:22

———————————————

        C
———————————————

calculating
  13:23,24,25
call
  33:14
called
  6:12
capacity
  10:2 22:2
  23:9 32:11
capricious
  36:19,24
  37:1 46:7
career
  14:21
Carlstadt
  43:3,12
case
  7:14 10:4
  20:7 24:20
  25:10,17
  31:20,24
  40:14,20,23
  43:20,22
  44:4,8,14,24
  46:3 49:15
cases
  26:3
cell
  15:7,8
census
  41:17
certain
  10:8
certificates
  24:9
certification
  38:4
certification
s
  11:17,20
chance
  19:7
change
  14:21

Jennifer Appice
December 03, 2024
4

changed
  42:4
changes
  20:17
children
  47:11
choosing
  14:18
claim
  30:1,7
claims
  10:4 21:22
  25:17 30:4
  31:6,24
  37:11 39:20
clarification
  9:7,12
clear
  9:12 28:1
  30:19
Clearwater
  15:1,4,9,14
close
  15:17 24:19
  41:14
coffee
  9:15
communication
  14:22 15:1
communication
s
  11:13 21:25
  31:17 32:10
  34:3,23
community
  47:11
company
  14:19 16:3
complaint
  24:20,23
  25:10 26:18
  30:20 31:3,
  10,25 39:4,9
  46:2
complaints
  22:5 34:14,
  17,20,24

40:8
complete
  8:16 9:19
concluded
  49:25
conducted
  44:6
Congratulatio
ns
  7:3
consider
  43:1
construction
  24:3
contemplated
  24:2
contends
  38:24
continue
  35:23
continued
  36:7
continues
  20:19
continuing
  11:20
contract
  18:19
contractor
  15:14
contracts
  18:1
corporate
  10:5,13,17
  22:18 25:22
  31:23 46:10
correct
  16:7 21:18
  23:5 27:21
  30:21 31:21
  33:11,13
  35:1,15
  39:11 45:20
  48:21 49:16
correction
  5:10

council
  16:22 17:1,
  2,23,25
  18:2,3
  19:17,24
  20:15,17
  27:3,10,13
  43:14 44:23
  47:15,21
counsel
  5:12 7:21
  8:23 9:22
  27:16 31:18,
  20 38:14
  39:13
County
  36:17 42:16
courses
  12:7
court
  6:20 7:11,23
  8:8 25:11
  29:18 35:6,
  24 36:6,23
courts
  30:23 36:17
  46:6
cover
  21:5
covered
  22:16
create
  5:6
curious
  16:8
current
  19:24 27:19
  28:19 40:1
cut
  8:17,20

———————————
D
———————————

Dabal
  47:15 48:5
Dabal's
  20:19

date
  35:14
dated
  25:11 26:7
  35:7 37:19
dates
  8:2
dating
  30:23
day
  7:18 10:21
day-to-day
  18:18,20
days
  49:22
DC
  14:17
deal
  24:8 41:4
decade
  15:17
December
  20:12 25:12
  41:13,15
decision
  35:6,17
decisions
  29:18 36:20,
  23 46:6
declarations
  38:24
declaratory
  40:16
declare
  35:21
decrease
  48:2
deemed
  36:23
defendant
  5:16 39:5
defense
  30:4,11
  48:19,20
defenses
  21:22 30:9
  31:7,24

Jennifer Appice
December 03, 2024                                    5

degree
  10:25 11:8
degrees
  11:16
delaying
  46:5
demographics
  24:2
denial
  36:17,23
  46:11
denials
  46:8
denied
  46:4
dep
  31:5
deposed
  7:5 20:7
deposition
  5:2 14:10
  21:4 49:25
deputy
  16:10,14,19,
  20 17:6
describe
  18:15 36:11
designated
  10:5,9
  21:12,16,19
  31:6,23
designee
  10:5,13,17,
  18 22:18
  23:10 25:22
  31:24 46:10
detail
  29:25
determine
  46:7
develop
  30:24 34:11
  35:13
developed
  47:9
developing
  34:4

development
  22:2 23:14
  24:13 29:15,
  19 32:12
  46:5,24
  47:17
development's
  47:10
developments
  47:22 48:6
Devli
  32:24 49:11
Dick
  27:19
different
  36:22
Digital
  5:2
Digiulio
  5:13 6:7,10,
  15,19 19:13
  20:5,9,25
  21:1,8
  22:22,24
  23:2 25:5
  30:10,13
  32:3,5,8
  35:11 37:22
  45:3,4 46:22
  48:23 49:3,
  18,24
direct
  8:24 9:2
direction
  9:3
director
  17:12
disclose
  31:17
discovery
  22:11
discriminatin
g
  29:11
discriminatio
n
  22:6 25:18

29:24 30:5,
  15,16 34:15,
  16,18,24
  40:8,23
  48:18
discriminator
y
  30:7
discuss
  27:18
discussed
  27:10 34:16
discussing
  28:2
discussion
  38:11
distance
  8:2
district
  6:20 25:11
  47:12,22
  48:6
Division
  35:7
docket
  40:17
document
  21:9 26:6
  31:14 35:7
  38:17 43:25
  46:13,19
documented
  44:20
documents
  22:14 25:23
  26:15 31:18
  38:16 41:2
  43:20,21
  44:7 48:11,
  15
doing
  16:11 17:25
Donald
  25:1 33:18
  40:15 49:7
draft
  44:17

drafted
  39:13
duly
  6:12
Dumont
  19:6,7

—————————
        E
—————————

E-U-G-E-N-I-
U-S-Z
  20:7
easier
  8:8
East
  32:20,21
  43:3,10
Ed
  39:25 40:4
education
  10:24 11:21
effect
  47:10
efforts
  34:10 37:11
eight
  14:18 15:10
either
  16:22 23:18,
  23 25:1
  36:19 47:21
EJD
  16:2
elected
  6:21 17:4
electronic
  44:7
elicit
  7:13
emails
  44:3,7
employed
  12:12
employee
  22:1 32:10

Jennifer Appice
December 03, 2024                                                 6

| | | | |
|---|---|---|---|
| **employees** 18:18 22:7 27:5 34:4 44:24 | **experience** 16:11,13 | **five** 13:13 40:10 | **generally** 10:10 13:19 15:6 16:21 |
| **employment** 13:3,4,8 14:12 | **explained** 36:3 | **Following** 19:21 | 18:16 28:8 30:3 42:18 43:1 45:15 |
| **end** 7:18 19:25 | **F** | **follows** 5:3 6:13 | **generated** 47:16 |
| **ended** 14:17 | **facts** 48:19 | **foreclose** 23:11 | **Gerald** 5:15 |
| **engaging** 36:12 | **factual** 30:11 | **form** 16:23 | **Gerry** 22:20 32:3 |
| **enrollment** 48:2 | **fair** 22:16 24:18 29:3,8,25 34:22 35:16 37:11,15 43:8 45:3 | **forth** 9:3 21:22 31:7 41:11 46:9,24 | **gestures** 8:10 |
| **ensure** 38:10 | | **found** 35:20,25 36:17 46:6 | **getting** 15:17 |
| **entered** 45:10 | **Federal** 6:20 25:11 | **four** 12:22 15:16 16:18 17:14 | **give** 6:2 9:3 15:10 35:2 45:16 |
| **Entertainment** 13:17,18 14:1,11 | **feel** 7:8 8:21 9:16 | **free** 7:8 8:21 9:16 | **goes** 39:1 |
| **estimate** 8:2 | **figure** 30:11 | **Frey** 5:2 | **going** 7:11 8:10, 14,15 9:7 14:8 16:12 17:16 35:4 37:17 46:2, 17 |
| **estimating** 8:3 | **filed** 21:23 25:10 31:7 | **front** 25:9 26:3 | |
| **et al** 5:17 | **final** 5:8 | **full-time** 18:22 | |
| **Eugeniusz** 20:4 | **finance** 13:20 14:15 18:1 | **fun** 14:9 | **good** 6:16,17 38:23 |
| **Everyday** 14:13 | **find** 7:14 26:4 44:7 | **future** 9:1 | **government** 16:23,24 |
| **EXAMINATION** 6:14 | **finish** 8:13,16 9:3, 17 | **G** | **government-issued** 5:23 |
| **exclusionary** 35:23 36:8, 11 | **finished** 8:18,21 | **gathering** 44:3 | **great** 5:24 6:10 8:3 10:21 |
| **executed** 44:13,20 | **firm** 5:15 | **gave** 31:12 | **greater** 47:17 |
| **executive** 27:9,12 45:2,6 | **first** 5:19 6:12 13:8 14:25 17:4 18:11 24:25 38:20 | **Gene** 20:11,12 | **guess** 8:1 35:16 39:12 42:10 |
| **Exhibit** 21:6 25:3 35:9 37:20 46:20 | | **general** 10:12 14:14 25:16 33:6 45:13 | |

Jennifer Appice
December 03, 2024                                                    7

## H

half
  19:3
hand
  5:25  8:10
handle
  18:18  44:10,
  11
happen
  7:11
Harris
  35:6,20
he'll
  8:24  9:3
head
  8:10
headed
  16:12
Health
  14:13
heard
  25:1  29:3
  34:20  35:24
  36:10  37:1,
  15  47:23
Hector
  19:9,14
held
  17:22
helpful
  7:14  18:3
high
  11:16  13:4
higher
  42:1
highest
  10:24
Hispanic
  41:14
history
  29:13,14
hold
  17:10,18

home
  28:3  39:3
homes
  29:10  40:16
housing
  24:4,14
  29:3,8,10,25
  30:24  37:11,
  15  40:13
  42:6

## I

ice
  28:12
idea
  8:15  28:19,
  23  29:1  42:4
  43:4
identificatio
n
  5:23  21:6
  25:3  35:9
  37:20  46:20
identified
  22:13
identify
  40:8
improperly
  46:4
including
  22:6  41:12
income
  24:4,14  47:9
increase
  47:16  48:1
independent
  38:13
indiscernible
  26:4
individuals
  5:17
information
  7:14  41:12
initial
  25:24  26:1

inquiries
  24:13
interest
  38:25
interrogatori
es
  22:10,14,17
  37:18  48:13
interrogatory
  23:4
invalid
  35:22,25
  36:7
investigation
  38:6,9,13
involved
  27:22  44:2,
  12
involvement
  37:10
issuance
  24:8
issue
  24:16
issues
  18:21  23:12
  40:13  47:20

## J

J-E-N-N-I-F-
E-R
  5:20
James
  5:13
January
  22:8  26:7
  40:9  43:15
  46:18
Jasontown
  33:22
Jennifer
  5:20  6:11
Jersey
  5:5  6:20
  25:11

Jill
  49:9
Jim
  6:18  25:1
  49:4
job
  13:16  14:25
  18:22  19:14,
  16
jointly
  47:8
Judge
  35:6,20
judgment
  40:16
Justyna
  20:16  43:16,
  17

## K

K-H-A-L-D-O-
U-N
  20:6
Kazimir
  18:25
keep
  20:24  31:4
  35:3
Khaldoun
  20:3,5
kind
  11:17,21,24
  15:6
kindly
  5:22
know
  8:5  9:6  14:9
  19:1,14,17,
  19  20:14,17
  27:25  28:1,
  4,5,8,9,14,
  21  30:3
  31:18  32:15
  33:8,21
  40:2,4,20
  42:6,9,10

Jennifer Appice
December 03, 2024

8

43:7,11,13
44:6 45:9,
11,21 46:1
47:25
**knowledge**
7:15,16 10:3
23:9,10,12,
18 24:5,10,
16,19 36:13,
22 38:6
39:15 41:5
44:16,19
48:4

**L**

**land**
35:21,25
36:6,18,23
46:4
**large**
32:23
**Latino**
41:14
**law**
5:9,15 35:7
**lawsuit**
6:19 26:24
27:3,6,10
34:16 35:6
41:2 45:6
46:14
**leave**
9:18
**LEC**
15:21
**left**
15:21 16:2,5
**legal**
30:9
**letter**
39:18
**letters**
44:3
**level**
10:24

**liaison**
17:19,20,21
**licensed**
5:5
**licensure**
11:20
**lieu**
45:10,14,18
**life**
8:8
**limit**
7:15
**line**
19:22
**litigations**
27:16
**little**
10:22 23:10
42:1
**live**
7:23 42:19
**lived**
42:14
**lives**
42:11
**local**
24:4
**located**
28:5 32:16
**long**
11:23 13:11,
25 14:8
15:8,15
16:21 17:3,
13 19:1,14
42:13
**look**
26:15
**looked**
26:11 48:12
**Looking**
25:13
**looks**
23:3
**loop**
24:19

**low**
24:3,4,14
47:9

**M**

**made**
22:6 38:25
40:8,14,15
43:25
**Main**
28:6 33:3
**make**
8:8,9,11
9:12 22:20
28:1 30:18
33:15 35:20
46:2 48:10,
24
**Manage**
18:18
**management**
15:5
**manager**
15:25
**map**
33:24
**marathon**
9:15
**March**
35:7
**Marciniak**
20:16 43:16,
17
**mark**
35:4 37:17
46:17
**marked**
21:2,6 25:3,
9 35:9 37:20
46:20
**master**
47:8
**master's**
10:25 13:7,
10

**math**
42:3
**matter**
6:2 31:7
**mayor**
16:10,14,17,
19,20 17:6
20:19 48:5
**Mcdonnell**
5:16
**mean**
13:21 22:20,
23 30:8
37:16 40:2
45:15
**means**
10:13
**meet**
26:21
**meetings**
23:25 24:6
27:13 37:5
**Melissa**
47:15
**member**
7:1 20:15
43:14 47:15
**members**
19:17 27:3
44:23
**members'**
19:24
**memory**
14:10
**mention**
40:20 45:1
**merged**
15:24
**met**
6:18
**Michael**
18:25 19:1,
8,19,20
**minute**
33:24
**money**
45:17

Jennifer Appice
December 03, 2024

9

months
  14:18 15:11
  16:18
morning
  6:16,18
Morningside
  23:15 28:7,9
  40:15,24
motion
  9:1
motions
  7:21
moved
  19:23
municipal
  16:13
municipality
  17:7 18:14
Music
  12:16,17

―――――――――――――
          N
―――――――――――――

name
  5:19 6:18
  18:24 19:10
  20:23
nature
  30:9
need
  8:4 9:17
  11:20,24
  20:5
negotiated
  45:17,18
negotiations
  18:19
neighbors
  43:2
never
  23:22 29:21
  30:20,25
  35:17 37:8
  45:5
night
  12:7,9

nine
  15:10 42:15
Nodding
  8:9
non-topic
  23:12
notary
  5:5
note
  30:8 45:1
notice
  5:3 10:1
  21:3 31:5
  39:21
notices
  41:5
November
  6:25 16:6
  19:16
Nuckel
  25:1,2 33:19
  40:15 49:4,
  7,9
number
  21:20,25
  22:5,13
  23:4,25
  24:8,12
  31:6,8 32:9
  34:2 35:7
  38:23 40:7,
  17 41:8,21,
  24 42:4
  46:19 47:2,
  3,16
numbered
  41:9 47:3
numbers
  38:20 41:4
numerous
  46:4

―――――――――――――
          O
―――――――――――――

O'TOOLE
  5:13

O-L-M-O
  19:11
oath
  5:6 7:22
object
  8:24
objection
  30:8 45:1
objections
  9:1
obtain
  29:15
obviously
  23:5
official
  22:1 32:11
officials
  6:21 24:1
okay
  5:24 6:24
  7:7,10,24
  8:6,8,11,13,
  18,21 9:4,8,
  13,19,21,22,
  24 10:1,12,
  20 11:1,5,7,
  12,16,19
  12:1,3,6,10,
  12,24 13:1,
  7,11,16,25
  14:7,14,20,
  23,25 15:2,
  6,20,23
  16:4,8,16
  17:3,7,10,
  20,22 18:10,
  14,24 19:1,
  19,24 20:12,
  14,22 21:9,
  16,18,25
  22:13 23:3,
  7,25 24:8,
  12,18 25:9,
  16,19,21
  26:9,12,15,
  24 27:2,5,8,
  12,19,22,25
  28:13,16,17,

  23 29:1,3,
  12,18,23
  30:3,6,18
  31:2,10,14,
  18,22 32:2,
  9,15,19,21
  33:1,6,12,
  14,17,20,25
  34:7,10,14,
  20,22 35:2,
  16,19 36:3,
  5,10,15,22
  37:4,8,10,23
  38:1,4,9,13,
  16,19,21
  39:3,9,12,
  15,23 40:1,
  7,12,19,22
  41:1,4,8,11,
  24 42:6,9,
  13,16,18,21
  43:1,10,14,
  17,19,24
  44:2,6,12,
  16,19,23
  45:9,18,21,
  24 46:1,13,
  17,23 47:2,
  7,14,20,25
  48:4,8,17,22
  49:11,14,17,
  23
Olmo
  19:9,11
one
  16:18 20:2,
  3,10 26:11
  29:13 31:4
  32:9 36:3
  46:13
online
  20:24
operations
  18:19,20
opined
  47:9
opportunity
  7:20

Jennifer Appice
December 03, 2024                                          10

order
  31:4 35:3,21
ordered
  5:8
ordinances
  24:2
original
  26:10
originally
  42:16
outside
  18:11
overlap
  17:23
oversee
  18:20
owned
  25:6 32:23,
  24 33:18
owners
  49:11

――――――――――――
          P
――――――――――――

page
  21:13,14
  35:19 37:23
  38:5,19,20,
  21 48:10
pages
  41:9
paid
  13:9 17:14
paper
  28:4 33:14,
  17
paragraph
  47:7
paragraphs
  47:2
Paramus
  42:20
parcels
  28:2
Park
  16:10,14,23

  17:4,7,11
  18:6 19:20
  42:14
part
  14:9 15:3
  16:22
partially
  44:13,20
parties
  5:5,11 6:5
Partners
  15:13
party
  38:25
Passaic
  43:3,8
passed
  49:6
past
  35:23 36:8
Paterson
  11:11 12:3,
  21
pay
  45:16
paying
  13:22 39:18
  45:18
payment
  45:14,18
payments
  39:5
pedestrian
  22:2 32:12
pending
  6:20 27:15
percent
  42:3
percentage
  41:13 42:2
Perfect
  5:23 6:9
period
  14:13
periodically
  12:7

permit
  30:24
person
  9:11 10:14
personal
  10:3 23:9,
  12,18 24:5,
  10,15,19
  38:5 39:15
  41:5 44:16
personally
  10:2
Pfund
  5:16
Phoenix
  11:2 12:4,6
phone
  15:7,8
phonetic
  20:11 27:20
pick
  16:25
picks
  16:24
Picture
  5:24
PILOT
  45:10,11,13,
  22
plaintiff
  30:23 39:3
plaintiff's
  5:12 22:14
  23:15 24:9
  26:2 27:23,
  25 28:16
  29:25 35:13
  36:18,23
  37:6 46:1,3
plaintiffs
  5:14 6:19
  25:10,17
  29:15 40:14,
  23 46:25
plan
  47:8

planner
  47:5
planning
  5:17 22:2
  23:14,19,23
  24:13 28:21,
  22 32:11
  37:5
pleading
  21:23
pleadings
  31:7
please
  5:11,18,24
  8:9,11,13,20
  9:11
point
  8:1,14
Polish
  43:18,19
population
  16:25 24:1
  41:12,13
  42:23 43:5
populations
  42:21
portion
  34:8
position
  6:24 16:16
  17:4 18:10,
  11 19:2
  46:1,3
positions
  17:10 18:6,8
possible
  9:13
post
  11:16
potential
  44:24
potentially
  7:15 34:5
practice
  9:1
practices
  35:23 36:8,

11

**predecessor**
18:24 19:7
**preparation**
25:22 26:16,
22
**present**
5:23 22:8
24:15 40:9
**preserving**
8:25
**president**
16:3
**pretty**
10:14 18:20
**prior**
11:7 12:21
13:5 16:20
19:16 24:25
25:21 42:12
**private**
23:25
**probably**
8:14 10:20
35:16 40:3
43:8
**proceed**
6:9
**proceeded**
5:3
**proceeding**
5:7 7:23
**process**
7:7,9
**produce**
5:8 44:3
**produced**
43:20,21
**production**
43:25
**professional**
47:4
**program**
12:10
**project**
15:5,25

**projects**
15:6
**proper**
39:21
**properties**
23:15,20
24:10 27:23
28:1,5,8,11,
16,17,20
29:19 47:8,
10
**property**
23:15,16
24:9 25:6,25
26:1,2,13
27:22 29:16
32:23 33:3,
8,18,21,22
35:14 39:4,
16,21 41:4
45:19 46:5
49:11
**propounded**
22:15
**protest**
39:18
**provided**
5:10 31:20
47:9
**public**
5:5 18:8,11
23:25 36:6
47:21,25
**pursuant**
5:3
**put**
6:6 20:23
21:1 30:10

**Q**

**question**
7:13 8:13,
15,24,25
9:8,10,17,18
11:23 24:24
31:23 38:23

**questioning**
7:15
**questions**
7:8,19 8:6
9:24 39:24
**quick**
34:2
**quickly**
23:8
**quote**
41:14

**R**

**race**
23:7
**Rachel**
20:8
**Rachelski**
20:4,6,8
**railroad**
33:18
**raise**
5:24
**raised**
47:21
**range**
14:5
**read**
18:1 28:3
30:20 31:10,
11,12,25
39:9 46:2,19
**recall**
19:15 32:1
36:2,9 38:1,
9 40:21,25
41:3 42:5,8
44:1,2,15,18
45:8,9,23
46:13 47:24
48:11,15
49:14
**receive**
7:18 11:1,
10,20

**received**
46:24
**receiving**
39:21
**recent**
48:1
**recollection**
24:23 25:14
**record**
5:4,7,12,19
6:6,18 8:10,
16 9:7,12
21:1 22:24,
25 23:1
32:5,6,7
48:23,25
49:1,2
**recreation**
17:12
**reelected**
20:3,10
**referenced**
21:23 26:9
**referencing**
9:11
**referring**
28:17
**refresh**
24:22 25:13
**regard**
23:13
**regarding**
22:2 23:18
27:6 32:11
**regulations**
35:22,25
36:7
**related**
10:4 24:5
26:2,13
27:6,23
29:19 30:25
34:4,18,23
39:15,20,21
41:2,6 45:6
**relates**
23:13

Jennifer Appice
December 03, 2024                    12

**relating**
  40:13 46:14
**relevant**
  44:7
**reliable**
  38:7
**relief**
  30:23
**relocate**
  14:18
**relocated**
  14:17,19
**remain**
  35:22
**remember**
  19:7 40:22
  41:1
**remind**
  9:21
**render**
  36:6
**rendered**
  29:19 35:6
**repeat**
  19:10
**report**
  27:15
**reporter**
  5:3,4,18,22
  6:5,9 7:11
  8:8 19:10,12
  20:24 35:10
  48:25 49:22
**represent**
  6:19
**representatio
n**
  46:3
**representativ
es**
  22:7
**requests**
  22:14
**required**
  47:8
**requires**
  23:10

**reran**
  16:18
**reserves**
  39:6
**residence**
  17:8 18:12
**residents**
  16:25 34:12
  41:18,21
**resigned**
  17:24
**resolution**
  25:24 26:1,
  2,6,12 29:13
  31:15 46:14,
  18 47:4
  48:12
**resolutions**
  24:2 46:9
**respect**
  40:12
**response**
  10:17
**responses**
  22:11 37:18
  39:6
**responsible**
  13:22
**restrooms**
  9:16
**review**
  5:10 7:20
  25:22 26:18
  38:16 43:24
  44:7
**reviewed**
  23:22 26:5
  29:12,21
  31:13,14,18
  37:6
**reviewing**
  41:1 46:14
  48:15
**right**
  5:25 7:12
  10:21 12:3
  16:1 19:25

  20:1,20
  21:23 22:8,
  10 23:22
  26:3 31:25
  33:2,4,12
  35:3,14 37:6
  39:6,10
  41:6,24 45:7
  46:15 48:9,
  20,22 49:17
**rink**
  28:12
**road**
  33:10,12
**roadway**
  33:14,17
  34:4
**role**
  10:20 11:19
  13:19 15:4
  18:17
**Roselle**
  16:10,14,23
  17:4,7,11
  18:6 19:20
  42:14
**route**
  16:8
**royalties**
  12:20 13:20,
  21,22,23,24
  14:15
**runs**
  33:17
**Rutherford**
  32:20,21
  43:3,10

—————————

                S

—————————

**S-K-I**
  20:8
**sales**
  24:9
**says**
  38:5 40:12
  41:17 47:7,

  14
**school**
  11:16 13:4
  47:11,12,22
  48:6
**schools**
  48:1
**scope**
  7:15,16
**Scrivo**
  5:14
**seasonal**
  13:4
**second**
  31:3 38:20
  47:7
**seconds**
  48:24
**see**
  18:20 21:5,
  14 23:16
  24:22 31:8
  32:13 33:23
  36:19 38:7
  39:1,6
  40:10,17
  41:15,18,22
  43:24 47:5,
  12,18
**seeing**
  32:1 41:1
  44:15 48:12
**senior**
  15:25
**sense**
  22:20 33:15
**separate**
  16:22
**September**
  21:3 37:19
  38:2
**Serena**
  5:2
**served**
  10:1 16:21
**service**
  36:6

Jennifer Appice
December 03, 2024                                        13

| | | | |
|---|---|---|---|
| **session**<br>27:12 45:2,6 | **similar**<br>19:21 24:12<br>29:9 | 9:24 12:24<br>14:21 40:4 | |
| **sessions**<br>27:9 | **sister**<br>49:9 | **state**<br>5:5,11 | **T** |
| **set**<br>21:22 31:7<br>41:11 46:8 | **sitting**<br>8:5 | **Station**<br>22:3 32:13,<br>15 34:5,11,<br>23 | **take**<br>9:16,18 12:7<br>15:10 16:16<br>21:3 31:3<br>36:15 43:20<br>48:8 |
| **sets**<br>46:24 | **size**<br>42:23 | **step**<br>18:2 | **taken**<br>5:2 8:10 |
| **settle**<br>37:11 | **Skyfield**<br>15:13,20,21 | **stipulations**<br>6:6 | **taking**<br>7:12 19:16 |
| **settlement**<br>44:13,17,20,<br>24 | **solemnly**<br>6:1 | **stop**<br>7:8 | **talk**<br>44:23 |
| **seven**<br>17:16 | **Sony**<br>12:16,17<br>13:9,11,12 | **Street**<br>33:3 | **talked**<br>21:11 48:5 |
| **share**<br>37:11,15 | **sort**<br>32:23 | **student**<br>48:2 | **talking**<br>28:14 33:21<br>47:3 |
| **Shepard**<br>5:15 6:8<br>8:23 22:23<br>26:21 30:8<br>32:4 45:1<br>49:21 | **sought**<br>30:23 | **students**<br>47:16,17 | **tax**<br>24:9 27:23<br>39:4,21,25<br>40:1,4 41:4<br>45:16,19 |
| | **sound**<br>41:24 | **studies**<br>12:4 | |
| | **sources**<br>38:6 | **subparts**<br>39:1 40:10 | |
| **show**<br>10:8 20:22<br>21:1 24:22<br>33:23 35:2,4<br>36:16 37:17 | **speak**<br>9:22 49:6 | **suited**<br>39:23 40:3 | **taxes**<br>23:14,19<br>24:9 39:16<br>45:14 |
| | **speaking**<br>38:14 49:14 | **summarizes**<br>47:4 | |
| **showed**<br>26:19 31:5 | **speculate**<br>8:4 | **support**<br>48:19 | **TEG**<br>15:24 |
| **showing**<br>26:5 | **speed**<br>23:11 | **sure**<br>8:9,11 9:12<br>10:21 18:5<br>26:11 28:1<br>30:18 35:20<br>40:4 48:10,<br>24 | **telecom**<br>14:22,25<br>15:22 |
| **shown**<br>21:2 | **spell**<br>5:18 | | **tell**<br>8:3 27:8 |
| **side**<br>28:9,11<br>32:16,21 | **spoken**<br>26:24 27:2,5<br>49:4,12 | | **term**<br>9:11 20:19<br>37:1 |
| **sign**<br>22:10 | **spokesperson**<br>10:14 | **surround**<br>42:22 | |
| **signature**<br>5:10 37:24 | **Sprint**<br>15:3 | **surrounding**<br>47:10 | **terms**<br>19:24 44:17,<br>19 |
| **signed**<br>23:4 38:16 | **stack**<br>26:3 | **swear**<br>6:1 | **test**<br>14:10 |
| **signing**<br>38:1 | **start**<br>6:24 17:15<br>**started** | **sworn**<br>6:12 7:22 | **testified**<br>6:13 35:12<br>45:5 47:7,15 |

Jennifer Appice
December 03, 2024                                    14

testify
 34:24
testifying
 10:15
testimony
 6:1 9:22
 47:4
Thank
 5:22,24 6:5,
 17 7:4 19:12
 20:25 48:8
 49:18,19,20,
 21
thing
 14:15 15:22,
 24 31:16
think
 26:9 29:13,
 23 31:22
 35:5,12
 39:25 41:5,8
 45:5
thought
 19:21
three
 16:11 17:5
 19:4 36:22
 46:6
time
 6:6,7,8 8:2,
 23 9:16
 14:8,16
 17:23 40:3
 41:18 45:24,
 25 47:20
 49:22
timeframe
 14:11,23
times
 9:2
today
 7:11,22 8:4,
 5 10:1 25:21
 26:16,22
 34:25 41:25
 48:11

told
 31:16
topics
 10:8,9 21:13
 22:13,16,17
 23:4,8 32:10
towers
 15:7,8
town
 32:19 47:15,
 21
towns
 42:18,22
 43:1
track
 20:24
tracks
 32:16,23
 33:4 34:8
train
 22:3 32:13,
 15,16,23
 33:3 34:5,7,
 8,11,12,23
transcript
 5:8,9 7:18
transcription
ist
 5:8
transcripts
 37:8
treat
 7:22
trial
 7:21 9:1
trip
 47:11
truth
 6:2,3
truthful
 7:24
try
 8:13 35:3
trying
 30:11 46:7
turn
 35:19 37:23

 38:19 40:7
turnaround
 49:22
two
 12:5 14:2,3
 15:22,25
 17:14 19:3
 20:3 28:2,17
 48:23
two-year
 12:10
typical
 45:19
Typically
 8:24

          U

U.S.
 41:17
Uh-huh
 39:2
ultimately
 19:5
unconstitutio
nal
 35:22 36:1,7
undergraduate
 11:8
understand
 7:16 8:4
 10:6,10,20,
 23 21:11
 30:3 33:17
understanding
 10:12 21:18
 25:16 29:8,
 14,23,24
 30:6,14,22
 31:19 32:22
 33:1,4,6
 42:21 45:13
 46:23
understood
 9:8 10:18
 22:22

units
 28:24 29:1
 42:7 47:9
University
 11:2 12:4,6
unpaid
 17:14
unreasonable
 36:19,24
 37:2 46:7

          V

valid
 5:23
various
 6:21 36:18
verbal
 8:9,11
vice
 16:3
vote
 16:24
voted
 17:5
votes
 17:1,2

          W

walk
 7:7
walkway
 34:5,11
Wallington
 5:16,17
 6:21,22
 16:5,9
 18:10,16
 23:16 24:25
 25:7 26:6
 28:3,8 32:17
 34:11 35:21,
 24 36:12
 39:3 40:15,
 16,24 41:18
 42:22 43:2

45:10,21
46:19 47:25
**Wallington's**
 21:4 35:25
 36:23 37:11
 39:16
**want**
 8:1,4 19:3
 30:18 31:4,
 17,18 35:2,
 20 38:19
 48:10,24
**wanted**
 33:9
**Washington**
 14:17
**water**
 9:15
**way**
 33:2,4
**went**
 15:13,21
 16:2 19:5,6
 31:16 32:9
**Wesmont**
 22:3 32:12,
 15 34:5,11,
 23
**white**
 41:14,21
 42:3 43:4,8,
 17
**William**
 11:11 12:3,
 21
**Wireless**
 16:2
**withheld**
 39:4
**withholding**
 39:16
**witness**
 5:6,10,18,
 20,22 6:4,12
 19:11 21:4,
 7,20 25:4
 37:21 46:21

49:20
**woman**
 43:17
**work**
 13:12 15:13
 18:19 23:10
**worked**
 12:16 13:11
 14:13,19
**working**
 13:9 14:21
**worries**
 34:1
**write**
 18:1
**written**
 22:11
**wrong**
 21:19

---

### Y

**yeah**
 5:17 10:16
 13:3,15 14:6
 19:21 20:25
 22:23 24:24
 26:5 30:10
 32:4 42:24
 45:3
**year**
 7:1 12:1
 15:10 16:17,
 19,20 19:3,
 25
**yearly**
 16:17
**years**
 12:5,22
 13:13 14:2,3
 15:16,22,25
 16:11 17:5,
 14,16 36:5
 42:15 46:5
 48:1