*Resolution # 16-300*

## RESOLUTION

## FINDINGS OF FACT AND CONCLUSIONS
## OF THE WALLINGTON PLANNING BOARD

**WHEREAS, NEW WALLINGTON HOMES** appeared before the Planning Board on a remand from the Superior Court of New Jersey, Bergen County, Law Division for consideration of its Site Plan Approval for property on Main Ave. (Rear)., on the issues of sewerage produced by the development, traffic studies, a height variance, and landscaping, and

**WHEREAS,** the Board determined without further testimony that it was capable of determining the height variance issue, and would waive the opportunity to obtain a traffic study, and

**WHEREAS** the Board, after carefully considering the additional evidence presented by the applicant has made the following factual findings:

1.  Nickoleta Louloudis, P.E., of Bertin Engingeering, appeared before the Board on April 19, 2016.  She testified that she performed an analysis of the sewerage impact of the proposed development on the surrounding area sewer capacity.  She inquired of the Passaic Valley Sewerage Authority for the data concerning the adjacent property known as Farmland Dairies.  She obtained former sewer permit #33220003 which was issued on October 1, 2009 and expired on September 30 2014.  The permit authorizes .594 megagallons per day of sewerage.

**EXHIBIT**

**E**

D000232

2.    The proposed daily flow to the existing main of the proposed development is 0.0281 megagallons per day, and peak flow usage was in the amount of 0.0502 megagallons per day. These amounts are far below the actual usage of the former Farmland Dairies properties.

3.    The prior usage of the Farmland Dairies property was approximately 34% of the sewage capacity for the area. The new development of housing units would only utilize 2.85 of the total sewerage capacity, even at peak flow usage. Thus, the proposed housing development would have little or no impact on the sewer capacity for this area of town.

4.    The Board also made note of a March 11, 2016 Bergen County Planning Board letter memorandum addressing the site lines for ingress/egress from the site. Specifically, the memorandum set forth that no right hand turn should be permitted for vehicles exiting the site, unless the "City of Wallington" signage is moved from its current location to permit great sight distances. This issue was important to the Board for future safety concerns at the site.

5.    The Board found that the height variance requested by the applicant to permit a sloped roofline should be granted. The Board was desirous of having the aesthetics of the property be as beneficial to the area as possible, and was unanimous in its support of a sloped roofline rather than a flat rooftop. The Board was of the opinion that the granting of the height variance would not violate the spirit and intent of the Master Plan.

D000233

6.    For all of these reasons, the Board was of the opinion that the application should be granted, with conditions.

**WHEREAS**, the Board voted to approve the application of the New Wallington Homes, on remand, as follows:

A.    Bergen County Planning Board approval, if required.

B.    Department of Environmental Protection approval, if required.

C.    Bergen County Soil Conservation District approval, if required.

D.    Satisfaction by the Borough Engineer and the Borough Attorney that all improvements which are to be made for the benefit of the Borough will be accomplished in accordance with proper Borough Standards and that the applicant post any and all required performance and maintenance bonds which those officials deem necessary.

E.    All other requirements of the Code Enforcement Officials of the Borough of Wallington and any other governmental agency having jurisdiction of this application.

F.    Compliance with the conditions set forth in the March 11, 2016 Bergen County Planning Board concerning the relocation of the Wallington sign on the property.

This is a memorializing resolution of action by the Board on April 19, 2015. Such action was taken in accordance with NJSA 40:55D-10(g)(2).

The official vote at such time was as follows:

**THOSE IN FAVOR:**  Polten, Wygonik, Pawluczuk, Melfi, Bazel, Tomko

**THOSE OPPOSED:**  None

D000234

**THOSE RECUSED:**    None

**THOSE ABSTAINED:**        None.

NOW, THEREFORE, BE IT RESOLVED, on the ___17th___ day of

___May___, 2016, the application of New Wallington Homes for Site Plan

approval be approved.

ROLL CALL VOTE

**THOSE IN FAVOR:** *Palten, Wygonik, Pawluczuk, Melfi, Tomko Rachulski*

**THOSE OPPOSED:** *none*

**THOSE RECUSED:** *none*

**THOSE ABSTAINED:** *Baginski*

D000235