Case 2:20-cv-08108-EP-AME Document 42-15 Filed 05/01/26 Page 1 of 37 PageID: 3491118

76:11;78:14,22;81:8;
84:18;85:4,16,21;86:6,
9,12,22,23;87:7,11
**balance (1)**
81:14
**balanced (2)**
18:4;41:3
**ban (1)**
52:11
**based (6)**
20:13;26:22;34:20;
37:8;38:20;70:13
**basically (5)**
16:11;32:10;52:16;
71:18;78:4
**basis (2)**
36:23;50:6
**basketball (3)**
33:16;83:1,2
**BAUMANN (12)**
35:13;41:20;45:2;
46:18,21,25;47:3;49:1,
3;51:11,15;61:22
**BAZEL (12)**
25:11;43:1,11,21,25;
44:24;45:4,13;72:6;
79:11;86:18,19
**Bear (1)**
41:7
**bedroom (2)**
40:4;52:3
**benefit (3)**
13:9;17:9;20:24
**benefits (7)**
11:5;13:13;14:14;
18:9;19:3,8;20:19
**Bergen (4)**
55:23;56:2,12;85:25
**Bertin (47)**
4:21,24;5:2,4,10,11,
12,20;6:8,13;7:8;23:2,
4;24:4,15,24;28:1,3,5;
41:8,10;54:25;55:1,23,
24;56:18,21,25;57:24,
25;58:1,20;59:1,15,24;
60:11;62:25;63:3;
64:11,15,18,22;65:3,
21;66:11,17;67:6
**best (3)**
81:1,21;82:2
**better (4)**
21:1;34:23;35:22;
60:25
**beyond (2)**
59:12,19
**big (4)**
31:17;69:2;70:16;
81:25
**bigger (1)**
37:24
**biggest (1)**
71:20
**binding (1)**

32:7
**bit (6)**
26:12;38:3;39:11;
60:17;68:2;69:22
**blends (1)**
31:4
**Block (3)**
3:17,22;66:19
**blocked (1)**
65:15
**board (41)**
3:2,10;4:7,23;5:9;
6:23;7:7,9,10;8:19;
15:9;19:5;20:13;22:12,
15,19;24:13;30:7;
31:22;33:7;36:17;
44:22;47:17;48:23;
54:12;64:2;68:5;73:20;
74:5,13;76:16;77:18;
78:20;80:13,19,23;
81:9,19,24;83:20;
84:16
**board-on-board (2)**
58:25;59:5
**board's (5)**
3:16;4:4;31:24;57:3;
73:3
**body (1)**
33:6
**Bogart (97)**
7:15,21,24;8:2,6,12,
18;9:8,13,20;12:8,11,
13,16,22,24;15:11,14,
16,18;19:9,11,17,19,
21;21:2,4,6,12,15;22:5,
17;23:2;24:14,16,19,
23;25:1,4,12,24;26:2,
11,16,19,22;27:4,10,
16,20,25;28:2,4,7,11;
29:23,25;31:9;32:6,9,
13;33:5;34:1,18;35:2,
12,24;36:1,4,20,25;
39:4,8,14;40:3;41:2,7,
9,12;42:4,17;45:8,14,
21;46:1,3;47:20,22;
50:23;51:1;52:23;53:8,
10;64:24;74:3;79:16;
80:12
**Bogart's (1)**
21:4
**bond (1)**
74:9
**borough (10)**
18:7;47:5;49:5,25;
55:22;56:8;60:8;61:12,
15;81:2
**Bosco (2)**
82:13,15
**Both (4)**
3:25;17:3;43:3,9
**boundary (1)**
13:1
**brick (1)**

60:14
**bridge (2)**
67:10,10
**briefly (1)**
4:20
**Brigette (1)**
74:3
**bring (2)**
22:22;68:9
**bringing (1)**
53:25
**broke (1)**
7:17
**brought (1)**
28:17
**BS (2)**
74:18,24
**buffer (3)**
13:1,11;15:13
**buffers (1)**
17:15
**build (5)**
11:5;32:10,11;55:17;
80:25
**building (79)**
8:16,23;9:2,22;11:6,
12;12:4,6,9,13,14;
13:20;14:9,12;15:22,
23,25;16:4,18;18:1,12;
21:14;23:14;24:17,21;
25:7,8,16,24;26:2,4,6,
14;28:5,8,16;29:14;
30:1,2,4,22;31:12,16,
24;32:1,12;33:11,18;
39:2;45:19;55:6,7,11;
57:11;59:25;61:8,8,9;
68:20,22;69:2,5,6,7,12,
17,20;70:4;72:22,23;
73:8;79:17;80:1,10;
81:15,22;82:24;83:6;
85:11
**buildings (18)**
6:2;8:15;10:5;25:23;
26:5;27:22,23;53:20,
21;54:16,23;58:19;
60:2;61:5;69:13,19,21;
71:18
**building's (1)**
26:14
**built (3)**
68:25;83:5,6
**bulk (2)**
3:24;15:21
**business (2)**
3:2;47:16

---

### C

**C2.7 (1)**
59:22
**calculations (1)**
54:19
**Calisto (1)**

4:21
**call (5)**
16:25;43:14;50:17;
74:18;86:13
**called (9)**
18:8,16;50:15,18;
74:5,5,6;75:21;78:1
**calls (1)**
18:2
**came (3)**
47:7;76:2;77:16
**can (62)**
5:9,9,16;10:10;15:6;
22:6,17,22;24:10;
29:13;30:7;31:25;32:3,
4,6,23;33:7;34:23;
35:14;36:7,9;38:20;
44:20;46:5,13,14;
47:22;48:2,13;50:7;
51:4,11;52:13;53:5;
54:11;57:4;58:9;61:10;
62:16;64:5;66:7;68:6,
8;70:6,14,20;73:11;
74:11;76:5,7;78:24;
79:2,2,6,6;80:21;82:5,
5,9;83:25;84:15;85:9
**cancellation (1)**
4:5
**canopy (1)**
65:24
**capacity (2)**
54:19;62:14
**capita (1)**
38:6
**care (1)**
18:24
**cart (1)**
85:14
**case (6)**
18:24;23:14;24:9,11;
31:21;75:2
**caution (2)**
22:10;36:16
**CEDZIDLO (5)**
4:9,11;67:19;77:22;
79:9
**ceiling-to (1)**
31:10
**cell (2)**
5:16,19
**census (2)**
37:22;38:4
**center (2)**
45:22;72:8
**certain (1)**
42:22
**certainly (4)**
6:23;50:7;73:6;
80:20
**chain-link (1)**
58:23
**chair (3)**
8:2,10,11

4:21
**Chairman (2)**
3:10;48:21
**Chair's (1)**
8:3
**change (2)**
5:22;33:19
**changes (1)**
4:22
**character (1)**
20:22
**checked (1)**
28:22
**chief (2)**
6:16,19
**child (3)**
40:7,11;77:2
**children (22)**
34:8;35:18;37:15;
38:25;40:5;51:18,25;
52:4,6,11,12,13,17,20,
25;70:6,15;71:2,9;
77:4;78:24;79:1
**choices (1)**
18:16
**chose (1)**
31:22
**circulation (4)**
9:3;13:19;16:6,19
**citizens (6)**
17:5,9;44:20;46:9;
53:5;70:17
**City (1)**
40:2
**civil (2)**
80:8;81:5
**clarification (4)**
12:9;22:15;47:7;
65:6
**clarify (3)**
9:9;22:3;42:15
**clear (4)**
52:25;73:7;79:9;
80:18
**clearly (3)**
79:13;80:12,14
**client (3)**
32:24;73:4,17
**close (2)**
24:8;53:4
**closely (1)**
69:19
**closer (2)**
57:15;67:9
**closest (1)**
26:17
**closing (1)**
49:13
**Coach (1)**
50:9
**cocounsel (1)**
73:16
**code (1)**
45:9

---

**color (1)**
6:1
**colors (1)**
5:25
**combine (1)**
43:2
**combining (2)**
8:23;9:10
**coming (15)**
29:7;37:4;38:19,25;
48:11;51:18,25;55:2,6,
7;71:24;75:5,6,16;
82:15
**comitted (1)**
85:5
**Comment (5)**
59:10;60:7;67:13;
80:16;85:1
**commented (1)**
59:2
**comments (5)**
20:13,16;63:6,12;
68:8
**common (2)**
44:2,2
**communication (1)**
47:9
**communities (2)**
52:14;74:8
**community (2)**
33:14;74:22
**compact (1)**
54:20
**compared (2)**
10:13;71:14
**comparison (1)**
47:12
**compile (1)**
35:8
**compiled (1)**
34:19
**complaints (1)**
79:13
**complete (1)**
79:3
**completely (1)**
27:12
**Completeness (1)**
53:18
**complex (6)**
23:11;36:18;42:3,7;
51:25;52:7
**compliance (1)**
54:12
**comply (7)**
10:10,25;12:6;19:17,
18;27:12;63:14
**complying (1)**
16:11
**component (1)**
17:8
**concept (1)**
17:24

**concern (8)**
4:23;5:24;37:1;62:8;
70:16;71:21;72:19;
80:22
**concerned (2)**
34:10;71:1
**concluded (2)**
4:14;8:12
**concludes (3)**
21:3,4;60:19
**condition (20)**
6:25;7:6;9:15;31:23;
32:5,16,17;33:4,7;
54:12;55:18;61:9,14;
62:15,17,19;63:7,23;
66:7,8
**conditional (4)**
56:12,20;57:6;67:1
**conditions (7)**
8:24;9:15;14:21,24;
16:16;32:23;85:2
**configuration (1)**
79:25
**confirm (1)**
54:20
**conform (1)**
22:11
**Conforming (1)**
11:20
**congested (2)**
23:7;69:18
**connecting (1)**
55:3
**connection (1)**
40:2
**conservation (1)**
17:12
**consider (5)**
37:23;39:19;45:7;
56:5;72:10
**consideration (4)**
20:16;39:15;55:22;
77:20
**considered (7)**
21:14,15,17,20;26:4;
30:16;69:25
**considering (2)**
31:17;72:1
**consistent (5)**
10:8;11:7,25;14:5,20
**consolidate (2)**
43:10;44:5
**constitutes (1)**
12:18
**constrained (1)**
17:17
**construction (1)**
66:11
**contemplated (1)**
14:6
**continuance (3)**
80:21;84:15;87:9
**continue (3)**

4:18;32:16;73:6
**continued (1)**
4:4
**controls (1)**
18:20
**conversation (1)**
36:5
**coordinate (1)**
61:1
**coordination (1)**
17:20
**copied (2)**
56:25;57:2
**copy (3)**
49:8;54:21;57:3
**cost (2)**
17:23;86:2
**council (2)**
49:6;61:15
**Counsel (1)**
80:20
**count (1)**
25:13
**counted (1)**
45:20
**counting (1)**
45:20
**counts (1)**
56:1
**County (15)**
55:23;56:2,12,13,15,
20;57:6;66:20,21,24;
67:2,5,11;74:21;85:25
**county's (1)**
66:18
**couple (5)**
10:16;13:14;53:15;
58:4;79:4
**course (3)**
79:20,20,21
**court (7)**
33:16;61:3;75:7,8;
76:22;77:10;82:1
**courts (1)**
77:13
**court's (2)**
73:21;75:8
**coverage (16)**
8:25;15:22,22,24,24,
25;16:2,7,14,20;18:10,
13,23;19:2,6;25:2
**create (4)**
8:24;19:23;20:24;
72:13
**created (2)**
9:16;38:14
**creates (4)**
11:18;20:1;30:8,9
**creating (1)**
13:11
**creative (1)**
10:24
**cross-easements (4)**

43:8,16,18;72:16
**Cummis (2)**
3:12;73:15
**curb (2)**
6:2;60:15
**curbs (1)**
6:5
**Currently (1)**
13:6
**cut (1)**
69:13

---

**D**

---

**DABAL (11)**
51:6,9,13,13,16;
52:15,19;53:1;70:23;
78:6,11
**data (5)**
37:22;38:21,22;
39:16;48:13
**date (1)**
87:9
**dated (3)**
53:12;56:21;57:7
**David (1)**
51:14
**day (1)**
75:11
**dealing (1)**
73:4
**dealt (1)**
8:14
**decent (1)**
83:3
**decided (1)**
80:24
**decision (3)**
36:23;50:6;73:21
**deem (1)**
33:9
**deemed (1)**
53:15
**defend (1)**
50:4
**defies (1)**
51:22
**define (1)**
45:11
**definitely (3)**
27:14;40:25;52:4
**definition (3)**
44:25;45:4,9
**degradation (1)**
17:13
**delay (1)**
55:18
**delivery (1)**
6:10
**demolished (1)**
70:4
**dense (1)**
65:24

**density (4)**
16:10,12;17:6;71:15
**deny (1)**
52:12
**denying (1)**
68:14
**DEP (1)**
64:15
**department (2)**
7:6;56:7
**depending (1)**
26:3
**design (11)**
10:3,6,10,12;11:8;
15:1;16:15,15;20:12,
14;27:18
**designed (2)**
9:3;36:18
**desirable (3)**
10:12,23;20:4
**details (1)**
54:4
**detriment (1)**
11:11
**detriments (1)**
20:20
**developed (2)**
9:18;43:2
**developing (1)**
17:17
**development (23)**
10:18,22,24;11:2,7,
23;14:20;16:23,25;
17:22,23;18:4;19:25;
31:4;37:5,19;38:19;
39:9;42:9;43:18;70:7,
21;79:3
**developmentable (1)**
13:17
**deviation (2)**
12:4;26:20
**deviations (2)**
14:10;16:14
**difference (2)**
22:4;77:9
**different (5)**
39:23,25;65:1;70:3;
80:6
**dimensioned (1)**
54:11
**dimensions (1)**
54:6
**direct (3)**
4:15;21:5;44:9
**disasters (1)**
73:5
**disc (1)**
54:21
**discuss (3)**
4:22;80:8;81:19
**discussed (4)**
33:16;64:9;79:22;
80:9

---

Case 2:20-cv-08173-EP-AME Document 142-15 Filed 01/26/26 Page 28 of 37 PageID: 4120

**In RE: Wallington**                                                        **Transcript fo Proceedings**

discussion (3)
67:20,24;68:2
discussions (1)
76:14
dislike (1)
68:3
disrespect (1)
28:22
distance (4)
39:11,12,13,24
distinctively (1)
51:19
district (3)
47:10,12;49:9
documents (1)
18:8
dollars (1)
83:7
Don (2)
82:13,15
done (7)
37:6;54:11;55:25;
59:1;71:22;81:13,13
don'ts (1)
68:11
door (2)
24:8;58:23
dormant (1)
86:5
do's (1)
68:10
DOT (1)
38:22
dots (1)
58:4
down (7)
61:10;69:12;73:5;
81:16,16;82:24;84:12
drawer (1)
75:25
drip (1)
58:9
driveway (7)
24:5,6,9;54:24;55:3;
66:5,15
driving (2)
39:12,12
Due (5)
4:5;8:22;9:24;16:3;
30:4
duly (3)
46:23;49:2;51:9
dumpster (1)
58:24
during (2)
36:10;65:7
DYFS (1)
74:19

**E**

earlier (1)
4:12

easel (1)
5:11
echo (1)
72:6
Education (1)
48:23
effect (1)
31:23
efficient (3)
14:15,16;17:23
eight (2)
74:17,23
either (3)
6:19;48:8;73:24
ejector (1)
55:10
elevations (1)
30:1
eliminate (3)
24:17;25:1,7
eliminated (1)
79:18
else (10)
25:19;42:23;44:6;
46:6;48:19;49:23;51:3;
53:2;71:19;72:4
emergency (5)
20:7;23:15;24:9;
64:9,12
enclosed (3)
21:13;45:25;70:1
enclosure (2)
49:15;58:24
encourage (3)
13:16;17:20;18:3
encroaches (1)
13:7
encroaching (1)
15:4
encroachment (1)
15:10
end (2)
74:10;75:11
energy (1)
17:13
engineer (9)
4:21;9:4;18:19;26:3;
58:10;60:7;64:6;66:10,
12
Engineering (3)
44:14;53:12;61:25
engineers (1)
14:25
enough (1)
82:21
ensure (1)
52:6
entirely (1)
43:6
entities (1)
72:11
entrance (9)
20:1;23:10,16,23;

24:7;26:10,11;66:5,15
environment (5)
10:13,24;17:14;20:1,
5
environmentally (1)
17:16
equally (1)
49:17
estimated (1)
38:17
evaluation (1)
49:9
Evan (1)
61:24
even (4)
9:17;38:16;65:9;
85:18
evening (8)
3:9;4:3;7:20,21;
8:20;46:16;47:4;87:16
everybody (2)
80:9;81:9
everybody's (1)
22:3
everyone (1)
79:15
exact (1)
44:3
exactly (2)
43:7;48:12
Excellent (1)
19:20
except (1)
69:4
excuse (4)
69:9;74:25;78:14,14
excused (1)
87:15
Exhibit (5)
5:4,5,21;56:24;66:2
exhibits (2)
5:3;59:16
existed (1)
15:3
existing (23)
8:23;9:2;12:18;13:6,
20;14:8,14,16,21,24;
16:4,18;17:25;18:10,
11;19:10;24:5;54:18,
20;55:9;58:5;62:12;
79:14
exit (3)
23:17,23;66:15
expect (6)
70:6,14,20;78:25;
79:2,6
expert (1)
23:19
explanation (2)
53:16;54:2
expressed (1)
80:22
extend (1)

59:12
extends (1)
60:1
extent (1)
54:10
exterior (1)
58:18
extra (1)
11:17

**F**

facilities (3)
45:11;69:1;82:18
facility (5)
18:14;30:5;71:2;
83:15,16
fact (15)
8:22;16:3,24;22:13;
34:8;38:23;65:8;73:23;
74:25;75:4;77:24;
79:22;82:15;84:2,9
factor (1)
30:12
FAIELLA (1)
5:7
family (1)
18:14
fantastic (1)
82:25
far (7)
22:18;25:22;37:14;
62:16;73:21;75:15;
77:10
feasible (1)
85:11
feel (6)
37:14;69:1,11,20;
72:9;75:1
feet (12)
9:24,24;12:10,12;
13:1,5;25:25;57:15,22;
58:13,17;59:19
fellow (1)
82:12
fence (7)
58:23,25;59:2,5,6,7;
60:3
few (2)
61:19;68:16
field (1)
66:14
fields (1)
82:21
figure (1)
66:6
filings (1)
4:22
final (4)
3:19,23;60:23;67:11
find (2)
61:10;70:6
fine (4)

7:3;8:7;44:21;50:24
fire (15)
5:24;6:1,10,15,16,16,
19,20;7:6;16:5,6;
23:15;24:10;72:20,25
firm (3)
3:12;73:15;74:4
first (8)
30:4,9,22;31:7;52:8;
54:3;60:22;65:23
fit (4)
23:13,17;24:10;
54:12
five (10)
9:6;37:7;38:16,24;
51:25;52:6,17,22,24;
70:10
fixtures (1)
60:9
flat (9)
27:23;28:5,8,16,19;
29:8,22;31:6;33:20
floor (4)
30:4,9;31:7;78:15
floor-to-ceiling (1)
31:10
flow (1)
62:9
flows (1)
62:11
focus (1)
80:7
folks (1)
73:7
follow (2)
5:9;37:1
foot-candle (1)
59:11
force (1)
38:2
form (2)
22:7;48:11
formal (3)
47:14,18;48:11
forth (3)
5:25;19:8;61:3
forward (3)
46:15;51:4;52:7
forwarded (1)
54:21
found (1)
6:23
four (4)
9:6,23;24:22,23
French (1)
74:25
front (6)
15:10;30:5;57:12,17,
17;69:6
full (1)
39:2
functions (1)
43:18

**further (10)**
7:8;10:16;13:14,24;
14:4;16:21;17:19;20:4;
54:2;60:17
**furthering (1)**
17:10
**Furthermore (2)**
54:5;57:19
**furthers (1)**
13:25
**future (5)**
49:19;62:13;72:13;
79:3,7

**G**

**game (3)**
83:9,9,10
**gather (1)**
35:21
**gave (2)**
68:10;79:16
**Gee (1)**
5:18
**general (2)**
10:20;12:2
**generate (2)**
36:21;40:25
**generated (2)**
37:18;71:3
**generator (2)**
64:9,19
**gives (1)**
19:25
**glad (1)**
74:1
**goals (5)**
12:1,2;14:4;16:12;
17:10
**goes (4)**
16:23;17:10,24;38:6
**Good (10)**
3:9;7:20,21;46:16;
61:9;62:17;81:15;
84:10;86:7,8
**governing (1)**
33:6
**grant (7)**
6:24;7:7;15:9;19:5;
31:22;54:12;76:25
**granted (3)**
28:20;29:2;68:14
**granting (8)**
11:5,11;12:3;16:20;
18:9;20:3,19;80:9
**grass (2)**
13:2,11
**Great (2)**
5:20;36:13
**greater (2)**
31:10;38:3
**Gross (1)**
3:12

**ground (1)**
29:19
**ground-level (2)**
11:15,17
**guess (8)**
8:15;12:10;26:13;
56:9;75:15;76:7;78:21;
84:17
**guests (1)**
20:8
**guide (3)**
10:17;13:16;16:22
**guys (4)**
28:14;65:18;82:14,
14

**H**

**half (1)**
38:17
**hand (3)**
5:9;71:6;75:24
**handle (1)**
62:16
**happen (2)**
23:14;71:7
**heading (1)**
65:23
**health (1)**
10:19
**hear (5)**
3:8;44:19;63:22;
77:16,18
**heard (11)**
14:3;16:9;18:19;
46:10;48:20;51:3;53:3;
70:9;76:16;79:11,13
**hearing (10)**
4:5,6,14;14:4;16:10;
23:13;28:17;46:9;53:5;
73:7
**hearings (2)**
4:3;28:23
**heart (3)**
16:24;17:10;49:13
**heavy (2)**
8:10,11
**hedgerow (1)**
58:2
**height (18)**
8:17;9:22;11:6,17;
12:4,6;25:8,22;26:6;
27:8;29:14;30:10;
31:10;33:24;34:2,3;
68:23;69:4
**held (1)**
67:24
**help (2)**
15:6;58:11
**helpful (1)**
5:6
**HERLINSKY (17)**
73:11,14,14;76:15,

19,20;77:15;78:7,17;
80:20;81:7;82:5,7,9;
84:19;85:5,9
**high (2)**
65:25;83:15
**high-density (2)**
47:11,12
**higher (2)**
27:1;30:9
**highest (1)**
49:25
**hire (1)**
74:4
**Hold (5)**
35:14;48:24;84:20;
85:5,12
**Home (7)**
3:4,13,14,18,23;4:17,
19
**Homes (1)**
10:5
**honest (1)**
79:16
**horse (1)**
85:14
**hours (1)**
71:25
**house (1)**
40:7
**household (1)**
38:1
**households (1)**
38:10
**housing (10)**
17:7;18:4,7,15;38:9;
40:22;47:11,13;52:10;
61:2
**hurricanes (1)**
73:5
**hypothetical (1)**
33:11

**I**

**idea (3)**
73:25;81:21;83:3
**identification (2)**
5:14;57:8
**identified (1)**
18:5
**identifies (1)**
19:25
**identify (3)**
20:6,9;61:22
**identities (2)**
48:4,7
**illegal (2)**
52:11,11
**impact (3)**
14:23;47:10,11
**impede (1)**
80:11
**important (3)**

7:2;17:8;19:22
**impossible (1)**
72:17
**improper (1)**
17:14
**improve (1)**
13:21
**improvement (5)**
12:18;14:21;15:2,6;
19:9
**improvements (2)**
18:21;57:21
**improving (2)**
13:8;14:23
**include (2)**
46:5;59:11
**includes (2)**
14:10;45:10
**inclusive (1)**
42:12
**income (4)**
38:2,4,6;42:13
**inconsistent (1)**
11:22
**increase (7)**
18:13;34:2;49:11,14,
15;58:9;72:2
**increases (3)**
16:3,7;20:8
**increasing (2)**
18:23;55:18
**indicate (3)**
54:5,15;58:4
**indicated (2)**
9:21,22
**indicates (1)**
62:10
**indoor (4)**
82:19,25;83:14,16
**informal (2)**
47:14,19
**information (30)**
34:12,13,16,17,19,
24;35:20,23;37:11,13;
47:14;48:1,3,14;49:18,
21;50:1,7,24;62:14,15,
19;75:20,23,24;76:3,5;
78:3,19;84:16
**informational (4)**
53:14;54:1;63:13;
77:3
**initiate (1)**
56:8
**initiated (1)**
56:10
**install (1)**
60:8
**installation (1)**
62:22
**instead (1)**
63:8
**insufficient (1)**
62:21

**insulting (1)**
78:9
**insurance (5)**
32:20,25;61:13;84:8;
85:10
**intended (2)**
28:22;55:8
**intends (1)**
54:17
**intensities (1)**
59:12
**interpret (1)**
80:14
**interpretation (1)**
22:12
**interpreted (1)**
80:13
**interpreting (1)**
45:19
**interpretive (1)**
80:13
**interrupt (1)**
73:11
**intersection (2)**
55:15,21
**into (10)**
15:10;20:15,16;
39:15;55:12;60:1;
62:11,12;85:10;86:3
**involved (1)**
86:2
**involving (1)**
72:10
**isolated (1)**
40:1
**issue (6)**
28:15;73:19;77:2;
80:13,18;83:21
**issues (8)**
15:1,5;28:19;32:25;
73:18;79:19,20;84:8
**Item (6)**
53:17;54:13,14;
55:15;57:10;63:1
**items (3)**
53:14,25;61:19

**J**

**Jack (1)**
41:22
**JACOBS (13)**
61:19,24,24;62:5,7,
24;63:2,5,15,18,21;
64:20,23
**James (3)**
46:17,23;47:2
**Jasontown (4)**
35:19;48:8;60:2;
77:6
**Jersey (5)**
17:5,9;37:3,8;38:21
**Joe (2)**

In RE: Wallington

Transcript to Proceedings

48:22;49:2

**July (5)**
4:4,14;44:15;47:8;
53:13

**Junior (1)**
73:15

**jurisdiction (1)**
4:8

**K**

**KASPEREK (12)**
22:20,22;23:3,6,22;
24:2,11;42:25;71:20;
79:12;87:3,4

**keep (3)**
10:4;68:23;80:1

**keeping (4)**
8:23;31:12;69:17;
79:13

**kept (2)**
24:7;78:23

**Kevin (2)**
3:11;73:16

**kids (4)**
74:17;75:15;77:17;
82:22

**kind (8)**
7:10;8:19;23:15,18;
34:15;39:19;71:15;
72:9

**knock (1)**
81:16

**knocking (1)**
81:16

**knows (1)**
74:14

**L**

**labor (1)**
38:1

**lack (1)**
82:17

**laid (1)**
16:16

**Land (7)**
10:16;12:1;13:15;
17:14,17,22,24

**lands (3)**
10:18;13:17;16:23

**landscaped (1)**
57:12

**landscaping (1)**
57:16

**Lane (3)**
6:1,16;72:20

**lanes (1)**
5:24

**lanterns (1)**
60:13

**large (1)**
31:24

**largely (1)**
53:14

**larger (1)**
30:4

**last (19)**
7:19;8:13;11:16;
15:20,21;19:11;23:21,
21,22;28:16,18;34:7;
36:20;37:1;38:17;55:1;
60:7,12;64:16

**lastly (1)**
18:3

**lateral (6)**
54:16,18,20,21;55:6,
7

**Law (7)**
10:17;12:1;13:15;
73:15;77:22,23;80:5

**lawn (1)**
14:19

**lawsuit (2)**
68:14;77:13

**layout (2)**
14:16,17

**leaks (2)**
28:19,24

**lease (2)**
32:3,8

**least (2)**
15:4;49:16

**leave (3)**
50:22;69:2;73:3

**left-hand (1)**
23:9

**lends (1)**
11:18

**lengthy (1)**
8:20

**less (1)**
38:17

**lessening (3)**
14:14;17:22;18:10

**letter (1)**
61:20

**level (1)**
55:17

**liability (1)**
33:1

**liar (5)**
50:5,9,9,16,17

**light (5)**
56:3,5,15;60:9;85:24

**lighting (5)**
59:11,16,17,18;60:1

**limit (1)**
52:13

**limited (1)**
80:2

**line (13)**
43:17;54:23;55:2;
57:12,15,17,23;58:9,
14,15;59:12;60:10,14

**lines (4)**

6:2;9:17;22:24;
58:18

**listed (1)**
37:20

**Listen (1)**
50:20

**listening (1)**
61:16

**little (9)**
26:12;38:3;39:11;
42:7;60:17,25;63:9;
68:2;69:22

**live (1)**
20:2

**living (2)**
74:17,23

**LLC (6)**
3:3,4,13,14,18,23

**locate (2)**
65:17,18

**located (5)**
11:12;20:21;57:11,
14,22

**location (4)**
11:14;14:2;53:19;
65:10

**locations (2)**
17:3;53:19

**Locust (1)**
71:23

**logic (1)**
51:22

**long (2)**
58:8;79:5

**look (15)**
29:6;37:9;47:22;
60:4;71:15;73:18;75:3,
9;76:2;80:17;83:8;
84:6,8,9;85:10

**looked (1)**
86:3

**looking (4)**
26:10;38:9;77:7;
86:4

**Lot (31)**
3:17,22;9:17;15:22,
24;16:1;24:1,2;31:15;
36:21;37:12,25;38:24;
40:11;43:17;57:15,17,
22;58:13,15,18,19;
60:2;62:10;69:13;
70:15;72:3;79:24;
82:14,14;85:2

**lots (10)**
8:23;9:10,12,14;
43:1,3,10;61:6;71:17;
72:13

**loud (3)**
3:6,6;73:7

**low (1)**
42:13

**lower (2)**
38:16,24

**M**

**Main (17)**
4:1;13:1,2,5,12;
14:19;26:10,11,18;
36:3;55:16;58:3,11;
59:19;60:17;62:8;
65:23

**mainly (1)**
34:10

**maintain (1)**
13:20

**maintained (1)**
49:16

**maintaining (6)**
14:8,12;17:15,16,25;
27:3

**major (2)**
12:1;27:7

**makes (2)**
60:25;61:1

**making (1)**
14:15

**man (1)**
83:23

**management (1)**
18:20

**mandated (1)**
82:1

**manner (2)**
10:19;81:1

**many (14)**
24:17;34:8;40:18;
41:5;51:18;70:6;74:14;
75:15;77:4,11,11,12;
78:24;79:1

**mark (3)**
6:17;77:25,25

**marked (2)**
5:14;57:7

**market (1)**
41:19

**marking (1)**
5:5

**markings (1)**
6:17

**Martie (1)**
57:5

**massive (1)**
58:7

**master (8)**
14:5,7;16:11,24;
17:11;18:1,5,8

**match (2)**
10:4;12:20

**matches (3)**
10:21;11:1,9

**mats (4)**
45:1,5,15,17

**matter (11)**
26:9;36:10;53:3;
74:25;75:4;77:24;

79:23;82:16;84:2,9;
87:16

**maximum (2)**
9:22;25:8

**may (6)**
4:14;35:22,24;44:14;
53:12;79:3

**maybe (9)**
38:25;45:14;48:8;
50:18,19;52:3;70:2,9;
74:20

**Mayor (2)**
23:18;49:6

**mean (16)**
9:9;23:25;27:7;
28:15;32:9;35:6,6;
39:11;43:12;58:7;68:6;
70:18;73:18;74:17;
83:19;85:22

**meaningful (1)**
61:11

**means (1)**
52:21

**meant (1)**
9:14

**measured (1)**
29:15

**median (2)**
38:2,4

**meet (4)**
17:4;21:10,24;76:25

**meeting (14)**
4:6;8:13;18:17;
23:21,22;32:15,17;
36:11;47:8;51:16;61:2;
64:17;74:12;87:13

**MELFI (42)**
6:14;7:1,4;21:17;
24:16,20;27:21;28:15,
25;29:6,12,13,16,20;
31:5,11,16;39:1;45:18,
23;46:2;64:4,8,14,16,
19;66:23;68:10,13;
69:8,11,16;70:24;
76:20,24;79:11;84:5,
24;86:6,8,14,15

**Melfi's (1)**
72:7

**Melissa (2)**
51:9,13

**member (1)**
48:22

**members (8)**
3:10;7:9,10;22:16,
19;24:14;44:23;64:3

**memory (1)**
3:16

**mention (3)**
28:23;56:11;63:13

**mentioned (7)**
9:5;14:13;18:6;
19:12;39:16;65:22;
71:13

BER-L-001670-18    08/30/2018 7:37:18 PM  Pg 30 of 36 Trans ID: LCV20181512307
Case 2:20-cv-08173-EP-AME Document 142-15 Filed 05/01/26 Page 6 of 12 PageID: 34123

In RE: Wallington

Transcript fo Proceedings

**met (2)**
85:25;86:2
**middle (2)**
4:15;7:17
**Midland (2)**
55:16;71:23
**midway (2)**
29:16,16
**might (5)**
22:18;39:18;58:21;
59:5,6
**million (1)**
83:7
**mind (2)**
8:6;77:19
**minimize (1)**
36:18
**minimized (1)**
11:13
**minimum (1)**
57:12
**minor (7)**
5:22;11:6;12:4;
14:10;42:22;63:6,18
**minute (1)**
29:1
**Miss (1)**
7:15
**missed (2)**
55:7;60:11
**missing (1)**
7:24
**mistake (1)**
30:1
**mix (2)**
40:4;44:3
**moderate (1)**
42:13
**modification (1)**
14:11
**modify (1)**
6:5
**moment (1)**
71:6
**money (2)**
33:2;49:10
**month (2)**
7:19;84:21
**months (2)**
16:10;38:6
**monument (13)**
19:13,22,24;20:3,21;
54:7;64:25;66:4,14,18;
67:4,6,14
**MOORE (120)**
3:5,9,11;4:10,13;5:3,
8,18;6:12,22;7:3,5,14,
19;8:10;9:8,19;12:8,
12,14,17,23;15:11,15,
17;19:7,15,18,20;
20:25;21:3,21;22:9;
24:22;28:21;29:5,23;
30:6,13,17,19,25;31:3,

8,14,20;32:4,7,11,15,
22;33:3,13,22,24;
34:25;35:3,7,11;36:13,
16;40:21;41:16,24;
42:18,21;43:4,13,23;
44:1,8,9,13,21;45:16;
46:4;47:20,24;50:3,11,
15;52:8,18,23;53:5,6,9,
11;55:14;56:16,19,23;
57:2,9,25;58:20;59:9,
22;60:6,19;61:18;62:1,
18;63:11;64:7;65:4,14,
17;66:10;69:3,10;
72:15;73:2,16;76:18;
78:4;80:20;82:4,7;87:8
**more (26)**
9:7;10:6,8;11:2,8;
12:4;14:15,19;17:23;
26:24,24;36:15;38:23;
44:7,9,24;45:16;51:24;
52:16,22;54:10;59:3,7;
69:22;70:15;77:17
**moreover (1)**
10:20
**Morningside (9)**
3:3,14,22;4:17,19;
34:9;42:3,6;52:5
**most (8)**
8:22;9:2;20:14;
27:18;37:20;53:13;
58:1;79:13
**mostly (1)**
9:1
**motion (7)**
67:18;68:9;84:20,22,
25;85:8;86:9
**Mount (3)**
35:19;48:9;77:5
**move (2)**
40:14;69:12
**Moving (2)**
3:1;52:7
**Mrs (1)**
70:25
**much (4)**
37:24;48:17;49:10;
77:18
**multifamily (2)**
3:20,25
**Municipal (9)**
10:16,17;12:1;13:15,
16;16:21,22;60:16;
86:3
**municipality (3)**
50:18,19;56:4
**must (2)**
35:6,20
**myself (1)**
37:7

**N**

**name (5)**

3:11;41:21;46:25;
48:22;51:11
**name-calling (1)**
79:19
**names (1)**
77:7
**name's (1)**
41:22
**narrow (1)**
72:23
**necessarily (1)**
40:3
**need (31)**
8:25;11:16;13:18;
14:10;15:19;16:4;18:7;
21:21,22;30:9;34:3;
46:13,18;48:24;49:1;
50:23;51:7;62:17;
63:22;67:18;69:1;71:5;
81:12,13,19,20;82:2;
84:20;86:9,12;87:8
**needed (2)**
10:3;13:6
**needs (2)**
17:4;54:10
**negative (3)**
11:11;14:22;68:8
**negatives (3)**
18:22;19:2,3
**Neglia (4)**
44:14;53:11;60:20;
61:25
**neighborhood (4)**
11:4,25;20:18,23
**New (23)**
3:4,13,17;5:21;10:5;
17:5,9;37:3,21,23;38:5,
13,21;40:2;61:1;65:1;
69:6;71:5,14,15;75:17,
18;80:17
**next (8)**
9:20;12:24;24:8;
64:21;66:4;74:12,12;
84:20
**nice (3)**
19:25;20:1;61:8
**nicer (2)**
29:7,9
**nine (1)**
83:10
**nobody (3)**
49:23;50:10;74:14
**non-apartments (1)**
34:21
**nonconformities (1)**
18:11
**nonconformity (1)**
14:15
**None (1)**
27:23
**normal (2)**
24:1,2
**north (1)**

58:19
**Northern (3)**
37:3,8;38:21
**note (1)**
55:15
**notice (1)**
68:13
**notwithstanding (1)**
22:13
**now's (1)**
22:17
**Nuckel (2)**
33:15;44:3
**number (22)**
8:21;9:5;12:9;13:12;
14:4,13;18:9;37:19,25;
38:1;40:25;48:7;49:17;
51:23,23;52:20;54:16;
62:8;73:18,22;74:8;
82:1
**numbers (2)**
37:2,17

**O**

**objection (1)**
67:22
**obligation (1)**
81:10
**obviously (6)**
13:5,15;25:8;37:24;
38:3;62:20
**occupy (1)**
32:16
**occur (1)**
58:15
**occurs (1)**
60:17
**o'clock (2)**
83:10,10
**October (2)**
87:10,12
**off (4)**
5:17;7:17;38:7;
85:12
**offer (1)**
19:7
**offered (3)**
82:19;84:5,5
**offering (3)**
83:8,22;84:13
**office (7)**
4:12;47:17;54:22;
74:5,6;78:1,13
**official (6)**
6:15,20;34:11;49:25;
66:12;72:25
**off-street (1)**
57:14
**off-the-record (1)**
67:23
**old (1)**
3:1

**Once (2)**
40:5,7
**one (42)**
8:4,5,8;9:18;11:25;
15:20,20;23:8,10,16,
16,23,23;24:19;26:4,6,
15,19;30:2,3,13,19,22;
31:3;35:15;39:7;40:5;
43:2;44:24;54:3;58:18;
59:17,18;61:4;63:12;
64:4;68:6;72:10,12;
76:12,14;80:13
**one- (2)**
40:5;41:3
**one-bedroom (2)**
42:11;74:16
**one-bedrooms (1)**
77:11
**ones (1)**
63:17
**one's (1)**
30:25
**ongoing (1)**
86:1
**only (22)**
9:25;11:25;13:9;
15:6;16:14;18:22;
19:24;20:6;23:10,23;
24:7;26:20;35:14;
39:14;47:15;52:6,9,12;
53:25;58:14,14;80:1
**on-site (4)**
8:24;13:19;16:12;
17:7
**on-street (1)**
12:25
**onto (3)**
13:10,22;59:14
**open (30)**
17:12;18:18;21:8,14,
17,20,23;22:6;25:11,
14,17;36:11;44:19,25;
45:5,7,10,25;46:2,4,8;
61:12;63:17;69:22,23,
23,25,25;80:11,15
**operate (1)**
55:16
**opinion (3)**
68:19;70:21;81:24
**opportunity (1)**
78:16
**OPRA (15)**
34:14,23;35:3,22;
36:3,5;51:19,21;70:5;
71:9;73:9;74:9;77:4;
84:3;85:6
**option (1)**
27:15
**order (3)**
14:9;18:12;62:6
**ordered (2)**
76:22;77:10
**ordinance (14)**

11:20;14:6,7;15:23;
16:25;17:18;18:2,17;
21:25;22:1,6;25:13;
27:13;45:25
**ordinances (1)**
12:2
**originally (3)**
53:12,17;65:2
**others (2)**
42:18;61:7
**out (26)**
5:9;16:16;18:8,16;
20:22;22:9;33:6,8;
38:19,25;51:18,25;
52:6;53:16;55:6,7;
66:7,16;69:13,21;70:4,
6,14;81:14;85:18,19
**outdoor (1)**
40:12
**outside (1)**
40:8
**outstanding (1)**
63:6
**outweigh (2)**
19:3;20:20
**over (8)**
12:18;16:1,2;19:9;
23:21;36:10;64:10;
77:19
**overall (1)**
20:23
**overcrowding (2)**
82:17;83:12
**overflowing (1)**
71:5
**overriding (2)**
77:19;80:18
**own (1)**
38:21
**ownership (3)**
43:5,7;44:4
**ownerships (2)**
43:22,24

## P

**paper (1)**
43:15
**parapet (4)**
11:21,21;12:21;
27:12
**parcel (2)**
80:2,4
**parcels (1)**
58:15
**parking (35)**
5:13,23;6:1,4;11:15,
17;12:25;13:4,6,10,22;
14:11,17;15:3,15;16:6,
13;18:16;25:5;27:9;
40:11;45:1,6;57:11,14,
18,20,21;58:2,11,13,
17,19;60:1;71:17

**part (13)**
33:4;42:7;54:8;
58:16;66:17,20;67:7;
68:15;69:25;76:13,13,
14;86:3
**past (1)**
38:6
**pattern (4)**
10:22;11:2,23;14:20
**patterns (2)**
9:3;11:8
**pavers (1)**
60:14
**PAWLUCZUK (6)**
25:3,18;71:8;79:11;
86:16,17
**peak (1)**
29:17
**people (9)**
38:1,1;52:1;56:5;
74:23;77:14;78:12;
79:20;84:6
**per (2)**
38:1,5
**percent (12)**
15:23,24,25;16:1,1,
2;18:18;21:12;24:24;
25:9;79:17;81:17
**perfectly (1)**
81:15
**perform (1)**
55:20
**permits (1)**
15:23
**permitted (4)**
9:23;12:25;16:12;
17:6
**person (2)**
35:15;77:16
**personal (1)**
68:19
**personally (1)**
77:10
**perspective (4)**
11:24;19:23;26:23;
40:16
**perspectives (2)**
15:8;20:18
**pertains (1)**
19:12
**phone (3)**
5:16,19;36:6
**pink (1)**
5:25
**pinpoint (1)**
39:19
**pipe (6)**
62:12,15,15,16,20,22
**piped (1)**
62:12
**pitch (1)**
29:3
**pitched (2)**

30:24;33:20
**place (4)**
19:23;47:15;66:16;
87:13
**plan (21)**
3:3,19,24;14:5,7;
16:12,24;17:11;18:1,5,
8;54:6,8,11;59:11;
64:11,21;66:24;69:15;
79:2;81:21
**planner (4)**
4:16;7:16;50:4;78:1
**planner's (1)**
4:18
**planning (6)**
11:24;12:2;19:23;
26:23;56:7;57:3
**plans (6)**
5:22;55:1;58:2;
59:16;60:12;67:11
**planted (1)**
13:2
**play (4)**
40:8,11,15;82:22
**played (3)**
82:13,13;83:2
**playground (1)**
40:13
**Pleasant (3)**
35:19;48:9;77:5
**please (6)**
22:22,25;46:19,22;
51:12;61:23
**pleasing (1)**
26:25
**Plus (3)**
15:15;31:20,21
**pm (1)**
87:17
**point (12)**
20:14;29:15;43:3;
47:7;50:4;53:16;60:4;
78:5;81:4,4;84:19;85:7
**police (1)**
23:15
**POLTEN (15)**
7:11;32:18;33:1,9,
17,23;70:24;72:19;
79:12;84:23;85:15,20;
86:11,20,21
**popular (2)**
83:24;84:1
**position (1)**
66:1
**positive (1)**
68:7
**possible (4)**
47:11;72:12;73:3;
81:1
**possibly (3)**
19:4;25:7;36:8
**posts (1)**
58:25

**prefer (1)**
48:10
**preliminary (3)**
3:19,23;60:23
**premises (2)**
32:16;41:15
**prepare (1)**
79:7
**prepared (1)**
5:21
**present (3)**
43:8;78:20;80:25
**presented (2)**
49:7;79:23
**preserve (1)**
61:7
**pretty (6)**
31:16;49:10;55:10;
58:6;65:24;84:1
**prevent (2)**
17:13;59:14
**previous (1)**
22:23
**previously (6)**
4:24,24;6:9;7:16;
18:6;41:24
**primarily (1)**
61:4
**principal (2)**
44:2;57:11
**principals (1)**
43:6
**prior (2)**
14:3;16:9
**private (3)**
17:4,21;37:14
**probably (6)**
9:6;25:4,9;38:18;
58:9;60:14
**problem (1)**
83:12
**procedures (1)**
17:21
**process (3)**
56:9,9;66:21
**professionals (2)**
44:18;46:11
**prohibited (1)**
19:13
**project (18)**
3:18,20,23,25;4:17,
19,23;10:5;23:6;32:13;
55:13;68:17;71:3,13;
72:10;79:25;81:3,25
**projects (2)**
37:20;47:13
**promote (4)**
10:12,19,23;17:12
**promotes (1)**
20:4
**prompt (1)**
75:14
**proper (1)**

81:6
**properly (1)**
80:8
**properties (5)**
3:25;10:7;11:9;
38:12;59:14
**property (14)**
13:11,23;14:8;15:3;
20:5,6,24;31:19;59:12,
17,19;60:10,13;80:6
**proposal (3)**
13:13,18;16:11
**Proposed (12)**
5:13,22;14:19;18:19;
20:12;25:16;53:20;
54:4;57:17,20;59:11;
65:2
**proposing (2)**
13:4;15:25
**protecting (1)**
48:13
**provide (18)**
16:5;17:2;18:21;
19:14,24;25:17;27:11;
34:15;48:1,2,3;54:4,
18;56:23;57:16;59:13;
62:18;84:16
**provided (1)**
55:12
**provides (4)**
11:15;13:19;14:1;
54:3
**providing (10)**
14:16,17;16:13,18;
17:7;18:6,14,15;31:14,
24
**provisions (2)**
21:25;22:1
**public (10)**
10:19;13:7;17:4,21;
36:11;37:17;38:14,18;
49:18;79:21
**pull (4)**
13:22;37:16,22;
66:16
**pulling (1)**
13:10
**pump (4)**
55:4,10,12;64:21
**pumping (1)**
64:9
**Purpose (12)**
10:17,23;13:24,25;
16:21;17:2,12,19,20;
18:3;20:4;27:7
**purposes (5)**
10:16;13:14,21;20:7;
68:24
**pursuing (1)**
78:24
**put (18)**
6:1,6;29:3;31:19;
50:23;51:19;52:2;

Case 2:20-cv-08170-EP-AME Document 142-15 Filed 01/26/26 Page 32 of 37 PageID: 34461125

In RE: Wallington

Transcript fo Proceedings

60:13;62:4;65:6,8,12;
66:1,23;68:17;73:23;
77:12;78:18
**putting (4)**
13:10;33:16;75:9;
85:13

## Q

**qualified (3)**
4:25;7:16;41:25
**quality (2)**
18:20;54:20
**quick (5)**
5:15;25:21;39:5;
40:1;85:23
**quickly (1)**
20:10

## R

**RACHELSKI (34)**
25:21;26:1,8,12,17,
21;27:2,6,14,19;28:8,
13;29:10,13,18,21;
30:11,15,18,21;31:2;
32:2;39:5,10,21;40:17,
23;41:5,14,17;71:11;
80:16;87:1,2
**railroad (3)**
55:5;59:20;67:10
**railroads (1)**
23:9
**raised (1)**
80:19
**RAKER (9)**
41:11,13,18,22,22;
42:1,10;65:10,20
**rate (1)**
41:19
**rather (1)**
5:21
**real (3)**
5:15;71:22;73:19
**reality (1)**
11:1
**really (18)**
11:10;18:22;19:2;
30:12;40:12;44:4;
49:14;60:23;61:5,6,11;
68:19;71:14,21;72:17;
77:9;78:2,6
**rear (8)**
8:25;11:13;25:24;
30:3;57:15,22;58:14,
18
**reason (4)**
20:25;31:5;39:15;
78:23
**reasons (5)**
12:3,19;13:23;19:1,8
**recall (9)**
4:15,20;7:15;30:7;

40:20;51:17;64:8,17,
18
**recalls (1)**
8:19
**receive (2)**
50:1;56:12
**received (2)**
47:13,18
**recent (1)**
58:1
**recently (1)**
86:1
**recommend (2)**
55:20;58:22
**recommends (1)**
60:7
**record (6)**
3:11;9:9;51:20;
52:25;53:7;62:4
**recreation (32)**
18:14,18;19:16;21:9,
16,23,24;22:7;24:21;
25:13,15;30:5;31:7,13,
15;33:14;40:12;45:11,
12,17,22,24;46:3,5;
68:20,21;69:17,24;
70:1;72:8,22;73:8
**recreational (9)**
13:20;30:8;32:19;
61:11;68:23;71:1;72:7;
79:14;80:10
**rectified (1)**
53:22
**red (1)**
22:24
**redevelop (1)**
72:12
**redeveloping (1)**
17:25
**redo (1)**
34:23
**refer (1)**
39:6
**reference (1)**
49:19
**referring (2)**
47:9;53:9
**refresh (1)**
3:16
**regard (7)**
16:14,17;19:21;
37:25;38:11;62:9;
67:18
**regarding (1)**
8:16
**regards (5)**
6:16;21:7,8;46:12;
68:2
**regulation (1)**
15:21
**regulations (1)**
52:10
**related (3)**

3:14;4:3;43:5
**relates (1)**
37:23
**relevant (1)**
50:6
**remain (1)**
25:9
**remainder (1)**
6:4
**remember (1)**
40:18
**re-modifying (1)**
10:10
**remove (1)**
79:17
**removed (1)**
69:20
**re-notice (1)**
4:8
**re-noticed (1)**
4:6
**renting (1)**
52:1
**Repeat (1)**
45:3
**report (10)**
6:18,18,19;44:15;
53:11,14,17;60:20;
73:1;75:13
**representing (1)**
3:13
**represents (1)**
19:9
**request (24)**
4:7;31:25;34:14,18,
23;35:22;36:3,5;47:13,
18;48:11;50:24;51:20,
21;53:24;70:5;71:9;
73:9;74:10;76:4;77:4;
84:3;85:6,9
**requested (4)**
19:6;20:20;22:10;
79:18
**requesting (2)**
8:21;10:15
**require (4)**
11:21;26:6;27:13;
54:2
**required (7)**
33:20;34:3,15;40:22;
52:10;53:16;64:15
**requirement (2)**
21:24;34:2
**requirements (5)**
12:7;16:8;18:18;
61:3,13
**requires (2)**
31:9;57:19
**requiring (2)**
12:5,21
**resembles (1)**
10:7
**reserve (1)**

44:10
**residence (1)**
39:25
**residential (1)**
64:13
**residents (12)**
14:18;18:15;20:2,7;
31:25;33:14;44:17;
61:12;81:1,2,10;82:2
**resolve (1)**
32:23
**resources (1)**
83:22
**respect (8)**
12:20;54:14;55:14;
57:9;58:13;59:9;60:6,
21
**respond (1)**
29:24
**response (2)**
56:3;65:19
**responses (2)**
44:14;60:20
**responsible (1)**
32:20
**rest (3)**
31:4;55:12;78:18
**restrict (1)**
52:20
**restrictions (2)**
5:14,23
**resubmission (1)**
53:23
**resulted (2)**
37:7;38:14
**reuse (1)**
18:12
**reusing (1)**
18:11
**revealing (1)**
48:4
**review (3)**
66:18,21,25
**revise (2)**
58:23;59:10
**revised (3)**
20:12;44:15;53:13
**revising (1)**
70:10
**revision (1)**
64:25
**rhetorical (1)**
83:19
**ridge (1)**
29:3
**ridged (1)**
27:22
**right (47)**
7:14,23;9:11,23;
13:4;15:9,13;19:5;
22:19;23:10;24:12;
26:14,18;27:25;29:5,
20;30:25;31:20;39:11;

42:3,5,17,18;43:13;
44:22;49:10;51:5;
59:23;63:11;64:1;
67:16;68:5;69:18;71:6;
72:1,2,13,21;73:19;
76:23;77:24;78:11,15;
81:13;84:19;85:14,20
**right-of-way (4)**
13:7;15:4;58:6;
66:19
**rigid (3)**
59:3,3,7
**rink (1)**
55:11
**river (4)**
23:9;59:20;62:9,11
**roll (1)**
86:12
**roof (24)**
10:3,6,10;11:1,8,21;
27:1,1,12,22;28:6,9,12,
16,19;29:3,3,8,22;30:3,
24;31:6;33:20,21
**roofs (1)**
9:25
**room (2)**
52:3;68:7
**roots (2)**
75:3,3
**routes (2)**
6:10,11
**Rutgers' (4)**
37:2,16;38:12,21

## S

**Sacred (1)**
49:13
**Saddle (2)**
59:20;62:9
**safe (1)**
13:19
**safety (3)**
10:19;14:25;20:9
**same (9)**
14:18;19:8;26:14;
27:3;33:18;43:7;44:4;
87:13,13
**sanitary (1)**
54:15
**satisfied (3)**
53:15;63:13,24
**satisfy (1)**
62:21
**Saturday (1)**
83:9
**sauna (1)**
52:2
**save (1)**
24:18
**saw (2)**
54:12;59:2
**saying (11)**

Rizman Rappaport (973)992-7650
Let Our Fingers Do Your Talking

**(97) putting - saying**

29:8,19;30:22;52:16,
19;67:1;69:8;73:7;
74:6;78:2;81:22
**school (13)**
34:9,11;35:18;40:8;
47:10;49:9,13;51:18;
70:15;71:5;73:9;77:5;
83:15
**schoolchild (1)**
38:14
**schoolchildren (6)**
36:22;37:4,8,18;
38:18,23
**schools (6)**
47:5;49:24;70:18,19;
71:4;78:10
**screen (1)**
22:23
**screened (1)**
57:13
**second (8)**
24:5;30:19;41:7;
59:18;67:18;84:23,25;
86:10
**seconds (1)**
55:19
**secretary (2)**
47:17;78:13
**Section (4)**
8:14;15:12;57:10;
58:22
**seek (1)**
22:13
**seeking (1)**
42:21
**seems (4)**
23:7;61:9;83:7,20
**sense (3)**
19:23;26:24;81:16
**sentiment (1)**
72:7
**separate (8)**
9:11;21:25;22:1;
26:5;43:4,22,23;72:11
**separately (1)**
72:13
**separates (1)**
58:15
**separation (2)**
8:15;25:7
**September (1)**
56:21
**series (1)**
43:8
**Service (1)**
55:17
**services (1)**
20:7
**set (6)**
19:8;26:14;55:1;
58:1;61:3;66:18
**setback (6)**
14:11;15:10;25:3,5;

27:1;43:12
**setbacks (1)**
9:16
**settle (1)**
66:8
**settlement (1)**
68:16
**seven (1)**
38:25
**several (2)**
20:10;83:7
**sewer (6)**
54:15,23;55:2,4,9,12
**shall (10)**
54:4,5,18,19,21;
57:12,14,16;59:10,13
**shame (1)**
61:10
**shaping (1)**
17:22
**share (4)**
44:1,2;48:13,14
**shared (1)**
80:3
**Sheet (4)**
59:22,24;60:5;62:11
**shield (1)**
58:11
**shielding (1)**
59:13
**show (6)**
5:22;30:1;55:2,6;
58:4;59:25
**showed (4)**
36:21;37:3;59:18;
67:9
**shown (5)**
6:3,9;53:21;64:11;
66:2
**shows (1)**
37:17
**shrubs (2)**
13:3;58:10
**side (11)**
23:8,9;54:24;57:15,
22;58:14,18,19;59:25;
68:6;79:19
**sidewalk (1)**
60:15
**SIEK (10)**
86:14,16,18,20,22,
24;87:1,3,5,10
**sight (2)**
67:12,14
**sign (24)**
19:13,22,24;20:3,12,
19,21;32:3,3;54:7,9;
65:1,7,12,25;66:4,6,14,
18,24;67:3,4,6,14
**signage (3)**
15:20;54:5,6
**signal (1)**
55:21

**signalization (1)**
55:22
**signs (1)**
67:2
**Sills (2)**
3:12;73:15
**similar (5)**
37:10;38:2;39:20;
40:16;43:6
**similarities (2)**
37:25;38:8
**simple (2)**
79:22;82:10
**single (1)**
77:16
**sit (1)**
81:19
**site (25)**
3:2,19,24;9:18;10:1;
11:13;15:6;16:3,7,15,
15;17:1,16,17,25;
18:22;20:15;24:25;
54:6,7;55:4;58:5;
62:11,16;69:15
**sitting (2)**
75:25;82:10
**situation (2)**
11:19;13:8
**sizable (1)**
86:2
**size (1)**
11:6
**slightly (5)**
13:22;18:13,24;27:1;
39:22
**slope (7)**
9:25;10:6;26:23,25;
27:3;28:10,11
**sloped (2)**
11:1;30:2
**small (2)**
58:4;76:13
**SMITH (10)**
48:21,22;49:2,5;
50:8,13,17,21;78:9,12
**soccer (6)**
82:13,19,25;83:3,14,
16
**soccer's (1)**
83:25
**solid (2)**
59:6;60:3
**somebody (4)**
74:15;75:21,21;83:1
**somehow (1)**
70:10
**someone (3)**
5:18;26:10;50:5
**someplace (1)**
40:14
**sorry (12)**
23:3;28:4;39:6;41:8,
20;45:2;46:20;60:11;

61:24;64:7;69:10;
78:16
**sort (1)**
20:1
**sought (1)**
7:7
**south (5)**
54:24;59:25;60:17;
65:23;73:5
**southerly (1)**
55:3
**space (25)**
14:1;17:2,13;18:18;
21:9,14,18,20,23;22:6;
25:11,14,17;44:25;
45:7,10;46:2,5;69:22,
23,24,25,25;80:11,15
**spaces (5)**
27:9;45:5;57:18;
58:3,11
**speak (4)**
36:9,14;72:25;78:16
**speaking (1)**
5:4
**specifically (1)**
45:24
**spend (1)**
71:25
**spillage (1)**
59:14
**spoke (4)**
4:11;47:17,21;50:22
**spoken (1)**
73:17
**spot (2)**
30:23;66:3
**spread (2)**
69:21;70:4
**stance (1)**
40:18
**stand (2)**
50:14;74:2
**standard (3)**
21:10;60:9,16
**standing (2)**
8:6;58:21
**stands (1)**
72:21
**start (2)**
8:16;68:6
**starts (1)**
40:7
**state (1)**
22:6
**stated (1)**
80:14
**states (1)**
54:14
**stating (1)**
6:20
**station (2)**
64:10,21
**statistics (1)**

36:19
**status (1)**
56:2
**statutory (1)**
74:11
**stay (4)**
33:18;58:21;68:20;
72:22
**staying (1)**
69:5
**steel (1)**
58:25
**step (2)**
46:14;51:4
**stick (1)**
27:8
**still (5)**
21:21;25:9;33:13;
70:8,14
**stories (1)**
9:23
**storm (1)**
18:20
**straight (1)**
28:14
**straightened (1)**
85:18
**strain (1)**
83:21
**street (3)**
4:1;20:11,22
**streetscape (3)**
27:17;31:1;60:9
**strictly (2)**
28:24;42:15
**striping (1)**
6:21
**structure (3)**
59:4,7;79:14
**structures (1)**
53:20
**student (3)**
48:4,7,13
**students (6)**
41:1;48:7;49:11,14,
15;85:7
**studies (3)**
36:20;37:6;38:21
**study (7)**
37:17;38:11;55:21;
56:14;71:21,22;85:23
**stuff (2)**
33:2;71:16
**style (1)**
11:3
**styled (1)**
11:3
**subject (1)**
9:10
**submit (2)**
63:6;67:11
**submitted (6)**
6:15;49:20;53:19;

In RE: Wallington

Transcript fo Proceedings

| | | | | |
|---|---|---|---|---|
| 54:8;55:2;60:12 | 35:15;39:1;41:18; | **tie (1)** | **trusted (1)** | **up (15)** |
| **submitting (1)** | 42:2,6;51:17;73:19; | 55:11 | 74:8 | 22:12;28:17;37:1,16, |
| 5:21 | 82:17,17 | **tight (2)** | **try (4)** | 22;46:12;47:23;53:25; |
| **subsequent (2)** | **talks (1)** | 69:19;70:19 | 37:10,22;66:6;81:12 | 58:21;74:2,15;77:16; |
| 53:22,23 | 12:24 | **today (5)** | **trying (6)** | 81:20;82:8,15 |
| **substantial (1)** | **tall (1)** | 20:12;44:19;62:11; | 10:4;16:5;23:13; | **upon (8)** |
| 17:9 | 58:7 | 64:25;70:10 | 75:5,19,19 | 14:21;15:4;20:13; |
| **sucked (1)** | **taller (1)** | **together (2)** | **turn (1)** | 26:3,22;34:20;37:8; |
| 83:2 | 26:13 | 43:9;69:19 | 5:17 | 38:20 |
| **sufficient (6)** | **tear (4)** | **told (5)** | **two (32)** | **usage (1)** |
| 14:1,17;16:13;17:2; | 61:10;82:24;83:7; | 28:10;34:19;35:11; | 3:14;4:3;5:25;8:23, | 32:3 |
| 23:24;62:23 | 84:12 | 75:9;80:12 | 24;9:10,11,14;15:18; | **Use (9)** |
| **suitable (1)** | **technical (4)** | **TOMKO (7)** | 16:10,20;21:25,25; | 10:16,18;12:1;13:15, |
| 6:24 | 43:14;61:6;63:9,19 | 23:20,25;85:13,17, | 22:4;26:5;38:18;40:5; | 16;14:15;16:22;17:23; |
| **summation (2)** | **technically (1)** | 22;87:5,6 | 43:1,10,20,21,23,24; | 32:19 |
| 44:10;60:21 | 9:17 | **tonight (1)** | 58:15;59:16;61:5,6; | **used (3)** |
| **superintendent (4)** | **techniques (1)** | 76:2 | 71:9;72:10,11;78:12; | 71:23,25;84:1 |
| 36:9;47:5;49:24; | 10:25 | **took (1)** | 83:10 | **uses (5)** |
| 78:10 | **televise (1)** | 39:15 | **two-bedroom (3)** | 14:2;17:3,14;53:21; |
| **superintendent's (1)** | 54:19 | **top (1)** | 40:6;42:11;52:2 | 61:11 |
| 74:1 | **telling (1)** | 23:8 | **two-bedrooms (6)** | **using (1)** |
| **supply (1)** | 81:14 | **topography (1)** | 40:18;41:4,6,17; | 69:1 |
| 18:4 | **ten (2)** | 10:1 | 51:24;77:11 | **usually (1)** |
| **support (1)** | 37:20;38:11 | **total (3)** | **type (3)** | 39:25 |
| 21:22 | **testified (18)** | 42:10,12;68:18 | 16:25;36:19;85:11 | **utilities (1)** |
| **supposed (1)** | 11:16;12:19;14:25; | **totally (1)** | **typo (1)** | 43:19 |
| 21:10 | 15:2;16:17;21:22;26:3; | 71:10 | 55:8 | **utilize (4)** |
| **Sure (14)** | 30:7;34:7;36:20;37:6; | **town (11)** | | 31:25;33:13;54:17; |
| 8:18;33:15;34:22; | 41:23;44:19;46:11; | 31:20,25;32:20; | **U** | 55:9 |
| 35:21;36:23;52:1; | 52:24;57:21;64:25; | 37:24;68:16;71:17; | | **utilized (1)** |
| 55:10;62:7;67:13;70:8, | 70:13 | 82:3,20;84:7,11;86:5 | **unable (1)** | 38:10 |
| 14;73:20,20;81:12 | **testify (1)** | **towns (3)** | 37:12 | **U-turns (1)** |
| **surface (1)** | 37:2 | 37:8,9,13 | **under (2)** | 20:10 |
| 15:15 | **testifying (2)** | **town's (1)** | 55:17;75:2 | |
| **surround (1)** | 5:10;70:16 | 57:2 | **underground (2)** | **V** |
| 80:10 | **testimony (18)** | **tracks (2)** | 45:1,6 | |
| **surrounding (12)** | 4:16,18;7:17;8:13, | 55:5;59:20 | **underneath (2)** | **vacuum (1)** |
| 10:4,8,9,13,21;11:2, | 16;14:3;16:9;21:5; | **traffic (10)** | 66:1;68:21 | 74:14 |
| 7,9,22;14:20;15:7; | 31:17;44:8,10;54:8; | 14:17;20:8;55:20,25; | **understands (1)** | **valid (1)** |
| 39:17 | 65:8;67:17;68:24;70:9; | 56:3,5;71:22;72:3; | 81:9 | 36:22 |
| **swear (4)** | 79:16,23 | 85:23,24 | **unduly (1)** | **variance (25)** |
| 46:18,21;49:1;51:7 | **that'd (1)** | **transcripts (1)** | 36:17 | 8:13;9:15;10:3,15; |
| **swore (1)** | 83:24 | 28:22 | **uneasy (1)** | 11:18;12:10,24;13:6, |
| 28:18 | **thinking (2)** | **transit (2)** | 72:9 | 18;15:21;19:12;20:20; |
| **sworn (7)** | 27:2;70:2 | 39:7,21 | **unfortunately (2)** | 21:22;22:10,13;26:6; |
| 4:24;7:16;41:24; | **though (5)** | **transit-oriented (4)** | 32:24;37:12 | 27:13;29:2,11;30:10; |
| 46:24;48:25;49:2; | 9:17;27:5;28:11; | 37:18;39:8,10,22 | **unified (1)** | 31:6;33:25;57:20; |
| 51:10 | 30:13;39:23 | **traversed (1)** | 43:6 | 68:23;69:4 |
| **symmetrical (1)** | **thought (2)** | 60:4 | **unique (2)** | **variances (33)** |
| 29:7 | 31:12;39:18 | **trees (4)** | 8:24;16:16 | 3:24;8:21,25;9:1,6, |
| **system (1)** | **three (7)** | 58:5,6;65:22,23 | **unit (1)** | 20;11:6,11;15:9,19; |
| 77:5 | 41:8,9,10,11,12; | **trestle (1)** | 38:15 | 16:20;18:10;19:6; |
| | 42:11;52:9 | 65:16 | **units (25)** | 23:12;24:17;25:2,3,5,8, |
| **T** | **three- (1)** | **triangle (2)** | 31:18;36:19;38:13; | 10,22;28:20;43:12,14; |
| | 52:2 | 67:12,14 | 39:2;41:13;42:15,17; | 61:4,7;69:14;72:14; |
| **table (1)** | **three-bedroom (3)** | **tried (1)** | 52:1;68:15,17,18,25; | 76:24;79:18,25;80:10; |
| 7:25 | 40:19,24;42:12 | 37:22 | 70:12,13,13,14;73:22; | 81:17 |
| **talk (5)** | **three-bedrooms (8)** | **truck (4)** | 75:6;76:21;77:1;80:2, | **variances' (1)** |
| 33:24;56:2;65:8; | 40:21;41:2,11,12; | 6:10,10;16:5;72:23 | 4,23,25;82:1 | 9:15 |
| 74:13;85:19 | 51:23;52:9;73:24; | **trucks (2)** | **unless (1)** | **variations (1)** |
| **talked (3)** | 77:12 | 23:15;24:10 | 21:3 | 27:8 |
| 50:5;56:6,6 | **throw (2)** | **trust (1)** | **untenable (1)** | **variety (2)** |
| **talking (9)** | 45:1,5 | 75:13 | 55:17 | 14:2;17:3 |

BER-L-001670-18   08/30/2018 7:37:18 PM  Pg 35 of 36 Trans ID: LCV20181512307
Case 2:20-cv-08178-EP-AME   Document 132-18   Filed 02/06/26   Page 36 of 37
PageID: 3429

In RE: Wallington

Transcript fo Proceedings

| | | | | |
|---|---|---|---|---|
| **various (1)** | **waste (2)** | 66:8;71:24,24;76:1; | 5:10;44:14;53:12 | **36 (1)** |
| 17:20 | 65:12;83:8 | 81:21 | **12 (1)** | 15:12 |
| **vehicle (1)** | **water (3)** | **worked (1)** | 38:6 | **365-25G1 (1)** |
| 55:18 | 18:20,20;62:10 | 33:6 | **13 (5)** | 8:14 |
| **verbal (3)** | **way (12)** | **working (3)** | 34:10;37:4;38:23; | **365-25M3 (1)** |
| 34:18;35:23;51:21 | 6:8;22:16;29:1; | 61:13;62:17;86:5 | 56:21;70:9 | 15:12 |
| **versus (2)** | 44:19;45:18;52:12; | **worry (1)** | **130 (1)** | **3-foot (1)** |
| 21:9;34:20 | 69:17,18,23;71:24; | 79:21 | 49:15 | 26:20 |
| **viable (1)** | 81:6,13 | **written (1)** | **134-unit (1)** | |
| 43:10 | **week (2)** | 36:4 | 3:20 | **4** |
| **Victor (1)** | 56:13;74:10 | **wrong (4)** | **14 (1)** | |
| 73:14 | **Welcome (6)** | 21:4;50:18,19;66:3 | 53:13 | **40 (1)** |
| **view (2)** | 54:9;65:7,12;66:6; | **WYGONIK (21)** | **14th (1)** | 42:10 |
| 17:22;66:15 | 67:3,7 | 34:6,22;35:5,9,16, | 44:15 | **44-year (1)** |
| **village (1)** | **welfare (1)** | 25;36:2;42:2,5;47:25; | **15th (1)** | 48:22 |
| 39:7 | 10:20 | 48:6,15;69:16;70:25; | 4:6 | **45 (1)** |
| **villages (2)** | **Wellington (1)** | 76:9,12,23;78:23; | **17 (1)** | 9:23 |
| 39:22,22 | 50:19 | 84:22;86:24,25 | 24:24 | **48.5 (2)** |
| **vinyl (2)** | **weren't (1)** | | **17's (1)** | 9:24;12:12 |
| 59:2,7 | 63:12 | **Y** | 5:10 | **49.42 (1)** |
| **vision (1)** | **West (9)** | | **17th (2)** | 12:10 |
| 66:20 | 37:21,23;38:5,13; | **yard (4)** | 87:10,13 | **49.5 (1)** |
| **visitors (1)** | 71:14,15;75:17,18; | 8:25;15:10;40:9; | **18th (2)** | 25:25 |
| 20:9 | 80:17 | 57:17 | 4:5,14 | |
| **visual (3)** | **what's (5)** | **year-round (1)** | | **5** |
| 10:13,24;20:5 | 73:22;76:6;81:12,21; | 83:25 | **2** | |
| **visually (1)** | 82:2 | **years (3)** | | **5 (6)** |
| 26:13 | **Whereupon (7)** | 68:17;74:3;79:4 | **2 (2)** | 16:1;53:17;57:15,22; |
| **VOICE (2)** | 5:13;46:23;49:2; | **yellow (3)** | 8:14;77:6 | 58:13,17 |
| 8:5,8 | 51:9;57:6;67:23;87:15 | 6:3,21;22:24 | **2.7 (2)** | **50 (1)** |
| **voiced (1)** | **wherever (3)** | **yoga (4)** | 59:24;60:5 | 13:1 |
| 79:15 | 24:10;65:18;66:5 | 45:1,5,15,17 | **2002 (1)** | **551 (1)** |
| **voicing (1)** | **Whitehall (1)** | **York (9)** | 15:5 | 4:1 |
| 81:23 | 49:8 | 37:21,23;38:5,13; | **2015 (1)** | |
| **vote (3)** | **whole (10)** | 40:2;71:14,15;75:18; | 38:7 | **6** |
| 78:25;81:24;85:2 | 17:24;23:11;41:14; | 80:17 | **2017 (4)** | |
| | 42:3,6,8,9;70:7,7,21 | **York's (1)** | 44:14;53:13,13; | **6 (5)** |
| **W** | **who's (2)** | 75:17 | 56:22 | 11:12;12:9;25:24; |
| | 47:17;68:25 | **Yup (1)** | **207 (5)** | 30:2;59:25 |
| **wait (5)** | **willing (1)** | 3:9 | 39:2;68:18;72:1; | **6.12 (2)** |
| 29:1;35:13;85:1,3,3 | 63:22 | | 76:21;77:1 | 54:3,13 |
| **waiver (2)** | **wine (1)** | **Z** | **208 (3)** | **60 (1)** |
| 53:23;57:19 | 52:3 | | 68:17;70:12,14 | 49:14 |
| **walk (1)** | **wish (1)** | **zoning (13)** | **20-foot (1)** | |
| 40:7 | 48:20 | 11:20;12:2,19;14:5, | 58:9 | **7** |
| **walking (2)** | **wishing (3)** | 7;16:24;17:18;18:2; | **25 (4)** | |
| 39:13,24 | 51:3;53:3;87:12 | 19:10;21:1;22:5;27:12; | 15:23;18:18;21:12; | **7 (5)** |
| **Wallington (41)** | **withdrawn (1)** | 45:9 | 71:25 | 26:2;54:16,23;58:19; |
| 3:3,4,13,14,18,22; | 53:24 | | **25-foot (2)** | 60:2 |
| 4:2,17,19;10:5;37:10, | **within (6)** | **0** | 13:1;15:12 | **7.11 (1)** |
| 23;38:3,4;45:9;47:6; | 12:25;13:5,7;57:22; | | | 54:14 |
| 48:23;49:6,25;54:9; | 58:13,17 | **02 (1)** | **3** | **7.14 (3)** |
| 55:23;60:8;61:1;65:7, | **without (6)** | 38:14 | | 62:8,8;63:2 |
| 12;66:6;67:3,8;74:23; | 20:10;32:13,15,17; | **04 (1)** | **3 (1)** | **71 (2)** |
| 75:3,4,21,22;76:6;81:2, | 36:17;48:3 | 13:5 | 8:14 | 3:17,22 |
| 10;82:14,22;83:11,22; | **witnesses (3)** | | **30 (3)** | **72 (2)** |
| 84:1 | 25:20;28:18;87:15 | **1** | 15:25;42:11;59:18 | 42:7;70:13 |
| **Wallington's (1)** | **won (1)** | | **330-39B (1)** | **73 (8)** |
| 75:18 | 77:14 | **1 (1)** | 57:10 | 31:18;39:3,4;42:15, |
| **wants (4)** | **wonder (1)** | 77:6 | **35.01 (1)** | 17;68:25;70:13;80:2 |
| 40:7,8;58:11;84:7 | 5:18 | **1,132 (1)** | 3:22 | **736.3 (1)** |
| **Warren (2)** | **work (9)** | 38:12 | **35.02 (1)** | 55:18 |
| 55:25;56:14 | 3:5;33:8;43:9;60:25; | **11 (3)** | 3:17 | **73-unit (1)** |

**In RE: Wallington**  **Transcript fo Proceedings**

3:25
**75 (1)**
 15:24

### 8

**8 (10)**
 16:2;26:2;28:5,8;
 30:4;54:16,23;55:6;
 58:19;60:2
**8.4 (1)**
 55:15
**83 (1)**
 16:1

### 9

**9 (1)**
 55:7
**9.1 (1)**
 57:10
**9.14 (1)**
 59:10
**9.15 (1)**
 60:7
**9.2 (1)**
 58:22
**9/13/17 (1)**
 57:7
**9:08 (1)**
 87:16
**95 (3)**
 25:9;79:17;81:17