## MINUTES OF THE MARCH 15, 2016 MEETING
## OF THE WALLINGTON PLANNING BOARD

### Page 2 of 3

The hearing was opened to citizens and closed to citizens. A motion was made by Melfi and seconded by Polten to accept this application.
**Roll Call:**    Ayes: Dudzic, Bazel, Polten, Wygonik, Pawluczuk, Rachelski, Melfi

The next matter of business was a continuation of an application by **New Wallington Home, LLC, Main Avenue Rear**, Block 71, Lots 35.01 and 35.02. From the court order by Judge Meehan, the Board had to discuss 3 matters. The first matter was the variance for roof. A ridge roof would be desirable, but would require a variance. A flat roof would not need the variance. A motion was made by Melfi and seconded by Polten to approve the variance for the ridge roof height.
**Roll Call:**    Ayes: Dudzic, Bazel, Polten, Wygonik, Pawluczuk, Rachelski, Melfi
The next matter was the traffic study. A motion was made by Melfi and seconded by Dudzic to waive the requirement of the traffic study since the Board can not deny the application because of the traffic study by the applicant.
**Roll Call:**    Ayes: Dudzic, Bazel, Polten, Wygonik, Pawluczuk, Rachelski, Melfi
The next matter was the sewer study by New Wallington Home. Board Engineer Job and the Applicant's engineer Calisto Bertin will be in touch concerning the sewer study. A motion was made by Polten and seconded by Melfi to hold this application in abeyance until the April 19th meeting so that New Wallington Home will get the study to Board members.
**Roll Call:**    Ayes: Dudzic, Bazel, Polten, Wygonik, Pawluczuk, Rachelski, Melfi

The next matter of business was a Waiver of Site Plan by **Mark Olivo, 189-191 Paterson Avenue, Block 41, Lots 13 & 15, Zone LI.** Mark Olivo was present. He is using the property as a warehouse to store military surplus. There will be no retail sales. He sells online and at military shows. Mr Olivo will be the only employee. The Board would like the following conditions met.
- No outside storage
- Install a knox box
- Clean up back yard

The hearing was opened and closed to citizens. A motion was made by Wygonik and seconded by Polten to approve this application.
**Roll Call:**    Ayes: Dudzic, Bazel, Polten, Wygonik, Pawluczuk, Rachelski, Melfi

The next matter of business was a Waiver of Site Plan by Ramir Barua, 341 Paterson Avenue, block 49.18, Lot 6, Zone LI-C. Ramir Barua was present. Mrs. Barua is opening a flower shop. Her hours will be 9AM to 5 PM six days a week. She will be the only employee. The Board would like the following conditions met:

EXHIBIT

Q

D000353

**MINUTES OF THE MARCH 15, 2016 MEETING
OF THE WALLINGTON PLANNING BOARD**

**Page 3 of 3**

- Remove the canopy
- Fix broken bricks on façade
- Replace trees
- Repair overhead door
- Install a knox box

The hearing was open to citizens and closed to citizens.  A motion was made by Polten and seconded by Dudzic to accept this application.

**Roll Call:**    Ayes: Dudzic, Bazel, Polten, Wygonik, Pawluczuk, Rachelski, Melfi

There being no further business before the Board, a motion for adjournment was made at 8:20 PM by Polten and seconded by Wygonik.

**Roll Call:**    Ayes: Dudzic, Bazel, Polten, Wygonik, Pawluczuk, Rachelski, Melfi

Dorothy B. Siek
Clerk, Recording Secretary

Cc:    Borough Clerk/Administrator, Witold Baginski, RMC
Borough Attorney, Richard Cedzidlo
Construction Official, Nick Melfi
Chief Carmello Imbruglia, WPD
Board of Health
Fire Official, Edward Tanderis
Dept. of Public Works, Ray Dynes
Respective files

D000354