# STONEFIELD

**FROM:**       Matthew J. Seckler PE, PP, PTOE

**PROJECT:**    RUT-240374

**SUBJECT:**    Wallington – Wesmont Station Traffic Analysis

**DATED:**      June 24, 2025

## Executive Summary

This Traffic Study was prepared to investigate the traffic impact of Wallington's failure to provide public access to Wesmont Station, which services NJ Transit's Bergen County line. This report examines the access at Wesmont Station in Wood-Ridge, compares the public transit commuting characteristics of residents, reviews the existing roadway network for Wallington residents seeking to access Wesmont Station, and determines how traffic conditions would improve with Wallington public access to Wesmont Station. The results of this analysis found that after the completion of Wesmont Station, Wood-Ridge experienced a greater increase in the ratio of residents commuting via public transit. An analysis of the roadway network found with Wallington access, the average travel path for Wallington residents to Wesmont Station would decrease from 2.4 miles to 0.9 miles, and roadway volumes and congestion would decrease due to the approximate 4,000 Wallington residents residing within a 10-minute walk of Wesmont Station.

## Background

Wesmont Station, located along NJ Transit's Bergen County Line, was opened by NJ Transit in May 2016. The station is located along the municipal border of the Borough of Wallington and the Borough of Wood-Ridge. The station serves residents of the surrounding municipalities, including the Borough of Wood-Ridge, the Borough of Carlstadt, and the Borough of Wallington, and provides direct service to Hoboken Terminal. At Hoboken Terminal, transfers are available to the Port Authority Trans-Hudson (PATH) trains and NY Waterway ferries. The land to the west of the railway tracks, located within the Borough of Wallington remains undeveloped. As shown in the figure below, there is an approximate 2,000-foot-long public right-of-way beginning along Main Avenue providing access towards the Wesmost Station in the Borough of Walling. A copy of the Borough of Wallington Tax Map has been appended to this report. No vehicular or pedestrian access is provided to the west of the train station from Wallington.

**FIGURE 1: WALLINGTON PUBLIC ACCESS ROADWAY**



STONEFIELDENG.COM

92 PARK AVENUE, RUTHERFORD, NJ 07070    201.340.4468 T.    201.340.4472 F.

**STONEFIELD**

**FIGURE 2: NEGLECTED WALLINGTON PUBLIC RIGHT-OF-WAY AS SEEN FROM WESMONT STATION PLATFORM**



Under existing conditions, vehicular and pedestrian access to Wesmont Station is only provided at 58 Passaic Street, in the Borough of Wood-Ridge, New Jersey. A commuter parking lot is provided at the northwesterly quadrant of the intersection of Johnson Drive and Highland Avenue in Wood-Ridge, inaccessible to pedestrians from Wallington due to the separation of the railroad tracks. Vehicle access to the parking lot is provided via three (3) full-movement driveways along Johnson Drive. Sidewalks, crosswalks and pedestrian ramps are provided between Wesmont station and the adjacent residential neighborhood. The commuter lot has an existing parking supply of approximately 218 parking spaces, inclusive of seven (7) ADA accessible spaces. An approximate 200-foot loading zone is provided along the westerly portion of the parking lot to accommodate pick-up and drop-off operations for train commuters. Daily metered parking is available for a fee of $4.00, and quarterly parking passes are available for commuters.

**FIGURE 3: EXISTING PARKING AND ACCESS AT THE WESMONT STATION**



**STONEFIELD**

**FIGURE 4: VIEW FROM WESMONT STATION LOOKING NORTH**



Undeveloped Wallington Access

Developed Wood-Ridge Access

## <u>Wesmont Station Observations</u>

Observations within the existing parking lot at the Wesmont Station were collected during a typical weekday to evaluate traffic and parking conditions, and determine how commuters utilize the existing infrastructure. Specifically, observations were conducted on Wednesday January 19, 2025, from 6:30 a.m. to 9:00 a.m. and from 4:30 p.m. to 7:00 p.m. The study time periods were chosen as they are representative of the peak periods of both the adjacent roadway network and the existing train line schedule. A summary of the observations are appended to this report.

During the observations, approximately 1% of riders departed at the station during the weekday morning time period, and approximately 3% of riders arrived during the weekday evening time period. This indicates that the majority of train riders at Wesmont Station in the morning are residents leaving for work, as opposed to Wesmont Station being an employment hub which would be reflective of more significant debearding at Wesmont Station in the morning. This data is consistent with the weekday train schedule with the majority of inbound trains arriving during the morning peak time periods and the majority of outbound trains arriving during the evening peak time periods. **Table 1** provides the typical weekday schedule at Wesmont Station for inbound trains travelling towards Hoboken Terminal, and outbound trains travelling from Hoboken Terminal.

During the study time periods, a total of 486 NJ Transit passengers were observed boarding and deboarding at Wesmont Station. Approximately 42% of all train riders were observed walking to and from the station. These passengers potentially walked to the site from the adjacent residential neighborhood or utilized nearby public transit to access the train station. During the observations, 119 vehicles were observed picking up or dropping off passengers at the station, with 46 vehicles observed during the weekday morning time period, and 73 vehicles during the evening time period. The peak pick-up/drop-off hour operations occurred from 6:00 p.m. to 7:00 p.m., during which time 52 vehicles were observed. A total of 53 vehicles in the morning, and 69 vehicles in the evening utilized on-site parking to access the station. A total of 27 vehicles throughout the study time periods were observed to transport more than one (1) train rider.

**STONEFIELD**

## TABLE 1 – TYPICAL WEEKDAY TRAIN SCHEDULE – WESMONT STATION

| Inbound Towards NYC/Hoboken Terminal | | Outbound From NYC/Hoboken Terminal | |
|---|---|---|---|
| **Weekday Morning Time Period** | **Weekday Evening Time Period** | **Weekday Morning Time Period** | **Weekday Evening Time Period** |
| 5:46 AM | 5:09 PM | 8:16 AM | 3:44 PM |
| 6:09 AM | 5:58 PM | 8:53 AM | 4:42 PM |
| 6:38 AM | 7:11 PM | 10:09 AM | 5:20 PM |
| 7:05 AM | 8:18 PM | -- | 5:51 PM |
| 7:41 AM | -- | -- | 6:26 PM |
| 8:05 AM | -- | -- | 7:00 PM |
| 8:48 AM | -- | -- | 7:41 PM |
| 9:17 AM | -- | -- | 8:36 PM |

### Census Data Comparison

In order to determine changes in journey to work modal splits and the potential traffic impact of the completion of access to Wesmont Station our office analyzed data within the American Community Survey data provided by the U.S. Census Bureau. Specifically, our office reviewed household, worker, and commuting data by Census Tract of within the adjacent communities. Specifically, the analysis considered all Census Tracts in Wallington, Census Tracts in Wood-Ridge, and Census Tract 1759 in the City of Passaic, which is located to the east of NJSH Route 21, and just north of the 8th Street Bridge at the intersection of Main Avenue, Locust Avenue, and 8th Street in Wallington. Census data was compared for the years before and after the completion of Wesmont Station.

 The limits of the Wallington Census Tracts are depicted on the following page. **Table 2** provides data from the years prior to the completion of Wesmont Station, and **Table 3** provides data for the years after Wesmont Station opened, and prior to the COVID-19 Pandemic. It should be noted that the census data does not specify the method of transit utilized in the survey, and it is likely a portion public transit users commuted by bus, or utilized other stations along NJ Transit's Bergen County, Main, or Pascack Valley train lines.

## TABLE 2 – 2012-2016 CENSUS DATA RESIDENTIAL COMMUTES

| Census Category | Borough of Wallington | | | City of Passaic | Borough of Wood-Ridge |
|---|---|---|---|---|---|
| | **Census Tract 571.01** | **Census Tract 571.02** | **Census Tract 572** | **Census Tract 1759** | **Census Tract 600.02** |
| Number of Households | 1,822 | 1,451 | 1,242 | 1,220 | 3,015 |
| Number of Workers | 2,151 | 1,998 | 1,699 | 1,458 | 4,070 |
| Public Transportation | 11.1% | 5.1% | 8.5% | 10.6% | 9.5% |
| **Public Transit Commuters** | **239** | **102** | **144** | **155** | **387** |



CENSUS TRACT 572

CENSUS TRACT 571.01

CENSUS TRACT 571.02

0.5 MI RADIUS FROM WESMONT STATION

**STONEFIELD**

**TABLE 3 – 2015-2019 CENSUS DATA RESIDENTIAL COMMUTES**

| Census Category | Borough of Wallington | | | City of Passaic | Borough of Wood-Ridge |
| --- | --- | --- | --- | --- | --- |
| | Census Tract 571.01 | Census Tract 571.02 | Census Tract 572 | Census Tract 1759 | Census Tract 600.02 |
| Number of Households | 1,875 | 1,445 | 1,363 | 1,259 | 3,331 |
| Number of Workers | 2,495 | 1,889 | 1,784 | 1,400 | 4,574 |
| Public Transportation | 12.9% | 6.9% | 11.9% | 18.8% | 14.0% |
| **Public Transit Commuters** | **322** | **130** | **212** | **263** | **640** |

Based on the data above, prior to the construction of Wesmont Train Station, 8.3% of Wallington residents, and 9.5% of Wood-Ridge residents commuted by public transportation. In the years after Wesmont Station was opened, approximately 168 housing units were constructed within the Borough of Wallington, and 316 housing units were constructed in the Borough of Wood-Ridge. However, the proportion of residents commuting by public transit increased to 10.8% for the Borough of Wallington, and 14.0% for the Borough of Wood-Ridge, showing that with direct access to the station, Wood-Ridge commuters benefited more from the construction of the station.

**Table 4** provides the most recent household and commuting statistics for residents residing in Census Tracts 571.01, 571.02, 572, 1759, and 600.02. Overall, 7.0% of Wallington residents use public transportation to commute to work. It should be noted that prior to the 2020 Census, all households in the Borough of Wood-Ridge were classified as Census Tract 600. After the 2020 Census, Wood-Ridge was divided into Census Tract 600.01 and Tract 600.02. Tract 600.02 represents the residential neighborhood adjacent to Wesmont Station. Based on a comparison of the 2023 Census Data to the 2020 Census Data, approximately 408 new housing units were constructed within the Borough of Wood-Ridge, with 63% of the new units located in Census Tract 600.02, and approximately 222 new housing units were constructed within the Borough of Wallington.

**TABLE 4 – 2019-2023 CENSUS DATA RESIDENTIAL COMMUTES**

| Census Category | Borough of Wallington | | | City of Passaic | Borough of Wood-Ridge |
| --- | --- | --- | --- | --- | --- |
| | Census Tract 571.01 | Census Tract 571.02 | Census Tract 572 | Census Tract 1759 | Census Tract 600.02 |
| Number of Households | 1,951 | 1,552 | 1,402 | 1,249 | 2,339 |
| Number of Workers | 2,001 | 1,993 | 1,544 | 2,005 | 4,096 |
| Public Transportation | 8.7% | 9.6% | 1.0% | 8.9% | 13.3% |
| **Persons Commuting via Public Transit** | **174** | **191** | **15** | **178** | **545** |

The census survey includes data collected from 2019-2023, during which time the COVID-19 pandemic greatly impacted commuting trends. For example, prior to 2020, 1.6% of Wallington residents reported working from home, compared to 4.7% of Wallington residents in 2023. Table **5** provides a comparison of the ratio of Wallington, Wood-Ridge, and New Jersey residents commuting by public transportation from 2012 to 2023.

**STONEFIELD**

**TABLE 5 –TRANSIT COMMUTERS RATIO COMPARISON**

| ACS 5-Year Survey | Borough of Wallington | Borough of Wood-Ridge | All New Jersey |
|---|---|---|---|
| 2012-2016 | 8.3% | 9.5% | 11.2% |
| 2015-2019 | 10.8% | 14.0% | 11.7% |
| 2019-2023 | 6.9% | 17.0% | 8.5% |

As shown in **Table 5,** both Wallington and Wood-Ridge saw an increase in residents utilizing public transit in the years following the opening of Wesmont Station, while the ratio of workers commuting by public transportation remained consistent across the state of New Jersey. Despite the overall impact the COVID-19 Pandemic had on public transportation trends as shown in the New Jersey and Wallington data, there was an overall increase in transit commuters in the Borough of Wood-Ridge. Overall, the percentage of residents using public transportation increased in Wood-Ridge by 47% in the years immediately after the opening of Wesmont Station compared to just prior and based on the latest 5-year estimates the public transit modal split has increased by 79% compared to prior to the stations opening. Wallington has experienced significantly less changes of the modal split, increasing only 30% immediately following the opening of the station, and experiencing a decrease in the usage in the latest 5-year estimate (which could be influenced by COVID-19).

The latest census data was compared to average daily Wesmont boardings data provided by NJ Transit from 2017-2024, and to the January 2025 observational count data collected by our office at Wesmont Station. It should be noted that average ridership data for 2017 to 2020 was provided for the fiscal year, and ridership data for 2021 to 2024 was provided for NJ Transit's Quarter 3, which ranges from the months of January to March. Based on the data, daily ridership at the station more than doubled between 2017 and 2019 during which time, multiple residents developments at Wesmont Station were completed in Wood-Ridge. This is consistent with the commuting data results of the ACS Demographic and Housing Estimates. It also should be noted that as of January 2025, overall ridership is about 60% of the pre-pandemic levels.

**Routing Analysis**

The existing roadway network within the Borough of Wallington and surrounding municipalities was reviewed to determine the existing vehicle routing of Wallington residents to the Wesmont Station access point in Wood-Ridge. Vehicular access to Wesmont Station is currently provided only at the northwesterly quadrant of the intersection of Highland Avenue and Johnson Drive in Wood-Ridge. The analysis considered routing from popular free mapping services, including Google Maps, Apple Maps, and Waze.

For the analysis, six (6) locations within the Borough of Wallington were selected to determine the existing route from different residential neighborhoods. Based on the analysis, there are two (2) general routes available from Wallington to Wesmont Station. Residents would either be directed north along Main Avenue towards Passaic Avenue in Wood-Ridge, and approach Wesmont Station from the north, or residents would be directed south towards Paterson Avenue, travel east towards Garden Street in the Borough of Carlstadt, and navigate towards Wesmont station from the south. The existing routing as determined by free mapping services is depicted on the following page of this report.

**Table 6** compares the existing travel distance to Wesmont Station in Wood-Ridge to the unrealized travel distance to a Wesmont Station access point in Wallington. It was assumed that access to Wesmont Station would be provided at the northerly terminus of Mount Pleasant Avenue, adjacent to Block 70.01, Lot 78, and via the existing public road right-of-way as depicted on the Borough of Wallington Tax Map.

A review of the existing roadway network determined that a portion of Wallington residents reside in closer proximity to the Passaic Station, located in the City of Passaic, to the west of the study area. Passaic Station services NJ Transit's Main Line. Due to the existing travel distance to Wesmont Station, it is likely a portion of Wallington commuters utilize the Passaic Station. As such, the travel distances to Passaic Station were included in the comparison analysis.



| LOCATION | EXISTING ROUTING - WESMONT STATION VIA WOOD-RIDGE | | | PROPOSED ROUTING - WESMONT STATION VIA WALLINGTON | | |
|---|---|---|---|---|---|---|
| START OR END POINTS | ROADWAY DISTANCE | DRIVING TIME | TRANSIT/WALKING TIME | DISTANCE | DRIVING TIME | WALKING TIME |
| 1. STEIN AVE & PULASKI AVE | 2.1 MI | 8-10 MIN | 19-28 MIN | 0.45 MI | (2 MIN) | (9 MIN) |
| 2. JASONTOWN APARTMENTS | 1.6 MI | 6-8 MIN | 19 MIN | 0.50 MI | (3 MIN) | (10 MIN) |
| 3. MT PLEASANT AVE & MILLER ST | 2.1 - 2.8 MI | 7-10 MIN | 32-46 MIN | 0.65 MI | (3 MIN) | (13 MIN) |
| 4. LOCUST & WALLINGTON AVE | 2.4 - 2.5 MI | 8-10 MIN | 19-37 MIN | 1.0 MI | (4 MIN) | (20 MIN) |
| 5. WALLINGTON AVE & LESTER ST | 2.7 - 3.1 MI | 9-16 MIN | 26-43 MIN | 1.3 MI | (6 MIN) | (26 MIN) |
| 6. LEXINGTON AVE & CHESTNUT ST | 2.6 - 3.5 MI | 8-10 MIN | 28-34 MIN | 0.2 MI | (1 MIN) | (4 MIN) |

**STONEFIELD**

**TABLE 6 – ROADWAY DISTANCE TO TRAIN STATION IN MILES**

| Location | Wesmont Station Wood-Ridge Access | Potential Wesmont Station Wallington Access | Passaic Station |
|---|---|---|---|
| Stein Avenue & Pulaski Avenue | 2.1 | 0.5 | 2.0 |
| Jasontown Apartments | 1.6 | 1.0 | 2.5 |
| Mount Pleasant Avenue & Miller Street | 2.1-2.8 | 0.6 | 2.4 |
| Locust & Wallington Avenue | 2.4-2.5 | 1.0 | 1.7 |
| Wallington Avenue & Lester Street | 2.7-3.1 | 1.3 | 1.7 |
| Lexington Avenue and Chestnut Street | 2.6-3.5 | 0.2 | 2.5 |
| **Averages** | **2.5** | **0.7** | **2.1** |

As shown in **Table 6,** under existing conditions during peak hours, a typical Wallington resident travels an average of 2.5 miles to access Wesmont Station, despite the station's location along the Wallington border.  If Wallington were to provide access to Wesmont Station, the average travel distance for Borough residents would decrease to 0.7 miles, and the maximum distance would be approximately 1.3 miles. Due to the existing access limitations, the Passaic Station is the closest existing train station for a portion of Wallington residents.  With a Wallington access to point to Wesmont Station, the average Wallington resident's distance to a train station would be reduced to less than one (1) mile.

**Table 7** compares the existing and unrealized travel times of Wallington residents to Wesmont Station. It should be noted that outside of typical weekday peak hours, there are limited transit options for residents to access Wesmont station, as such the travel time included the existing walking time to the station. An average walking speed of 3.0 miles per hour was assumed.

**TABLE 7 – TYPICAL TRAVEL TIME TO WESMONT STATION IN MINUTES**

| Location | Existing | | Unrealized | |
|---|---|---|---|---|
| | Driving | Transit/ Walking | Driving | Walking |
| Stein Avenue & Pulaski Avenue | 8-10 | 19-28 | 2 | 9 |
| Jasontown Apartments | 6-8 | 19 | 5 | 10 |
| Mount Pleasant Avenue & Miller Street | 7-10 | 32-46 | 2 | 13 |
| Locust & Wallington Avenue | 8-10 | 19-37 | 4 | 20 |
| Wallington Avenue & Lester Street | 9-16 | 26-43 | 6 | 26 |
| Lexington Avenue and Chestnut Street | 8-10 | 28-34 | 1 | 4 |
| **Averages** | **9.2** | **30.1** | **3.3** | **13** |

As shown in **Table 7**, in the existing condition the average driving time to Wesmont Station from Wallington is over nine (9) minutes. In addition, the existing transit options and walking times make it inconvenient for the majority of Wallington residents to access the NJ Transit Bergen County Line without a vehicle. With Wallington's development of access to Wesmont Station, the average travel time for Wallington residents would be decreased to a 3.3-minute drive, or a 13-minute walk, with a portion of residents residing less than a five (5) minute walk from the station. The maximum travel time by vehicle would be decreased from approximately 16 minutes to six (6) minutes, and the Jasontown Apartment residents walking time would be decreased from 19 minutes to 10 minutes.

**STONEFIELD**

**Wallington Roadway Network and Conditions**

The Borough of Wallington is bound to the west by the Passaic River, bound to the north by the Saddle River, bound to the east by NJ Transit's Bergen County Line tracks, and bound to the south by Paterson Avenue. Our office reviewed traffic count data included in the traffic studies for various developments in the Borough of Wallington, including The Traffic Impact Study for the Devli Group, LLC, Proposed Warehouse Development, last revised April 19, 2024, and the Traffic Memorandum for Wallington Station, prepared by our office, dated March 24, 2022, **Table 8** provides a summary of intersections identified along the existing routes to Wesmont Station, and previously studied as part of the traffic analysis for the proposed developments.

**TABLE 8 – WALLINGTON INTERSECTIONS SUMMARY**

| Intersection | Description | Weekday Morning Peak Hour | | Weekday Evening Peak Hour | |
|---|---|---|---|---|---|
| | | Date & Time | Volume | Date & Time | Volume |
| Main Avenue & Passaic Avenue | Signalized, T-Intersection | 10/27/2022 7:45 AM – 8:45 AM | 1,781 | 10/27/2022 5:00 PM – 6:00 PM | 2,023 |
| Main Avenue & Midland Avenue | Unsignalized, T-Intersection | 1/30/2018 7:30 AM – 8:30 AM | 1,713 | 10/27/2022 5:00 PM – 6:00 PM | 1,819 |
| Main Avenue & Park | Unsignalized, 4-Leg Intersection | 6/15/2022 7:45 AM – 8:45 AM | 1,501 | 6/15/2022 4:30 PM – 5:30 PM | 1,831 |
| Main Avenue & Alden Street | Unsignalized, T-Intersection | 1/30/2018 7:30 AM – 8:30 AM | 15,94 | 1/30/2018 4:00 PM – 5:00 PM | 1,778 |
| Main Avenue & Locust Ave/8th St | Signalized, 4-Leg Intersection | 10/27/2022 7:45 AM – 8:45 AM | 1,518 | 10/27/2022 5:00 PM – 6:00 PM | 1,731 |
| Main Avenue & Wallington Avenue | 4-Leg, Signalized Intersection | 1/30/2018 7:30 AM – 8:30 AM | 1,120 | 1/30/2018 4:00 PM – 5:00 PM | 1,262 |
| Main Avenue & Paterson Avenue | Unsignalized, T-Intersection | 1/30/2018 7:30 AM – 8:30 AM | 1,845 | 1/30/2018 4:00 PM – 5:00 PM | 1,926 |
| Paterson Avenue & Locust Avenue | 4-Leg, Signalized Intersection | 1/31/2019 7:30 AM – 8:30 AM | 1,511 | 1/31/2019 4:45 PM – 5:45 PM | 1,762 |
| Mount Pleasant & Paterson Avenue | Signalized, T-Intersection | 1/30/2018 7:30 AM – 8:30 AM | 1,511 | 1/30/2018 4:00 PM – 5:00 PM | 1,962 |
| Mount Pleasant & Alden Street | 4-Leg, All-Way Stop Control | 1/30/2018 7:30 AM – 8:30 AM | 362 | 1/30/2018 4:00 PM – 5:00 PM | 420 |
| Mount Pleasant & Wagner Avenue | Unsignalized, T-Intersection | 6/15/2022 7:45 AM – 8:45 AM | 181 | 6/9/2022 4:00 PM – 5:00 PM | 181 |
| Mount Pleasant & Pine Street | Unsignalized, T-Intersection | 6/15/2022 7:30 AM – 8:30 AM | 96 | 6/9/2022 5:15 PM – 6:15 PM | 92 |

As shown in **Table 8**, under the existing access Wallington train commuters are routed through multiple high-volume intersections within Wallington. A review of the North Jersey Transportation Planning Authority (NJTPA) Local Safety Program Network Screen Lists 2023, of roadway corridor crashes from 2018-20202 found that seven (7) local roadway corridors within the Borough are ranked within the top 455 worst corridors within Bergen County. In addition, based on the Strategic Highway Safety Plan Data, three (3) corridors are ranked within the top 105 worst corridors with Bergen County. Specifically, along Main Avenue between Paterson Avenue and Locust Avenue, along Paterson Avenue between Locust Avenue and Garden Street, and along Main Avenue between the Jasontown Apartments driveway and Saddle River Avenue.

**Traffic Reduction**

A review of the Wallington population data from the 2020 Census Blocks determined that approximately 4,000 Wallington residents currently reside within 0.5 miles (10-minute walk) of Wesmont Station. Factors such as transit use and walkability have been found to significantly decrease the trip generation of residential developments located proximate to transit. As such, there would likely be at least a 7.0% reduction in vehicular trips generated by the existing Wallington public transit commuters living within walking distance of the station, and an additional reduction of vehicles from the roadway observed performing pick-up and drop-off operations at the station.

Our office also considered the potential additional traffic impact of proposed developments in proximity of the undeveloped land proximate to Wesmont Station within the Borough of Wallington. The developments considered as the following:

♦ Warehouse Development – 615,500 square-foot high-cube fulfillment center located at 460 & 520 Main Avenue between Krug Court and the NJ Transit Bergen County Line

♦ Wallington Station – 229 Apartment Units, 31 Units Senior Adult Housing, and 7 Units Congregate Care Facility located along Mount Pleasant Avenue and bound to the east by NJ Transit's Bergen County Line

♦ Wallington Homes – 42 total multifamily residential units located at 35 Spring Street

Based on the ITE Journal article, "Do Land Use, Transit, and Walk Access Affect Residential Parking Demand," there is a direct correlation between land use (i.e. rural/suburban/urban) and parking utilization, which "suggests that low auto ownership households often self-select locations than can support their transportation needs without a private vehicle." Factors such as transit use and walkability have been found to significantly decrease the trip generation of residential developments located proximate to transit. Based on a review of the Wood-Ridge census data, there was an increase in Wood-Ridge commuters as housing units were constructed proximate to the train station. As such, a similar increase in commuters, and a decrease in site-generated vehicular trips, would be anticipated for the proposed developments if access to Wesmont Station were to be constructed. Without access to Wesmont Station, the developments would likely have a significant impact on traffic conditions of the adjacent roadway network, specifically at intersections already observed to be operating with capacity constraints.

**Conclusion**

This memorandum was prepared to examine the traffic impact the existing access to Wesmont Station has on the Wallington roadway network. Based on observations, approximately half of all train riders at the Wesmont Station rely on vehicles to access the station. A review of commuting census data from 2012 to 2023 found that the construction of Wesmont Station saw significantly higher levels in public transit usage for those residents of Wood-Ridge compared to Wallington, indicating that close proximity to a train station encourages residents to utilize available public transit. Based on the routing analysis, it is likely that a significant portion of Wallington public transit commuters would no longer require a vehicle to access to Wesmont Station if access within Wallington was constructed and their commute to the train station would be approximately 1/3 shorter than the current required travel path. A review of roadway corridors and intersections within Wallington found that the roadway network is congested during peak hours and residents of Wallington are required to either drive on those roadways to get to the Wood-Ridge side of the train station, or elect to commute via personal vehicle due to the time it takes to get to the train station.  Roadway volumes and congestion would be expected to decrease as if the train station was more accessible to residents in Wallington.

Z:\Rutherford\RUT\2024\RUT-240374 New Wallington Home - 551 Main Avenue, Wallington, NJ\Calculations & Reports\Traffic\Reports\2025-06 Memo\2025-06 Memo.docx