## North Jersey Media Group

**Public Notice Advertising**
1 Garret Mountain Plaza
PO Box 471
Woodland Park, NJ 07424
973-569-7417

**Remittance Address**
PO Box 661
Milwaukee WI 53201

WALLINGTON BOROUGH OF
WALLINGTON BOROUGH OF
24 UNION BOULEVARD & MAPLE AVE
WALLINGTON, NJ 07057
   ATTN: Dorothy emailed

Acct:1109266

| Order # | Advertisement/Description | # Col x # Lines | Rate Per Line | Cost |
|---|---|---|---|---|
| 0004218820 | tax sale TAXSALENOTICENOTICEOFLIENSALEOFPROPER` YEORNONPAYMENTOFTAXESASSESSMENTSAND | 3 col x 53 lines | $0.83 | $524.68 |
| | | Affidavit of Publication Charge | 1 | $25.00 |
| | | Tearsheet Charge | 0 | $0.00 |
| | | Net Total Due: | | 549.68 |

**Run Dates:**  11/24/17, 11/30/17, 12/01/17, 12/07/17, 12/08/17, 12/14/17, 12/15/17

Check #: _____

Date: _____

---

**CERTIFICATION BY RECEIVING AGENCY**
I, HAVING KNOWLEDGE OF THE FACTS, CERTIFY AND DECLARE THAT THE GOODS HAVE BEEN RECEIVED OR THE SERVICES RENDERED AND ARE IN COMPLIANCE WITH THE SPECIFICATIONS OR OTHER REQUIREMENTS, AND SAID CERTIFICATION IS BASED ON SIGNED DELIVERY SLIPS OR OTHER REASONABLE PROCEDURES OR VERIFIABLE INFORMATION.

SIGNATURE: _____

TITLE: _____ DATE:_____

**CERTIFICATION BY APPROVAL OFFICIAL**
I CERTIFY AND DECLARE THAT THIS BILL OR INVOICE IS CORRECT, AND THAT SUFFICIENT FUNDS ARE AVAILABLE TO  SATISFY THIS CLAIM. THE PAYMENT SHALL BE CHARGEABLE TO:

APPROPRIATION ACCOUNT(S) AND AMOUNTS CHARGED: P.O. #

_____

SIGNATURE: _____

TITLE: _____ DATE: _____

**CLAIMANT'S CERTIFICATION AND DECLARATION:**
I DO SOLEMNLY DECLARE AND CERTIFY UNDER THE PENALTIES OF THE LAW THAT THIS BILL OR INVOICE IS CORRECT IN ALL ITS PARTICULARS; THAT THE GOODS HAVE BEEN FURNISHED OR SERVICES HAVE BEEN RENDERED AS STATED HEREIN; THAT NO BONUS HAS BEEN GIVEN OR RECEIVED BY ANY PERSON OR PERSONS WITHIN THE KNOWLEDGE OF THIS CLAIMANT IN CONNECTION WITH THE ABOVE CLAIM; THAT THE AMOUNT HEREIN STATED IS JUSTLY DUE AND OWING; AND THAT THE AMOUNT CHARGED IS A REASONABLE ONE.

Date: 12/15/2017

Signature: _J.C.Herbol_

Federal ID #: 061032273

Official Position: Clerk

**Kindly return a copy of this bill with your payment so that we can assure you proper credit.**

EXHIBIT

U

exhibitsticker.com

D000467



**Ad Order Number**
0004218820

STATE OF NEW JERSEY
COUNTY OF PASSAIC SS:

*JCHerbrt*

Of full age, being duly sworn according to law, on his/her oath says that he/she is employed at North Jersey Media Group publisher of the The Record. Included herewith is a true copy of the notice that was published on the following date(s):

11/24/17, 11/30/17, 12/01/17, 12/07/17, 12/08/17, 12/14/17, 12/15/17

in The Record, a newspaper of general circulation and published in Hackensack, in the County of Bergen and circulated in Bergen, Passaic, Hudson, Morris and Essex Counties. Said newspaper is published seven days a week.

Subscribed and sworn before me this 15 day of December, 2017 at Woodland Park, NJ

A Notary Public of New Jersey

Tiffany N Wright-Davis
Notary Public
New Jersey
My Commission Expires April 25, 2022
No. 50058414

D000468

Tax Sale Notice

## Notice of Lien Sale of Property for Non-Payment of Taxes, Assessments and

Public Notice is hereby given that I, Dorothy B. Siek, Tax Collector of the taxing distri
County of Bergen, State of New Jersey on December 20, 2017 at 10:00 a.m. in the Wallir
Floor Court Room, 54 Union Boulevard, Wallington, New Jersey or at such later time al
then be adjourned, will expose for lien sale and sell the several parcels of land on whi
charges remain unpaid for the year 2016, and prior subject to N.J.S.A. 54:5 et seq.
Said properties may be subject to the Spill Compensation and Control Act (N.J.S.A. 58:
lution Control Act, (N.J.S.A. 58: 10A-1 et seq.), and the Industrial Site Recovery Act (N.J
the municipality is precluded from issuing a tax sale certificate to any perspective purcha
connected to the prior owner or operator of the site.
In the event that the owner of a property is on active duty in the military, the Tax Collector :
The said lands and the names of persons who have been assessed as owner of said lan
owning on said land(s) are as follows:

| Name | Address | Block | Lot |
|---|---|---|---|
| Geisor, Cintron | 23 Michael Lane | 10 | 1 |
| Ricca, John & Bryan | 3 Doris Lane | 10 | 1 |
| Federal Home Loan | 48 Maple Avenue | 13 | 34 |
| Illevski, Tony & Natasha | 35 Maple Avenue | 14 | 20 |
| Goral, Stanley | 99 Mercer Street | 16 | 8 |
| Ackerson, Nadiine | 67 Halstead Avenue | 17 | 11 |
| 92 Broadway LLC | 81 Main Avenue | 23 | 7 |
| Fulvi, Eugene & Helen | 103 Wallington Avenue | 24 | 17 |
| Day, Toni | 90 Union Boulevard | 32.02 | 14 |
| O'Leary, Patrick | 197 Wallington Avenue | 32.04 | 10 |
| Soojhai, Amar | 21 Bond Street | 33 | 9 |
| Colon, Rafael | 206 Wallington Avenue | 37 | 24 |
| Kutney, Radoslaw | 203 Hayward Place | 37 | 47 |
| Kapica, Krzysztof | 191 Hayward Place | 37 | 53 |
| Drozd, Bozena & Justyna | 32 Locust Avenue | 40 | 20 |
| Bartoszewicz, Anna | 268 Wallington Avenue | 43 | 31 |
| Riccardi, Lisa | 33 Armm Avenue | 49.03 | 7 |
| Drelich, Josef & Lucyn | 177 Mt Pleasant Avenue | 49.10 | 14 |
| Danny, Kenneth F | 286 Hathaway Street | 49.17 | 10 |
| Barrua. Shovan & Namewa | 341 Paterson Avenue | 49.18 | 6 |
| Sawczyn, Nikolas & Olga | 43 Roehrs Drive | 53.02 | 44 |
| Dlugi, Andrzej & Barbara | 5 Iris Lane | 53.06 | 4 |
| Piechota, Constance | 441 Paterson Avenue | 55 | 8 |
| Goral, Stanley | 118 Johnson Avenue | 61 | 4.01 |
| Friedman, Susan & Kenneth | 272 Mt Pleasant Avenue | 63 | 1.01 |
| Stagg, William G Jr | 268 Main Avenue | 65.02 | 7 |
| Jakupi, Remzi | 36 Stein Avenue | 65.03 | 8 |
| Szmitkowski, Robert | 29 Adamson Street | 65.04 | 11 |
| Piechota, Constance | 24 Adamson Street | 65.05 | 18 |
| Roche, Phyllis | 28 Brook Avenue | 65.10 | 31 |
| Savoulidis, Anastasia | 27 Franklin Avenue | 70.01 | 69 |
| Rys, Anthony | 292 Mt Pleasant Ave | 70.04 | 3 |
| Maguire, Donald & Lorraine | 23 Spring Street | 70.04 | 12 |
| New Wallington Home | Main Avenue Rear | 71 | 35.02 |

November 24, December 1, 8, 15, 2017 - Fee: $524.68 (159)  4218820

D000469