PLANNING BOARD OF THE

BOROUGH OF WALLINGTON

APPLICATION FOR SUBDIVISION OR SITE PLAN APPROVAL

ALL APPLICANTS MUST COMPLETE THE FOLLOWING INFORMATION:

1. Applicant's Name __ Morningside at Wallington LLC
   Address 27 Horseneck Road
   _____
                    (Street)
   Fairfield          NJ       07004          Phone 973-575-7935
   (City)          (State)  (Zip Code)       (Area).  (Number)

2. Name and address of present owner(if other than #1 above)
   Name : N/A. Applicant is owner
   _____
                    (Street) -
   _____          Phone
   (City)          (State)   (Zip Code)     (Area)    (Number)

3. Interest of applicant if other than owner N/A. Applicant is owner

4. Location of property: 551 Main Avenue
                                    (Street address)
   __71__          35.01                     PR-ML
   (Block #)       (Lot #)                    (Zone)

N/A  IF APPLICANT IS SEEKING SUBDIVISION APPROVAL, COMPLETE THE FOLLOW:

1. Area of Entire Tract:_____
                    (Square feet)              (Acres)
2. Number of Proposed Lots_____
3. Number of Present Lots_____
4. Size of Lots_____
              (List square fee area of each subdivided lot)
5. Purpose of Subdivision:
   a. Sell lots only_____
   b. Construct new buildings_____
   c. Subdivide present buildings_____
   d. Other (Explain)_____
6. Services available to all lots:
   a. Water_____
   b. Gas_____
   c. Sanitary Sewers_____
   d. Storm Sewers_____
7. Name and Address of person preparing sketch plat:
   Name_____          Profession_____
   Address_____ License #_____
   _____ Phone_____
8. Submitted to Bergen County Planning Board by applicant
   on_____
              date

Date: 4/21/2017_____          Signature of Owner [signature]

EXHIBIT

V

exhibitsticker.com

D000155

IF APPLICANT IS SEEKING SITE PLAN APPROVAL, COMPLETE THE FOLLOWING:

1. Specify relief sought:
   Existing X_____ New_____ Expansion_____
   Alteration X_____ Business sign_____ Recreational vehicle_____
   Other_____
2. What is building or site used for now? Multi-family apartments _____
3. What is proposed use? Multi-family apartments
4. Describe what is proposed to be done: __The property has been approved for 134__
   apartments, including accessory uses. The applicant seeks to amend the site plan approval to modify the_____
   parking spaces and driveways, and relocate the trash enclosure, as more thoroughly explained in Attachment A.
5. $40,000,000 (total for both Lots 35.01 and 35.02)_____
   Estimated Cost                    Estimated Date of Compliance
6. Are there any deed restrictions, covenants, exceptions,
   variances or easements on this property? Yes_____ No_X_____
   If "yes", a copy of such covenants, deed restrictions,
   exceptions, variances or easements shall be submitted with
   the application. The granting of a subdivision itself
   does not modify or rescind any such provisions.
7. Did you comply with Site Plan Checklist? Yes_x_____ No_____
   If no, application will not be processed.

Date_____          Signature of Applicant_____.

N/A   PLEASE COMPLETE THE FOLLOWING IF THIS APPLICATION FOR SUBDIVISION
OR SITE PLAN APPROVAL ALSO INCLUDES AN APPLICATION FOR A VARIANCE.

1. Specify type of variance sought (lot dimension, etc.)
   None ._____
2. Size of lot_____
3. Size of building(s) (present and/or proposed):
   (At Street Level)   _____feet front
                       _____feet deep
4. Percent of lot occupied by building(s):_____%
5. Height of building(s):_____stories _____feet.
6. Set back from front property line:_____feet.
   Set back from side (if corner lot):____.____feet.
7. Zoning requirements:
   frontage _____
   side yards_____
   set back _____ .
   rear yard_____
8. "Prevailing set back" of adjoining building within
   one block:_____feet.
9. Has there been any previous appeal involving these premises?
   If so, state character of appeal and date of disposition.

Date: 4/21/2017         Signature of Applicant_____

Enclosed is the required fee of $_____

D000156

**Morningside at Wallington LLC, 551 Main Avenue, Block 71, Lot 35.01**

## Attachment A – List of Variances

| Ordinance Section | Brief Description |
|---|---|
| 1. 365-25.F.(6) | Minimum rear lot line setback of 25 feet is required; 15 feet proposed. Note that the setback may be reduced to 0 feet at the discretion of the Planning Board if a uniform site plan application is submitted for Block 71, Lots 35.01 and 35.02. |
| 2. 365-25.G.(2) | Minimum separation for buildings or building complexes front-to-front, front-to-back or back-to-back conditions of 40 feet is required; 35.1 feet proposed. |
| 3. 365-25.I.(3) | Maximum building height for multi-family apartments of four stories and 45 feet is permitted; four stories and 48.5 feet proposed. |
| 4. 365-25.J.(1) | No off-street surface parking lots are permitted within 50 feet of the Main Avenue boundary; curb of parking lot proposed within 0.4 feet of the Main Avenue boundary (lessening of an existing non-conformity; the existing parking lot is within 0 feet of the Main Avenue boundary). |
| 5. 365-25.K.(1) | Maximum building coverage of 25 percent is permitted; 30.02 percent proposed (lessening of an existing non-conformity; the existing building coverage is 31.45 percent). |
| 6. 365-25.K.(2) | Maximum impervious coverage of 75 percent is permitted; 83.02 percent proposed. |
| 7. 365-25.L.(1) | Minimum of 30 percent of the lot devoted to open space is required; 17.1 percent proposed. |
| 8. 365-25.M.(2) | In lieu of a buffer along the Al Ventura Road boundary, a six-foot-high decorative, board-on-board fence is required; no board-on-board fence is proposed along the Al Ventura Road boundary (existing non-conformity; no board-on-board fence exists along the Al Ventura Road boundary). |
| 9. 365-25.M.(3) | Minimum buffer of 25 feet with grass and shrubs is required along the Main Avenue boundary; 0-foot buffer proposed (existing non-conformity; the existing buffer along the Main Avenue boundary is 0 feet). |

3313988 v1

D000157

**Morningside at Wallington LLC, 551 Main Avenue, Block 71, Lot 35.01**

**Attachment B – List of Waivers**

| Ordinance Section | Brief Description |
|---|---|
| 1.  330-35.B.(11) | Location plans and elevations of all proposed buildings and other structures, including required yard and setback areas, building height in feet and stories, and lot coverage calculations; waiver requested from the required inclusion of elevations on the site plans. |
| 2.  330-35.B.(17) | The proposed use or uses of land and buildings and proposed location of buildings, including proposed grades. Floor space of all buildings and estimated number of employees, housing units or other capacity measurements, where required, shall also be indicated. If the precise use of the building is unknown at the time of application, an amendment plan showing the proposed use shall be required prior to the issuance of a certificate of occupancy; waiver requested from the required inclusion of floor space of all buildings on the site plans. |

D000158

## § 330-35 Information to be indicated on site plans.

**A.** All applications for site plan approval shall be prepared, signed and sealed by a professional engineer or architect. They shall bear the signature and seal of a licensed land surveyor as to topographic and boundary survey data.

**B.** All site plans shall comply with the requirements hereinafter set forth and shall contain the following information and data, where applicable:

(1) A title block shall be indicated in the lower right-hand corner of the plan and shall include the name and address of the record owner, including the block and lot number of the site, the title of the development and the name, address, license number and seal of the person preparing the plan. If the owner is a corporation, the name and address of the president and secretary shall be submitted with the application.

(2) A date block of the site plan adjacent to the title block containing the date of preparation. All subsequent revisions shall be noted and dated.

(3) A key map showing the location of the tract with reference to surrounding areas and existing street intersections within 1,000 feet of the boundaries of the subject premises.

(4) A scale of not less than 50 feet to the inch shall be used and a graphic representation of the scale shall be displayed, as well as a North arrow. All distances and dimensions shall be in feet and decimals of a foot, and all bearings shall be given to the nearest 10 seconds.

(5) The names of all owners of adjacent property within 200 feet of the subject premises, together with the block and lot numbers of said property, as shown on the current municipal tax records.

(6) Zone boundaries shall be shown on the site plan as they affect the parcel. Adjacent zone districts within 200 feet shall also be indicated. Such features may be shown on a separate map or as a key on the detail map itself.

(7) Survey data showing boundaries of the property, required building or setback lines and lines of existing and proposed streets, lots, reservations, easements and areas dedicated to public use, including grants, restrictions and rights-of-way.

(8) Reference to any existing covenants, deed restrictions, easements or exceptions that are in effect or are intended to cover all or any of the tract. A copy of such covenant, deed restriction, easement or exception shall be submitted with the application. If there are no known covenants, deed restrictions, easements or exceptions affecting the site, a notation to that effect shall be indicated on the site plan map.

(9) Location of existing buildings on the site which shall remain and all other structures such as walls, fences, culverts, bridges, roadways, etc., with spot elevations of such structures. Structures to be removed shall be indicated by dashed lines; structures to remain shall be indicated by solid lines.

(10) All distances, as measured along the right-of-way lines of existing streets abutting the property, to the nearest intersection with any other street.

(11) Location plans and elevations of all proposed buildings and other structures, including required yard and setback areas, building height in feet and stories, and lot coverage calculations.

(12) Location, height, dimensions and details of all signs, either freestanding or affixed to a building. Where signs are not to be provided, a notation to that effect shall be indicated on the site plan.

(13) Location of all storm drainage structures, soil erosion and sediment control devices and utility lines, whether publicly or privately owned, with pipe sizes, grades and direction of flow, and if any existing utility lines are underground, the estimated location of said already underground utility lines shall be shown.

(14) Existing and proposed contours, referred to United States Coast and Geodetic Survey datum, with a contour interval of one foot for slopes of 3% or less; an interval of two feet for slopes of more than 3% but less than 15%; and an interval of five feet for slopes of 15% or more. Existing contours are to be indicated by solid lines.

(15) Location of existing rock outcrops, high points, watercourses, depressions, ponds, marshes, wooded areas and other significant existing features, including previous flood elevations of watercourses, where available, ponds and marsh areas, as may be determined by survey.