# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; and MORNINGSIDE AT WALLINGTON, LLC, a New Jersey limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> BOROUGH OF WALLINGTON; BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO, in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington, <br><br> Defendants. | Civil Action No. 2:20-cv-08178 <br><br> Hon. Evelyn Padin, U.S.D.J. <br> Hon. Andre M. Espinosa, U.S.M.J. <br><br><br> **CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, James DiGiulio, Esq., of full age hereby certify as follows:

1.    I am a licensed attorney in the State of New Jersey and Partner with the law firm of O'Toole Scrivo, LLC, counsel for Plaintiffs, New Wallington Home, LLC and Morningside at Wallington, LLC, in the above captioned matter; as such, I make this certification on personal knowledge.

1

2.      I submit this Certification in support of Plaintiffs' Reply Brief in further support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Cross-Motion for Summary Judgment.

3.      Attached hereto as **Exhibit A** is a true and accurate copy *CareOne at Birchwood, LLC v. Twp. of Edison*, No. 2:20-cv-07976 (BRM) (JSA), slip op. (D.N.J. Mar. 27, 2024) (Martinotti, J.).

By:  */s/ James J. DiGiulio*
JAMES J. DIGIULIO, ESQ.
**O'TOOLE SCRIVO LLC**
14 Village Park Road
Cedar Grove, New Jersey 07009
(973) 239-5700
*Attorneys for Plaintiffs*

Dated:  May 4, 2026