## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW WALLINGTON HOME, LLC, a New Jersey limited liability company; and MORNINGSIDE AT WALLINGTON, LLC, a New Jersey limited liability company, | Civil Action No. 20-08178 |
| | Hon. Evelyn Padin, U.S.D.J. |
| Plaintiffs, | Hon. Andre M. Espinosa, U.S.M.J. |
| v. | Civil Action |
| BOROUGH OF WALLINGTON; BOROUGH OF WALLINGTON PLANNING BOARD; MARK W. TOMKO, in his official capacity as former Mayor of the Borough of Wallington; DOROTHY B. SIEK, in her official capacity as former Tax Collector for the Borough of Wallington; and CHRISTOPHER ASSENHEIMER, in his official capacity as Certified Tax Collector of the Borough of Wallington, | |
| Defendants. | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' COUNTER STATEMENT OF MATERIAL FACTS

Of Counsel:
    James DiGiulio

On the Brief:
    Michael A. Botti
    Amy Sachs

Plaintiffs, New Wallington Home, LLC, and Morningside at Wallington, LLC, submit this response to Defendants' counter statement of material facts not in dispute in accordance with Federal Rule of Civil Procedure 56(c) and Local Civil Rule 56.1(a) in further support of their motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment.

**The Parties**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

**Properties Litigation History**

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Denied as characterized and the referenced document speaks for itself. The application was approved "with conditions." (Defendant's Exhibit E at pg. 2.)

25. Denied as characterized and the referenced document speaks for itself.

26. Admitted.

27. Admitted.

28. Denied as characterized, statement does not appear to be complete, the transcript speaks for itself.

29. Denied as characterized and the referenced document speaks for itself.

30. Admitted.

3

31. Denied as characterized, statement does not appear to be complete, the transcript speaks for itself.

32. Admitted.

33. Admitted.

34. Denied, the statement is incomplete and does not state who or what the animus was towards.

35. Admitted that the owner of the company testified that he believed a complaint filed 8 years prior contained claims not actually in the 2018 Verified Complaint.

36. Admitted.

37. Admitted.

38. Admitted.

**Defendants' Compliance with Affordable Housing**

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

44. Admitted.

45. Admitted.

**<u>Tax Claims</u>**

46. Denied as characterized and the referenced document speaks for itself.

47. Admitted.

48. Admitted.

49. Admitted.

50. Admitted.

51. Denied as characterized and the referenced document speaks for itself.

52. Admitted.

53. Admitted.

54. Admitted.

55. Admitted.

56. Admitted.

57. Admitted.

58. Admitted.