# PFUND MCDONNELL, P.C.
## ATTORNEYS AT LAW

DAVID T. PFUND #

MARY C. MCDONNELL

GERALD A. SHEPARD

_____

ROBERT PRINGLE

ANDREA M. BECKFORD

# ALSO MEMBER OF NEW YORK BAR

139 PROSPECT STREET
SECOND FLOOR
RIDGEWOOD,  NEW JERSEY
07450

_____

Tel: (201)857-5040
Fax: (201) 857-5041
www.pfundmcdonnell.com

MORRIS COUNTY OFFICE

2001 US Hwy 46

Suite 104

Parsippany, NJ 07054

NEW YORK OFFICE

170 Old Country Road

Suite 608

Mineola, NY 11501

May 27, 2026

**Via CM/ECF**
Hon. Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom PO 08
Newark, New Jersey 07101

> **Re:    New Wallington Home, LLC v. Borough of Wallington,** *et al*
> **Civil Case No. : 20-08178 (EP)(AME)**

Dear Judge Padin:

This office represents Defendants Borough of Wallington, Borough of Wallington Planning Board, Mayor Mark Tomko, Dorothy Siek and Christopher Assenheimer ("Defendants") in connection with the above referenced matter. Currently returnable before the Court on **June 1, 2026,** is Plaintiff's Motion for Summary Judgment and Defendants' cross motion for summary judgment.

The parties have conferred and respectfully request that the motion be adjourned as the parties are scheduled for mediation with Judge Contillo on June 3, 2026.  The parties will advise the Court of the outcome of mediation so that, if necessary, the motion can be made returnable on a later date.

Kindly advise if the Court is amenable to this joint request.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

**GERALD A. SHEPARD**

GS

cc:      James DiGiulio, Esq. – *Via CM/ECF*