O'TOOLE SCRIVO

A LIMITED LIABILITY COMPANY

**JAMES DIGIULIO**
jdigiulio@oslaw.com

October 1, 2026

**Via CM/ECF**
Hon. Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***New Wallington Home, LLC, et al. v. Borough of Wallington, et al.***
**Civil Action No. 2:20-cv-08178 (EP) (AME)**

Dear Judge Padin:

This firm represents Plaintiffs, New Wallington Home, LLC and Morningside at Wallington, LLC (collectively, "Plaintiffs"). Plaintiffs and Defendants (together, "the parties") jointly submit this letter pursuant to the Court's September 1, 2026 Text Order, which directed the parties to advise the Court of the status of their settlement efforts and propose appropriate next steps. The parties respectfully apologize for the one-day delay in submitting this letter. Counsel for Defendants has reviewed this letter and consents to its submission.

The parties continued mediation with Judge Contillo on September 16, 2026. While the matter has not been resolved, the parties agreed that based on the progress made during mediation, Plaintiffs would prepare a draft proposed settlement agreement to be presented to the Borough of Wallington for consideration by the Borough's necessary decision-makers. Plaintiff is completing that draft and will be sending to the Borough in the coming days.

The parties therefore respectfully request that the Court permit the mediation process to continue for an additional thirty (30) days. At the conclusion of that period, the parties will submit a joint letter advising the Court whether they have reached a settlement or, alternatively, whether the Court should reinstate and decide Plaintiffs' motion for summary judgment (ECF No. 141) and Defendants' cross-motion for summary judgment (ECF No. 142), which the Court administratively terminated pending settlement efforts.

The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ James DiGiulio*
James DiGiulio

cc*:* All counsel of record (via ECF)